**Case No. 23-1097**

*In the*

# United States Court of Appeals

*for the*

# Federal Circuit

MASTEROBJECTS, INC.,
*Plaintiff-Appellant*

v.

META PLATFORMS, INC.,
*Defendant-Appellee*

*Appeal from the United States District Court for the Northern District of California in Case No. 3:21-cv-05428-WHA, Judge William H. Alsup*

## OPENING BRIEF OF APPELLANT MASTEROBJECTS, INC.

SPENCER HOSIE
DIANE S. RICE
DARRELL R. ATKINSON
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, California 94111
Telephone: (415) 247-6000
shosie@hosielaw.com
drice@hosielaw.com
datkinson@hosielaw.com

*Attorneys for Plaintiff-Appellant, MasterObjects, Inc.*

December 23, 2022

COUNSEL PRESS · (213) 680-2300 PRINTED ON RECYCLED PAPER

**<u>EXEMPLARY CLAIM FROM U.S. PATENT NO. 8,539,024</u>**

Claim 1. A system comprising:

[a] a server system, including one or more computers, which is configured to receive query messages from a client object, the server system asynchronously receiving and responding to the query messages from the client object over a network;

[b] the client object that, while a user is providing input comprising a lengthening string of characters, sends query messages to the server system;

[c] whereby the query messages represent the lengthening string as additional characters are being input by the user; and

[d] wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input; and

[e] wherein, upon receiving a return message of the return messages from the server system, the client object tests the usability of the results in the return message by checking that the return message corresponds to the latest query, and if usability is established, the client object displays or returns at least some result data to the user.

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1097

**Short Case Caption** MasterObjects, Inc. v. Meta Platforms, Inc.

**Filing Party/Entity** Appellant MasterObjects, Inc.

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/23/2022

Signature: /s/ Spencer Hosie

Name: Spencer Hosie

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| MasterObjects, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Heim, Payne & Chorush LLP | Leslie V. Payne | Alden G Harris |
| Brandon Martin | Francesca Miki Shima Germinario | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| MasterObjects, Inc. v. Amazon.com, Inc., No. 2023-1066 (Fed. Cir.) (N.D. Cal. No. 3:20-cv-08103-WHA) | (MasterObjects does not believe that No. 2023-1066 is a "related case," but provides the information out of an abundance of caution, as it involves 3 of the patents-in-suit here and is designated a companion case by this Court) | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# TABLE OF CONTENTS

**Page**

EXEMPLARY CLAIM FROM U.S. PATENT NO. 8,539,024

CERTIFICATE OF INTEREST ........ i

TABLE OF CONTENTS ........ iv

TABLE OF AUTHORITIES ........ vii

I. STATEMENT OF RELATED CASES ........ 1

II. JURISDICTIONAL STATEMENT ........ 1

III. STATEMENT OF THE ISSUES ........ 1

IV. STATEMENT OF THE CASE ........ 2

A. Statement of the Facts ........ 2

i. MasterObjects and Mr. Smit's Instant Search Technology ........ 2

ii. MasterObjects' Patents and the QuestObjects Embodiment ........ 3

iii. Issuance Dates and Other MasterObjects Proceedings ........ 5

B. Procedural History ........ 6

i. Query Messages and Collateral Estoppel ........ 7

ii. Asynchronously ........ 9

iii. The Texas *Markman* and Transfer ........ 10

iv. Ruling Presented for Review: the California Summary Judgment Order ........ 10

V. SUMMARY OF THE ARGUMENT ........ 12

VI. ARGUMENT ........ 16

A. Standards of Review ........ 16

B. Query Messages ........ 16

i. The Plain Claim Language: The Query Message Can or Must Contain the Extant String ........ 17

ii. The Specification Confirms the Claims' Breadth ........ 22

iii. The Prosecution History Is Explicit: The Query Message Terms Are Not Limited to Just the Changes ........ 27

iv. No Disavowal or Lexicography ........ 29

C. Asynchronously ........ 35

i. The Plain Claim Language and the Customary Understanding of Asynchronous Do Not Support a Server Push Limitation ... 36

ii. The Specification Does Not Redefine or Disavow Asynchronously's Meaning ........ 39

*a. The Specification* ........ 39

*b. No Lexicography or Disclaimer* ........ 43

D. New Claim Language Requires a New Claims Assessment ........ 46

i. The Prior Issue: The *Google* Order Found That the Plain Language of Different Terms, As "Confirm[ed]" by the Specification, Was Limited ........ 46

ii. The Issues Are Not the Same: The New Terms Are Materially Distinct from the Old Terms ........ 50

E. How Can a New Judge Alone Justify Relitigating Long-Settled Issues? ........ 55

i. There Was No *O2 Micro* "Scope Issue" to Resolve .................55

ii. There Was No Justification to Retry Long Resolved Claims Issues .........................................................................................57

VII. CONCLUSION AND STATEMENT OF RELIEF SOUGHT .....................61

CERTIFICATE OF COMPLIANCE ........................................................................62

ADDENDUM

# TABLE OF AUTHORITIES

**Cases** **Page**

*Apple Inc. v. Firstface Co.*,
No. 2021-1001, 2021 WL 4156323 (Fed. Cir. Sep. 13, 2021)......................51

*Apple Inc. v. Wi-LAN Inc.*,
25 F. 4th 960 (Fed. Cir. 2022)................................................................16, 32

*Aylus Networks, Inc. v. Apple Inc.*,
856 F.3d 1353 (Fed. Cir. 2017)..................................................................28

*Bradium Technologies LLC v. Iancu*,
923 F.3d 1032 (Fed. Cir. 2019)..................................................................34

*Christianson v. Colt Indus. Operating Corp.*,
486 U.S. 800 (1988)......................................................................... 58-60

*Clark v. Bear Stearns & Co., Inc.*,
966 F.2d 1318 (9th Cir. 1992)................................................................46, 49

*Continental Circuits LLC v. Intel Corporation*,
915 F.3d 788 (Fed. Cir. 2019) ........................................................ 26, 30-31

*Davis & Cox v. Summa Corp.*,
751 F.2d 1507 (9th Cir. 1985), *superseded on other grounds* ......................49

*Delta Savings Bank v. U.S.*,
265 F.3d 1017 (9th Cir. 2001)................................................................16, 58

*Dixon v. Shinseki*,
741 F.3d 1367 (Fed. Cir. 2014)..................................................................59

*e.Digital Corp. v. Futurewei Technologies, Inc.*,
772 F.3d 723 (Fed. Cir. 2014)................................................................16, 51

*EcoServices, LLC v. Certified Aviation Services, LLC*,
830 Fed. App'x 634 (Fed. Cir. 2020) (non-precedential) .......................36, 38

*Finjan, Inc. v. Qualys Inc.*,
No. 4:18-cv-07229-YGR, 2020 WL 3101040 (N.D. Cal. Jun. 11, 2020).....31

*Finjan, Inc. v. Secure Computing Corp.*,
626 F.3d 1197 (Fed. Cir. 2010) ............................................................ 56-57

*Foster v. Hallco Manufacturing, Co., Inc.*,
119 F.3d 16 (Fed. Cir. 1997) ...................................................................51

*Golden Bridge Technology, Inc. v. Apple Inc.*,
937 F. Supp. 2d 490 (D. Del. 2013) ..........................................................54

*Howmedica Osteonics Corp. v. Wright Medical Tech., Inc.*,
540 F.3d 1337 (Fed. Cir. 2008) ................................................................34

*i4i Ltd. Partnership v. Microsoft Corp.*,
598 F.3d 831 (Fed. Cir. 2010) ...............................................................21, 45

*In re Papst Licensing Digital Camera Patent Litigation*,
778 F.3d 1255 (Fed. Cir. 2015) .......................................... 26, 30, 42, 55-56

*Innova/Pure Water, Inc. v. Safari Water Filtration Systems, Inc.*,
381 F.3d 1111 (Fed. Cir. 2004) .............................................................17, 27

*Liebel-Flarsheim Co. v. Medrad, Inc.*,
358 F.3d 898 (Fed. Cir. 2004) ...............................................................22, 28

*Life Tech. Corp. v. Biosearch Tech., Inc.*,
No. C 12-00852 WHA, 2012 WL 1534891 (N.D. Cal. May 1, 2012)..........58

*Lone Star Silicon Innovations LLC v. Iancu*,
813 Fed. App'x. 512 (Fed. Cir. 2020) (non-precedential) ......................42, 44

*Luminara Worldwide, LLC v. Liown Electronics Co. Ltd.*,
814 F.3d 1343 (Fed. Cir. 2016) ..................................................................29

*Mallinckrodt, Inc. v. Masimo Corp.*,
254 F. Supp. 2d 1140 (C.D. Cal. 2003).......................................................50

*MasterObjects, Inc. v. Amazon.com, Inc.*,
No. C 20-08103 WHA, 2022 WL 4280640 (N.D. Cal. Sep. 15, 2022) ........11

*MasterObjects, Inc. v. eBay, Inc.*,
No. 3:12-cv-680 JSC, 2013 WL 1287428 (N.D. Cal. Mar. 28, 2013) .....6, 30,
…………………………………………………………….37, 41, 43, 45

*MasterObjects, Inc. v. Facebook, Inc.*,
No. 6-20-CV-00087-ADA, 2021 WL 7449852 (W.D.T.X. Jul. 13, 2021)...11

*MasterObjects, Inc. v. Google, Inc.*,
No. C 11-1054 PJH, 2013 WL 2319087 (N.D. Cal. May 28, 2013)
("*Google* Order") ........................................................................*passim*

*MasterObjects, Inc. v. Meta Platforms, Inc.*,
No. C 21-05428 WHA, 2022 WL 4856269 (N.D. Cal. Oct. 3, 2022) ..........11

*MasterObjects, Inc. v. Meta Platforms, Inc.*,
No. C 21-05428 WHA, 2022 WL 12039301 (N.D. Cal. Oct. 20, 2022)
(Appx1-16) ("Order") ..............................................................*passim*

*MasterObjects, Inc. v. Yahoo!, Inc.*,
No. C 11-02539 JSW, 2013 WL 6185475
(N.D. Cal. Nov. 26, 2013) ..................................................6, 30, 42

*Nestle USA, Inc. v. Steuben Foods, Inc.*,
884 F.3d 1350 (Fed. Cir. 2018) ...........................................................15, 51

*O2 Micro Intern. Ltd. v. Beyond Innovation Tech. Co., Ltd.*,
521 F.3d 1351 (Fed. Cir. 2008) ..................................................................56

*SciMed Life Systems, Inc. v. Advanced Cardiovascular*,
242 F.3d 1337 (Fed. Cir. 2001) ..................................................................32

*Snyders Heart Valve LLC v. St. Jude Medical*,
No. 18-2030 (JRT/DTS), 2020 WL 1445835
(D. Minn. Mar. 25, 2020) ..................................................................... 58-59

*t'Bear v. Forman*,
No. 17-cv-00796-JSC, 2020 WL 703888 (N.D. Cal. Feb. 12, 2020)............58

*Teleflex, Inc. v. Ficosa N. Am. Corp.*,
299 F.3d 1313 (Fed. Cir. 2002) ....................17

*Thorner v. Sony Computer Entertainment America LLC*,
669 F.3d 1362 (Fed. Cir. 2012) ....................32, 43

*Trading Tech. v. Open E Cry, LLC*,
728 F.3d 1309 (Fed. Cir. 2013) ....................49

*TriStrata, Inc. v. Microsoft Corp.*,
594 Fed. App'x. 653 (Fed. Cir. 2014) (non-precedential) ....................44

*U.S. Tobacco Cooperative Inc. v. Big South Wholesale of Virginia*,
899 F.3d 236 (4th Cir. 2018) .................... 16, 59-60

*Vazquez v. Jan-Pro Franchising Int'l, Inc.*,
986 F.3d 1106 (9th Cir. 2021) ....................55

*Ventana Medical Systems, Inc. v. Biogenex Laboratories, Inc.*,
473 F.3d 1173 (Fed. Cir. 2006) ....................29, 41

*Veritas Technologies LLC v. Veeam Software Corporation*,
835 F.3d 1406 (2016) ....................32

*Virginia Innovations Sciences, Inc. v. Amazon.com, Inc.*,
No. 4:18-cv-474, 2019 WL 4259020 (E.D. Tex. Sep. 9, 2019) ....................53

*Wolfson v. Brammer*,
616 F.3d 1045 (9th Cir. 2010) ....................16, 50

*Yodlee, Inc. v. Plaid Tech., Inc.*,
No. 14-1445-LPS, 2016 WL 204372 (D. Del. Jan. 15, 2016) ....................53

**Statutes**

28 U.S.C. § 1295(a)(1) ....................1
28 U.S.C. § 1338(a) ....................1
Fed R. App. P. 4(a)(1)(A) ....................1
Fed. R. Civ. P. 54(b) .................... 16, 57-58

Fed. R. Civ. P. 59(e).......................................................................................58
Fed. R. Civ. P. 60(b) .......................................................................................58

**Miscellaneous**

N.D. Cal. Civ. L.R. 7-9 .....................................................................................57

## I. **STATEMENT OF RELATED CASES.**

There are no related cases.

## II. **JURISDICTIONAL STATEMENT.**

This is a patent case. *See* Appx2496. The District Court had jurisdiction under 28 U.S.C. § 1338(a). This Court has jurisdiction under 28 U.S.C. § 1295(a)(1).

The District Court entered judgment on October 20, 2022. Appx17. The judgment was final. It was accompanied by an order that granted summary judgment of non-infringement on all claims-in-suit, Appx1, and there were no counterclaims. *See* Appx2775.

Appellant MasterObjects, Inc. ("MasterObjects") filed its Notice of Appeal on October 24, 2022, four days after judgment. Appx9222. This appeal is timely. *See* Fed. R. App. P. 4(a)(1)(A).

## III. **STATEMENT OF THE ISSUES.**

Whether the District Court erred by:

1. Weeks before trial, reversing the pre-venue transfer Judge's claim construction rulings, and doing so despite there being no new facts, law, or claim scope disputes;
2. Holding that an order from a long-concluded case involving non-asserted ancestor patents with different claim language collaterally estopped

MasterObjects from arguing that certain terms in the asserted patents, known as the "Query Message" terms, include sending a partial query string, as against "just the changes" to the client's search bar;

3. Holding that the Query Message terms require that the client send "just the changes" to a user's input string to the server system;
4. Holding that terms known as the "Asynchronously" terms require that the server system be able to initiate communication with the client; and
5. Granting summary judgement of non-infringement based on issues 2, 3 and/or 4.

# IV. **STATEMENT OF THE CASE.**

## A. **Statement of the Facts.**

### i. **MasterObjects and Mr. Smit's Instant Search Technology.**

MasterObjects is a software company founded by Mark Smit, the principal inventor on the asserted patents. In 2000, Mr. Smit was a young computer scientist working on relational databases and complex document search and retrieval issues. He found the technology frustrating, and thought he could do better. He left his job and invested his life savings into a new company, MasterObjects.

By the summer of 2001, Mr. Smit had conceived of a new computer search paradigm. He created a way to provide search results to a user even as the user typed in a search request ("query"). With Mr. Smit's invention, as a user types, the

client sends numerous partial queries, *e.g.*, "L," "La," "Lad" for Lady Gaga. As the server system receives these messages, it sends back responses, even as the user continues to type.

In contrast, in the old model, known as the "request response loop," a user would type a full query (*e.g.*, "Lady Gaga"), click "submit," and wait. If the results did not match expectations ("Ladida"), the entire process would be repeated.

To break the loop, Mr. Smit understood that he needed to improve the way the client and server communicated. In his invention, the client and server are free to talk over one another, i.e., they communicate asynchronously, one without waiting for the other.

MasterObjects developed a commercial embodiment of Mr. Smit's invention, "QuestObjects," which MasterObjects began to sell in 2006. MasterObjects clients included HP, Siemens, and Princeton University, along with other companies.

### ii. MasterObjects' Patents and the QuestObjects Embodiment.

In August 2001, Mr. Smit filed MasterObjects' first application, which issued as U.S. Patent No. 8,112,529 (the '529"). Appx1323. The claims of this patent, like the claims of all MasterObjects patents, contain "asynchronous communication" limitations. The '529's application was followed by others, and

now MasterObjects owns seven patents. The four youngest are asserted here, U.S. Patent Nos.: (1) 8,539,024 (the "'024"), Appx8425-8465; (2) 9,760,628 (the "'628"), Appx8467-8504; (3) 10,311,073 (the "'073") Appx8543-8601; and (4) 10,394,866 (the "'866") Appx8506-8541.

The '024, '628, and '866 are continuations of the '529 and share its specification.[1] The '073 is a '529 continuation-in-part, which incorporates the '529 specification by reference.

The very detailed, common specification, largely describes one exemplary embodiment, the "QuestObjects" system. The specification is **explicit** that QuestObjects is just one exemplary embodiment. It uses the phrase "in one embodiment" or its equivalent 46 times. To illustrate:

- The specification says that "[i]n the detailed description below, the present invention is described with reference to a particular **embodiment named QuestObjects**." Appx8448 (7:14-16).

- The specification reiterates that "[i]n the detailed description below, an **embodiment** of the present invention is referred to as **QuestObjects**…." Appx8449 (9:53-54).

- The specification includes a detailed Glossary, full of weird QuestObjects embodiment specific terms, *e.g.*, "Questlet," "Quester," etc., *see* Appx8449-8450 (9:62-11:47), and it explains that "terms used to describe the **QuestObjects** system in detail can be found in the **glossary**." Appx8448 (7:20-22), *see also* Appx8449 (9:59-60).

[1] All "specification" cites are to the '024 version unless otherwise noted.

- The specification explains that "[t]he terms 'client' and 'server' are used herein to reflect a **specific embodiment**." Appx8450 (11:50-52).

- Specification figure after specification figure states that it reflects one potential embodiment. *See* Appx8448 (7:57-8:24), *see, e.g.*, Appx8448 (8:1-2) ("FIG. 4 shows … in accordance with an **embodiment**").

- And, towards the end, it says: "**The foregoing description of preferred embodiments** … has been provided for the purposes of illustration and description. **It is not intended** to be exhaustive or **to limit** …. It is intended that the scope of the invention be defined by the following claims …." Appx8460 (31:38-50).

Appellee Meta Platform, Inc.'s ("Meta") own expert agreed that QuestObjects is just one exemplary embodiment. *See* Appx8807 (92:19-93:23). As did Judge Alsup, who ruled—twice—that QuestObjects was just one exemplary embodiment. *See* § IV.B.iv.

**iii. <u>Issuance Dates and Other MasterObjects Proceedings</u>.**

The '024, which issued in September 2013, was subject to an eBay initiated *IPR*. In 2018, the PTAB found the claims, which included every '024 independent claim, patentable. Appx2560-2561. As part of the *IPR*, the PTAB preliminarily construed "query message" (a key term here), as "not limited to a message comprising only the changes to an input string[; it] may include the entire input string." Appx1508-1511.

The '073, which issued in June 2019, was subject to an *IPR* request, which the PTAB denied. Appx2708.

The '628 issued in September 2017, and the '866 in August 2019.

MasterObjects' patents have been the subject of additional proceedings. Of particular note, non-asserted, older patents, including the '529, were asserted against Google, Yahoo! and eBay. Appx5376. In 2013, these three '529 cases resulted in claim construction orders. *See MasterObjects, Inc. v. eBay, Inc.*, No. 3:12–cv–680 JSC, 2013 WL 1287428 (N.D. Cal. Mar. 28, 2013) (Mag. J. Corley); *MasterObjects, Inc. v. Google, Inc.*, No. C 11–1054 PJH, 2013 WL 2319087 (N.D. Cal. May 28, 2013) (J. Hamilton) ("*Google* Order"); *MasterObjects, Inc. v. Yahoo!, Inc.*, No. C 11-02539 JSW, 2013 WL 6185475 (N.D. Cal. Nov. 26, 2013) (J. White). The *Google* Order led to a stipulated judgment and was affirmed by this Court without opinion. Appx957-958, Appx1826-1827.

### B. Procedural History.

MasterObjects brought suit against Meta (then Facebook) in February 2020. Appx22. MasterObjects filed in the Western District of Texas, where Meta has a significant presence. MasterObjects alleged that Meta's predictive search technology, including its "Typeahead" feature and "Unicorn" backend, for its Facebook applications infringed the patents-in-suit. Appx2498, Appx2504-2506. The case was assigned to the Hon. Alan Albright.

On June 4, 2020, Meta sought to transfer the case to the Northern District of California. Appx27. MasterObjects opposed. The motion was fully briefed on June 25, 2020, when Meta filed its reply. Appx28.

As per Judge Albright's Standing Order, fact discovery could begin only after a fully completed claims hearing. In September 2020, the parties stipulated to the meaning of many claim terms, and filed this stipulation. Appx2312-2313. The parties continued to dispute three issues: the meaning of the "Query Message" and "Asynchronously" terms, and any collateral estoppel effect of the long prior *Google* Order. Specifically:

**i. <u>Query Messages and Collateral Estoppel</u>.**

The patents-in-suit post-date those asserted in *Google*. These new claims used the term "query message," a term **not** used in the old claims. These new claims either permit or require that the client send the extant lengthening string to the server backend. For example, if the client had last sent "ro" and the user then lengthened the query string to "rol," the client had the option under some claims, and the requirement under others, of sending the extant string, i.e., "rol." *See* § VI.B.i.

Meta, however, argued to Judge Albright that "query messages" could only include "the changes" to the user input string, i.e., if the user typed in "L," then "L" would be sent as a search request. If the user then typed in "a," to form a partial query of "La," Meta argued that the client could only send the second character, "a," as a separate request. This construction perforce required that one dedicated server "glue" together the individually received "changes" to create an

intelligible string to search for content. Meta argued the claims were so limited by disavowal, relying on a sentence in an embodiment specific description of one possible optimization that "**allowed**" the client to send "just the changes," "**instead**" of the full lengthening string. *See* § VI.B.iv.

MasterObjects disagreed, saying that the language was not only explicitly embodiment specific, but it was permissive ("allow"), and that the base case was sending the extant string ("**instead** of"). Sending just the changes **instead** of the extant string as one embodiment optimization does **not** mean the system cannot send the extant string; it means exactly the converse.

In its brief, Meta did not acknowledge its burden for reading embodiment detail into the claims, i.e., expressions of inventor manifest intent.

Meta also contended that the *Google* Order collaterally estopped MasterObjects from disputing Meta's "just the changes" construction. The *Google* Order turned on language in an older MasterObjects patent that Google called the "Additional Character" terms. The *Google* Court concluded that the specific language of the '529 claims, including words such as "modify" and "lengthen," suggested that the client sent only changes to one specific server, which glued the changes together to "form" a coherent search string. The *Google* Order found additional support for its claim language conclusion in the specification sentence

that said that the client was "allowed" to send just the changes "instead" of the full partial query. *See* § VI.D.i.

In its three claims briefs in Texas, Meta repeatedly said that the new claim language was no different than the old, without ever comparing the language. The new claim language is, indeed, new, and profoundly unlike the '529 language. *See* § VI.D.

**ii. Asynchronously.**

The patents all speak to a client and server that communicate "asynchronously" while a user types, i.e., each is free to speak over the other without waiting (so the client can send multiple queries to the server before receiving a server response to the first query, and the server can respond to, say, the third query before responding to the first or second queries).

**The claim language also explicitly calls for client-initiated communications: the server is to respond to user input sent by the client.** This is manifest in the claim language itself.

On this term, Meta argued that, through lexicography, the specification required that the server, sua sponte, have the ability to start a search for the user ("Good morning, Joe: want to buy some golf clubs today?"). *See* § VI.C.ii.b.

This "server initiate" asynchronously issue was central to the *Markman* proceedings in Judge Albright's Court. *See* § VI.E.i. MasterObjects' construction rejected this imported limitation; Meta's pivoted on it.

### iii. The Texas *Markman* and Transfer.

On November 29, 2020, Judge Albright issued preliminary constructions tentatively adopting MasterObjects' constructions. Appx5388.

Judge Albright held argument the next day. Meta waived argument on the Asynchronously terms, Appx9320, but the parties had a robust argument on collateral estoppel and the Query Message terms. *See generally* Appx9318-9347.

Post-argument, Judge Albright adopted his preliminary constructions as final. Appx9345, Appx30 (Entry 69).

From this point forward, the parties took the stipulated and court-ordered constructions as binding. These constructions governed through fact and expert discovery. At no point did Meta file a reconsideration motion in Texas.

In July 2021, Judge Albright transferred the case to the Northern District of California, where it was assigned to the Hon. William Alsup. Appx31, Appx32. Meta did not then seek leave to file a reconsideration motion in the new venue.

### iv. Ruling Presented for Review: the California Summary Judgment Order.

On August 26, 2022, after discovery closed, Meta moved for summary judgment. Appx43. Meta refiled a claims brief captioned as a Summary Judgment

Motion.[2] Meta simply repeated the *Markman* arguments it made (and lost) in Texas. Indeed, for Query Message, it cited back to its prior Texas claims briefing wholesale: "As explained in greater detail in Meta's claim construction briefing, Dkts. 54, 57, 59." Appx6979.

In its "summary judgment" briefing, Meta did not cite new facts. Nor new law. Nor argue manifest injustice or error. *See* Appx5381-5382, Appx5582. It made no effort to satisfy the mandatory local rule requirements for reconsideration motions. Meta, instead, simply asked Judge Alsup to substitute his judgment for Judge Albright's—despite the parties' reliance on these rulings throughout the balance of the case—on the theory that this Court's case law allows claims issues to be revisited. Appx5582.

In his Summary Judgment Order (the "Order"), Judge Alsup correctly ruled that QuestObjects was just one exemplary embodiment: "The specification reminds the reader throughout that it describes a preferred embodiment, 'QuestObjects'…." Appx12,[3] *see also MasterObjects, Inc. v. Amazon.com, Inc.*, No. C 20-08103 WHA, 2022 WL 4280640, at *5 (N.D. Cal. Sep. 15, 2022) ("The common

---

[2] The District Court did not reach the *Alice*, expert exclusion, or willfulness arguments Meta raised; this was a claims brief and order.

[3] The case below did not result in any reported decisions. The Order is available on Westlaw (2022 WL 12039301), as are an order regarding motions to strike and for sanctions (2022 WL 4856269) and the transfer order (2021 WL 7449852).

specification describes one preferred embodiment of the invention, 'QuestObjects'"); *id*. at *6 ("Yes, QuestObjects is an embodiment"). The District Court nonetheless restricted the scope of the new claims based on what the Court conceded was QuestObjects embodiment specific detail. The District Court read in both a "just the changes" and a server initiation requirement. Judge Alsup also held that he could simply revisit Judge Albright's holdings, that Meta need not satisfy a reconsideration standard, and that collateral estoppel applied. *See generally* Appx1-16.

This appeal followed.

## V. **SUMMARY OF THE ARGUMENT.**

This case comes to this Court in a peculiar posture, both procedurally and substantively. This appeal is not just another Quotidien claims dispute, important only to the parties. This case, instead, turns on institutionally important issues significant both to the current state of patent law and the proper process for moving patent cases forward.

MasterObjects filed this case in Texas in February 2020 (Judge Albright). As per Judge Albright's practice, completion of *Markman* proceedings (six briefs; robust oral argument) preceded discovery. In November 2020, Judge Albright issued his *Markman* ruling, and his constructions thereafter controlled through fact and expert discovery.

In July 2021, Judge Albright transferred this case to the Northern District of California, where it was assigned to Judge Alsup.

In late August 2022, fewer than three months before trial, and after expert discovery closed, Meta filed a non-infringement "summary judgment" brief. This was **not** a summary judgment brief. It was, empirically and undeniably, a repeat of Meta's Texas claims arguments, arguments that it had already advanced and lost. Meta recycled the same specification cites it used prior and cited wholesale back to its three Texas claims briefs. This was a claims construction do-over, pure and simple.

Imagine what would have happened had Meta filed this identical "summary judgment" motion before Judge Albright, the pre-transfer court? Judge Albright would have summarily dismissed the motion, concluding that Meta was simply relitigating issues long decided, and had not cited any new facts, nor law, nor made new arguments. And this would have been exactly the proper order.

The question that accordingly arises is this: can a new judge, post-transfer, simply disregard a prior claims ruling, and issue new constructions, and do so without any new facts or law, and without a reconsideration motion?

That cannot be right. It creates manifestly bad policy, encourages gamesmanship, defeats the parties' reliance interests during fact and expert discovery, proliferates litigation, and wars with the subtle but important notion of

comity amongst judges. Consider: a judge retires. Is the new judge empowered to revisit all prior rulings?

Bluntly, Meta simply asked that Judge Alsup substitute his opinions for Judge Albright's, and Judge Alsup did so. This, the law does not permit. Absent a legitimate unresolved claim scope issue (there is none here), a prior ruling should be reversed only if it stinks like a "dead fish." *See* § VI.E.

On the merits, Meta first argued that MasterObjects was collaterally estopped from disputing the meaning of new "query message" claim language, citing back to a prior Google case involving different patents and very different terms, terms Google referred to as the Additional Character terms. Specifically, in May 2013, Google argued that a mélange of words in the '529 claims, such as "modify," "lengthen," and "form," required that the client send only the changes inputted by the user, as against sending the extant string.

The new claims do not use **any** of the Additional Character terms, nor do they use any of the surrounding claim language that was key to the *Google* construction. The new claims specifically describe a "query message," a term **not** used in the '529 claims. In short, the new claim language is profoundly unlike the language construed by Judge Hamilton in the long-ago *Google* case. This is not a matter of nuance, nor interpretation: it is manifestly true.

Meta sidesteps the differences in claim language issue by asserting that, in *Nestle USA, Inc. v. Steuben Foods, Inc.*, this Court held that "collateral estoppel is not limited to 'patent claims that are identical[; r]ather, it is the identity of the issues that were litigated that'" matters. 884 F.3d 1350, 1351 (Fed. Cir. 2018). But this does not mean that Meta and the District Court can decline to compare the new versus old claim language, as indeed both did. New claim language is **new**, and it must be assessed anew when new. *See* § VI.D.

Finally, as per Meta's briefing, the District Court found that several sentences in a very lengthy description of one exemplary embodiment, the QuestObjects system, cabined the reach of the claims. While Meta argued that QuestObjects was not one exemplary embodiment, Judge Alsup disagreed, ruling (twice) that QuestObjects was manifestly and repeatedly described as one exemplary embodiment. *See* § IV.B.iv. Despite this conclusion, and relying on the several sentences Meta underscored, Judge Alsup nonetheless read permissive, optional, embodiment explicit detail into the claims, and so found that Meta did not infringe under the claims as so construed.

This, too, was error as a matter of law. *See* §§ VI.B-C.

# VI. ARGUMENT.

## A. Standards of Review.

This Court "review[s] a district court's claim construction and its interpretations of intrinsic evidence de novo" and "any subsidiary fact findings based on extrinsic evidence for clear error." *Apple Inc. v. Wi-LAN Inc.*, 25 F. 4th 960, 967 (Fed. Cir. 2022).

This Court "review[s] a district court's grant of summary judgment under the law of the regional circuit, here, the Ninth Circuit …. The Ninth Circuit reviews a district court's grant of summary judgment de novo." *Id.*

This Court "review[s] a district court's application of collateral estoppel de novo ….," *e.Digital Corp. v. Futurewei Technologies, Inc.*, 772 F.3d 723, 726 (Fed. Cir. 2014), as does the Ninth Circuit. *See Wolfson v. Brammer*, 616 F.3d 1045, 1064 (9th Cir. 2010).

A decision to reconsider a prior order is reviewed for an abuse of discretion. *See Delta Savings Bank v. U.S.*, 265 F.3d 1017, 1027 (9th Cir. 2001) (applying this standard under law of the case principles), *U.S. Tobacco Cooperative Inc. v. Big South Wholesale of Virginia*, 899 F.3d 236, 256 (4th Cir. 2018) (Rule 54(b) reconsideration reviewed for abuse of discretion).

## B. Query Messages.

The "Query Message" terms are:

- "whereby the query messages represent the lengthening string as additional characters are being input" ('024, cls. 1, 32, 35, 36, 37; '628 cl. 13);

- "multiple query messages corresponding to multiple versions of said input" ('628 cls. 1, 25);
- "a request message containing a string representing an incomplete version of the search query" ('866 cl. 1); and
- "sending a string representing an incomplete search query" ('073 cl. 1).

Appx6.

MasterObjects proposed "plain and ordinary meaning" and that "[t]hese terms are not limited to a message/string comprising only the changes to an input string, and may include the entire input string." Meta proposed that "[e]ach query consists of only the changes to the input string that were not sent in any previous consecutive query." Appx2313. As explained above, *see* § IV.B, Judge Albright agreed with MasterObjects, while Judge Alsup, at the 12th hour, agreed with Meta. The first issue on appeal is whether the Query Message terms are restricted to only/just the changes or whether the partial query itself may be sent.

**i. <u>The Plain Claim Language: The Query Message Can or Must Contain the Extant String</u>.**

While Meta (and the District Court), *see* Appx357, Appx6981, Appx8, began with the specification, claim construction "'begins and ends … with the actual words of the claim.'" *Teleflex, Inc. v. Ficosa N. Am. Corp.*, 299 F.3d 1313, 1324 (Fed. Cir. 2002); *see also Innova/Pure Water, Inc. v. Safari Water Filtration Systems, Inc.*, 381 F.3d 1111, 1116 (Fed. Cir. 2004).

The plain claim language does not restrict query messages to "only the changes" in the user's search query. The '024 and '628 claim language covers embodiments that send the full partial string and those that send "just-the-changes." The '073 and '866 claim language, however, **require** that the client send the full partial string, as set forth below:

'024 independent Claim 1 reads as follows:

> [S]erver system…configured to receive query messages from a client object…the client object that, while a user is providing **input comprising a lengthening string of characters**, sends query messages to the server system; whereby **the query messages <u>represent</u> the lengthening string** as additional characters are being input by the user; and wherein the server … uses the input to query …

Appx8460. The phrase, "query messages represent the lengthening string," in no way limits the client to sending just the changes. On its face, "represent the lengthening string" includes a message with the full lengthening string. There are no words of restriction here.

'628 independent Claim 1 states:

> [C]lient object adapted to **receive input comprising a lengthening string of characters** from a user, the client object sending **multiple query messages <u>corresponding</u> to multiple versions of said input** …

Appx8502. Here, the client receives "input comprising a lengthening string of characters," and that client then sends "query messages corresponding to multiple versions" of this input. The client thus can receive and then send "versions" of the

lengthening string. For example, if a user is typing "Rolex," the sequential extant strings "r," "ro," and "rol" correspond to multiple versions of the input over time. The claim language is in no way limited to sending only the changes.

'073 independent Claim 1 reads as follows:

> A method comprising… **sending a string <u>representing</u> an incomplete search query** to a server … **receiving** by the server … **the string; *matching*,** by the server … ***the string*** to entries in a cache of query strings…

Appx8601. This claim states that the "string" sent represents the "incomplete search query." The claim then states that the server looks for content by "matching" "the string" sent. If the string sent is "matched," then that string has to be a copy of the full partial query (*e.g.*, looking for "ro," not just "o"). This language, perforce, dictates that what is sent **cannot** be just the change. If it were, then the server could not proceed to "match" this string to find content. "O" cannot be used to match for content for a query that was lengthened from "r" to "ro."

Meta's and the District Court's construction cannot be correct, because, as both explained, it requires that a server glue together the changes to use to match for content. *See, e.g.,* Appx345 ("As the server received additional pieces of the user's input, it would append them to the query string it maintained …. Accordingly, the claimed invention was intended to work by sending only the

updates”), Appx6. The ’073 language excludes this situation, as the system searches for content by “matching” what the client sends.

’866 independent Claim 1 similarly describes the server system “matching” the “request message” “string” to entries in the cache to find responsive content:

> [S]ending a **request message containing a string <u>representing</u> an incomplete version of the search query** … **receiving**, by the server system, **the string; *matching*, by the server system, *the string* to entries in a cache** … retrieving, by the server system, data indicative of the search **results *matching the incomplete version of the search query***…

Appx8540-8541. Here, again, the plain language excludes the only the changes embodiment. What is sent is used for matching: “sending a request message containing a string … receiving … the string; matching … the string.” The extant string (“abc”) can be matched, while the change (“c”) cannot be.

Meta outright ignored the asserted claims’ plain language in its opening claim construction and summary judgment briefs, instead focusing on the specification’s occasional use of the words “the present invention.” In its responsive claim construction brief, Meta told the District Court that the claims “do not refer to including the ‘string’… itself in the client’s query message” and that they instead refer to “sending *information about* that string.” Appx2129-2130. This is profoundly opaque. Judge Alsup ruled that the claims “do not indicate that the system re-sends characters,” and that the “use of words like ‘corresponding’

and 'represent' indicate that the client sends information *about* the expanding user search," i.e., "the claims state that a query message serves as an equivalent to, or proxy for, what the user types into the search bar." Appx8-9.

This statement sidesteps the entire issue.

First, the correct question is not whether the claims say "query messages, including, but not limited to, those that contain extant strings," but whether the claims somehow **restrict** query messages to messages that contain "just the changes." *Cf. i4i Ltd. Partnership v. Microsoft Corp.*, 598 F.3d 831, 843 (Fed. Cir. 2010) ("Had the inventors intended this limitation, they could have drafted the claims to expressly include it"). A claim that says "widgets" need not specify that it includes, but is not limited to, carbon fiber widgets. The term widgets (and query messages) are to be given their ordinary breadth, as understood by an artisan.

Second, an ordinary reading of "represents" and "corresponds" includes both the partial query and only the changes messages. If a sports team wears green jerseys, a fan "represents" them by wearing a matching green jersey. A query message that contains a copy of the extant string in the user input bar "represents" that extant string. This is a plain and natural reading of "represents."[4] To use the

[4] Nor does the specification use "represent" or "corresponds" in some limited way. *See, e.g.*, Appx8453 (17:35-37) (the tab name is a copy of the service name), Appx8451 (13:8-10) (both figure portions depict the same service). Nor does the '073's specification. *See, e.g.*, Appx8596 (29:25-32).

District Court's terminology, both a message that contains a partial query and one with just the changes "sends information about the expanding user search."

As to the '073 and '866 claim language that states that what is sent is used to find content, the District Court's Order is silent. As for Meta, it insisted that the server "fuses" the received changes "together," but made no attempt to explain how that embodiment is captured by language that plainly says that what is received is used for "matching" to find content. *See* Appx2130.[5] Meta's construction wars with this plain claim language.

The plain claim language does not restrict the claims to just the changes. This language supports MasterObjects' construction. *See Liebel-Flarsheim Co. v. Medrad, Inc.*, 358 F.3d 898, 913 (Fed. Cir. 2004) ("Medrad thus must overcome the ''heavy presumption' that [the claims] mean what they say'").

### ii. <u>The Specification Confirms the Claims' Breadth</u>.

The specification confirms the plain meaning of the Query Message terms. It begins with an "Abstract" that reads: "[t]he invention provides a … asynchronous … system for sending a **character-by-character string** …." Appx8425. Meta told the District Court that this "character-by-character"

---

[5] The District Court also reasoned that "[t]he claims here use different words [from the patents in *Google*], but they recite a system with the same functionality …." Appx8. This reasoning is circular. How can one know that the claims recite identical functionality without first construing the new terms?

reference was to sending only the changes. *See, e.g.*, Appx344-345, Appx2124 ("[T]he specification contains many statements describing 'the present invention' … as a system in which the client's query messages … contain only portions of the user's search string that have not yet been sent … For example, the common specification explains that '[t]he invention provides a … system for sending a character-by-character string ….'"). Without explanation, the District Court agreed. *See* Appx9 ("Character-by-character communications inherently dictate sending only the changes"). But nothing about this phrase restricts what is sent to just the changes. Rather, this phrase comports with the breadth of the '024 and '628 claim language, which encompasses the extant string and just the changes embodiments. If a user input goes from "a" to "abc," both a message that is "bc," and a message that is "abc," comprise "character-by-character strings." "Abc" is as much a character-by-character string as "bc."

The "Summary" then opens by explaining that "[t]he invention provides a system that offers a highly effective solution … by providing a way to synchronize the data … on a client … with the data on a server …." Appx8447 (5:66-6:3). Meta told the District Court that this passage supported its proposal; that "[s]ending only new portions of the search string … is [] the inventions way of synchronizing the data." Appx2126. The District Court took Meta at its word. *See* Appx9. But this passage is not restrictive. It encompasses just the changes

and partial string embodiments. If the input goes from "a" to "ab," the data can be synchronized by sending "ab," or by sending just "b" with the server then gluing "b" to the previously received "a." Both methods achieve the stated aim.

The specification then explains that "[t]he system's protocol is not restricted to sending single characters;" that "Clients can also use the protocol to send a string of characters." *See* Appx8450 (12:5-7), *see also* Appx8450 (12:51-53) ("use a communication protocol to send information, **including but not** limited to single characters …), Appx8449 (10:34) (unqualified "incoming strings"), Appx8449 (10:46-47) (unqualified "incoming strings"). It then provides an example of the extant string being sent: "***For example***, when a user *replaces* the contents of an entry field with a new string, the Client may then **send the entire string** …." Appx8450 (12:7-9). The District Court, at Meta's urging, *see* Appx348, concluded that this passage supported sending only the changes, since in the example given no character sent in the string was previously sent. Appx9. But the specification, plainly contemplates other instances where the entire string is sent, as it says "[f]or example." *See* Appx7735 (validity expert).

As to the "only the changes" embodiment, the specification, using embodiment specific terms, describes it as an optimization, i.e., an optional preference:

> The invention includes a **S**erver … and a communication protocol that is **optimized** for sending single characters from a **C**lient to the **S**erver.

Appx8450 (11:57-60). If there is an "optimization" then there is a base case. This embodiment description makes clear that the invention also contemplates a non-optimized method of sending updated input, i.e., sending the extant string. *See* Appx7735-7736 (validity expert).

Now, to the crux of Meta's argument: the description of the "only the changes" embodiment on which Meta relies is this:

> To support this, the protocol of the present invention provides a number of messages that **<u>allow</u> the *Client Quester* to send just the changes to the input buffer, <u>instead</u> of sending the entire input buffer.**

Appx8454 (20:14-17). This statement is consistent with the '024 and '628's claim language's plain scope. Here the specification explicitly discloses **two alternatives**: send the extant string or "instead" send only the changes. **Both are "allowed,"** and indeed, sending the full partial string is the base case. *See* Appx7735-7737 (validity expert).

More, the specification uses the term "query message" once. Significantly, this example is explicit to sending the extant string:

> [T]he Server Quester may deduct that **the input string represents a valid query** and send the appropriate **<u>query message 'ab'</u>** to the Service.

Appx8453-8454 (18:67-19:2). The District Court disregarded this statement, reasoning that as "Meta correctly points out [] this passage describes a query

message after it has already reached the server, not during the pertinent transfer from client to server." Appx10.

First, neither Meta nor the District Court recognized that the specification says that a server can act as and be considered the client:

> Generally, **any process** or mechanism **that can send characters** and receive string lists **can be** considered **a client** ….

Appx8450 (11:66-12:1), *see also* Appx7734-7735 (validity expert). The specification makes clear that Meta's supposed client-server/server-service message is a distinction without being a difference.

Second, this is the only instance where actually disputed claim language is used in the specification—it cannot be cast aside in determining how that very term is used in the claims. *See Continental Circuits LLC v. Intel Corporation*, 915 F.3d 788, 796 (Fed. Cir. 2019) (Explaining that while "the claims themselves provide substantial guidance" they must "be read in view of the specification"). What is the search for meaning in the specification if not consideration of how the actual term is therein used? *See In re Papst Licensing Digital Camera Patent Litigation*, 778 F.3d 1255, 1261 (Fed. Cir. 2015) ("'[t]he construction that stays true to the claim language and most naturally aligns with the patent's description of the invention will be, in the end, the correct construction'").

The PTAB agreed. In the '024 *IPR*, the PTAB preliminarily rejected eBay's "only the changes" construction, reasoning that:

> The term "query message" appears only once in the Specification, and describes a query sent from the server to a service. The claims, however, use the term "query message" to refer to queries sent from a client object .... **Nonetheless, the Specification uses the term "query message" in reference to a message comprising an entire input string, not just changes to a string**.

Appx1510. As the PTAB correctly concluded, "query message" means what the specification says.

Third, the use of "represents" in the query message passage contradicts Meta and the District Court's understanding of "represents." The "input string [that] represents a valid query" **is** the query, not just a change to the query.

Reading the claims in view of the specification, the Query Messages terms are not limited to an "only the changes" embodiment. The claims cover sending a copy of the extant input, as confirmed by the specification's sole use of "query message." *Cf. Innova/Pure*, 381 F.3d at 1122 ("[Defendant's single specification embodiment] argument flies into the sun that is the plain import of the claim language"). Nothing in the prosecution history changes this conclusion.

#### iii. The Prosecution History Is Explicit: The Query Message Terms Are Not Limited to Just the Changes.

During the '024 *IPR*, MasterObjects was consistent: the client could send the full lengthening string: that is what the new claim language says. *See* Appx1700 ("Query messages comprising the entire lengthening string, and query messages comprising only the changes, each 'represent the lengthening string"), Appx1702

("'query messages' means a 'plurality of transmissions, each transmission including the lengthening string'"). These statements are intrinsic evidence. *See Aylus Networks, Inc. v. Apple Inc.*, 856 F.3d 1353, 1359-61 (Fed. Cir. 2017).

The District Court dismissed this intrinsic evidencing, saying that "MasterObjects' statements … — statements made years after *Google* — did not foster intrinsic evidence sufficient to affect the outcome here." Appx10. But statements made after *Google* are more, not less relevant, because each asserted patent issued **after** the *Google* Order. *See* § IV.A.iii; *see also* Appx716-718, Appx720. None of these **new patents** contain the claim language at issue in *Google*. *See* § VI.D; *cf. Liebel-Flarsheim*, 358 F.3d at 909 ("[T]he applicants replaced claims that had included references to a pressure jacket with a new set …. The omission … is a strong indication that the applicants intended those claims to reach injectors that did not use pressure jackets").

For its part, Meta argued that statements made during the unasserted '529 prosecution supported its construction, *see* Appx358-359, pointing to a statement that reads: "each one of the plurality of queries are consecutive and together form an increasingly focused query string for retrieving content from the server." But this statement comports with a system that sends the full partial query **and** one that sends just the changes. This does not support Meta; indeed, it is directly to the contrary.

Finally, new claim language matters. Neither Meta nor the District Court assessed the import of the new claim language. A court's analysis properly starts with assessing the new language itself, if the language is in fact new. *See Ventana Medical Systems, Inc. v. Biogenex Laboratories, Inc.*, 473 F.3d 1173, 1181 (Fed. Cir. 2006) ("prosecution disclaimer generally does not apply when the claim term in the descendant patent uses different language").

**iv. <u>No Disavowal or Lexicography.</u>**

A court may depart from the ordinary meaning of a claim term only in two instances, disavowal or lexicography. *See Luminara Worldwide, LLC v. Liown Electronics Co. Ltd.*, 814 F.3d 1343, 1353 (Fed. Cir. 2016). Meta said that MasterObjects disclaimed sending the extant string, *see, e.g.*, Appx357-358, Appx2124, Appx2131, Appx9030, as proven by the following embodiment specific language:

> [T]he *Client Quester* uses the *Client Controller* to send the new input buffer to the *Server Quester*, so that a new query can be executed (step 611). To support this the protocol of the <u>present invention</u> provides a number of messages that **<u>allow</u> the *Client Quester* to send just the changes to the input buffer, <u>instead</u> of sending the entire input buffer.**

Appx8454 (20:11-17). The District Court, in turn, relied on this passage. *See* Appx8. Any disavowal, whether explicit or implicit, "must be clear and unmistakable." *See Luminara*, 814 F. 3d at 1353. Meta did not brief this standard.

Why not? It did not, because there are no "expressions of manifest exclusion or restriction" here. *See Continental*, 915 F.3d at 797.

First, this statement is embodiment specific. *See In re Papst*, 778 F. 3d at 1264 ("But that [present invention] passage does not support the … limiting construction, and not only because it is part of the description of several preferred embodiments …."). It comes deep in the QuestObjects description, more than 11 columns into the "Detailed Description." And it uses embodiment specific terms, with the first character capitalized to show that it is a QuestObjects term. Statements pertaining to QuestObjects do not unmistakably demonstrate an intent to give up claim scope. *See Yahoo!*, 2013 WL 6185475, at *6 (finding no intention to limit where "the single sentence Yahoo! relie[d] on … [was] embedded in the middle of a long and detailed paragraph describing specific embodiments"); *eBay*, 2013 WL 1287428, at *9 (finding no intention to limit where in the relied-on sentence "server and client [were] capitalized to further indicate that the inventor [was] describing a specific embodiment ….").[6]

Second, the specification perforce recognizes that the invention is not inclusive of sending only the changes at the exclusion of the base case—sending

[6] The *eBay* and *Yahoo!* Courts addressed the argument that "communication protocol" included an "optimized for sending single characters" limitation based on a statement that "the invention includes ... a communication protocol ... optimized for sending single characters." Both held it was improper to limit the claims to the QuestObjects embodiment.

the full partial string—through its use of **permissive** language: "**that allow** … **instead of**." *See* Appx1509 ("'[T]hat allow' indicates the protocol allows for, but is not limited to, sending only changes") (PTAB preliminarily construing query message); *Finjan, Inc. v. Qualys Inc.*, No. 4:18-cv-07229-YGR, 2020 WL 3101040, *6 (N.D. Cal. Jun. 11, 2020) (no disavowal where the present invention statement used "allow," "permissive language"). If I am **allowed** to drive at 65 mph, this does not mean that I drive at 65 mph. *See Continental*, 915 F. 3d at 797 (finding the phrase "the present invention can be carried out by a new use" to not be clearly limiting).

Third, even if this statement were not embodiment specific and were restrictive, it would be contradicted by the rest of the specification. *See, e.g.*, Appx8425 (Abstract) ("invention … sending a character-by-character string"), Appx8450 (12:5-6) ("[t]he system's protocol is no restricted to sending single characters"), Appx8456 (23:31-32) ("present invention to send something"). Non-uniformity is non-limiting. *See Continental*, 915 F.3d at 798.

While Meta did not address the exacting standard required for disavowal or lexicography, it told the District Court that its reading of the "allow" statement must be correct, because it was true to the invention's "core" purpose. *See* Appx6979-6980. Meta said that: (1) sending only the changes was described as a "differentiator over the prior art;" (2) the invention involved a server that "would

append" changes together to recreate the growing string; and (3) "a named inventor, explained why[] the 'core of the invention' [was] 'sending updates of queries' instead of the entire query string.'" *See* Appx345, *see also* Appx341. The District Court believed Meta. *See* Appx9. **But none of this is true.**

Nowhere does the specification describe sending the extant string as a prior art disadvantage to be overcome by sending just the changes. *Compare Apple*, 25 F.4th at 965 ("Nor are there any statements expressing the advantages, importance, or essentiality of using a CPE as opposed to a subscriber unit") (no redefinition) *with SciMed Life Systems, Inc. v. Advanced Cardiovascular*, 242 F.3d 1337, 1343 (Fed. Cir. 2001) ("the SciMed patents distinguish the prior art on the basis of the use of dual lumens and point out the advantages of the coaxial lumens") (disclaimer).[7]

To create a contrary impression, Meta spliced two different sentences together, telling the District Court that:

> In fact, the specification explains that '[t]he invention provides a system that offers a highly effective solution to the aforementioned disadvantages of both client-server and internet systems [including 'limited network bandwidth'] by providing a way to synchronize the data entered or displayed on a client system with the data on a server system.

---

[7] *See also Thorner v. Sony Computer Entertainment America LLC*, 669 F.3d 1362, 1366 (Fed. Cir. 2012); *Veritas Technologies LLC v. Veeam Software Corporation*, 835 F.3d 1406, 1412 (2016) (broadest-reasonable-interpretation standard).

Appx2125. The bracketed language is from the "Background," while the remainder is from the start of the "Summary." The relevant Background portion reads:

> [O]ther systems with *limited network bandwidth* … can be deployed with built-in databases …. **This has the disadvantage that data stored in the device may no longer be up-to-date** because it's really a static database. Also, the cost of cell phones and personal organizers is greatly increased by the need for megabytes of local storage.

Appx8446 (3:19-27). The described disadvantage is the storage of data locally, not bandwidth. More fundamentally, this discussion has nothing to do with prior art that sends partial full strings to receive server data as a user types. The problem with the prior art was that a user had to type out a full query, then press enter, and then wait for results—the user did not receive results while he or she typed. *See* Appx8445 (2:54-56) ("It also means that the server only checks the validity of … user input after the user … submits an entire input form"); *see also* Appx6964 (Sum. J. Mot.) ("the claimed invention provides responses … as the user is typing, rather than waiting for the user to press the enter key"). Put differently, in the prior art, nothing representing the growing string was sent, whether it be "RO" or "O." All that was sent was the completed query, "Rolex."

On "append[ing]" the changes, the specification is plain; this is but one embodiment not the core of the invention:

> In accordance with **one embodiment** of the invention the system is session-based, in that the server knows or recognizes when subsequent requests originate at the same Client.

Appx8450 (12:11-13).

As to the inventor's excerpted testimony, the District Court accepted Meta's assertion that "sending updates of the queries" referred to sending just the changes. But a client also sends an update when it sends the extant string. "Rox" updates the server just as well as "x." What the inventor described as core was sending messages while a user types. *See* Appx549 (63:11-18) ("Q. You said … the idea was to send the updates as opposed to the whole thing …. A. Because it allows the server to know what the user is typing … and already respond … during the typing instead of **after the user finishes typing**"). More, this witness answered questions specific to '529 claims and QuestObjects. *See, e.g.,* Appx547 (57:7) ("claimed in the 529 patent"), Appx551 (84:4) ("Let's go back to QuestObjects then"). Further still, inventor testimony is afforded little weight. *See Howmedica Osteonics Corp. v. Wright Medical Tech., Inc.*, 540 F.3d 1337, 1347 (Fed. Cir. 2008).[8]

[8] The District Court erred in relying on *Bradium Technologies LLC v. Iancu* to circumvent this basic rule. In *Bradium*, the inventor "described the claimed invention as 'something that embodied everything we developed since 1999,' and not merely one product." 923 F.3d 1032, 1045 (Fed. Cir. 2019). While here, when asked whether the specification was written "specifically to cover the QuestObjects embodiment," the inventor responded: "No, we wrote it to protect our idea, and QuestObjects is only one example of that." Appx554 (94:7-11).

In short, Meta's disavowal or lexicography argument rests on a sentence that describes a system the District Court itself recognized was an *exemplary embodiment*, where the language states that the client *can* send either the extant string or just the changes. There is **no** clear intent to limit claim scope. Indeed, the language is exactly to the contrary.

### C. <u>Asynchronously</u>.

The Asynchronously terms are: "asynchronously" ('024 cls. 1, 35, 36, 37; '628 cls. 1, 13, 25; '073 cl. 1; '866 cl. 1) and "asynchronous" ('024 cl. 32). Appx2313. MasterObjects said that these terms mean: "each side of the communication is free to communicate without waiting for the other side." Meta proposed: "both the client and the **server can initiate** communications at any moment in time." In the Texas *Markman* proceeding, the parties debated **one specific point**: whether these terms included a server initiation (server "push") requirement. *See* § VI.E.i. Meta said yes; MasterObjects said no.

Judge Albright adopted MasterObjects' construction, explicitly rejecting Meta's push limitation (as Meta full well understood then). *See* Appx5388, Appx30 (Entry 69). At summary judgment, Meta resurrected the push issue, re-arguing that the claims must include a server initiation requirement, exactly the point it lost before Judge Albright. Three weeks before trial, Judge Alsup reversed the prior construction, and read a server push limitation into the claims. Appx11

("[Meta] contends that asynchronous means the server must be able to initiate communications. This order agrees"). The claims contain no such limitation.

#### i. The Plain Claim Language and the Customary Understanding of Asynchronous Do Not Support a Server Push Limitation.

As it did with "query message," the District Court began its analysis with the specification, in particular a fragment that Meta said was definitional. *See* Appx12, Appx363. As claim construction properly begins with the claims, MasterObjects begins with the claims.

The plain claim language accords with asynchronously's customary meaning and wars with Meta and the District Court's server push requirement. *See* *EcoServices, LLC v. Certified Aviation Services, LLC*, 830 Fed. App'x 634, 645 (Fed. Cir. 2020) (non-precedential) ("Claim terms are given their ordinary and customary meaning, as would be understood by a person of ordinary skill … in light of the claim language, the specification, and prosecution history").

The claims require client-initiated communication. For example, '024 Claim 1 states:

> [T]he **client** object that, **while a user is providing input** … **sends** query messages … wherein the **server** system … **uses the input to query** data … and send return messages … containing **results in response to the input**.

Appx8460. The client sends the server the user's input and the server returns results to that input. The client has to be able to initiate the exchange in order for

the system to respond to user input. *See* Appx8502 ('628 Claim 1) ("client object adapted to receive input … from a user").

Rather than refute what the claims say, the District Court started with the specification, and then concluded that MasterObjects' construction "would read [asynchronously] out of the claims entirely." *See* Appx13. This was error.

In the claims, other claim language, *see* above, speaks to who must be able to start the discourse with asynchronously adding that within the initiated conversation each side can communicate without waiting for the other side to finish, opposed to each side taking turns. The Asynchronously terms are not about who starts the communication. Rather, these terms describe how the communication is conducted once it has begun. In asynchronous communication, parties can talk freely; they can speak over one another. In contrast, synchronous communication is like a walkie-talkie with each side waiting for a "roger, over." The customary meaning of "asynchronous communication" has nothing to do with who starts up the back-and-forth. *See* Appx1636-1637 (dictionary definition: "Computer-to-computer communications in which the sending and receiving computers do not rely on timing as a means of determining where transmissions begin and end"), *see also* Appx1639-1641, *eBay*, 2013 WL 1287428, at *5 ("[T]he ordinary meaning … does not include the limitation that the server initiate …") (construing "asynchronous connection" in ancestor patents).

MasterObjects' construction gives asynchronously its ordinary breadth and comports with the rest of the claim language. In contrast, if asynchronously **requires** that both client and server must be able to initiate a conversation, then the separate claim language that speaks to client initiation is superfluous.

To be clear, the claims do not exclude a system where both the client and server **can** initiate. They do, however, **require** a system where the client can initiate, while **not requiring** that ability of the server.[9] Indeed, a dependent claim drives this point home. And claim differentiation matters.

'024 Claim 30 depends on asserted '024 Claim 1. Claim 30 adds: "wherein the server system automatically sends messages containing [new] results to the client object as updated data in response to a previous query becomes available." Appx8461, Appx8463. Here, the server unilaterally pushes data to the client. But if such a server-initiated action is already a Claim 1 requirement, then unasserted Claim 30 makes no sense. *EcoServices*, 830 Fed. App'x at 646 ("to construe [the term] as [defendant] would have us do would 'render the term redundant and offend[ ] principles of claim differentiation'"). As argued below, if independent claim 1 describes a car with four tires, and dependent claim 2 adds a radio, then claim differentiation principles dictate that a radio is **not** a claim 1 requirement. *See* Appx9547-9549 (18:20-20:8).

[9] This was and is MasterObjects' position. *See* Appx9548-9549 (19:25-20:6).

### ii. The Specification Does Not Redefine or Disavow Asynchronously's Meaning.

#### *a. The Specification:*

The specification confirms that asynchronously was used in its customary sense—a way of communicating without waiting for the other side to finish speaking, not a decree on who can or must start the conversation.

Towards the specification's end, shortly before the claims, it states:

> The present invention can be implemented … using any combination of operating systems and programming languages that support asynchronous network connections ….

Appx8459 (30:58-61). This reference to preexisting "languages" that "support asynchronous network connections" demonstrates that (1) "asynchronous" had a well-known meaning, and (2) it was in this sense it was used.

Further confirmation that asynchronously was used in its customary sense is found in the specification's description of the importance of a preferred embodiment. Many asserted claims contain a "usability test" element. For example, '024 Claim 1 says that the "the client object tests the usability of the results in the return message." Appx8460. The specification explains that implementing such a test is important because asynchrony can cause the client to receive results out of order. *See* Appx8456 (23:37-40) ("This is **important because the system is asynchronous** and on occasion it may occur that a newer QuestObjects Result Set is sent to the client before an older one"), Appx8456

(24:40-42) ("Properties … are used to detect when QuestObjects Result Sets are received **out of order**"), Appx8450 (12:28) ("Tasks that clients execute on the system are **non-blocking** …."). The client or server going first does not cause this result. It is a consequence of the two being free to talking over one another—that is what asynchrony is about.

The District Court acknowledged that "asynchronously" has a customary meaning: "Asynchronous in the general, computer programming sense broadly refers to 'something that is not depending on timing.'" Appx11. Nonetheless, the Court below read a server initiation limitation into the claims. This was improper, as server pushing was just one optimal embodiment possibility.

Server pushing is first described ahead of the QuestObjects description. *See* Appx8447 (6:15-16). At oral argument, Meta told the District Court that this early reference proved its case. *Compare* Appx9576 (Meta Slide 7) *with* Appx9535 (6:2-14) ("The Court: … What do you think is your best point in the specification? …. On Slide 7 you'll see … the specification describes sort of this push notification …."). The District Court, in turn, relied on this statement. *See* Appx13 (citing '024, 6:15-16). But, in context—context omitted from the slide Meta showed Judge Alsup—this statement says no such thing. What is being described are two separate embodiments, one where the client goes first and another where the server goes first:

> The present invention may be incorporated in a **variety of embodiments** …. [1] It **offers** a standardized way to access server data that **allows** immediate user-friendly data feedback **based on user input**. [2] Data can **<u>also</u>** be presented to a client **without user input**, i.e. the data are automatically pushed to the client.

Appx8447 (6:11-16). The asserted claims are focused on the first, user input embodiment. *See also* Appx8450 (11:48-50) ("The present invention provides a system that allows clients … to asynchronously retrieve database information …"). There is nothing wrong with that. *See Ventana*, 473 F. 3d at 1181-82 ("[T]he preferred embodiments also contain a 'direct dispensing' feature, the inventors were not required to claim this … and, indeed, did not do so"); *see also eBay*, 2013 WL 1287428, at *5 ("[The above passage] demonstrates that one embodiment … is to have the data pushed, not that the claims require [server initiation]").

Meta's primary "evidence" to the contrary, *see* Appx361, the passage with which the District Court began its analysis, *see* Appx12, reads as follows:

> The system is bi-directional and asynchronous, in that both the **Client** and the **Server can** initiate communications at any moment in time …. An example of a communication initiated by the **Server** is updating the information provided to the client. Because the system is session-based it can keep track of database information …. As information changes … the **Server** sends an updated version ….

Appx8450 (12:24-38). This passage comes deep in the QuestObjects description. It uses QuestObjects specific capitalized terms. It is specific to a situation where

the server tracks what was sent, which as explained, *see* § VI.B.iv., is plainly an embodiment specific option. It is also bookended by passages that begin: "In accordance with one embodiment;" and "Embodiments of the system." Appx8450 (12:11 & 12:39). And, it says "can" not "must." This passage is embodiment specific and it is improper to use it to limit the claims. *See Yahoo!*, 2013 WL 6185475, at *4 (In considering the same argument with respect to "asynchronous connection" in ancestor patents "[t]he Court agree[d] that Yahoo!'s analysis attempt[ed] to read limitations into the claim based on a preferred embodiment").

The District Court, nevertheless, found that this passage was not limited to a specific embodiment:

> The specification, however, does not define *capital* "Client" and "Server," but lower-case iterations …: "The terms "client" and "server" are used herein to reflect a specific embodiment of the invention"…. Because the specification only defined lower-case "client" and "server," this order finds that this passage of the specification does not expressly refer to a particular embodiment.

Appx12, *see also* Appx9565-9567 (36:22-38:10). This was error.

The specification makes clear that "Client" and "Server" are used to refer to QuestObjects. That is why there is a "client/server" definitional sentence. That is why every term in the QuestObjects specific glossary is capitalized. More, as set forth above, and as explained at the hearing, *see* Appx9564-9567 (35:17-38:10), it is clear from the surrounding language that these statements are embodiment specific. **Context matters**. *See In re Papst*, 778 F. 3d at 1261; *Lone Star Silicon*

*Innovations LLC v. Iancu*, 813 Fed. App'x. 512, 518 (Fed. Cir. 2020) (non-precedential) ("Considering [the term] in the context of the claims and specification, one of ordinary skill would have understood that the inventors did not depart from the established, ordinary meaning …."). Indeed, **even Meta conceded that "Server" and "Client" are embodiment specific**. *See* Appx2126 ("The common specification then proceeds to capitalize 'Client' and 'Server' when it speaks of a specific embodiment"); *see also eBay*, 2013 WL 1287428, at *5. The specification fragments quoted by Meta and relied upon by the District Court are entirely embodiment specific. This embodiment specific detail should not be read into the claims.[10]

*b. No Lexicography or Disclaimer:*

Meta told the District Court that MasterObjects defined asynchronously to include a server push requirement. *See* Appx361-362, Appx2136-2137, Appx2178 ("'asynchronous' reflects the inventors' own lexicography"). In so doing, Meta misstated the facts, and omitted the standard on reading embodiment detail into the claims: "[T]he patentee must 'clearly express an intent' to redefine the term." *See Thorner*, 669 F.3d at 1365.

[10] The other statement cited by the District Court, *see* Appx13 (citing '024, 17:54-57) is also embodiment specific. *See* Appx8453 ("other **embodiments** Questlets *can be* used …").

As explained above, Meta's supposed definitional statement is deep in the QuestObjects description, is inconsistent with statements that indicate that asynchronously has its customary meaning, and is inconsistent with statements that describe the invention as facilitating a "variety of embodiments," including client first and server first options. This passage cannot work a redefinition (or disavowal). *See Lone Star*, 813 Fed. App'x. at 519 ("[T]he specification does not show a clear intent …. [E]ach of the instances in which the specification discusses [supposed redefinition] is in the context of describing 'one embodiment'…."); *cf. TriStrata, Inc. v. Microsoft Corp.*, 594 Fed. App'x. 653, 655-56 (Fed. Cir. 2014) (non-precedential) (rejecting dictionary definition of "seal" where it was *repeatedly* off-set *early* in the specification and then *specifically described* through further explanations).

There is nothing in the prosecution history to the contrary. Both Meta and the District Court cited to the following passage from the non-asserted '529's file wrapper:

> The advantages of such a **session-based protocol include that the server recognizes when subsequent requests originate at the same client**…. *Furthermore, since the system is asynchronous, both the client and the server <u>can</u> initiate communications at any moment in time.*

Appx1081, *see also* Appx12, Appx362-363. This statement cannot limit the claims.

First, MasterObjects did not argue that server pushing distinguished the prior claims over the prior art. *See i4i Ltd.*, 598 F. 3d at 843; *eBay*, 2013 WL 1287428, at *7. Rather, MasterObjects said that "Purcell does not disclose a session-based environment …." Appx1082. More, per Judge Hamilton in *Google*, the '529 claims covered "a session-based protocol" where "the server recognizes when subsequent requests originate at the same client." *See* § VI.D.i.; *see also* Appx1071 (pre-issuance '529 language: "server object records"). In contrast, these new claims do not remotely so require. *See* § VI.B.iv.[11] Further, even within this special tracking connection, MasterObjects' statements describe how the client and server communicate once the conversation has begun:

> [A] communication protocol provides an asynchronous session-based connection … and allows the client system to send, **as part of a session between that client system and that server system**, a plurality of consecutively input strings …. Instead, Purcell appears to disclose a traditional synchronous means ... and not one that uses a session, as presently defined.

Appx1082. More, the statement says "can" not must.

---

[11] The District Court accused MasterObjects of "shifting-sands tactics" with respect to session. Appx14. There was no flip-flop. MasterObjects has been not only consistent, but adamant, that the new claims do not require a server that is able to track what was sent. Tracking is the "special connection" referenced in MasterObjects' claims briefing and is the but "one embodiment" described at 12:11-16 of the specification. When MasterObjects said "user search session" in its summary judgment opposition, it was not referring to the "special connection" embodiment, but to the common-sense notion of the period in which a user is typing—the "while a user is providing input" concept that is all over the claims.

There is no prosecution history disclaimer here.

### D. New Claim Language Requires a New Claims Assessment.

In the long prior *Google* case, Judge Hamilton construed certain terms—the "Additional Character" terms—in the older patents to require sending "only the changes." The new patents, the patents-in-suit, do not contain these terms.

Undaunted, Meta argued that MasterObjects was collaterally estopped from contending that the new claim language included sending the extant string. MasterObjects disagreed. As explained above, Judge Albright sided with MasterObjects, while Judge Alsup sided with Meta.

Meta misconstrued the threshold issue. The issue here is the meaning of specific terms, not the outer reach of the specification's disclosure. Here, given that the new claim language materially differs from the old, estoppel cannot apply.

#### i. The Prior Issue: The *Google* Order Found That the Plain Language of Different Terms, As "Confirm[ed]" by the Specification, Was Limited.

Collateral estoppel applies where: (1) the issues are identical; (2) the issue was actually litigated prior; and (3) the determination of the issue prior was a critical and necessary part of the prior judgment. *See Clark v. Bear Stearns & Co., Inc.*, 966 F.2d 1318, 1320 (9th Cir. 1992). In order to apply this test, a court must determine what issue was decided prior. Here, there are two options. Did Judge Hamilton: (1) construe the old terms based on their plain meaning as informed by

the rest of the intrinsic record; or (2) did she also determine the outer bonds of the common specification such that even the phrase "send the extant string" could not include sending the extant string?

MasterObjects contends that Judge Hamilton addressed the first issue only. Meta says it was the second issue that was decided. *See* Appx6980 ("The scope dictated by the specifications … has already been determined by a prior court …").

Judge Hamilton addressed one issue, the first issue, the meaning of the terms before her as informed by the rest of the intrinsic record. She did not find disavowal or lexicography or otherwise address the specification's outer bounds.

As Judge Hamilton stated, "[f]irst, **the claim language itself suggests** that the 'lengthening string' is formed by piecing together multiple smaller queries, rather than by receiving iteratively longer versions of the string." *Google*, 2013 WL 2319087, at *12; *see also* Appx1357 ('529, Claim 1) ("wherein each of the corresponding consecutive queries **lengthens** the string by the additional characters, to **form** a lengthening string for retrieving matching content from the server system") (example Additional Character term; the asserted claims lack this language). Judge Hamilton found that the then-asserted claim language itself "described how 'consecutive additional characters' [were] input at the client and sent as 'consecutive queries' to the server," and further described how the "server then 'receive[d] each of the corresponding consecutive queries that modify the

lengthening string.'" *Google*, 2013 WL 2319087, at *12; *see also* Appx1357 ('529, Claim 1) ("in response to receiving each of the corresponding consecutive queries that **modify** the lengthening string, [the server object] automatically uses the lengthening string to query") (additional old claim language not present in the new claims). Judge Hamilton found that this claim language supported the proposition that the server glued disjointed consecutive queries, i.e., changes, together to form a lengthening string. *See Google*, 2013 WL 2319087, at *12.

In so concluding, Judge Hamilton principally relied on two words in the old claims:

> "**[L]engthens" and "modify"** suggest that the server is not wiping its slate clean with each submitted query, but is instead combining the queries to form the "lengthening string."

*Id*.

The Judge then said that the "specification **confirm[ed]** [her] understanding, as 'the protocol of the current invention' is one that 'send[s] just the changes to the input buffer, instead of sending the entire input buffer;" "that the use of 'the current invention' here **indicates** that the description is intended to apply to the invention as a whole …". *Id*.

Judge Hamilton's order is clear. The issue she decided was the meaning of the Additional Character terms based on the plain claim language ("claim language itself suggests;" "'lengthen' and 'modify' suggest") and the further context

provided by the specification ("specification confirms;" "indicates"). *Cf. Trading Tech. v. Open E Cry, LLC*, 728 F.3d 1309, 1320 (Fed. Cir. 2013) (rejecting argument that a prior ruling "finally and necessarily" decided a Section 112 issue, because the Court "merely determined the best construction for a single disputed claim term, a term that [was] absent from [the new claims]"). Indeed, Judge Hamilton never once mentioned disavowal or lexicography. Nor did the then parties' claim construction briefing. *See* Appx748, Appx776-779, Appx793-796.

Despite this clarity, Meta relentlessly argued in Texas and in the Court below that Judge Hamilton decided the outer scope of the specification. *See, e.g.*, Appx2171, Appx6980. While it is not quite clear, the Court below may have accepted this argument. *See* Appx8 ("The … issue … is identical …: whether the specification limits the claimed invention"), *but see* Appx8 ("the claims-in-suit here do not differ substantively").

Under governing Ninth Circuit law, "[t]he party asserting preclusion bears the burden of showing with clarity and certainty what was determined." *Clark*, 966 F.2d at 1321. "If the decision could have been rationally grounded upon an issue other than that which the defendant seeks to foreclose," there is no estoppel. *Davis & Cox v. Summa Corp.*, 751 F.2d 1507, 1518-19 (9th Cir. 1985), *superseded on other grounds*.

In the abstract, at worst for MasterObjects, the *Google* Order's statement "that the use of 'the current invention' here indicates …" is ambiguous. Judge Hamilton said "indicates," as in "suggests," opposed to "means." *See Wolfson*, 616 F.3d at 1065 ("Defendants' assertion … is based on an isolated line …. Because [plaintiff's] reading … is, at the very minimum, fair, collateral estoppel does not [apply]"). And, as explained, in context, it is clear that this statement was not some independent disavowal holding. *See Mallinckrodt, Inc. v. Masimo Corp*., 254 F. Supp. 2d 1140, 1149 (C.D. Cal. 2003) (Finding it more "reasonable and accurate" to read a prior decision as supported by the specification "in light of the claim language" opposed to the specification alone).

**ii. <u>The Issues Are Not the Same: The New Terms Are Materially Distinct From the Old Terms</u>.**

With the prior issue identified, the analysis turns to whether that issue (the meaning of Additional Characters) and the present issue (the meaning of Query Messages) are the same. They are not.

Meta told the District Court that estoppel applies, because the disputed terms are not materially different. *See* Appx356. This Meta said without actually comparing the claim language. Meta trivialized the importance of the actual language to the analysis, suggesting to the District Court that this Court places little weight on claim language differences:

> Likewise, in *Nestle* … the patentee argued that collateral estoppel did not arise from prior claim construction rulings on a related patent because of differences between the claims …. There, too, the Federal Circuit acknowledged the differences, but rejected the notion that they materially changed the issue.

Appx2171, *see also* Appx352, Appx2118.

"[A] court cannot impose collateral estoppel to bar a claim construction dispute solely because the patents are related." *e.Digital*, 772 F. 3d at 727. If the intrinsic record, which includes the claims, materially differs from what was considered before, then the construction issue is new and estoppel cannot apply. *See Nestle*, 884 F. 3d at 1352 ("Neither party has pointed to any material difference between the two patents or their prosecution histories …."); *Foster v. Hallco Manufacturing, Co., Inc.*, 119 F.3d 16, at *4 (Fed. Cir. 1997) (non-precedential); *Apple Inc. v. Firstface Co.,* No. 2021-1001, 2021 WL 4156323, at *2 (Fed. Cir. Sep. 13, 2021) (non-precedential).

Here, the claim language and prosecution history are significantly different, such that the issue here, the meaning of Query Message, is materially different from that in *Google*, the meaning of Additional Characters. To see that this is so, we do what Meta steadfastly declined to do: compare the actual claim language. Taking '529 Claim 1 construed by Judge Hamilton, and here asserted '024 Claim 1, as examples, it is clear the claim language is materially different:

| **'529 Claim 1** | **'024 Claim 1** |
|---|---|
| A system … comprising: a communication protocol that enables an asynchronous connection … and allows the client system to send … within a session …. a lengthening string composed of a plurality of consecutively input characters, to query the server system … wherein the client object receives, as input, consecutive additional characters … transmits via the network to a server object … one or more corresponding consecutive queries, within the session… wherein **each of the corresponding consecutive queries <u>lengthens</u> the string** by the additional characters, **to <u>form</u>** a lengthening string for retrieving matching content from the server system… wherein the server object in response to receiving each of the corresponding consecutive queries **that <u>modify</u> the lengthening string**, automatically **uses the lengthening string to query** and retrieve content information … **that matches** the lengthening string … asynchronously returns, while the additional characters are being input and the corresponding consecutive queries are being transmitted and the **lengthening string is being <u>modified</u>** during the session, consecutive responses …. | A system comprising:<br>a server system … configured to receive **<u>query messages</u>** from a client object, the server system asynchronously receiving and responding to the **<u>query messages</u>** … the client object that, while a user is providing input comprising a lengthening string of characters, **sends <u>query messages</u>** to the server system; whereby the **<u>query messages represent</u>** the lengthening string as additional characters are being input by the user; and wherein the server system, while receiving said **<u>query messages</u>, uses the input to query data** available to the server system and send return messages to the client …. |

*Compare* Appx1357 *with* Appx8460, *see also* Appx9351-9352.

As can be seen, the new claims contain **none** of the words or terms critical to Judge Hamilton's construction. The new claims do not remotely suggest that one

server has to receive disjointed characters and then glue these disembodied characters together. The asserted claims do not even contain the words "form," "lengthen" or "modify," the words critical to Judge Hamilton's construction.

More, some of the new claims state that the full partial string **must** be sent, as "the string" being sent is the string being "matched" to find content. *See* § VI.B.i., *also compare* Appx8540 ('866, new) ("sending a request message containing a *string* … receiving … the *string*; *matching… the string* …") *with* Appx1357 ('529, old) ("in response to receiving each of the corresponding consecutive queries that modify *the lengthening string*, automatically *uses the lengthening string to query*"). Even if the relevant terms were the same, and they are obviously not, the material differences in the surrounding language would render collateral estoppel inapplicable. *See Virginia Innovations Sciences, Inc. v. Amazon.com, Inc.*, No. 4:18-cv-474, 2019 WL 4259020, at *37 (E.D. Tex. Sep. 9, 2019) ("This difference in the contexts is a 'material difference'….").

As can also be seen, the old claims do not use the key phrases being construed here. They do not use the term "query message" or "return message" or a "string represent[s]." The difference in language matters. *See Yodlee, Inc. v. Plaid Tech., Inc.*, No. 14-1445-LPS, 2016 WL 204372, at *4 (D. Del. Jan. 15, 2016) ("[M]any of the terms in dispute are different … For this reason, as well, [no] collateral estoppel").

Beyond its plain import the new language further impacts the claim construction analysis, because it impacts what is relevant within the rest of the intrinsic record. With the new term "query message" comes an imperative to consider how that term is used in the specification and the prosecution history. As explained in Section VI.B.ii., the term "query message" appears only once in the specification, and there it is described as a message that contains the entire partial query. MasterObjects also explicitly stated that the term "query message" includes messages that comprise the extant string during the '024 *IPR*. These statements are part of the intrinsic record. *See* § VI.B.iii. These new additions to the intrinsic record were not and could not have been considered by Judge Hamilton. The new claims must be construed on a full and current record. *Cf. Golden Bridge Technology, Inc. v. Apple Inc*., 937 F. Supp. 2d 490, 496 (D. Del. 2013) (finding that re-examination prosecution history should not be ignored, and so estoppel would not be applied).

More, the PTAB agreed that the new claim language made a difference when it preliminarily construed "query message:"

> Petitioner argues that [Judge Hamilton] held that the '529 patent specification lacked written description for anything other than sending … "only the changes."…We are not persuaded … [Judge Hamilton] construed the term "additional characters" in view of additional claim language, "lengthens" and "modify"….[¶] The '024 Specification includes identical disclosure, but, again, we are not construing the same claim term ….

Appx1508-1509.

The District Court erred in concluding that "the claims-in-suit do not differ substantively from the claims considered in *Google*." They are manifestly different, exactly as the PTAB and Judge Albright ruled.

### E. How Can a New Judge Alone Justify Relitigating Long-Settled Issues?

All three issues on which the Order rests—collateral estoppel and the meaning of the disputed terms—were resolved by Judge Albright at *Markman*. The parties relied on Judge Albright's conclusions through discovery and until the very eve of trial.[12] There was no justification to reopen these long-settled issues, and Judge Alsup erred in doing so.

#### i. There Was No *O2 Micro* "Scope Issue" to Resolve.

Meta, citing this Court's *In re Papst* opinion, told Judge Alsup that he was free to redecide these claims issues, because a "district court may (and sometimes must) revisit … its claim constructions …."' Appx6982. Judge Alsup, citing *In re Papst*, followed suit. Appx6.[13] But, as *In re Papst* explains, the authority it

[12] Meta moved for summary judgment on August 26. Appx43. The Order came on October 20. Appx50. Trial was set for November 7. Appx5395.

[13] The District Court also cited *Vazquez v. Jan-Pro Franchising Int'l, Inc.*, 986 F.3d 1106, 1116 (9th Cir. 2021). There, the Ninth Circuit found the law of the case doctrine inapplicable, because the issue in dispute "was expressly not affirmed by the First Circuit[; t]herefore, it no longer govern[ed.]." *Id*. That holding is simply not applicable here.

discusses is not boundless—it is employed "to the extent necessary to ensure that final constructions serve their purpose of genuinely clarifying the scope of claims …." *In re Papst*, 778 F. 3d at 1261. Here, Judge Albright's rulings left **no** scope issues unresolved, as Meta fully understood then.

Judge Albright rejected Meta's "only the changes" contentions, holding that the Query Message terms "are not limited to … only the changes … and may include the entire input string." *See* § IV.B.iii. This is entirely clear. Meta thereafter simply invited the new Judge to substitute his views for those of Judge Albright. This was not proper under this Court's *O2 Micro Intern. Ltd. v. Beyond Innovation Tech. Co., Ltd*., 521 F.3d 1351 (Fed. Cir. 2008) line of cases, of which *In re Papst* is one. *Cf. Finjan, Inc. v. Secure Computing Corp*., 626 F.3d 1197, 1207 (Fed. Cir. 2010) ("Unlike *O2 Micro* … the district court rejected Defendants' construction ….").

On asynchronously, Meta manufactured an *O2 Micro* dispute by arguing that Judge Albright's construction included a server initiation limitation. *See* Appx6976. This is a complete fabrication: the server initiation issue **was the sole asynchronous dispute before Judge Albright, and explicitly briefed as such.** *See, e.g.,* Appx2158 ("**[T]he parties' dispute centers on a single issue: whether this term must be further limited to require the server to be able to 'initiate'** …."), Appx1136, Appx361-362. Judge Albright, therefore, rejected this limitation

when he ruled in MasterObjects' favor. *Cf. Finjan, Inc.*, 626 F.3d at 1207 (rebuffing defendant's attempt to resurrect a claim dispute by arguing that the term's plain meaning included its rejected limitation). Indeed, Meta said then that MasterObjects', and so Judge Albright's, construction did not include a server push requirement: "These constructions omit key concepts … that both client and server can initiate …. MasterObjects cannot undo the specifications' definitional language … by advancing proposals untethered to the intrinsic evidence." Appx364, *see also* Appx361 ("[A]s evidenced by [MasterObjects'] … constructions that read out the explicit teachings of the specification that define").

**ii. <u>There Was No Justification to Retry Long Resolved Claims Issues</u>.**

Judge Alsup erred as a matter of law in holding that this Court's *O2 Micro* cases allowed him to upend settled constructions. He also erred, as a matter of law, in holding that Meta need not "satisfy a motion-for-reconsideration standard." Appx6.

The Northern District of California has a local rule governing the reconsideration of interlocutory orders under Fed. R. Civ. P. 54(b). *See* N.D. Cal. Civ. L.R. 7-9 available at https://www.cand.uscourts.gov/rules/civil-local-rules/. Leave is required to file a reconsideration motion, and any motion for leave must establish the following: (1) the party did not know of a material fact or law; (2) new material facts or law; or (3) "[a] manifest failure … to consider material facts

or dispositive legal arguments." *Id.* District courts in the Ninth Circuit typically consider Rule 54(b) motions under Rule 59(e) and 60(b) standards, such that "[r]econsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *t'Bear v. Forman*, No. 17-cv-00796-JSC, 2020 WL 703888, at *4 (N.D. Cal. Feb. 12, 2020); *see also Delta*, 265 F.3d at 1027 (applying a similar standard under law of the case).

Judge Alsup has himself applied reconsideration standards to post-1404 transfer claims issues. *See Life Tech. Corp. v. Biosearch Tech., Inc.*, No. C 12-00852 WHA, 2012 WL 1534891, at *3 (N.D. Cal. May 1, 2012) ("Defendants have not met their burden to show that the prior [pre-transfer] construction was incorrect and therefore the motion for reconsideration … is Denied"). He is not alone. *See, e.g.*, *Snyders Heart Valve LLC v. St. Jude Medical*, No. 18-2030 (JRT/DTS), 2020 WL 1445835, at *4 (D. Minn. Mar. 25, 2020) citing *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 817 (1988); *cf. Christianson*, 486 U.S. at 816 ("Federal courts routinely apply law-of-the-case principles to transfer decisions of coordinate courts").

This makes sense. As this Court explained, "'where litigants have once battled for the court's decision, they should neither be required, nor without good

reason permitted, to battle for it again.'" *Dixon v. Shinseki*, 741 F.3d 1367, 1378 (Fed. Cir. 2014) (non-patent case). Thus, "under law-of-the-case/reconsideration principles, 'as a rule,' courts should be 'loathe' to revisit prior decisions … of a coordinate court … unless those decisions were 'clearly erroneous and would work a manifest injustice.'" *Snyders*, 2020 WL 1445835, at *4, citing *Christianson*.

Meta argued that the lack of a written order from Judge Albright exempted its claims "redo" request from the standards governing reconsideration. *See* Appx6982, *see also* Appx6 (Order following Meta's lead). But, the lack of a written order did not prevent an evaluation of whether Judge Albright blatantly erred or permitted a manifest miscarriage of justice. *See Christianson*, 486 U.S. at 817 ("That the Federal Circuit did not explicate its rationale is irrelevant, for the law of the case turns on whether a court previously 'decide[d] upon a rule of law'—which the Federal Circuit necessarily did—not on whether, or how well, it explained the decision"). The record demonstrates that Judge Albright afforded Meta ample due process with three claims briefs (totaling 67 pages) and a full hearing. And Meta and the District Court, although equipped with the same record as Judge Albright, did not even attempt to explain **how** Judge Albright's conclusions were "dead wrong," especially in light of Judges Corley and White's asynchronous holdings and the PTAB's preliminary query message determination. *See U.S. Tobacco*, 899 F.3d at 258 ("[I]t must strike us as wrong with the force of a

five-week-old, unrefrigerated dead fish. **It must be dead wrong**'") (emphasis added). There was no dead fish here.

The only thing that changed here was the identity of the Judge. The law did not change. Nor the record. Indeed, Meta relied on the same evidence it cited in Texas. *Compare, e.g.,* Appx345-346, Appx349 *with* Appx6979-6980, Appx6976. More, Meta articulated no manifest failure on the part of Judge Albright. Here, as explained, there was no clear error, no injustice. On this record, the transferee Judge should have avoided the blight of overruling his colleague. *See U.S. Tobacco*, 899 F.3d at 257 ("'[W]here…the order was entered by one judge and then reviewed by another, ... the latter judge should be hesitant to overrule the earlier determination'"); *see also Christianson*, 486 U.S. at 816 ("the policies supporting the doctrine [of law of the case] apply with even greater force to transfer decisions…").

## VII. CONCLUSION AND STATEMENT OF RELIEF SOUGHT.

For the reasons stated herein, MasterObjects respectfully requests that this Court reverse the District Court's erroneous rulings identified in Section III above, and vacate the Order and final judgment, which are predicated on the erroneous rulings.

Dated: December 23, 2022

Respectfully submitted,

**HOSIE RICE LLP**

By: /s/ Spencer Hosie
Spencer Hosie
Diane S. Rice
Darrell R. Atkinson
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000
shosie@hosielaw.com
drice@hosielaw.com
datkinson@hosielaw.com

*Counsel for Appellant MasterObjects, Inc.*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), Fed. R. App. P. 32(g)(1), Fed. Cir. Rule 32(b)(1), and Fed. Cir. Rule 32(b)(3), because it contains 13,782 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Fed. Cir. Rule 32(b)(2).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated: December 23, 2022

Respectfully submitted,

**HOSIE RICE LLP**

By: */s/ Spencer Hosie*

Spencer Hosie
Diane S. Rice
Darrell R. Atkinson
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000
shosie@hosielaw.com
drice@hosielaw.com
datkinson@hosielaw.com

*Counsel for Appellant MasterObjects, Inc.*

# ADDENDUM

# ADDENDUM

## TABLE OF CONTENTS


| Docket Entry | Description | Page |
|---|---|---|
| 273 | Order re Summary Judgment,<br>Filed October 20, 2022 | Appx1 |
| 274 | Judgment,<br>Filed October 20, 2022 | Appx17 |
| 228-4 | U.S. Patent No. US 8,539,024 B2, *Smit et al.,* Sept. 17, 2013 | Appx8425 |
| 228-5 | U.S. Patent No. US 9,760,628 B2, *Smit et al.,* Sept. 12, 2017 | Appx8467 |
| 228-6 | U.S. Patent No. US 10,394,866 B2, *Smit et al.,* Aug. 27, 2019 | Appx8506 |
| 228-7 | U.S. Patent No. US 10,311,073 B2, *Smit,* June 4, 2019 | Appx8543 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

No. C 21-05428 WHA

**ORDER RE SUMMARY JUDGMENT**

**INTRODUCTION**

In this patent-infringement action, defendant moves for summary judgment of noninfringement and Section 101 invalidity. To the following extent, because the accused system does not infringe the claims-in-suit as properly construed, the motion is **GRANTED** as to noninfringement. This order need not reach the validity question.

**STATEMENT**

This litigation concerns autocomplete technology for digital searches. Autocompletion suggests ways for the user to complete her search as she actively types it into a search bar. Patent owner MasterObjects, Inc. accuses alleged infringer Meta Platforms, Inc. (formerly Facebook) of infringing 43 claims across four patents: U.S. Patent Nos. 8,539,024; 9,760,628; 10,311,073; and 10,394,866.

The four patents-in-suit all descend from U.S. Patent No. 8,112,529 (filed in 2001). The following diagram lays out the patent genealogy. The asserted patents are highlighted in blue:




The '024, '628, and '866 patents are sequential continuations of the original '529 patent and share its specification. The '073 patent is a continuation-in-part of the '529 patent and incorporates its specification by reference. The common specification describes an embodiment of the invention, "QuestObjects," which MasterObjects now labels as "baroquely detailed" and non-limiting (MasterObjects Claim Const. Br. 2).

MasterObjects originally brought this action in the United States District Court for the Western District of Texas, Waco Division, in February 2020. The parties litigated in Texas for seventeen months prior to transfer to our district. During that time, Judge Alan Albright held a *Markman* hearing and, in a minute order, kept his preliminary claim constructions that the parties had debated during oral argument (Dkt. No. 69; Homrig Decl. Exh. 2). Judge Albright construed two terms, "asynchronous" and "query message."

To frame the analysis that follows, here is claim 1 of the '024 patent, which exemplifies how both of those terms are used in the claims-in-suit (emphasis added):

> **1[pre]** A system comprising:
>
> **1[a]** a server system, including one or more computers, which is configured to receive query messages from a client object, *the server system asynchronously receiving and responding to the query messages from the client object over a network*;
>
> **1[b]** the client object that, while a user is providing input comprising a lengthening string of characters, sends query

United States District Court
Northern District of California

> messages to the server system;
>
> **1[c]** *whereby the query messages represent the lengthening string as additional characters are being input by the user*; and
>
> **1[d]** wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input; and
>
> **1[e]** wherein, upon receiving a return message of the return messages from the server system, the client object tests the usability of the results in the return message by checking that the return message corresponds to the latest query, and if usability is established, the client object displays or returns at least some result data to the user.

Per the common specification, "the invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string" ('024 patent 8:31–38; *see also id.* at Abstract).

The common specification describes the invention as a "session-based" system. The Background section explains how most internet connections use the Hyper Text Transfer Protocol (HTTP), "which is inherently 'session-less,'" in that "the server only checks the validity of the client or user input after the user sends back or submits an entire input form" (*id.* at 2:47–56). The invention addresses this issue through "sessions": "In accordance with one embodiment of the invention the system is session-based, in that the system knows or recognizes when subsequent requests originate at the same Client" (*id.* at 12:11–13).

Before proceeding into further discussion of the claims, this order will get into the nuts and bolts of the accused instrumentality, Meta's "Typeahead" system. Here is how it looks on the desktop version of Facebook:

United States District Court
Northern District of California




(Peck Rep. ¶ 64, Homrig Decl. Exh. 3). A user here has typed "rox" into the Facebook search bar (an autocomplete query), and Typeahead has suggested several autocomplete query results, *i.e.*, suggestions for a complete query for potentially relevant pages, events, and applications, such as "roxy music," "roxborough rants & raves," etc. The autocomplete query results adjust as the user continues typing and revises her autocomplete query.

Typeahead is supported through both frontend functionality — provided by the user's device — and backend functionality — provided by Meta's servers. Typeahead first checks data on the frontend — stored in either a cache or a data structure called "bootstrap," which contains a selection of pre-loaded potential search suggestions. If the frontend does not provide a sufficient number of suggestions, Typeahead goes to the backend, which Meta has dubbed "Unicorn" (so called because it provides functionalty long sought after by Meta engineers). Unicorn provides functionality for many Facebook services, including Typeahead. *Important here, the parties' experts agree that the entire string in the search bar is sent for each Typeahead request*. Once the search string reaches the backend, it is passed to Unicorn's "top-level aggregator." That delegates the Typeahead request to multiple "vertical aggregators" that search in parallel. Each vertical indexes a specific type of information, *e.g.*, people, events, groups, etc. So, the people "vertical aggregator" will search the people "index," and a search string of "MA" might return the result "Mark Zuckerberg" from the people vertical. Also important for later, Unicorn uses a rote, call-and-response procedure for

answering requests sent from the frontend (Black Rep. ¶¶ 39–52, Homrig Decl. Exh. 8; Pei May 9, 2022 Dep. 7–8, Dkt. No. 193-4).

Having completed this high-level overview of the patents-in-suit and the accused system, this order will now turn to the specifics. This order follows full briefing and oral argument.

**ANALYSIS**

A patent infringement analysis involves two steps. The claim must be properly construed to determine its scope and meaning. Claim terms generally take "their ordinary and customary meaning," that is "the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312–13 (Fed. Cir. 2005) (en banc). Although construction begins with the claim language itself, "the specification is the single best" — and usually dispositive — "guide to the meaning of a disputed term." *Network-1 Techs., Inc. v. Hewlett-Packard Co.*, 981 F.3d 1015, 1022 (Fed. Cir. 2020) (quoting *Phillips*, 415 F.3d at 1314–15).

The properly construed claim must then be compared to the accused device or process. To constitute infringement, an accused product must practice every limitation of a properly construed claim. *Tessera, Inc. v. Int'l Trade Comm'n*, 646 F.3d 1357, 1364 (Fed. Cir. 2011); *Carroll Touch, Inc. v. Electro Mech. Sys., Inc.*, 15 F.3d 1573, 1576 (Fed. Cir. 1993).

**1. THE ACCUSED SYSTEM DOES NOT PRACTICE THE "QUERY MESSAGE" LIMITATION.**

Meta argues that, in the patented system, the "query messages" sent between the client and the server contain "just the changes" in what the user has input into a growing search string, and that collateral estoppel bars MasterObjects' arguments otherwise. MasterObjects opposes that sending "just the changes" constitutes merely one embodiment of the invention and that collateral estoppel does not apply. This order finds that collateral estoppel does apply and, even if it did not, that the claimed system's "query messages" contain "just the changes."

All of the claims-in-suit recite a limitation regarding the "query messages" sent from the client to the server as a user types out her autocomplete query:

- "whereby the query messages represent the lengthening string as additional characters are being input" ('024 patent, claims 1, 32, 35, 36, 37; '628 patent, claim 13).
- "multiple query messages corresponding to multiple versions of said input" ('628 patent, claims 1, 25).
- "a request message containing a string representing an incomplete version of the search query" ('866 patent, claim 1).
- "sending a string representing an incomplete search query" ('073 patent, claim 1).

A practical example will prove helpful. A hypothetical Facebook user is looking for Mark Zuckerberg's profile page. So, the user types in "M-A-R" into the search bar. The issue here is whether the client for the claimed system would send query messages of "M," then "MA," then "MAR" to the server; or, whether the system would send "just the changes" and the query messages would be "M," then "A," then "R" and so forth, with the characters then linked together on the backend by the server. Said another way, the dispute concerns whether the term is limited to a message comprising only the changes to an input string that were not sent in any previous consecutive query or may instead include the entire input string. The parties agree that Meta's Typeahead system does not send just the changes. Instead, it sends the *entire* input in the search bar each time.

Judge Albright originally adopted MasterObjects' preferred construction that query messages are not limited to sending just the changes. Of course, a claim construction adopted prior to transfer does not limit the transferee court's prerogative in determining a different construction. *See In re Papst Licensing Digit. Camera Pat. Litig.*, 778 F.3d 1255, 1261 (Fed. Cir. 2015); *see also Vasquez v. Jan-Pro Franchising Int'l, Inc.*, 986 F.3d 1106, 1116 (9th Cir. 2021). Nor must Meta satisfy a motion-for-reconsideration standard. Indeed, this order would have nothing on which to base that evaluation as the minute order that adopted the preliminary constructions provided no analysis.

This order finds MasterObjects collaterally estopped from asserting its "query message" claim construction in light of the prior decision in *MasterObjects, Inc. v. Google, Inc.*, 2013

United States District Court
Northern District of California

WL 2319087, at *5 (N.D. Cal. May 28, 2013) (Judge Phyllis J. Hamilton), *aff'd* 582 F. App'x 893 (Fed. Cir. 2014).

Collateral estoppel is not limited to patent claims that are identical. "Rather, it is the identity of the *issues* that were litigated that determines whether collateral estoppel should apply." *Ohio Willow Wood Co. v. Alps South, LLC*, 735 F.3d 1333, 1342 (Fed. Cir. 2013) (emphasis in original); *see also McQuillion v. Schwarzenegger*, 369 F.3d 1091, 1096 (9th Cir. 2004).

In *Google*, Judge Hamilton construed the "additional characters" term as found in the '529 patent and U.S. Patent No. 8,060,639, one iteration of which recited, for example: "wherein each one of the plurality of queries are consecutive and together form an increasingly focused query string for retrieving content from the server, and wherein each subsequent one of the plurality of queries extends the query string in the user interface by one or more additional characters." *Google*, 2013 WL 2319087, at *11 (citing '639 patent, claims 1, 13; '529 patent, claims 1, 44, 45). Judge Hamilton construed the term as follows: "only the changes to the input string that were not sent in any previous consecutive query." *Id.* at *12. MasterObjects conceded noninfringement based on that construction, the district court entered a stipulated final judgment, and the Court of Appeals for the Federal Circuit affirmed that decision on appeal (Dkt. Nos. 54-19, 54-20). *See* 582 F. App'x 893 (Fed. Cir. 2014).

The '529 and '639 patents are in the same patent family as the patents-in-suit herein, and they all share a common specification. The *Google* decision was based on the following passage from that common specification (emphasis added):

> If the results are not found in the cache, the Client Quester uses the Client Controller to send the new input buffer to the Server Quester, so that a new query can be executed (step **611**). To support this, *the protocol of the present invention provides a number of messages that allow the Client Quester to send just the changes to the input buffer, instead of sending the entire input buffer*

('024 patent 20:11–17). The decision concluded "that the use of 'the current invention' here indicates that the description is intended to apply to the invention as a whole, and not just a single embodiment." 2013 WL 2319087, at *12.



United States District Court
Northern District of California

The claim-construction issue in this action is identical to the one addressed in *Google*: whether the specification limits the claimed invention such that the client sends "just the changes" to the server. As explained below, the claims-in-suit here do not differ substantively from the claims considered in *Google* such that collateral estoppel would not apply. This order finds MasterObjects collaterally estopped from asserting that the claims-in-suit do not send "just the changes," which leads to the conclusion that Meta does not infringe.

Assuming *arguendo* that collateral estoppel does not apply, this order reaches the same conclusion as *Google*. "When a patent thus describes the features of the 'present invention' as a whole, this description limits the scope of the invention." *Verizon Servs. Corp. v. Vonage Holdings Corp.*, 503 F.3d 1295, 1308 (Fed. Cir. 2007). The specification clearly states, "the protocol of the present invention provides a number of messages that allow the Client Quester to send just the changes to the input buffer, instead of sending the entire input buffer." MasterObjects asserts that the use of "allow" indicates that this description is permissive, not mandatory. That misses the mark. The passage discloses the functionality of "the present invention," and then proceeds to indicate how that functionality *enables* the specific embodiment being described. The description of the invention as a whole recites that the client sends just the changes to the server.

The language of the claims-in-suit themselves do not alter this conclusion. MasterObjects emphasizes the absence of the words "lengthens" and "modify," which *Google* cited as support for its construction. *See* 2013 WL 2319087, at * 12. The claims here use different words, but they recite a system with the same functionality and do not indicate that the system re-sends characters. The claims-in-suit use four iterations of the "query message" limitation, which state that (emphasis added): the query messages "*represent* the lengthening string"; the query messages "*correspond*[] to multiple versions of said input"; the "string *represent*[s] an incomplete search query"; and that the "request message contain[s] a string *representing* an incomplete version of the search query." The use of words like "corresponding" and "represent" indicate that the client sends information *about* the expanding user search. Said another way, the claims state that a query message serves as an equivalent to,

United States District Court
Northern District of California

or proxy for, what the user types into the search bar. We must read these descriptions in light of the common specification. *Phillips*, 415 F.3d at 1315. The specification makes clear the information communicated by the query messages about the user's query are just the changes not previously sent to the server.

The other intrinsic and extrinsic evidence supports this construction. *Nowhere* in the patents-in-suit is it suggested that the client re-sends characters to the server. The Abstract recites, in relevant part, that "[t]he invention provides a . . . system for sending a character-by-character string of data to an intelligent server." Character-by-character communications inherently dictate sending only the changes. The specification states that "[t]he system's protocol is not restricted to sending single characters," but the example thereafter only contemplates "when a user replaces the contents of the entry with a new string" ('024 patent 12:5–10). Even in this example, the client only sends new characters (or a new set of characters) to the server, never characters previously sent. These passages shed light on how to read the term. *See Boss Control, Inc. v. Bombardier Inc.*, 410 F.3d 1372, 1378 (Fed. Cir. 2005).

All of these descriptions align because the invention sought to solve problems with auto-complete functionality that was located on the client: "Today's client-side auto-complete functions are useful but very limited. The invention, however, vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server, thus taking advantage of server-side power" ('024 patent at 6:40–45). Accordingly, "[t]he invention provides . . . a way to *synchronize* the data entered or displayed on a client system with the data on a server system" (*id.* at 5:66–6:3, emphasis added). The co-named inventor of the patents-in-suit (sans the '073 patent), Stefan van den Oord, testified: "[W]hat I would call the core of the invention, so things like non blocking, asynchronous communication, sending *updates of queries and results*. That was all part of Mark[ Smit's] original idea . . . ." (van den Oord Dep 57, Dkt. No. 54-5, emphasis added). As Mr. van den Oord stated, the heart of the invention is sending *updates* of the queries, *i.e.*, only the changes. *See Bradium Techs. LLC v. Iancu*, 923 F.3d 1032, 1044 (Fed. Cir. 2019).

The actual term "query message" is only used once in the specification and is of no help to MasterObjects. The specification describes how the user can type an "a" and then a "b" into the search bar, and proceeds to describe the system's actions upon entry of the "b": "As before, a corresponding event arrives at the Server Quester. In this case, the Server Quester may deduct [sic] that the input string represents a valid query and send the appropriate query message 'ab' to the Service" ('024 patent 18:65–19:2). MasterObjects stresses that this demonstrates that the claimed system need not send only the changes, it can send "ab" and not just "b." But Meta correctly points out that this passage describes a query message after it has already reached the server, not during the pertinent transfer from client to server.

MasterObjects other arguments fail. The other district court decisions that have reviewed MasterObjects' patents did not consider this issue. *See MasterObjects, Inc. v. eBay, Inc.*, 2013 WL 1287428, at *7 (N.D. Cal. Mar. 28, 2013) (Judge Jacqueline Scott Corley); *MasterObjects, Inc. v. Yahoo!, Inc.*, 2013 WL 6185475, at *5 (N.D. Cal. Nov. 26, 2013) (Judge Jeffrey S. White). None of the patents asserted in *eBay* or *Yahoo* are asserted here. Neither decision addressed the pertinent "just the changes" language from the specification, they merely held that other terms in the claims at issue in those disputes should not be limited to a specific embodiment. Nor did the Court of Appeals for the Federal Circuit affirm those decisions like it did *Google*. MasterObjects' citation to the PTAB decision initiating *inter-partes* review for the '024 patent carries little persuasive weight; it was not a final decision, and it employed the broadest reasonable interpretation standard (Dkt. No. 55-10 at 8). MasterObjects' statements in that IPR proceeding that query messages are not limited to sending only the changes (Dkt. No. 56-3) — statements made years after *Google* — did not foster intrinsic evidence sufficient to affect the outcome here.

Because the parties do not dispute that the accused system does not send "just the changes," this order concludes that Meta does not infringe the claims-in-suit.

### 2. THE ACCUSED SYSTEM DOES NOT PRACTICE "ASYNCHRONOUS" CLIENT-SERVER COMMUNICATION.

Meta also asserts a noninfringement theory pursuant to Judge Albright's construction of the term "asynchronous." MasterObjects argues that Meta improperly construes "asynchronous" to require the server to be able to *initiate* communications with the client. This order finds Meta's argument on this point persuasive.

All the claims-in-suit use the term "asynchronously" or "asynchronous" to refer to the communication between the server and the client. Asynchronous in the general, computer programming sense broadly refers to "something that is not depending on timing" (Dkt. No. 55-16). Here are the parties' proposed constructions and the construction adopted in Texas for the term as used in the claims-in-suit:

| MasterObjects | Meta | W.D. Tex. Construction |
|---|---|---|
| Plain and ordinary meaning.<br><br>Alternatively: "each side of the communication is free to communicate without waiting for the other side"<br><br>Alternatively: "each side of the communication can communicate with the other side in a non-blocking manner" | "Both the client and the server can initiate communications at any moment in time" | "Each side of the communication is free to communicate without waiting for the other side" |

(*see* Dkt. Nos. 62, 69; Homrig Decl. Exh. 2). Like the "query message" term, this order is not bound to the construction adopted in Texas. For the reasons that follow, however, this order need not adjust the prior construction because it adequately captures the nature of the term, so we look to the specific issue raised by Meta.

Meta asserts the accused system cannot initiate a communication from the server to the client. Accordingly, it contends that its system does not infringe because all the claims-in-suit require asynchronous communications between the server and client *and further contends that asynchronous means that the server must be able to initiate communications*. This order agrees.

United States District Court
Northern District of California

As recited in the specification, "[t]he system is bi-directional and asynchronous, *in that* both the Client and the Server can *initiate communications at any moment in time*" ('024 patent 12:24–26, emphasis added). The common specification expressly states that a server communicating asynchronously is able to initiate communication with the client. The accused system cannot initiate communications. To this, MasterObjects makes the following arguments.

Primarily, MasterObjects contends that the passage above describes a non-limiting embodiment. The specification reminds the reader throughout that it describes a preferred embodiment, "QuestObjects" (*e.g.*, *id.* at 9:53–54; 31:38–41). To that end, MasterObjects argues that the capitalized "Client" and "Server" in the passage Meta cites are embodiment specific. The specification, however, does not define *capital* "Client" and "Server," but lower-case iterations of the words: "The terms "client" and "server" are used herein to reflect a specific embodiment of the invention" (*id.* at 11:50–57). Because the specification only defined lower-case "client" and "server," this order finds that this passage of the specification does not expressly refer to a particular embodiment. Moreover, even accepting MasterObjects' position, the passage describes a specific embodiment with bi-directional and asynchronous functionality — it does *not* indicate that the term asynchronous itself has alternative, embodiment-specific attributes. Rather, the specification off-sets the term and then provides additional, term-specific description independent of any embodiment. *See TriStrata, Inc. v. Microsoft Corp.*, 594 F. App'x 653, 655–56 (Fed. Cir. 2014); *Honeywell Int'l, Inc. v. ITT Indus., Inc.*, 452 F.3d 1312, 1318–19 (Fed. Cir. 2006).

In fact, MasterObjects also used the same description when distinguishing the "Purcell" prior art while prosecuting the grandfather '529 patent. It explained that "Purcell does not disclose a *session-based* environment, wherein a communication protocol provides an *asynchronous session-based connection* between the client system and the server system" (Dkt. No. 54-21 at 37, emphasis in original). MasterObjects described asynchronous the same way it does in the specification: "[S]ince the system is *asynchronous*, both the client and the server can initiate communications at any moment in time" (*id.* at 36, emphasis in original).

United States District Court
Northern District of California

MasterObjects has remained consistent with how it uses the term. *See Teva Pharms. USA, Inc. v. Sandoz, Inc.*, 789 F.3d 1335, 1343 (Fed. Cir. 2015).

MasterObjects argues that this description of asynchronous has no bearing because "[e]very asserted claim says the client sends messages, and the server responds to the client's messages" (MO Claim Const. Resp. Br. 22). Claim terms, however, must always be read in light of the specification, and should not be rendered superfluous by a particular construction. *Merck & Co., Inc. v. Teva Pharms. USA, Inc.*, 395 F.3d 1364, 1372 (Fed. Cir. 2005); *Phillips*, 415 F.3d at 1315. The claimed server does not merely receive and respond to the query messages, it "*asynchronously* receive[s] and respond[s] to the query messages." To give meaning to the term in this context, we turn to the common specification. It teaches: "An example of a communication initiated by the Server is updating the information provided to the client. Because the system is session-based it can keep track of database information that has been sent to the Client. As information changes in the database, the Server sends an updated version of that information to the Client" ('024 patent 12:33–38; *see also id.* at 17:54–57).

This passage explains that the claimed server will, *without prompting*, initiate a further response to the client's request and provide additional suggestions. The specification demonstrates that a proper construction should not recast the term "asynchronous" merely because the words "receiving" and "responding" are used in a claim. Indeed, the specification further explains that "[d]ata can also be presented to a client without user input, i.e. the data are automatically pushed to the client" (*id.* at 6:15–16; *see also id.* at 8:55–57 (same)). The language of the claims does not indicate that only the client initiates communications while the server lacks such functionality. Such a construction would impermissibly divorce the claim language from the specification and prosecution history or would read the term out of the claims entirely. *See UltimatePointer, LLC v. Nintendo Co., Ltd.*, 816 F.3d 816, 823–24 (Fed. Cir. 2016); *Decisioning.com, Inc. v. Federated Dep't Stores, Inc.*, 527 F.3d 1300, 1308 (Fed. Cir. 2008) (per curiam).

Three prior district court decisions have construed "asynchronous" for other MasterObjects' patents not asserted here. *See eBay, Inc.*, 2013 WL 1287428, at *7; *Google*,

2013 WL 2319087, at *5; *Yahoo*, 2013 WL 6185475, at *5. While *Google* construed the term to mean "a connection that allows both the client and the server to initiate communications at any moment in time within a session," the other two decisions reasoned that the server's ability to initiate communications was one embodiment of the invention, and that the claims-in-suit therein did not recite that requirement. Despite this, MasterObjects has asserted that *Google*'s construction is consistent with its position in this action (MO Claim Const. Br. 16). Given the record here, this order finds *Google* the most persuasive of the three.

MasterObjects has used shifting-sands tactics regarding session-based systems to avoid the conclusion that the claimed server can initiate communications. At claim construction in this action MasterObjects asserted:

> Facebook's argument that the intrinsic evidence defines "asynchronous" to require server-initiated communication is based on a faulty premise, that 'the asserted patents are directed to a system in which the client and server form a special connection — a "session." That is not correct. None of the asserted claims recite a "session," and the specification makes clear that the claims are not limited to the session-based embodiments

(MO Claim Const. Reply Br. 13). It made this argument to distinguish the intrinsic evidence discussed herein as specific to a session-based embodiment (MO Claim Constr. Resp. Br. 25). Now, at summary judgment, MasterObjects takes a contrary position: "The claims themselves **require** that the client initiate the conversation (*the user search session*)" (Opp. 11, bold in original, italics added). By making this assertion now, MasterObjects undermines its claim-construction arguments.

Ultimately, whether the claims-in-suit recite an implicit "session" limitation does not change the outcome here. As MasterObjects has acknowledged, "a communication is 'asynchronous' if *both sides* are free to talk without relying on a clock or other coordination mechanism to synchronize their communications with one another" (MO Claim Const. Br. 26, emphasis added). Because the claims-in-suit require the server to be "free to communicate" with the client, it necessarily follows that the server must itself be able to initiate communication. MasterObjects has provided no evidence of that functionality in the accused system.

United States District Court
Northern District of California

The evidence supports the conclusion that Typeahead is a rote call-and-response system where the server is not free to communicate spontaneously. MasterObjects supports its infringement theory with the report of its expert John Peck, where he opined that the Typeahead "*client object* can send evolving queries without waiting for a response to prior queries" (Opp. 12, emphasis added). But that addresses only half the problem — even MasterObjects recognizes the claims-in-suit mandate that *both* sides must be "free to talk." Upon review, Expert Peck provided no evidence demonstrating that Typeahead's *server* can communicate without waiting for a corresponding communication from the client (*see* Peck Rep. ¶¶ 56–90). The report walks through how Typeahead generates autocomplete queries and results as the user types in "Roxy music" character-by-character into the search bar. For each successive character, the client sends a new message to the Typeahead backend using the HTTP GET method. Expert Peck then simply tendered the conclusory statement "[t]he server system receives and response [sic] to query messages asynchronously" (*id.* at ¶ 65). He offered no insight into *how* the server asynchronously communicates with the client once it receives each request. The example Expert Peck used shows the accused server providing rote responses to each HTTP Get request, not a server that can freely and spontaneously communicate without waiting for the client, as Meta's noninfringement expert John Black explained in his rebuttal report (Black Rep. ¶¶ 57–64, Homrig Decl. Exh. 8).

Expert Peck concluded his analysis with a passing reference that the client sends an "AJAX" request to the Typeahead backend. He explained that "AJAX is a technique for sending and receiving data asynchronously," citing the Wikipedia entry for AJAX (which stands for "Asynchronous JavaScript and XML") (Peck Rep. ¶ 90). But as Expert Black responds, "in the context of AJAX, asynchronous does not refer to the client and server being 'free to communicate without waiting for the other side,' but rather a different meaning of asynchronous, whereby the *client* can send and retrieve data in the background without interfering with the display and behavior of the user interface" (Black Rep. ¶ 61, emphasis added). Expert Peck's reference to AJAX does not reflect the use of asynchronous in the claims-in-suit. It does not shed any light on how the server communicates asynchronously.

Upon review, this order finds that MasterObjects has not raised a genuine dispute of material fact regarding Typeahead's use of AJAX.

MasterObjects similarly cites testimony from the transcript of Meta's Rule 30(b)(6) witness Markus Messner-Chaney, who testified that the accused instrumentality uses AJAX and that "[t]he client can respond to other inputs, and if that happens, it will check bootstrap [on the frontend]. It will send a request. At some point, there may be that response comes in . . . ." (Messner-Chaney Dep. 77–87, Hosie Decl. Exh. D). But all Mr. Messner-Chaney stated is that the client will respond as the user continues typing her query. He provided no testimony that the Typeahead server can freely communicate without waiting for the client.

In sum, this order finds that the accused system does not infringe because it does not practice the "asynchronous" claim term.

**CONCLUSION**

For the foregoing reasons, Meta's motion for summary judgment of noninfringement is GRANTED. The Court would like to thank both Attorney Tiffany Weston and Attorney Darrell Atkinson for their excellent arguments at the hearing.

**IT IS SO ORDERED.**

Dated: October 20, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,
Plaintiff,
v.
META PLATFORMS, INC.,
Defendant.

No. C 21-05428

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, final judgment is hereby entered in favor of Meta Platforms, Inc. and against MasterObjects, Inc. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

US008539024B2

(12) **United States Patent**
**Smit et al.**

(10) **Patent No.: US 8,539,024 B2**
(45) **Date of Patent: *Sep. 17, 2013**

(54) **SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION**

(75) Inventors: **Mark H. Smit**, Maarssen (NL); **Stefan M. van den Oord**, Best (NL)

(73) Assignee: **MasterObjects, Inc.** (NL)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/366,905**

(22) Filed: **Feb. 6, 2012**

(65) **Prior Publication Data**

US 2012/0284329 A1 Nov. 8, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 09/933,493, filed on Aug. 20, 2001, now Pat. No. 8,112,529.

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)

(52) **U.S. Cl.**
USPC ........... **709/203**; 709/224; 709/227; 709/228; 709/229

(58) **Field of Classification Search**
USPC ................. 709/203, 217, 219, 224, 227, 228, 709/229
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,255,796 A 3/1981 Gabbe et al.
4,648,044 A 3/1987 Hardy
4,823,310 A 4/1989 Grand
5,444,823 A 8/1995 Nguyen
5,572,672 A 11/1996 Dewitt et al.
5,659,732 A 8/1997 Kirsch
5,715,443 A 2/1998 Yanagihara
5,724,457 A 3/1998 Fukushima
5,748,512 A 5/1998 Vargas
5,765,168 A 6/1998 Burrows
5,778,381 A 7/1998 Sandifer
5,802,292 A 9/1998 Mogul
5,805,911 A * 9/1998 Miller .......................... 715/234
5,845,300 A * 12/1998 Comer et al. ................ 715/203
5,896,321 A 4/1999 Miller
5,978,800 A 11/1999 Yokoyama et al.
6,006,225 A 12/1999 Bowman et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP 1054329 11/2000
JP 8075272 5/1983
JP H10-105562 4/1998
JP 2001-154789 6/2001

OTHER PUBLICATIONS

Andrew Clinick, Remote Scripting, Apr. 12, 1999, MSDN, pp. 1-6.*

(Continued)

*Primary Examiner* — Barbara Burgess
(74) *Attorney, Agent, or Firm* — Fliesler Meyer LLP

(57) **ABSTRACT**

The invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string.

**37 Claims, 17 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

6,070,184 A 5/2000 Blount
6,078,914 A 6/2000 Redfern
6,169,986 B1 1/2001 Bowman
6,253,228 B1 6/2001 Ferris
6,275,820 B1 8/2001 Navin-Chandra
6,278,992 B1 * 8/2001 Curtis et al. .................. 707/711
6,292,806 B1 9/2001 Sandifer
6,347,312 B1 2/2002 Byrne
6,356,905 B1 * 3/2002 Gershman et al. ........... 705/26.8
6,381,593 B1 4/2002 Yano
6,397,212 B1 5/2002 Biffar
6,408,294 B1 6/2002 Getchius
6,421,675 B1 7/2002 Ryan
6,434,547 B1 8/2002 Mishelevich et al.
6,484,162 B1 11/2002 Edlund
6,496,833 B1 12/2002 Goldberg et al.
6,539,379 B1 * 3/2003 Vora et al. ............................. 1/1
6,539,421 B1 3/2003 Appelman et al.
6,564,213 B1 * 5/2003 Ortega et al. ......................... 1/1
6,578,022 B1 6/2003 Foulger
6,629,092 B1 9/2003 Berke
6,629,132 B1 9/2003 Ganguly
6,633,874 B1 10/2003 Nusbickel
6,647,383 B1 11/2003 August
6,671,681 B1 12/2003 Emens et al.
6,687,696 B2 2/2004 Hofmann
6,697,849 B1 2/2004 Carlson
6,704,727 B1 3/2004 Kravets
6,704,906 B1 3/2004 Yankovich et al.
6,732,090 B2 5/2004 Shanahan et al.
6,772,150 B1 8/2004 Whitman
6,778,979 B2 8/2004 Grefenstette et al.
6,801,190 B1 10/2004 Robinson et al.
6,820,075 B2 11/2004 Shanahan et al.
6,823,514 B1 11/2004 Degenaro
6,829,607 B1 * 12/2004 Tafoya et al. ......................... 1/1
6,832,218 B1 12/2004 Emens
6,859,908 B1 2/2005 Clapper
6,862,713 B1 3/2005 Kraft
6,912,715 B2 6/2005 Gao
6,915,279 B2 7/2005 Hogan et al.
6,928,425 B2 8/2005 Grefenstette et al.
6,981,215 B1 12/2005 Lindhorst
7,000,179 B2 2/2006 Yankovich et al.
7,039,635 B1 5/2006 Morgan
7,043,530 B2 5/2006 Isaacs
7,058,944 B1 6/2006 Sponheim
7,089,228 B2 8/2006 Arnold
7,100,116 B1 8/2006 Shafrir
7,117,432 B1 10/2006 Shanahan et al.
7,177,818 B2 2/2007 Nair
7,181,459 B2 2/2007 Grant
7,185,271 B2 2/2007 Lee
7,216,292 B1 5/2007 Snapper
7,240,045 B1 7/2007 Bushee
7,251,775 B1 7/2007 Astala et al.
7,284,191 B2 10/2007 Grefenstette et al.
7,308,439 B2 12/2007 Baird
7,383,299 B1 * 6/2008 Hailpern et al. .............. 709/203
7,424,510 B2 9/2008 Gross et al.
7,467,131 B1 12/2008 Gharachorloo
7,499,940 B1 3/2009 Gibbs
7,512,654 B2 3/2009 Tafoya et al.
7,526,481 B1 4/2009 Cusson
7,559,018 B2 7/2009 Matti
7,610,194 B2 10/2009 Bradford
7,647,225 B2 1/2010 Bennett et al.
7,647,349 B2 1/2010 Hubert et al.
7,672,932 B2 3/2010 Hood
7,676,517 B2 3/2010 Hurst-Hiller
7,769,757 B2 8/2010 Grefenstette et al.
7,788,248 B2 8/2010 Forstall
7,836,044 B2 11/2010 Kamvar et al.
7,840,557 B1 11/2010 Smith
7,840,589 B1 11/2010 Holt
7,856,432 B2 12/2010 Tesch et al.
7,890,516 B2 2/2011 Zarzar Charur et al.
7,890,526 B1 2/2011 Brewer
7,900,228 B2 3/2011 Stark et al.
7,941,819 B2 5/2011 Stark et al.
8,131,258 B2 3/2012 Smith et al.
8,135,729 B2 3/2012 Brewer et al.
2001/0049676 A1 12/2001 Kepler
2002/0049756 A1 * 4/2002 Chua et al. ........................ 707/4
2002/0065879 A1 5/2002 Ambrose et al.
2002/0069122 A1 6/2002 Yun et al.
2002/0129012 A1 * 9/2002 Green .............................. 707/3
2002/0138571 A1 9/2002 Trinon et al.
2002/0138640 A1 9/2002 Raz et al.
2003/0033288 A1 2/2003 Shanahan et al.
2003/0041058 A1 2/2003 Ibuki et al.
2003/0061200 A1 3/2003 Hubert et al.
2003/0071850 A1 4/2003 Geidl
2003/0120554 A1 6/2003 Hogan et al.
2004/0093562 A1 5/2004 Diorio et al.
2004/0141011 A1 7/2004 Smethers et al.
2004/0142720 A1 7/2004 Smethers
2004/0205448 A1 10/2004 Grefenstette et al.
2005/0022114 A1 1/2005 Shanahan et al.
2005/0055438 A1 3/2005 Matti
2005/0120005 A1 6/2005 Tesch et al.
2005/0283468 A1 12/2005 Kamvar et al.
2006/0004843 A1 1/2006 Tafoya et al.
2006/0026636 A1 2/2006 Stark et al.
2006/0026638 A1 2/2006 Stark et al.
2006/0031880 A1 2/2006 Stark et al.
2006/0041927 A1 2/2006 Stark et al.
2006/0184546 A1 * 8/2006 Yano et al. ...................... 707/10
2007/0050351 A1 3/2007 Kasperski et al.
2007/0050352 A1 3/2007 Kim
2007/0143262 A1 6/2007 Kasperski
2007/0288648 A1 12/2007 Mehanna et al.
2008/0071561 A1 3/2008 Holcombe
2008/0147788 A1 6/2008 Omoigui
2010/0267362 A1 10/2010 Smith et al.
2011/0106831 A1 5/2011 Zarzar Charur et al.
2011/0173217 A1 7/2011 Kasperski
2011/0320472 A1 12/2011 Griffith et al.

OTHER PUBLICATIONS

Anonymous, Ajax (Programming), Wikipedia.org, XP-002401064, Retrieved from the Internet: <http://www.en.wikipedia.org/wiki/Ajax,sub.—(programming)>.

International Searching Authority, International Search Report for PCT/US02/25729, Nov. 5, 2002, 3 pages.

Harless, Membership Database on USA Gymnastics Online, 1996, 5 pages Retrieved from the Internet: URL: http://usa-gymnastics.org/publications/technique/1996/9/membership-query.html.

Nareddy, Introduction to Microsoft Index Server, Oct. 15, 1997, 9 pages Retrieved from the Internet: URL: http://msdn.microsoft.com/en-us/library/ms951563(printer).aspx.

Clinick, Remote Scripting, Apr. 12, 1999, Microsoft Corporation, 6 pages Retrieved from the Internet: URL: http://msdn.microsoft.com/en-us/library/ms951563(printer).aspx.

Masterobjects, Inc., Introducing QuestObjects, 2006, XP002496891, 25 pages Retrieved from the Internet: URL: http://www.questobjects.masterobjects.com/documents/go-introducing.pdf.

European Patent Office, European Search Report for European Patent Application No. EP08252534.6-1225, Oct. 14, 2008, 9 pages.

European Patent Office, European Examination Report for European Patent Application No. EP02763441.9, 4 pages.

European Patent Office, European Search Report for European Patent Application No. EP02763441.9, 3 pages.

Widjaja, Communication Networks, Fundamental Concepts and Key Architecture, 2004, pp. 315-316 and 611-612, McGraw-Hill, 2nd Ed.

Marsch, Remote Scripting, XP002401062, Retrieved from the Internet: <http://www.microsoft. com/germany/msdn/library/web/RemoteScripting.mspx?pf-=true>.

Anonymous, Using the XML HTTP Request Object, XP-002401063, Retrieved from the Internet: <http://www.jibbering.com/2002/4/httpre quest.2002.html>.

Doherty, Web-based E-Mail, May 29, 2000, 3 pages. Retrieved from: http://www.networkcomputing.com/1110/1110f3.html?Is=NCJS_1110bt.
Cheong, et al., A Boolean Query Processing with a Result Cache in Mediator Systems, Advances in Digital Libraries, May 22-24, 2000, 10 pages.
Jakobsson, Autocompletion in Full Text Transaction Entry: A Method for Humanized Input, 1986, vol. 17.
Livingston, Windows 98 Secrets, 1998, pp. 232-235.
Markatos, et al., On Caching Search Engine Results, May 2000, 23 pages.
Krishnamurthy, et al., Web Protocols and Practice : HTTP/1.1, Networking Protocols, Caching and Traffic Measurement, 2001.
Kientzle, A JAVA Applet Search Engine, Feb. 1999.
Homer, XMLin IE5 Programmers Reference, 1999.
Xia, et al.. Supporting Web-Based Database Application Development, 1999, 8 pages.
Chen, et al., The Implementation and Performance Evaluation of the ADMS Query Optimizer: Integrating Query Result Caching and Matching, Oct. 1993, 21 pages.
Unknown Author, Netscape Communicator for Solaris 4.7 Release Notes, Aug. 20, 1999, 5 pages.
Oracle International Corporation, iPlanet Directory Server 4.11 LDAP Setup and Configuration Guide, Chapter 3, 2001, 14 pages.
Netscape Communications Corporation, Netscape Directory Server 4.1 Deployment, Administrators Guide, 1999.
Kapitskaia, et al., Evolution and Revolution in LDAP Directory Caches, Advances in Database Technology—EDBT, 2000, pp. 202-216.
Glick, Global Address Book and LDAP UI Proposal, 2001.
Unknown Author, Mozilla 0.9.1 Release Notes, 2001, 23 pages.
Giovetti, Microsoft Money, COMPUTE!, Jul. 1992, p. 105, Issue 142.
Microsoft Corporation, MSN Hotmail: From Zero to 30 Million Members in 30 Months, Feb. 8, 1999.
Qualcomm, Inc., Qualcomm Extends Internet E-mail Presence to the Web, Dec. 10, 1997.
Johnson, et al., A Hypertextual Interface for a Searcher's Thesaurus, Jun. 11-13, 1995, 15 pages.
Deadmond, Address Book: What a Concept!, Jun. 1, 1999, 2 pages.
Hassan, Stanford Digital Library Interoperability Protocol, 1997, 42 pages.
Buyukkoten, Focused Web Searching with PDAs, May 15-19, 2000, 21 pages.
O'Brien, The New Domino R5 Directory Catalog: An Administrator's Guide, Nov./Dec. 1998.
Beaulie, et al., Okapi at TREC-5, Jan. 31, 1997, 23 pages.
Jones, Graphical Query Specification and Dynamic Result Previews for a Digital Library, 1998, 9 pages.
Jones, Dynamic Query Result Previews for a Digital Library, Jun. 1998, 3 pages.
Unkown Author, Using Netscape Communicator at Lehigh, 15 pages, retrieved from the World Wide Web: http://web.archive.org/web/20001002224731/http:/www.lehigh.edu/~inhelp/faq/qa/nsfiles/nsfall2000-2.htm.

* cited by examiner


101
QuestObjects Client
102
103
QuestObjects Server
104
105
QuestObjects Service

FIG. 1


201
202
203
Quester
Questlet
204
Controller
Client
205
206
207
209
208
Controller
Quester
Session
210
211
Persistent Quester Store
Time Server
Server
212
215
216
217
213
User Manager
Preference Manager
Usage Statistics Store
Syndicator
214
218
220
221
222
Query Manager
Content Access Module
Content -based Cache
Content Channel
223
219
224
Content Engine
Service

FIG. 2




FIG. 3A


309
310
311
312
North Carolina
United States of Ameri
USA
?
UF
NC
BT
United States of Ameri
NT
Charlotte
Greensboro
Raleigh
RT
cardinal (bird)
Last of the Mohicans
Thesa
Sounds
Prefs

FIG. 3B


313
314
315
316
317
318
319
320
311
312
North Carolina
United States of Ameri
USA
UF
NC
BT
United States of Ameri
NT
Charlotte
Greensboro
Raleigh
RT
cardinal (bird)
Last of the Mohicans
Recent Terms
?
Thesa
Sounds
Prefs

FIG. 3C



QoActiveComponent
QoClientQuester
QoClientController
QoServerController
QoSession
QoServerQuester
QoService
400
401
402
403
404
405
406
407
408
409
410
initialize
initialized
register
registered
questerRegister
questerRegistered
query['ab']
queryResult['ab']
query['abc']
queryResult['abc']
resultSetUpdate['ab']
resultSetUpdate['abc']
inputBufferAppend['a']
inputBufferAppend['b']
inputBufferAppend['c']
characterEvent['a']
characterEvent['b']
characterEvent['c']
contentChangeEvent


FIG. 4


Active Component
501
initializeClient Quester
502
component destroyed?
no
503
send event to Client Quester
504
(re)activate event receiver
yes
505
destroy Client Quester
STOP

FIG. 5A


Event Receiver
506
wait for event from Client Quester
507
event received?
no
yes
508
process event from Client Quester

FIG. 5B


Client Quester
601
register using Client Controller
602
quester destroyed?
yes
603
deregister using Client Controller
STOP
no
604
receive event
605
character event?
no
606
handle event
yes
607
update input buffer and notify dependent Questers
608
results in client cache?
no
611
send input buffer change message
612
(re)activate result retriever
yes
609
get results from cache
610
notify active component

FIG. 6A


Result Retriever
613
wait for results from server
614
results received?
no
yes
615
results usable?
no
yes
616
notify active component and dependent Questers
617
store results in cache
STOP

FIG. 6B


Server Quester
701
can be restored?
yes
no
702
restore from Quester Store and register with Service
703
results still up-to-date?
yes
no
704
resend last query to Service
705
process query results
706
initialize and register with Service
707
Quester destroyed?
yes
STOP
no
708
has valid QueryString?
yes
no
709
results cached?
no
yes
710
send query to Service
711
process query results
712
wait for input buffer change message
update input buffer
713

FIG. 7A


Process Query Results
get ResultSet
714
have ResultSet?
715
no
yes
send results to Client Quester
716
Store results in cache
717
send usage statistics to service
718
pushing active?
719
yes
no
STOP

*FIG. 7B*


QoResultSet
-strings: QoString[]
-rownums: int[]
-service: QoService
-query: QoQuery
-complete: byte
-totalNumberOfStrings: long
-ordered: boolean
-selected: int[]
-current: int
-resultSetId: BigDecimal
+QoResultSet():
1
query
QoQuery
-queryString: String
-qualifier: String
-rownums: int[]
-requestedTypes: QoType[]
-timeout: Date
-wantsPushing: boolean
-pushingInterval: int
0..* requestedTypes
QoType
-typeindicator: byte
-typeString: String
1 resultSet
0..* strings
QoInternalString
-expirationTime: Date
-fetchTime: Date
-value: String
-key: String
-metadata: LimitedXML
0..1 type
1..* types
1 quester
QoQuester
-resultSet: QoResultSet
-service: QoService
-qualifier: String
-types: QoTypes[]
-inputBuffer: StringBuffer
-autoUpdateInterval: int
-minimumBatchTime: int
-resultSetBatchSize: int
-maximumBatchTime: int
-clientMaximumLatency: int
-changeListeners: QoQuesterChangedListener[]
-applicationFunction: String
-applicationProxyRequired: boolean
-highestReceivedResultSetId: BigDecimal
-latestRequested: BigDecimal
+addQuesterChangeListener(): void
(See Fig. 8A-2)
QoString
-type: QoType
service::QoService
1
service
1 service
QoQueryValidator
-service: QoService
+isvalid(): boolean
0..* sters
client::QoClientQuester
server::QoServerQuester
QoTransformingQueryValidator
+transformIfValid(): String

FIG. 8A-1


Object Model: base
QoQuesterChangeEvent
-INPUT_BUFFER_CHANGED: INT
-RESULT_SET_CURRENT_CHANGED: INT
-RESULT_SET_SELECTED_CHANGED: INT
-quester: QoQuester
-eventType: int
<< interface >>
QoQuesterChangeListener
questerChanged(): void
0..*
changeListeners
(See Fig. 8A-1)
QoResultsCacheEntry
-queryString: String
-qualifier: String
-resultSet: QoResultSet
0..*
resultsCacheEntries
QoResultsCache
-resultsCacheEntries: QoResultsCacheEntry[]
1
resultsCache
QoController
-resultsCache: QoResultsCache
-questers: QoQuester[]
-statisticsBuffer: QoUsageRecord[]
-statisticsBufferFlushTime: int
-address: URL
client::QoClientController
server::QoServerController

*FIG. 8A-2*


Object Model: client
base::QoController
QoClientController
base::QoQuester
QoClientQuester
1..*
clientQuester
ActiveComponent
-clientQuesters: QoClientQuester[]

FIG. 8B

Object Model: server




FIG. 8C


QoSyndicator
-name: String
-users: QoUser[]
+contentChannels(): QoContentChannel[]
1
syndicator
1..*
contentChannels
QoContentChannel
-name: String
-description: String
-queryStringMinLength: int
-queryStringRegularExpressions: String[]
-queryStringFilters: String[]
-queryValidator: QoQueryValidator
-resultDescrpitor: String
-types: QoType[]
-timeMinimumReturnInterval: int
-statisticsStore: QoUsageStatisticsStore
-contentAccessModule: QoContentAccessModule
+executiveQuery(): QoResultSet
1
content
Channel
(See Fig. 8D-2)
statistics
Store
0..1
queryValidator
base::QoQueryValidator
1..*
types
base::QoType
1
contentAccessModule
QoContentAccessModule
+executeQuery(): QoResultSet
+startContentSession(): int

*FIG. 8D-1*


Object Model: service
QoUser
-name: String
-password: String
-subscriptions: QoSubscription[]
0..*
users
QoService
-syndicator: QoSyndicator
-contentChannel: QoContentChannel
-listable: boolean
-pricingInfo: XML
-name: String
-contentEngineLoginName: String
-contentEngineLoginPassword: String
-subscriptionRequired: boolean
1
service
0..*
subscriptions
0..1
user
QoSubscription
-service: QoService
-startDate: Date
-expirationDate: Date
-queryLimit: int
-queryLimitReset: int
-resultLimit: int
-resultLimitReset: int
-pushAllowed: boolean
-pushIntervalLimit: int
-historyAllowed: boolean
-historyLimit: int
See Fig. 8D-1
1
QoUsageStatisticsStore
-records: QoUsageRecord[]
-keepServiceStatistics: boolean
-keepClientDisplayedStatistics: boolean
-keepClientUsedStatistics: boolean
-keepClientHitStatistics: boolean
0..*
records
QoUsageRecord
-stringKey: String
-stringValue: String
-rowinResultSet: int
-totalRowsInResultSet: int
-dateReturnFirst: Date
-dateReturnLast: Date
-clientDisplayed: boolean
-clientUsed: boolean
-clientHit: boolean
-applicationName: String
-activeComponentID: String
-user: QoUser

*FIG. 8D-2*


917
914
901
915
911
902
916
App/Web Server
Qo Adaptor
AppHost Synchronizer
910
909
908
Application/ Web Host
Controller
Quester
QuestObjectsServer
917
913
903
904
Application/Web Web Form
912
Submit Button
905
906
907
Quester
Controller
Client App/Browser

FIG. 9

# SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION

## CLAIM OF PRIORITY

This application is a continuation of U.S. patent application Ser. No. 09/933,493, filed on Aug. 20, 2001 entitled: "SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION", by Mark H. Smit, et al, now U.S. Pat. No. 8,112,529, issued on Feb. 7, 2012, which is incorporated herein by reference.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

The invention relates generally to client-server communication systems, and particularly to a session-based bi-directional multi-tier client-server asynchronous search and retrieval system.

## BACKGROUND OF THE INVENTION

A primary task of computer systems is to manage large quantities of information, generally referred to as data. The first computers typically stored data using off-line methods, for example by using punch cards and other primitive means. As built-in or on-line storage solutions became more affordable, data were instead stored in central memory banks. The first enterprise-wide computer systems consisted of central computers containing central data storage, and a large number of user terminals that accessed this server data by sending input and receiving output as characters to be displayed or printed at the terminal. Although these systems had a primitive user interface and data access became increasingly slower as the number of users grew, these systems nevertheless handled enterprise data with ease and great security.

The first servers, often referred to as mainframes or mini computers, ran on proprietary operating systems. Terminals usually had large input buffers where input was only checked against or committed to the server after entering text into a page or form. Many systems only displayed the character entered after it was received and confirmed by the server. Faster servers and more modern server operating systems, such as Unix and VMS, offered several advantages in that users could receive immediate feedback after each character was typed.

At the beginning of the 1980s decade, the growing popularity of microcomputers and personal workstations made it possible to store data locally. Enterprise data was distributed over networks of computer systems. To access information it was no longer necessary to have a continuous connection to central databases, and instead it was possible to copy information to a personal computer, edit and work with it, and then save it back to a file or database server later. Most microcomputers worked with data in logical chunks or files. This brought a lot of power to end users, but introduced problems in managing the large quantity of enterprise data that was no longer stored as a unique entity in one place. For example, a file that was being edited by one user could not usually be accessed or modified by other users at the same time. It was also difficult to manage multiple copies of the same data.

Toward the end of the 1980's faster microcomputers and networks made it practical to work with enterprise data in smaller chunks than files. One example of this new technology was the development of Structured Query Language (SQL) relational databases which made it possible to divide software programs into a 'Client' tier and a 'Server' tier, that communicated with each other over a network. Client-server computing thus made it possible to store information centrally, yet manage and work with it locally. In the client-server paradigm, the client systems concentrated on offering a user-friendly interface to server data, while the server systems were able to handle many client systems at once while safely managing enterprise data.

However, the increasing client-server computing introduced its share of problems. Protocols used to communicate between client and server became increasingly complex and difficult to manage. Enterprise IT departments needed increasingly greater resources to manage the proprietary implementations of client operating systems, server database systems and middleware protocols connecting the various 'tiers' of client-server systems. Data was no longer stored in one place but was required to be managed within a distributed network of systems. Client-server systems also lacked a major advantage of mainframes: in a client-server system any changes to the data on the server weren't immediately updated on the client.

Starting in the 1990s, the Internet has allowed businesses, organizations, and other enterprises to easily make information available to users without the complex architecture that client-server systems typically require. Today, an increasing number of software applications are moving their data and logic or functional processes back to the server tier, from which they can be accessed from the Internet by a wide variety of clients, including thin and very thin-clients, which typically consist of Internet browsers or small applications (applets) whose sole responsibility is providing an interface to the user. In many ways, Internet computing (often referred to as e-commerce) has brought back the data-handling advantages of mainframes. Within the e-commerce environment data that change on the server are immediately available to clients that access the data through the Internet (world-wide) or through an intranet (enterprise-wide).

Unfortunately, the rise of Internet commerce has also given rise to some of the disadvantages associated with mainframe technology. Most Internet connections that present data to the user or client process use the Hyper Text Transfer Protocol (HTTP) which is inherently "session-less." This means that, for example, there is no totally reliable way for the server to automatically update the client display once the server data change. It also means that the server only checks the validity of the client or user input after the user sends back or submits an entire input form. This apparent disadvantage has also played an important role in the success of the Internet: because HTTP connections are session-less, they require much less processing power and much less memory on the server while the user is busy entering data. Thus, Internet applications running on web servers can be accessed by millions of people. Because HTTP and related Internet-based client-server systems do not provide continuous access to server data, systems sometimes incorporate lookup tables and pre-defined values that are cached locally. For example, a list of possible countries to be selected by a user of a web page can be sent to the user's computer when that page is first sent to

the user and used thereafter for subsequent country selections. Client-server applications often pre-read the data from the server the moment an application or application window is opened, in order to present users with selection lists the moment they need them. This poses problems for data that frequently changes over time since the client system may allow users to select or enter data that is no longer valid. It also poses problems for large selection lists whose transmission to the client may take a long time.

To address this some systems incorporate a local cache of the data frequently accessed by the user. A web browser may, for example be configured to remember the last pages a user visited by storing them in a local cache file. A clear disadvantage of keeping such a local cache is that it is only useful as long as the user stays on the same client computer system. Also, the local cache may include references to web pages that no longer exist.

Some other systems with limited network bandwidth (like cell phones or personal organizers) can be deployed with built-in databases (such as dictionaries and thesauri), because it would be impractical to wait for the download of an entire database, which is needed before the data is of any use. This has the disadvantage that data stored in the device may no longer be up-to-date because it's really a static database. Also, the cost of cell phones and personal organizers is greatly increased by the need for megabytes of local storage. Another important consideration is that keeping valuable data in any local database makes it vulnerable to misuse and theft. What is needed is a mechanism that addresses these issues that allows a client-server system to retain some element of a session-based system, with its increase in performance, while at the same time offering a secure communication mechanism that requires little, if any, local storage of data.

Other attempts have been made to tackle some of the problems inherent with traditional computer system interfaces, and particularly with regard to user session administration and support. These attempts include the auto-complete function systems such as used in Microsoft Internet Explorer, the spell-as-you-go systems such as found in Microsoft Word, and the wide variety of client-server session managers such as Netopia's Timbuktu and Citrix Winframe.

Auto-Complete Functionality

Many current systems provide a mechanism to auto-complete words entered into fields and documents. This 'auto-complete' functionality is sometimes called 'type-ahead' or 'predictive text entry'. Many web browsers such as Microsoft's Internet Explorer application will automatically 'finish' the entry of a URL, based on the history of web sites visited. E-mail programs including Microsoft Outlook will automatically complete names and e-mail addresses from the address book and a history of e-mails received and sent. Auto-completion in a different form is found in most graphical user interfaces, including operating systems such as Microsoft Windows and Apple Mac OS, that present lists to the user: When the user types the first character of a list entry, the user interface list will automatically scroll down to that entry. Many software development tools will automatically complete strings entered into program source code based on a known taxonomy of programming-language dependent key words and 'function names' or 'class names' previously entered by the developer. Some cell phones and personal organizers also automatically type-ahead address book entries or words from a built-in dictionary. Auto-complete functionality facilitates easy entry of data based on prediction of what options exist for the user at a single moment in time during entry of data.

Checking as You go

More and more word processing programs (most notably Microsoft Word and certain e-mail programs) include so-called 'spell checking as you type'. These programs automatically check the spelling of words entered while the user is typing. In a way, this can be seen as 'deferred auto-complete', where the word processor highlights words after they were entered, if they don't exist in a known dictionary. These spell checking programs often allow the user to add their own words to the dictionary. This is similar to the 'history lists' that are maintained for the auto-completion of URLs in a web browser, except that in this case the words are manually added to the list of possible 'completions' by the user.

Software Component Technologies

Software component technologies have provided a measure of component generation useful in client/server systems. One of these technologies is OpenDoc, a collaboration between Apple Computer, Inc. and IBM Corporation (amongst others) to allow development of software components that would closely interact, and together form applications. One of the promises of OpenDoc was that it would allow small developers to build components that users could purchase and link together to create applications that do exactly what the users want, and would make existing 'bloatware' applications (notably Microsoft Office and Corel's WordPerfect Office/Corel Office) redundant, but the technology was dropped several years ago in favor of newer technologies such as CORBA (Common Object Request Broker Architecture), developed by the Object Management Group to allow transparent communication and interoperability between software components.

Object-oriented languages and even non-object-oriented (database) systems have used component technologies to implement technical functionality. The NeXTstep operating system from NeXT Computer, Inc. (which was later acquired by Apple Computer, Inc. and evolved into the Mac operating system Mac OS X) had an object-oriented architecture from its original beginnings, that allowed software developers to create applications based on predefined, well-tested and reliable components. Components could be 'passive' user interface elements (such as entry fields, scroll areas, tab panes etc) used in application windows. But components could also be active and show dynamic data (such as a component displaying a clock, world map with highlight of daylight and night, ticker tape showing stock symbols, graphs showing computer system activity, etc.). The NeXT operating system used object frameworks in the Objective C language to achieve its high level of abstraction which is needed for components to work well. Later, Sun Microsystems, Inc. developed the Java language specification in part to achieve the same goal of interoperability. To date, Java has probably been the most successful 'open' (operating system independent) language used to build software components. It is even used on certain web sites that allow 'Java applets' on the user's Internet browser to continuously show up-to-date information on the client system.

WebObjects, an object-oriented technology developed by Apple Computer, Inc. is an Internet application server with related development tools, which was first developed by NeXT Computer, Inc. WebObjects uses object oriented frameworks that allow distribution of application logic between server and client. Clients can be HTML-based, but can also be Java applets. WebObjects uses proprietary technology that automatically synchronizes application objects between client and server. The layer that synchronizes data objects between the client and the server is called the 'Enterprise Object Distribution' (EODistribution), part of Apple's

Enterprise Objects Framework (EOF), and is transparent to the client software components and the server software components.

Session Management

Both Netopia's Timbuktu remote access systems, and Citrix, Inc.'s Winframe terminal server product, allow some element of remote access to server applications from a client system. These products synchronize user data and server data, transparently distributing all user input to the server and return all server (display) output to the client. Timbuktu does this with very little specific knowledge about the application and operating system used. This allows it to transparently work on both Microsoft Windows and Mac OS platforms. Technologies similar to Timbuktu do exist and perform the same kind of 'screen sharing'. For example, the Virtual Network Computing (VNC) system is one example of an open source software program that achieves the same goals and also works with Linux and Unix platforms.

Citrix Winframe has taken the same idea a step further by incorporating intimate knowledge of the Microsoft Windows operating system (and its Win32 APIs) to further optimize synchronization of user input and application output on the server. It can then use this detailed knowledge of the Microsoft Windows APIs to only redraw areas of the screen that it knows will change based on a user action: for example, Winframe may redraw a menu that is pulled down by the user without needing to access the server application because it knows how a menu will work.

Software Applications

Several application providers have also built upon these technologies to provide applications and application services of use to the end-user. These applications include computer-based thesauri, on-line media systems and electronic encyclopediae.

The International Standards Organization (as detailed further in ISO 2788-1986 Documentation—Guidelines for the Establishment and Development of monolingual thesauri and ISO 5964-1985 Documentation—Guidelines for the Establishment and Development of multilingual thesauri) determines suggested specifications for electronic thesauri, and thesaurus management software is now available from numerous software vendors world-wide. However, most systems have clear limitations that compromise their user-friendliness. Most commonly this is because they use a large third-party database system, such as those from Oracle Software, Inc. or Informix, Inc. as a back-end database. This means that any thesaurus terms that are displayed to the user are fetched from the database and then presented in a user interface. If one user changes the contents of the thesaurus, other users will only notice that change after re-fetching the data. While of little concern in small or infrequently changing environments, this problem is a considerable one within larger organizations and with rapidly updated content changes, for example in media publishing applications when thesaurus terms are being linked to new newspaper or magazine articles. This type of work is usually done by multiple documentalists (media content authors) simultaneously. To avoid 'mixing up' terms linked to articles, each documentalist must be assigned a certain range of articles to 'enrich' (which in one instance may be the act of adding metadata and thesaurus terms to a document). Clearly, in these situations there is a great need for live updates of data entered by these users, but a similar need exists for all client-server database programs.

## SUMMARY OF THE INVENTION

The invention provides a system that offers a highly effective solution to the aforementioned disadvantages of both client-server and Internet systems by providing a way to synchronize the data entered or displayed on a client system with the data on a server system. Data input by the client are immediately transmitted to the server, at which time the server can immediately update the client display. To ensure scalability, systems built around the present invention can be divided into multiple tiers, each tier being capable of caching data input and output. A plurality of servers can be used as a middle-tier to serve a large number of static or dynamic data sources, herein referred to as "content engines."

The present invention may be incorporated in a variety of embodiments to suit a correspondingly wide variety of applications. It offers a standardized way to access server data that allows immediate user-friendly data feedback based on user input. Data can also be presented to a client without user input, i.e. the data are automatically pushed to the client. This enables a client component to display the data immediately, or to transmit the data to another software program to be handled as required.

The present invention can also be used to simply and quickly retrieve up-to-date information from any string-based content source. Strings can be linked to metadata allowing user interface components to display corresponding information such as, for example, the meaning of dictionary words, the description of encyclopedia entries or pictures corresponding to a list of names.

Embodiments of the present invention can be used to create a user interface component that provides a sophisticated "auto-completion" or "type-ahead" function that is extremely useful when filling out forms. This is analogous to simple, client-side auto-complete functions that have been widely used throughout the computing world for many years. As a user inputs data into a field on a form, the auto-complete function analyzes the developing character string and makes intelligent suggestions about the intended data being provided. These suggestions change dynamically as the user types additional characters in the string. At any time, the user may stop typing characters and select the appropriate suggestion to auto-complete the field.

Today's client-side auto-complete functions are useful but very limited. The invention, however, vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server, thus taking advantage of server-side power. Unlike the client-side auto-complete functions in current use, an auto-complete function created by the present invention generates suggestions at the server as the user types in a character string. The suggestions may be buffered on a middle tier so that access to the content engine is minimized and speed is optimized.

The simple auto-complete schemes currently in popular use (such as email programs that auto-complete e-mail addresses, web browsers that auto-complete URLs, and cell phones that auto-complete names and telephone numbers) require that the data used to generate the suggestions be stored on the client. This substantially limits the flexibility, power, and speed of these schemes. The present invention, however, stores and retrieves the auto-complete suggestions from databases on the server. Using the present invention, the suggestions generated by the server may, at the option of the application developer, be cached on the middle tier or on the client itself to maximize performance.

The present invention provides better protection of valuable data than traditional methods, because the data is not present on the client until the moment it is needed, and can be further protected with the use of user authentication, if necessary.

The present invention is also useful in those situations that require immediate data access, since no history of use needs to be built on the client before data is available. Indeed, data entered into an application by a user can automatically be made available to that user for auto-completion on any other computer, anywhere in the world.

Unlike existing data-retrieval applications, server data can be accessed through a single standardized protocol that can be built into programming languages, user interface components or web components. The present invention can be integrated into and combined with existing applications that access server data. Using content access modules, the present invention can access any type of content on any server.

In the detailed description below, the present invention is described with reference to a particular embodiment named QuestObjects. QuestObjects provides a system for managing client input, server queries, server responses and client output. One specific type of data that can be made available through the system from a single source (or syndicate of sources) is a QuestObjects Service. Other terms used to describe the QuestObjects system in detail can be found in the glossary given below.

QuestObjects is useful for retrieval of almost any kind of string-based data, including the following QuestObjects Service examples:

Intranet Us

Access system for database fields (for lookup and auto-complete services)

Enterprise thesauri system.

Enterprise search and retrieval systems.

Enterprise reference works.

Enterprise address books.

Control systems for sending sensor readings to a server that responds with appropriate instructions or actions to be taken.

Internet Use

Client access to dictionary, thesaurus, encyclopedia and reference works.

Access to commercial products database.

Literary quotes library.

Real-time stock quote provision.

Access to real-time news service.

Access to Internet advertisements.

Access to complex functions (bank check, credit card validation, etc).

Access to language translation engines.

Access to classification schemes (eg, Library of Congress Subject Headings).

Access to lookup lists such as cities or countries in an order form.

Personal address books.

Personal auto-complete histories.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows a general outline of a system incorporating the present invention.

FIG. **2** shows a schematic of a system in accordance with an embodiment of the invention.

FIG. **3**A shows a variety of stages in the usage of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **3**B shows an expanded view of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **3**C shows an expanded view of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **4** shows a sequence diagram illustrating the use of a system in accordance with an embodiment of the invention.

FIG. **5**A shows a first thread flow chart illustrating the interface between an active component and an embodiment of the invention.

FIG. **5**B shows a second thread flow chart illustrating the interface between an active component and an embodiment of the invention.

FIG. **6**A shows a first thread flow chart illustrating the client side of an embodiment of the invention.

FIG. **6**B shows a second thread flow chart illustrating the client side of an embodiment of the invention.

FIG. **7**A shows a first thread flow chart illustrating the server side of an embodiment of the invention.

FIG. **7**B shows a second thread flow chart illustrating the server side of an embodiment of the invention.

FIG. **8**A shows an object model of an embodiment of the present invention, displaying the base part.

FIG. **8**B shows an object model of an embodiment of the present invention, displaying the client part.

FIG. **8**C shows an object model of an embodiment of the present invention, displaying the server part.

FIG. **8**D shows an object model of an embodiment of the present invention, displaying the service part.

FIG. **9** shows a schematic of an application proxy system that enables the use of the invention in various client environments.

## DETAILED DESCRIPTION

Roughly described, the invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string.

The present invention includes a system that offers a highly effective solution to an important disadvantage of both client-server and Internet systems: The present invention provides a standardized way to immediately synchronize the data entered or displayed on a client system with the data on a server system. Data input by the client is immediately transmitted to the server at which time the server can immediately update the client display. To ensure scalability, systems built around the present invention can be divided into multiple 'tiers' each capable of caching data input and output. Any number of servers can be used as a middle-tier to serve any number of static or dynamic data sources (often referred to as "Content Engines").

The present invention is useful for an extremely wide variety of applications. It offers a standardized way to access server data that allows immediate user-friendly data feedback based on user input. Data can also be presented to a client without user input, i.e. the data is automatically 'pushed' to the client. This enables a client component to display the data immediately or to transmit it to another software program to be handled as required.

The present invention is also particularly useful for assistance in data entry applications, but can also be used to simply and quickly retrieve up-to-date information from essentially any string-based content source. Strings can be linked to metadata allowing user interface components to display corresponding information such as the meaning of dictionary words, the description of encyclopedia entries or pictures corresponding to a list of names.

In some embodiments, the present invention can be used to create a user interface component that provides a sophisticated "auto-completion" or "type-ahead" function that is extremely useful when filling out forms. Simple, client-side auto-complete functions have been widely used throughout the computing world for many years. As a user inputs data into a field on a form, the auto-complete function analyzes the developing character string and makes "intelligent" suggestions about the intended data being provided. These suggestions change dynamically as the user types additional characters in the string. At any time, the user may stop typing characters and select the appropriate suggestion to auto-complete the field.

Today's client-side auto-complete functions are very limited. The present invention vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server thus taking advantage of server-side power. Unlike the client-side auto-complete functions in current use, an auto-complete function created by the present invention pushes suggestions from the server as the user types in a character string. Using the present invention, the suggestions may be buffered on a middle tier so that access to the content engine is minimized and speed is optimized.

The simple auto-complete schemes currently in popular use (such as email programs that auto-complete e-mail addresses, web browsers that auto-complete URLs, and cell phones that auto-complete names and telephone numbers) require that the data used to generate the suggestions be stored on the client. This substantially limits the flexibility, power, and speed of these schemes. The present invention, however, stores and retrieves the auto-complete suggestions from databases on the server. Using the present invention, the suggestions generated by the server may, at the option of the application developer, be cached on the middle tier or one the client itself to maximize performance.

The present invention provides better protection of valuable data because the data is not present on the client until the moment it is needed and can be further protected with a user authentication mechanism, if necessary.

The present invention is useful for immediate data use, since no use history must be built on the client before data is available. Indeed, data entered into an application by a user can automatically be made available to that user for auto-completion on any other computer anywhere in the world.

Unlike existing data-retrieval applications, server data can be accessed through a single standardized protocol that can be built into programming languages, user interface components or web components. The present invention can be integrated into, and combined with, existing applications that access server data. Using Content Access Modules, the present invention can access any type of content on any server.

In the detailed description below, an embodiment of the present invention is referred to as QuestObjects, and provides a system of managing client input, server queries, server responses and client output. One specific type of data made available through the system from a single source (or syndicate of sources) is referred to as a QuestObjects Service. Other terms used to describe the QuestObjects system in detail can be found in the glossary below:

GLOSSARY

Active Component—Part of a software program that accesses the QuestObjects system through one or more Questers. Active Components may provide a user interface, in which case they're referred to as Questlets.

AppHost Synchronizer—Part of the QuestObjects Server that allows the Application Proxy access to data in Server Questers.

Application Proxy—An optional method implemented by the QuestObjects Server allowing the use of the QuestObjects system in client systems that do not allow the QuestObjects—Client components to communicate to the application server or web server directly. Uses the AppHost Synchronizer on the QuestObjects Server to send selected strings and metadata to the application server or web server using a QuestObjects Adaptor.

Client Controller—A QuestObjects Controller on a QuestObjects Client.

Client Quester—A Quester on a QuestObjects Client that has a Server Quester as its peer.

Client Session—A temporary container of information needed to manage the lifespan of Server Questers in a QuestObjects Server.

Content Access Module—A part of a Content Channel that provides a standardized API to access specific types of Content Engines.

Content-based Cache—A persistent store of Queries and corresponding Result Sets executed by a Content Engine for a specific Content Channel.

Content Channel—A part of the QuestObjects system that provides one type of information from one Content Engine. Consists of a Query Manager and a Content Access Module, linking a Content Engine to the QuestObjects system.

Content Engine—A dynamic data source that provides data to a Content Channel by accessing its own database or by querying other information systems.

Query Filter—A filter specified by a Query Manager in a specific Service used to tell the Server Quester to interpret incoming strings before they are sent to the Service as a QuestObjects Query.

Query Manager—An intelligent part of a Content Channel that interprets QuestObjects Queries and sends them to a Content Engine (through a Content Access Module) or retrieves results from the Content-based Cache in a standardized way. The Query Manager can also send a list of Query Patterns and Query Filters to the Server Quester, allowing the Server Quester to match and filter new Queries before they are sent to the Content Channel.

Query Pattern—A string-matching pattern (such as a unix-style grep pattern) specified by a Query Manager in a specific Service used to tell the Server Quester to interpret incoming strings before they are sent to the Service as a QuestObjects Query.

Persistent Quester Store—A dynamic database of Questers that is maintained on the QuestObjects Server, allowing Questers to be stored across Client sessions whereby the state and contents of the Client are automatically restored when a new Client Session is started.

Quester—An intelligent non-visual object contained by an Active Component that links a QuestObjects StringList to an input buffer. Questers exist on both the QuestObjects Client and the QuestObjects Server and can be specifically referred to as Client Quester and Server Quester. Questers communicate with each other through a QuestObjects Controller.

Questlet—A User Interface Element that accesses the QuestObjects system through one or more Questers. A visual Active Component.

QuestObjects Adaptor—An optional software component for existing application servers and web servers that allows these servers to use data entered into the QuestObjects system by users of client systems and web browsers that require an Application Proxy.

QuestObjects Client—Part of the QuestObjects system that functions as the client tier consisting of one or more Client Questers and a Client Controller that communicates to a QuestObjects Server.

QuestObjects Controller—An intelligent non-visual component that provides the interface between Questers on QuestObjects Clients and QuestObjects Servers. QuestObjects Controllers implement the protocol of the present invention.

QuestObjects Query—A string created by the Server Quester with optional qualifier and the requested row numbers forming a query to be executed by a specified QuestObjects Service.

QuestObjects Result Set—A set of StringLists with corresponding Query returned from the QuestObjects Service, returned in batches to the Client Quester by the Server Quester.

QuestObjects Server—Central part of the QuestObjects system that provides the link between any number of QuestObjects Clients, any number of QuestObjects Services, and any number of other QuestObjects Servers. Maintains Client Sessions that QuestObjects Clients communicate with through the Server Controller. Provides services such as caching, replication and distribution.

QuestObjects Service—One of the Content Channels provided by a specific Syndicator. A logical name for a Syndicator, a Content Channel and its corresponding Content Engine.

QuestObjects String—Sequence of Unicode characters with standardized attributes used by the QuestObjects system.

QuestObjects StringList—Container for a set of QuestObjects Strings retrieved from a QuestObjects Service with standardized attributes needed by the QuestObjects System.

QuestObjects User—Person or process accessing the QuestObjects system from the QuestObjects Client, optionally authorized by the Syndicator.

Server Controller—A QuestObjects Controller on a QuestObjects Server.

Server Quester—A Quester on a QuestObjects Server that has a Client Quester as its peer.

Syndicator—A part of the QuestObjects system that offers one or more Content Channels to be used by QuestObjects Servers, performing user-based accounting services based on actual data use such as billing, collection of statistics and management of preferences.

User Interface Element—A visual and optionally interactive component in a software program that provides an interface to the user.

The present invention provides a system that allows clients or client applications to asynchronously retrieve database information from a remote server of server application. The terms "client" and "server" are used herein to reflect a specific embodiment of the invention although it will be evident to one skilled in the art that the invention may be equally used with any implementation that requires communication between a first process or application and a second process or application, regardless of whether these processes comprise a typical client-server setup or not. The invention includes a Server, that handles requests for information from clients, and a communication protocol that is optimized for sending single characters from a Client to the Server, and lists of strings from the Server to the Client. In one embodiment, as the Server receives a single character from the Client, it immediately analyzes the lengthening string of characters and, based on that analysis, returns database information to the Client in the form of a list of strings. Clients are not restricted to programs with a user interface. Generally, any process or mechanism that can send characters and receive string lists can be considered a client of the system. For example, in an industrial or power supply setting, the control system of a power plant could send sensor readings to the system, and in return receive lists of actions to be taken, based on those sensor readings.

The system's protocol is not restricted to sending single characters. In fact, Clients can also use the protocol to send a string of characters. For example, when a user replaces the contents of an entry field with a new string, the Client may then send the entire string all at once to the Server, instead of character by character.

In accordance with one embodiment of the invention the system is session-based, in that the server knows or recognizes when subsequent requests originate at the same Client. Thus, in responding to a character the Server receives from a Client it can use the history of data that has been sent to and from the current user. In one embodiment, the system stores user preferences with each Service, so that they are always available to the Client, (i.e., they are independent of the physical location of the client). Furthermore, client authentication and a billing system based on actual data and content use by Clients are supported. For faster response, the Server may predict input from the Client based on statistics and/or algorithms.

The system is bi-directional and asynchronous, in that both the Client and the Server can initiate communications at any moment in time. The functionality of the system is such that it can run in parallel with the normal operation of clients. Tasks that clients execute on the system are non-blocking, and clients may resume normal operation while the system is performing those tasks. For example, a communication initiated by the Client may be a single character that is sent to the Server, that responds by returning appropriate data. An example of a communication initiated by the Server is updating the information provided to the client. Because the system is session-based it can keep track of database information that has been sent to the Client. As information changes in the database, the Server sends an updated version of that information to the Client.

Embodiments of the system may be implemented as a multi-tier environment This makes it scalable because the individual tiers can be replicated as many times as necessary, while load balancing algorithms (including but not limited to random and round robin load-balancing) can be used to distribute the load over the copies of the tiers. One skilled in the art would appreciate that it is not necessary to replicate the tiers. Indeed, there may be only a single copy of each tier, and that all tiers (Client, Server, and Service) may be running on a single computer system.

FIG. **1** illustrates the general outline of a system that embodies the present invention. As shown in FIG. **1** there may be various Clients **101** using the system. These Clients use a communication protocol **102** to send information, including but not limited to single characters, and to receive information, including but not limited to lists of strings and corresponding metadata. At least one Server **103** receives information from the Client, and sends information to the Client. In a typical embodiment if there is a plurality of Servers, then the system can be designed so that each Client connects to only one of them, which then relays connections to other Servers, possibly using load-balancing algorithms. Servers have a communication link **104** to a Service **105**, which they use to obtain the information that they send to the Client.

FIG. **2** is a schematic illustrating an embodiment of the present invention, and displays a five-tier system that has a user interface in which user interface elements use the present invention to assist the user in performing its tasks. For purposes of illustration, FIG. **2** displays just one session and one

content Service. In an actual implementation there may be multiple concurrently active sessions, and there may be more than one content Service that Clients can use. As shown herein, the first of the five tiers is a Client tier **201**. The Client tier contains the user interface and the Client components that are needed to use the system. The second tier is a Server or server process **206**, which handles the queries that Clients execute, and in return displays results to the Client. Service **213**, which corresponds to **105** of FIG. **1**, is a logical entity consisting of three more tiers: a Syndicator **214**, a Content Channel **219** and a Content Engine **224**. The Syndicator provides access to a number of Content Channels and performs accounting services based on actual data use. The Content Channel provides a specific type of information from a specific source (i.e. the Content Engine). The Content Engine is the actual source of any content that is made available through the QuestObjects system. The Client tier **201** corresponds to the client **101** in FIG. **1**. In this example, the Client may be an application (and in some embodiments a web application) with a user interface that accesses the system of the present invention. As used in the context of this disclosure a user interface element that uses the present invention is referred to as a "Questlet." A Client can contain one or more Questlets **202** (e.g. an input field or a drop down list. FIG. **3** described later contains three examples of such Questlets. A Questlet is always associated with at least one Client Quester **203**. Questers are objects that tie a QuestObjects input buffer (containing input from the Client) to a QuestObjects Result Set returned from a QuestObjects Server. Questers exist on both the Client and Server, in which case they are referred to as a Client Quester and a Server Quester, respectively. Every Client Quester has one corresponding Server Quester. In accordance with the invention, any event or change that happens in either one of them is automatically duplicated to the other so that their states are always equal. This synchronization mechanism is fault-tolerant so that a failure in the communication link does not prevent the Questers from performing tasks for which they do not need to communicate. For example, a Client Quester can retrieve results from the cache, even if there is no communication link to the Server. Each single Quester accesses exactly one QuestObjects Service, i.e. one specific Content Channel offered by one specific Syndicator. At initialization of the Client, the Questlet tells its Quester which Service to access. In one embodiment a Service is stored or made available on only one Server within a network of Servers. However, this is transparent to the Client because each Server will forward requests to the right computer if necessary. The Client does not need to know the exact location of the Service.

To communicate with its Server Quester **208**, each Quester in a session uses a controller **204**. The system contains at least one Client Controller **204** and a Server Controller **209**, which together implement the network communication protocol **205** of the present invention. Client Controllers may cache results received from a Server, thus eliminating the need for network traffic when results are reused.

Client Questers are managed by a Questlet, which create and destroy Questers they need. In a similar fashion, Server Questers are managed by a Session **207**. When a Client Quester is created, it registers itself with the Client Controller. The Client controller forwards this registration information as a message to the Session using the Server Controller. The Session then checks if the Persistent Quester Store **210** contains a stored Quester belonging to the current user matching the requested Service and Query Qualifier. If such a Quester exists, it is restored from the Persistent Quester Store and used as the peer of the Client Quester. Otherwise, the Session creates a new Server Quester to be used as the Client Quester's peer.

A Time Server **211** provides a single source of timing information within the system. This is necessary, because the system itself may comprise multiple independent computer systems that may be set to a different time. Using a single-time source allows, for example, the expiration time of a Result Set to be calibrated to the Time Server so that all parts of the system determine validity of its data using the same time.

Server communication link **212** is used by the Server to send requests for information to a Service, and by a Service to return requested information. Requests for information are Query objects that are sent to and interpreted by a specific Service. Query objects contain at least a string used by the Service as a criterion for information to be retrieved, in addition to a specification of row numbers to be returned to the Client. For example, two subsequent queries may request row numbers 1 through 5, and 6 through 10, respectively. A query object may also contain a Qualifier that is passed to the appropriate Service. This optional Qualifier contains attributes that are needed by the Service to execute the Query. Qualifier attributes may indicate a desired sort order or in the example of a thesaurus Service may contain a parameter indicating that the result list must contain broader terms of the Query string. Services use the communication link to send lists of strings (with their attributes and metadata) to Servers. Server communication link **212** is also used by Server Questers to store and retrieve user preferences from a Syndicator's Preference Manager.

Questers use Services to obtain content. A Service is one of the Content Channels managed by a Syndicator. When a Quester is initialized, it is notified by its Active Component of the Service it must use. The Service may require authentication, which is why the Syndicator provides a User Manager **215**. If a Client allows the user to set preferences for the Service (or preferences needed by the Active Component), it may store those preferences using the Syndicator's Preference Manager **216**. The Server (i.e. Server Quester) only uses the Syndicator for authentication and preferences. To obtain content, it accesses the appropriate Content Channel directly. The Content Channel uses its Syndicator to store usage data that can be later used for accounting and billing purposes. Usage data is stored in a Usage Statistics Store **217**.

Content communication link **218** is used by Content Channels to send usage data to their Syndicator, and to retrieve user information from the Syndicator. The Content Channel is a layer between the QuestObjects System, and the actual content made available to the system by a Content Engine **224**. Each Content Channel has a corresponding Query Manager **220** that specifies the type of query that can be sent to the corresponding Content Engine, and defines the types of data that can be returned by the Content Channel.

Specification of query type comprises a set of Query Patterns and Query Filters that are used by the Server Quester to validate a string before the string is sent to the Content Channel as a QuestObjects Query. For example, a query type "URL" may allow the Server Quester to check for the presence of a complete URL in the input string before the input string is sent to the Content Channel as a query. A query type "date" might check for the entry of a valid date before the query is forwarded to the Content Channel.

The Query Manager optionally defines the types of string data that can be returned to the Client by the Content Channel. Specific Active Components at the Client can use this information to connect to Services that support specific types of

data. Examples of string types include: simple terms, definitional terms, relational terms, quotes, simple numbers, compound numbers, dates, URLs, e-mail addresses, preformatted phone numbers, and specified XML formatted data etc.

The Query Manager **220** retrieves database information through a Content Access Module **221**. The Content Access Module is an abstraction layer between the Query Manager and a Content Engine. It is the only part of the system that knows how to access the Content Engine that is linked to the Content Channel. In this way, Query Managers can use a standardized API to access any Content Engine. To reduce information traffic between Content Channels and Content Engines, Content Channels may access a content-based cache **222** in which information that was previously retrieved from Content Engines is cached. Engine communication link **223** is used by Content Access Modules to communicate with Content Engines. The protocol used is the native protocol of the Content Engine. For example, if the Content Engine is an SQL based database system then the protocol used may be a series of SQL commands. The Content Access Module is responsible for connecting the Content Engine to the QuestObjects System.

Content Engines **224** are the primary source of information in the system. Content Engines can be located on any physical computer system, may be replicated to allow load balancing, and may be, for example, a database, algorithm or search engine from a third-party vendor. An example of such an algorithm is Soundex developed by Knuth. Content Engines may require user authentication, which, if required, is handled by the Syndicator (through the Content Access Module).

The invention uses Content Engines as a source of strings. One skilled in the art would understand that a string may, for example, contain a URL of, or a reference to any resource, including images and movies stored on a network or local drive. Furthermore, strings may have metadata associated with them. In one embodiment, strings might have a language code, creation date, modification date, etc. An entry in a dictionary may have metadata that relates to its pronunciation, a list of meanings and possible uses, synonyms, references, etc. A thesaurus term may have a scope note, its notation, its source and its UDC coding as metadata, for example. Metadata of an encyclopedia entry may include its description, references, and links to multi-media objects such as images and movies. A product database may have a product code, category, description, price, and currency as metadata. A stock quote may have metadata such as a symbol, a company name, the time of the quote, etc. Instructions to a control system may contain parameters of those instructions as metadata. For example, the instruction to open a valve can have as metadata how far it is to be opened.

FIGS. **3**A-**3**C contain three examples of the Questlets that can be used with the system, i.e., the User Interface Elements that access the QuestObjects system. In FIG. **3**A, a series of representations of an auto-completing entry field are shown, such as might be used in an application window or on a web form, that accesses a single QuestObjects Service, and allows for auto-completion of, in this example, a U.S. state name. FIGS. **3**B and **3**C depict two different presentation forms of the same complex Questlet that access a number of QuestObjects Services simultaneously.

Users should be able to clearly recognize the availability of QuestObjects Services in an application. As shown in FIG. **3**A, and particularly in the auto-complete entry field example screen element **302**, clear symbols are displayed at the right end of the field. A small disclosure triangle **308** is displayed in the lower right-hand corner, and serves as an indicator to the user that a QuestObject is being used. A reserved space herein referred to as the "status area", and located above the disclosure triangle **301** is used to display information about the state of the QuestObjects system. The successive shots of this screen element **302** through **307** show some of the different kinds of states in this status area. Screen element **302** depicts an empty data field with an empty status area. The screen element **303** shows the same field immediately after the user enters a character "N". On receiving the "N"input, the Questlet immediately checks its internal entry cache for available auto-complete responses. If the cache does not contain a valid string (either because the cache is empty, because the cache is incomplete for the entry character, or because one or more cached strings have expired) the QuestObjects system sends a query to the QuestObjects Service. This sending process is indicated by a network access symbol in the status area **304** which is in this embodiment takes the form of a left and right facing arrows.

Screen element **305** shows the entry field after the Server has sent one or more auto-complete strings back to the Questlet. This example situation is typical of these instances in which the user did not enter a second character after the original "N" before the QuestObjects system responded. The QuestObjects system is inherently multi-threaded and allows the user to continue typing during access of the QuestObjects Service. The screen element status area of **305** now displays a small downward facing arrow indicating that there are more available auto-complete answers. In this case, the entry field has displayed the first one in alphabetic order.

Screen element **306** shows the same entry field after the user has hit the down arrow key or clicked on the arrow symbol in the status area. The next available auto-complete response in alphabetical order is displayed. The double up and down pointing arrows in the status area now indicate that both a previous response (in this example, "Nebraska") and a next response are available.

Screen element **307** shows the same entry field after the user has typed two additional characters, "e" and "v". As shown in this example, the status area changes to a checkmark indicating that there is now only one available auto-complete match for the characters entered. The user can at any point use the backspace key on their keyboard (or perform other actions defined in the Questlet) to select different states, or can leave the entry field to confirm his selection. At this time, the system may do several things. It can automatically accept the string "Nevada" and allow the user to move on with the rest of the entry form; or if it has been configured such it may decide to replace the string "Nevada" by the two-character state code. The QuestObjects Service not only returns strings, but also any corresponding metadata. This example of an auto-complete entry field Questlet is based on showing the response string, but other Questlets (and even invisible Active Components) may perform an action invisible to the user. In addition, a response sent to one Questlet can trigger a response in other Questlets that have a pre-defined dependency to that Questlet. For example, entering a city into one Questlet can trigger another Questlet to display the corresponding state. It will be evident to one skilled in the art, that although left, right, up and down arrows are used to indicate usually the status of the QuestObject field, other mechanisms of showing the status within the scope and spirit of the invention.

Interdependent data (which in the context of this disclosure is that data originating from a multitude of QuestObjects Services) can be combined into a complex Questlet. Examples **309** shown in FIG. **3**B and example **313** shown in FIG. **3**C show a complex user interface element (Questlet) that makes multiple QuestObjects Services available to the

user. In both examples the upper part of the Questlet is an entry field that may offer the auto-complete functionality described in FIG. **3**A. By clicking on the disclosure triangle **308** shown in the earlier FIG. **3**A (or by another action), the user can disclose the rest of the Questlet, which in this example comprises two functional areas **311** and **312**. In this example, the user interface allows the user to choose a vertical presentation mode **309**, shown in FIG. **3**B or a horizontal presentation mode **313**, shown in FIG. **3**C for the Questlet. A close box **310** replaces the disclosure triangle in the entry field, allowing the user to close areas **311** and **312**. In FIG. **3**C Area **314** shows a certain QuestObjects Service, in this case a list of "Recent Terms" accessed by the user. This Questlet allows the user to select a different QuestObjects Service for area **314** by selecting it from a popup list **319**. In this example, an appropriate second Service might be "Alphabetic Listing".

In both examples of FIGS. **3**B and **3**C, area **312** displays a QuestObjects "Thesaurus Service" (Thesa) that has been selected. Additionally, in FIG. **3**C areas **315** through **318** display four different Questers that take their data from a QuestObjects Thesaurus Service. These Questers all access the same Thesaurus and all have a dependency on the selected string in the main list of area **314**. Once the user clicks on a string in area **314** the thesaurus lists **315** through **318** are automatically updated to show the corresponding "Used For terms" UF, "Broader Terms" BT, "Narrower Terms" NT, and "Related Terms" RT from the Thesaurus Service. Questers **315** through **318** thus have a different Qualifier that is used to access the same QuestObjects Service. It will be evident to those skilled in the art that this example is not intended to be a complete description of features that a thesaurus browser (or any other Service) provides. Most thesauri offer a multitude of term relationships and qualifiers. A Questlet or part of a Questlet may provide access to a multitude of QuestObjects Services. A possible way to do this is to show multiple tabbed panes accessible through tab buttons named after the Services they represent **320**.

Data from the QuestObjects Services can be displayed by a Questlet in many forms. Thesaurus browser Questlets generally display interactive lists of related terms. Questlets can also allow users to lookup data in a reference database (dictionary, encyclopedia, product catalog, Yellow Pages, etc.) made available as a QuestObjects Service. Furthermore, Questlets can access QuestObjects Services that provide a standardized interface to search engines. These search engines may be Internet-based or can be built into existing database servers. Questlets can also access pre-defined functions made available as QuestObjects Services (such as a bank number check, credit card validation Service or encryption/decryption Service). Questlets can even access translation Services allowing on-the-fly translation of entry data. In some embodiments Questlets can retrieve multi-media data formats by receiving a URL or pointer to multi-media files or streaming media from a QuestObjects Service. In other embodiments Questlets can be used to display current stock quotes, news flashes, advertisements, Internet banners, or data from any other real-time data push Service. Questlets can provide an auto-complete or validity checking mechanism on the data present in specific fields or combinations of fields in relational database tables.

As described above, Questlets are well suited to represent QuestObjects data visually. However, a QuestObjects Client system can also contain non-visual Active Components, such as function calls from within a procedure in a program to access a QuestObjects Service. A program that needs to display a static or unchanging list of strings can use a Quester in its initialization procedure to retrieve that list from a QuestObjects Server. By calling a Quester, a stored procedure in a database can make a QuestObjects Service available to any database application. By encapsulating a Quester into an object supplied with a programming language, a QuestObjects Service can be made available to its developers. Another example of how QuestObjects Services may be accessed is through a popup menu that a user can access by clicking on a word, phrase or sentence in a document. The popup menu can include one or more QuestObjects Services by calling one or more Questers. In an application that is controlled by speech, a sound conversion engine that translates speech input into phonemes can be used to send these phonemes to a QuestObjects speech recognition Service through a Quester. As yet another example, a control system can use a Quester to send sensor readings to a Server, which then queries a special purpose content engine to return actions that the control system must perform given the sensor readings.

FIG. **4** shows a simplified event life cycle illustrating what happens in a QuestObjects system using an auto-complete Service. The protocol of the present invention is implemented in the Client Controller and the Server Controller **400**. In an initial phase an Active Component on the Client tells its Quester to start or initialize **401** a corresponding Client Session on the current QuestObjects Server by sending a Register message to its Client Controller. The Server Controller starts a Client Session if it has not been started already. For simplicity the event trace of FIG. **4** does not show typical error handling that normally occurs, for instance when a Session cannot be started. If the Quester was used before in the same Active Component and application, the Session may restore the Quester from a Persistent Quester Store, which may even cause a Query to be triggered immediately if the Result Set in the Quester is out of date.

The Server Quester looks up the Service in the Server's list of known QuestObjects Services, which may or may not be located on the same computer. Once the Service is found, the Client is registered and optionally authenticated by the Service. At this time, the Service **402** returns information to the Server Controller at which time the Client receives a confirmation that it was registered successfully. The Active Component can now start using the Quester it has just initialized. If the Active Component has a user interface (i.e. it is a Questlet) then it will now allow the user to start entering characters or cause other user events.

The next step in the process is to capture user input. As shown in FIG. **4**, at point **403** a character event is generated to indicate the user has typed a character 'a' into the Questlet. The Quester sends a message to its Client Controller telling it that character 'a' must be appended to the input buffer (it will be evident to one skilled in the art that if the cursor is not at the end of the input string, typing 'a' would, for example, generate a different event to insert the character instead of append it). The Client Controller uses the protocol to synchronize the input buffer in the Server Quester by communicating to the Server Controller. The Server Controller may look up query 'a' in its Result Set cache, in which case it can return a previous Result Set to the Client without accessing the Service. Also, depending on any rules specified by the Service (as specified by a list of Query Patterns and Query Filters defined in the Query Manager of the Content Channel) and depending on the time interval between input buffer changes, the Server Quester may decide not to immediately send the (perhaps incomplete) string to the Service, as shown here.

An additional character event **404** is generated when the user has typed a second character 'b' into the Questlet. As before, a corresponding event arrives at the Server Quester. In this case, the Server Quester may deduct that the input string

represents a valid query and send the appropriate query message 'ab' to the Service. After receiving a query, the Service executes it by accessing its Content Engine through the Content Access Module unless the Query Manager was able to lookup the same Query with a Result Set in the Content-based Cache. After an appropriate Result Set **405** is retrieved, the Service will return it to the Client. In some embodiments, a large Result Set may be returned to the Client in small batches. In other embodiments an incomplete Result Set may also be returned if the Content Engine takes a long time to come up with a batch of results. A QuestObjects Service may automatically 'push' updated information matching the previous query to the Client as it becomes available. A Query can also be set to auto-repeat itself **406** if necessary or desired.

At step **407** the user types a third character 'c' into the Questlet. While this character is being sent to the Server, a second and possibly third result set from the previous query is on its way to the Client. When the Client Controller decides **408** that the received Result Set 'ab' no longer matches the current input string 'abc', the second update of 'ab' is not transmitted to the Active Component. Depending on the sort order and sort attributes of the Result Set, the Client Controller may still send the second and third Result Sets to the Active Component if the second query 'abc' matches the first string of the Result Set for the first query 'ab' **409**. In that case, the user typed a character that matched the third character in the second or third Result Set, thus validating the Result Sets for the second query. Eventually the Server Quester receives notice of the third character appended to the input buffer, and sends a new query 'abc' to the Service. The Server Quester will stop the 'repeating' of query 'ab' and the Service will now execute **410** the new query 'abc' at the Content Engine, or retrieve it from the Content-based Cache.

FIG. **5** depicts a flow chart illustrating the interface between an Active Component and the present invention. As shown therein a Client Quester is initialized (step **501**) in which each active component is associated with one or more Client Questers. A loop is then entered that exits when the Active Component is destroyed (step **502**). In the loop, events are sent to the Client Quester (step **503**), such as keyboard events, click events and focus events (i.e. events that tell the system which user interface element currently has input focus). When events are sent to the Client Quester, they may result in return events from the Client Quester, such as events informing that the Result Set of the Client Quester has changed. Those events are received by the event receiver (step **504**). The event receiver waits for events from the Client Quester (step **506**) and—if events have been received (**507**)—processes them (step **508**). It will be evident to one skilled in the art that the Active Component can be multi-threaded, in that the event receiver can work concurrently with the rest of the Active Component. The Active Component may also use a cooperative multi-threading scheme where it actively handles client events and server responses in a continuous loop.

FIG. **6** shows a flow chart illustrating the Client side of the present invention. First, the Client Quester registers itself with the Client Controller (step **601**). It then enters a loop that exits when the Client Quester is destroyed (step **602**). When that happens, the Client Quester deregisters itself from the Client Controller (step **603**). During the loop the Client Quester handles events from the Active Component it belongs to. First, it waits for an event and receives it (step **604**). Then the type of the event is checked (step **605**). If it is not a character event, it is handled depending on the type and content of the event (step **606**). An example of a non-character event is a double-click on the input string, the click of a button that clears the input buffer, the addition of characters to the input buffer by a paste-action etc. If the event is a character event, the input buffer is updated accordingly and Client Questers that have dependencies with the input buffer or the Result Set also are notified (step **607**).

The next step is to get results based on the new input buffer. First, the Client Quester checks if the results are present in the client-side cache, which usually is a fast short-term in-memory buffer (step **608**); if so, they are retrieved from the cache (step **609**) and the Active Component is notified of the results (step **610**). If the results are not found in the cache, the Client Quester uses the Client Controller to send the new input buffer to the Server Quester, so that a new query can be executed (step **611**). To support this, the protocol of the present invention provides a number of messages that allow the Client Quester to send just the changes to the input buffer, instead of sending the entire input buffer. These messages include but are not limited to: inputBufferAppend, inputBufferDeleteCharAt, inputBufferInsertCharAt, inputBufferSetCharAt, inputBufferSetLength, and inputBufferDelete. After thus updating the Server Quester's input buffer, the Client Quester activates the result retriever to wait for new results and process them (step **612**).

The Client Quester is intended to be multi-threaded, so that it can continue providing its services to its Active Component while it waits for results from the QuestObjects Server. Therefore, the Result Retriever can be implemented to run in a separate thread of execution. In this embodiment the Result Retriever waits for results from the Server Quester (step **613**). If results have been received (step **614**), it checks whether they are usable (step **615**). Results are usable if they correspond to the latest query. If results are from a previous query (which can occur because the system is multi-threaded and multi-tier), they may also still be usable if the Client Quester can filter them to match the new input buffer (this depends on the sort flags in the Result Set). If results are usable, the Active Component is notified of the new results. This notification is also sent to other Client Questers that have dependencies on the originating Client Quester (step **616**). Received results are stored in the client-side cache, regardless of whether they were found to be usable (step **617**).

FIG. **7** is a flow chart illustrating the Server side of the present invention. The first thing a Server Quester does when it is created, is to check whether its attributes can be restored from the Persistent Quester Store (step **701**), based on the parameters with which it is created. If the attributes can be restored, they are restored and registered with its corresponding Service (step **702**). In accordance with one embodiment, one of the restored attributes is a Result Set attribute; the Server Quester checks whether it is still up to date (step **703**). If not, a query is sent to the corresponding Service if it is a pushing service or if the Query was originally set to be auto-repeating (step **704**) and (in a separate thread of execution) the Server Quester waits for the results of that query and processes them (step **705**).

If the Server Quester's attributes could not be restored, it initializes itself and registers itself with the correct service which is one of the initialization parameters (step **706**). If the Client Quester was created with a default input buffer, the Server Quester may automatically send the corresponding Query to the Service. At this point, the initialization process is complete and the Server Quester enters a loop that exits when the Quester is destroyed (step **707**). During the loop, the Server Quester checks whether the Query String is valid, using the validation attributes of the Service (Query Pattern and Query Filter) (step **708**). If the query is valid, the Server Quester checks if the server-side cache has the results for the

Query String (step **709**). If not, a new Query is sent to the Service (step **710**). After that, the results are retrieved (either from cache or from the Service) and processed (step **711**).

After validating (and possibly processing) the Query String, the Server Quester waits for messages from the Client Quester notifying of changes to the input buffer (step **712**). If such a message is received, the input buffer is updated accordingly (step **713**), and the loop is re-entered (step **708**).

The processing of query results is performed in a separate thread of execution. The process performed in this thread starts by obtaining the Result Set (step **714**), either from the server-side cache or from the Service depending on the result of the decision in step **709**. When these results are obtained (step **715**), they are sent to the Client Quester (step **716**) either as part of the Result Set or as the entire Result Set, depending on parameters set by the Client Quester and are stored in the server-side cache (step **717**). In addition, the Service is notified of actual results that have been sent to the client (step **718**). If the results were pushed by the Service (step **719**), this thread starts waiting for new results to be processed; otherwise, the thread stops.

FIGS. **8**A-**8**D illustrate and object model of an embodiment of the present invention. FIG. **8**A illustrates the base portion of the model containing the entities that are not specific to either QuestObjects Clients, QuestObjects Servers, or QuestObjects Services. FIG. **8**B displays the entities that are specific to the QuestObjects client. FIG. **8**C contains the entities specific to the QuestObjects Server. FIG. **8**D shows the entities specific to the QuestObjects Service.

Each of FIGS. **8**A through **8**D show object models of one particular embodiment of the present invention, using UML (Unified Modelling Language) notation. Note that in the figures some of the entities have a name that starts with one of the words 'base', 'client', 'server', and 'service', followed by two colons. Those entities are merely references to entities in the subfigure indicated by the word before the two colons. For example, the entity named 'service::QoService' in FIG. **8**A is a reference to the 'QoService' entity in the figure of the service part, namely FIG. **8**D. It will be evident to one skilled in the art that the model shown is purely an illustrative example of one embodiment of the invention and that other models and implementations may be developed to practice the invention while remaining within the spirit and scope of the this disclosure.

The base part of the system—depicted in FIG. **8**A-*comprises* entities that are not specific to one of the tiers of the QuestObjects system. One of the most important entities shown in FIG. **8**A is QoString, the QuestObjects String. QoString models the strings that the QuestObjects System handles. A QoString has at least a value, which is the sequence of (Unicode) characters itself. To guarantee a minimum performance level, i.e. one in which the communication takes as little time as possible, this value has a limited length (e.g. of 256 characters). Furthermore, a QoString may have a key and metadata. The key (if any is present) is the identifier (i.e. the primary key) of the QuestObjects String in the database from which it originates. This key can be used to retrieve data from the database that is related to the QuestObjects String. Metadata of a QoString can be any additional data that is provided with the QoString's value. Metadata of a QoString is XML formatted and has a limited length (e.g. 2048 bytes), in order to ensure that QoStrings can be exchanged between the tiers of the QuestObjects System without compromising efficiency. If the QoString originates from a Content Channel, it may also have a fetchTime, namely the timestamp of when the QoString was retrieved from the underlying content provider. It also may have an expirationTime indicating how long the data in the QoString is to be considered valid. Optionally a QoString can have a type, which is a reference to a QoType object. (Note that for maximum efficiency the types are not actually stored in the QoStrings, because it is very likely that many QoStrings in a QoResultSet have the same type. Storing the types in the strings would unnecessarily increase network traffic.)



The QoType object models the concept of a string's type. It has a string typeString that contains the description of the type and an indicator typeIndicator that defines the meaning of the description (typeString). Examples of string types are: the DTD or Schema of the string's value in these cases in which it is XML formatted (or, alternatively, the URL of the DTD or Schema), the number formatter in the case it is a number, and the date (and/or time) formatter in the case it is a date (and/or time). Table 1 shows an example of the use of types, especially type indicators.

TABLE 1

| Value of typeIndicator | Meaning of typeString |
|---|---|
| 0 | typeString contains the name of the type |
| 64 | typeString contains a string formatter |
| 65 | typeString contains a number formatter |
| 66 | typeString contains a date formatter |
| 128 | typeString contains a DTD |
| 129 | typeString contains a Schema |
| 160 | typeString contains the URL of a DTD |
| 161 | typeString contains the URL of a Schema |
| 255 | custom type; typeString is the type's name |

In the example shown in Table 1, bit **7** of the typeIndicator is on if typeString is XML related, bit **6** is on if typeString is some formatter, and bit **5** is on when typeString is a URL. This name must follow the same naming scheme as Java packages: They must use the Internet domain name of the one who defined the type, with its elements reversed. For example, custom types defined by MasterObjects would begin with "com.masterobjects.".

The QoQuery entity models the specification of a QuestObjects Query. It includes a queryString that contains the value the Content Channel is queried for (which is named queryString in the figure). In addition to the queryString, QoQuery has a property 'qualifier' that can hold any other attributes of the query. The format and meaning of the qualifier's contents is defined by the Content Channel that executes the query. Furthermore, it can be specified which row numbers of the total result set must be returned using the property 'rownums'. The property 'requestedTypes' can optionally hold a list of QoTypes, limiting the types of the strings that will result from the query. The 'timeout' property can be used to specify a maximum amount of time execution of the query may take.

Queries may include a type (QoQuerytype). Query types are similar to QoType (i.e. String Types), and can be used by QuestObjects Clients to find all QuestObjects Services that support a certain kind of Query.

The result of a query is represented by the QoResultSet entity. QuestObjects Result Sets are collections of QuestObjects Strings that are sent from a QuestObjects Server to a QuestObjects Client in response to a query. QoResultSets are created and filled by a QuestObjects Service (to which QoResultSet has a reference named 'service'), based on the QoQuery to which the QoResultSet has a reference. Actual results are stored as an array of QoStrings in the 'strings' property. Elements of the QuestObjects Result Set (i.e. QoStrings) may be selected, as indicated by the 'selected' prop-

erty that is a list of indices in the strings array of selected strings. Also, one of the QoStrings may be marked as current as indicated by the 'current' property. (When a QoString is marked as current it means that all operations are performed on that QoString, unless another one is explicitly specified.) QuestObjects Result Sets include an attribute 'ordered' that indicates whether the QoStrings in the QoResultSet are ordered. Sometimes, especially when a QuestObjects Result Set is narrowed down by a new Query, the fact that the QoResultSet is ordered may mean that the QuestObjects Client does not need to actually execute a new Query; instead, it can filter the previous QuestObjects Result Set itself according to the new queryString.

As further described below, Server Questers may have a QuestObjects Result Set, of which only a part is sent to the QuestObjects Client. At all times, the 'rownums' property of QoResultSet indicates the row numbers of QoStrings that are actually present in the QoResultSet. The rownums property may have different values for corresponding QoResultSets on the QuestObjects Server and the QuestObjects Client. The same holds for the 'strings' property. The 'complete' property is the percentage of the QoStrings in the server-side QoResultSet that is present in the corresponding client-side QoResultSet as well. The property 'totalNumberOfStrings' indicates the total number of QoStrings in the QoResultSet, whether actually present or not. For server-side QoResultSets this number is always equal to the length of the 'strings' array, but for client-side QoResultSets the number may be smaller.

Finally, result sets include an identifier 'resultSetId'. Every time a Client Quester uses the protocol of the present invention to send something to the Server Quester that may result in a new QuestObjects Result Set, it includes a request identifier. This identifier is then copied in the resultSetId when the QuestObjects Result Set is sent to the Client Quester. In this way Client Questers know which request the QuestObjects Result Set belongs to. (This is important because the system is asynchronous and on occasions it may occur that a newer QuestObjects Result Set is sent to the client before an older one. The request identifier and QuestObjects Result Set identifier allow the Client Quester to detect and handle this.)

The core entity in the figure is QoQuester. QoQuester is the superclass of both QoClientQuester (part of the client and thus depicted in FIG. **8**B) and QoServerQuester (depicted in FIG. **8**C). The QoQuester entity models the Quester concept. Its primary task is to maintain an input buffer, to make sure that QuestObjects Queries are executed and to store and provide access to the QuestObjects Result Sets returned by QuestObjects Services in reply to QuestObjects Queries. At all times, a QoQuester holds one QoResultSet that contains the results of the latest QuestObjects Query. (Note that a QoQuester may hold other QoResultsSets as well, for example for optimization purposes.) Client Questers and Server Questers exist in a one-to-one relationship with each other: for every Client Quester there is exactly one corresponding Server Quester, and vice versa. All properties listed in QoQuester are present and equal, both in the Client Quester and in the corresponding Server Quester. An important exception is the resultSet property. In the Server Quester, this is always the entire QuestObjects Result Set of the latest Query. However, in order to minimize network traffic the Server Quester is intelligent about the portion it actually sends to the Client Quester. Questers include a property 'minimumBatchTime' that indicates the minimum amount of time that should pass before the Server Quester sends results to the Client Quester. This allows the Server Quester to accumulate results and send them as a single action instead of as a separate action for each result. There are two situations in which the Server Quester may ignore this minimum batch time:

(a) when the result set is complete before the minimum batch time has passed, and

(b) when the number of accumulated results exceeds the number indicated by the 'resultSetBatchSize' property before the minimum batch time has passed.

If, for whatever reason, the Server Quester postpones sending the accumulated results to the Client Quester, the (optional) 'maximumBatchTime' property indicates how long it may postpone the sending. Even if no results are available yet, when the maximumBatchTime passes, the Server Quester must notify the Client Quester thereof.

Results are sent to the Client Quester in batches, the size of which is indicated by the 'resultSetBatchSize' property. Occasionally, the Server Quester may deviate from this batch size, notably when the number of results that is not present on the client is smaller than the batch size or when the maximumBatchTime has passed. This concept can be taken even further, for example when the batch size is 10 results and the Server Quester has 11 results, the Server Quester may send them all, even though it exceeds the batch size, because sending one extra result with the other 10 is probably more efficient than sending a single result in a separate batch at a later point. The Server Quester can use the 'clientMaximumLatency' to make such decisions; it indicates the maximum expected amount of time that elapses between sending a message and receiving its response. The higher this value, the more likely it is that sending the eleventh result with the other ten is more efficient.

Questers include an input buffer. The content of the input buffer is what the QuestObjects Service will be queried for. In the Client Quester, the input buffer is controlled by the application that uses the QuestObjects system. For example, an application with a graphical user interface may update the input buffer according to key presses in one of its input fields. The Client Quester keeps the input buffer of its corresponding Server Quester up to date using the protocol of the present invention.

Properties 'highestReceivedResultSetId' and 'latestRequestId' are used to detect when QuestObjects Result Sets are received out of order. As with the 'resultSetId' property of the QoResultSet, every QuestObjects Result Set includes an identifier. The 'highestReceivedResultSetId' property stores the highest of all received QuestObjects Result Set identifiers. If a Client Quester only needs the latest results, it can simply discard received QuestObjects Result Sets that have a lower identifier than 'highestReceivedResultSetId'. The 'latestRequestId' is the identifier of the latest request. The QuestObjects Result Set with an identifier that matches 'latestRequestId' holds the results of the latest request.

The remaining properties of QoQuester store the QuestObjects Service the Quester uses ('service'), the optional qualifier that Queries to this QuestObjects Service need ('qualifier'), the types the Quester can handle ('types'), whether an application proxy is needed, and the optional function of the Quester in the application ('applicationFunction', used by the application proxy mechanism to determine how the value of the Quester is to be passed to the application/web server). In addition, if the update interval property 'autoUpdateInterval' is set to a non-zero value, the Server Quester will automatically repeat the last Query with that interval. This is useful for QuestObjects Services that are not capable of pushing results themselves. A mechanism is required to allow any other entity to be notified of changes in the Quester. There are many ways this can be done. As an example in the embodiment shown in FIGS. **8**A-**8**D an event mechanism is included that involves

event listeners and event handlers, very similar to the Java2 event mechanism. An entity that wants to be notified of changes must implement the QoQuesterChangeListener interface and then be added to the Quester's 'changeListeners' property (using the method 'addQuesterChangeListener'). When the Quester changes, it will call the 'questerChanged' method of all registered QoQuesterChangeListeners with a QoQuesterChangeEvent as a parameter. The QoQuesterChangeEvent holds a description of the changes of the Quester; it has a reference to the Quester that raised the event and an event type. In FIG. **8** three event types are displayed (INPUT_BUFFER_CHANGED indicates that the Quester's input buffer has changed, RESULT_SET_CURRENT_CHANGED indicates that the current item of the Quester's Result Set has changed, and RESULT_SET_SELECTED_CHANGED indicates that the list of selected results in the Quester's Result Set has changed). More event types can be added as desired.

Another important entity in FIG. **8**A is QoController. QoController is the entity that implements the protocol of the present invention. In addition, it knows how to buffer usage statistics and also handles the caching of result sets. QoController includes two subclasses (QoClientController and QoServerController), depicted in FIG. **8***b* and FIG. **8***c*, respectively. Buffering of usage statistics is an optimization that eliminates the need of exchanging usage data between the layers of the system every time a result is used. Instead, the QuestObjects Controller buffers that data and flushes the buffer when the statisticsBufferFlushTime has passed. Caching is an optimization as well. Caching is done by the QoResultsCache entry, to which the QuestObjects Controller has a reference. The QoResultsCache has a list of cached entries ('resultsCacheEntries'). The entry of the cache is modeled as QoResultsCacheEntry, an entity that has a list of QuestObjects Result Sets for combinations of query strings and qualifiers (as defined in QoQuery).

The last entity in FIG. **8**A is QoQueryValidator. QoQueryValidator is an abstract class that defines the method 'is Valid'. This method has a query string as a parameter and returns either 'true' or 'false'. QuestObjects Services may declare and publish a QoQueryValidator. By doing so, they allow the QuestObjects Server to verify the validity of a query string without actually having to send it to the QuestObjects Service, thus eliminating network traffic for invalid query strings.

FIG. **8**B displays the minimal entities every QuestObjects Client must have. Every client of the QuestObjects System at least has a Client Controller QoClientController. QoClientController is a subclass of QoController that implements the client side of the protocol of the invention. Applications using the QuestObjects System do so through Client Questers, modeled as QoClientQuester. QoClientQuester is the subclass of QoQuester that implements client-specific Quester functionality. The figure contains the entity 'ActiveComponent'. It represents some entity that uses the QuestObjects System through one or more Client Questers.

FIG. **8**C shows the server part of the embodiment of the present invention, and includes the QoServerQontroller, one of the subclasses of QoController. QoServerController implements the server-side part of the protocol of the present invention. In addition, it maintains a list of sessions running on the server, and it has references to a Persistent Quester Store, an optional Service Directory and a list of optional Application Host Synchronizers. For security reasons, one implementation of the QuestObjects System may require that only certified clients can connect to the system. A boolean 'requiresCertification' indicates this.

The QuestObjects System is session-based. This means that clients that use the system are assigned to a session, modeled by the QoSession entity. Every session has a unique identifier, the 'sessionId'. The QoSession entity maintains a list of Server Questers that are active in the session (stored in the 'serverQuesters' property). Furthermore, it has a reference to the Server Controller through which a QuestObjects Client is using the session.

QoServerQuester is the server-side subclass of QoQuester. It includes a reference to the session it is being used in (the 'session' property). Furthermore, when the QuestObjects Service that the Quester uses has a Query Validator, QoServerQuester has (a reference to) a copy of that Query Validator, so that query strings can be validated before they are actually sent to the QuestObjects Service. The QoPersistentQuesterStore is an entity that is able to store a user's session and to restore it at some other time, even when the session would normally have expired or even when the same user is connecting from a different client machine. To this end, QoServerQuester has two methods 'store' and 'restore'. The first, 'store', returns a QoStoredQuester, which is a (persistent) placeholder of the Server Quester that contains all relevant data of that Server Quester. The second, 'restore', needs a QoStoredQuester as an argument. The two are each other's inverse, which means calling 'store' on a QoServerQuester and then calling 'restore' on the result creates a new QoServerQuester that is an exact copy of the original QoServerQuester.

QoServiceDirectory acts as a Yellow Pages or directory of QuestObjects Services. For each QuestObjects Service it stores the name and address, as well as the address of the QuestObjects Server through which the Service can be accessed. Furthermore, Services' profiles are additionally stored to allow clients to find all QuestObjects Services satisfying desired criteria.

Finally, QoAppHostSynchronizer is the AppHost Synchronizer. QoAppHostSynchronizer has its address as a property ('appHostAddress').

FIG. **8**D depicts the service part of the embodiment of the present invention. Content is disclosed through Content Channels (the QoContentChannel entity). Content Channels use Content Access Modules (QoContentAccessModule) to obtain their data in a standardized way, so only the Content Access Module knows how to communicate with the underlying data source. Content Channels are organized in Syndicators (the QoSyndicator entity), and each syndicator includes a list of Content Channels. Each Quester in the QuestObjects System uses a specific Content Channel of a specific Syndicator. This is called a QuestObjects Service, namely one of the Content Channels of a Syndicator. The property 'subscriptionRequired' indicates whether the user needs to be a registered user to be allowed to use the Service. If it is false, only users listed in 'users' may use the Service. Users can be subscribed to QuestObjects Services, which is modeled by the QoSubscription entity. Statistics are kept per Content Channel using the QoUsageStatisticsStore entity. Content Engines optionally have a Query Validator that the QuestObjects Server may use to validate Query Strings before sending them off to the QuestObjects Service. In addition, Content Channels have a profile that consists of a Content Channel's description, a list of types (QoType) of QuestObjects Strings the Content Channel can provide, an optional list of DTDs of that metadata of QuestObjects Strings from the Channel conforms to, and an optional list of Query Types the Content Channel accepts.

QuestObjects Servers communicate with QuestObjects Services through the QoServiceSession. The QoServiceSession has a static reference to the QuestObjects Service it belongs to, as well as a static array of IP addresses of QuestObjects Servers that are allowed to connect to the QuestObjects Service. In some versions of the QoServiceSession the array of IP addresses can be replaced by a list of addresses and netmasks, or by IP address ranges. Every instance of QoServiceSession has the IP address of the server that is using the session ('serverAddress'), a connectionTimeout indicating the maximum period of idle time before the Service Session is automatically ended, and a serviceSessionId that can be used to refer to the Service Session.

As described above, a QuestObjects Service is one of the Content Channels of a Syndicator, so QoService has a reference to both ('syndicator' and 'contentChannel'). The property 'listable' indicates whether the Service may be listed in a Service Directory (server::QoServiceDirectory). If not, the Service can only be used if the application writer (i.e. the programmer using the QuestObjects to develop an application) knows that it exists and where it is available. The property 'name' is the Service's name, used in the Service Directory amongst others. This name must use the same naming scheme as the names of custom types. The boolean 'subscriptionRequired' indicates whether users must be subscribed (modeled by QoSubscription) to the Service in order to be allowed to use it. If the Content Engine of this Service's Content Channel requires login, 'contentEngineLoginName' and 'contentEngineLoginPassword' are the name and password with which is logged in. Finally, 'pricingInfo' contains information about the costs involved in using the Service. It is formatted as XML, conforming to a well-defined structure (i.e. DTD or Schema).

A Content Channel has a name (the 'name' property) and a profile (QoContentChannelProfile). The profile provides information about the Content Channel, namely about the Query Types it accepts ('queryTypes'), the types of the Strings it can provide ('types'), and the DTDs that QuestObjects Strings' metadata conforms to. In addition, it has a textual 'description' of the content the Content Channel discloses.

Content Channels also have properties that define the criteria Query Strings have to satisfy. The property 'queryStringMinLength' defined the minimum length a valid query has. Alternatively or additionally, 'queryStringRegularExpressions' may contain a list of regular expression describing valid Query Strings (meaning that Query Strings have to match at least one of the regular expressions). The property 'queryStringFilters' may hold a list of regular expressions and replacement strings that can transform Query Strings in a well-defined manner (for example the way the standard Unix utility 'sed' does it). Instead of using these three properties, Content Channels may define a QoQueryValidator (described above in FIG. **8**A). If there is a Query Validator, 'queryStringMinLength', 'queryStringRegularExpressions', and 'queryStringFilters' are ignored.

As described above, Syndicators may have a list of users. Users (QoUser) have a name and a password, as well as a list of subscriptions (QoSubscription). QoSubscription models a user's subscription to a Service (the 'service' property). The properties 'startDate' and 'expirationDate' define the time frame during which the subscription is valid. Outside that time frame the user will be denied access through the subscription. The maximum number of queries the user may run in the Service is stored in the 'queryLimit' attribute. The 'queryLimitReset' defines when the query counter is reset. For example, if queryLimit is 10 and queryLimitReset is 7 days, the user may run **10** queries per week. (If queryLimit equals zero the number of queries is unlimited and queryLimitReset is ignored.) The property 'resultLimit' stores the maximum number of results the user may receive from the subscription. Similar to 'queryLimitReset', 'resultLimitReset' defines how often the result counter is reset. If 'resultLimit' equals zero the number of results is unlimited and 'resultLimitReset' is ignored. The property 'pushAllowed' indicates whether the user may use the Service in pushing mode. If so, 'pushIntervalLimit' indicates the minimum amount of time that has to pass between two pushes. A 'historyAllowed' variable indicates whether a history is kept of the use of the subscription; if so, 'historyLimit' indicates the maximum size of the history. If the maximum size is exceeded, the oldest history data is deleted so that the size of the history is below the maximum size again. If 'historyLimit' equals zero, the size of the history is unlimited. Finally, a 'usageAnonymous' variable indicates that the QoUsageRecords that are generated for this subscription must not contain user information (this is necessary because of privacy issues).

If 'keepServiceStatistics' is true, then the QoUsageStatisticsStore can store three kinds of statistics:

statistics about Strings that have been displayed on the client; the 'keepClientDisplayedStatistics' indicates whether this kind of statistics are kept.

statistics about Strings that have actually been selected on the client; the 'keepClientSelectedStatistics' indicates whether this kind of statistics are kept.

statistics about Strings that have a used on the client; the 'keepClientUsedStatistics' indicates whether this kind of statistics are kept.

The Client Quester determines the exact meaning of the three kinds of statistics. In the case of web applications, a string is generally considered displayed when the Client Quester accesses it in its QuestObjects Result Set. It is considered selected when a new Query is executed with the String as Query String. It is considered used when the form on which the Client Quester is active is submitted with that String. The actual data is stored as a list of QoUsageRecords in the property 'records'.

A QoUsageRecord holds usage information about a QuestObjects String or a number of QuestObjects Strings. If, in one Service Session, a Quester gets the same Result Set more than once (consecutively), the usage data of each of the Strings in the Result Set is grouped in one QoUsageRecord. However, if 'stringKey', 'stringValue', 'rowInResultSet', or 'totalRowsInResultSet' changes, a new QoUsageRecord must be used from that point on. The properties of QoUsageRecord mean the following:

stringKey: if available, this is the unique key of the QuestObjects String as provided by the Content AccessModule.

stringValue: the value of the QuestObjects String.

rowInResultSet: the row of the QuestObjects String in its QuestObjects Result Set.

totalRowsInResultSet: the number of rows the QuestObjects String's Result Set had.

dateReturnFirst: the timestamp of the first time the QuestObjects String was returned by the Content Channel.

dateReturnLast: if the QoUsageRecord represents a group of usage events, this is the timestamp of the last event.

clientDisplayed: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be displayed.

clientSelected: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be selected.

clientUsed: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be used.

applicationName: the name of the application to which the Quester that received the QuestObjects String belongs.

appliationFunction: the function (if available) of the Quester that received the QuestObjects String.

activeComponentId: the identifier of the Active Component that received the QuestObjects String.

user: the identifier of the user that saw/selected/used the String. If the user's subscription has 'false' as value of 'usageAnonymous', then this property is empty.

Queries are executed by QoQueryExecutors. A Query Executor has a reference to the Service Session in which the Query is executed, it has a reference to the Query itself, and it also has a reference to the Server Quester that has the Query executed. This reference may be a remote object when Corba is being used, for example. If some proprietary protocol is used, it may just be the unique identifier of the Server Quester.

FIG. **9** shows a method for using the present invention in systems that have limited technical capabilities on the Client side, such as, for example, web browsers with embedded Java applets. If developers of client systems have not integrated Client components of the present invention into their client software, then Client components needed for the present invention must be present as Plug-Ins, DLL's, or an equivalent device, or they must be downloaded to the client computer as applets. These applets can be written in the Java language, when they are needed. For security reasons, such Client systems including web browsers usually do not allow 'foreign' software (i.e. software that is not an integral part of the web browser) to influence or change data entered by the user before it is sent to the application server (in this case the web server). Without an additional infrastructure on the server side, the present invention could not easily be used to enter data by users of systems with such limited technical capabilities on the client, because data entered and selected using the present invention would not be communicated to the existing application/web server. However, the modified invention and method described in FIG. **9**, referred to as an Application Proxy, offers a solution.

Although the system depicted in FIG. **9** can be used to support clients in practically any server-based application server, and particularly in the case of a web server hosting an application used by end users to enter data that is partially retrieved using the present invention, the system is not limited to the web. The system provides an ideal solution for current web-based applications that consist of web browsers **903** on the client side and web host computers **901** with web server software **917** on the server side. To allow the web server **917** to access data selected using the present invention, this system provides a link between the web server and the QuestObjects Server **902**. In this case, QuestObjects Server acts as a data-entry proxy between the existing client system (web browser) and the existing web server. Data entered by the client is submitted to the QuestObjects Adaptor instead of to the web server. The QuestObjects Adaptor then fills in the values of the Questers and passes the data to the web server. An Application Proxy is not required if the QuestObjects Client components can directly insert data into the client entry form on the web browser, as is the case on certain platforms that allow integration between Java applets or other components and JavaScript in the web browser.

In FIG. **9**, the web server runs on a host computer **901** typically associated with a fixed IP address or an Internet host name. The web server is accessed by any number of clients using web browsers **903**. To allow users to enter data and send data to the server, web pages make use of HTML forms **904**. To use the present invention, user interface elements such as entry fields in these HTML forms are associated with Questers **905** in the form of browser Plug-Ins or Java Applets. Through a QuestObjects Controller **906** those Questers allow the user to access one or more QuestObjects Services hosted by a QuestObjects Server **902** using the protocol of the present invention **907**. The Server Controller **908** forwards user actions generated in the Client Questers **905** to their corresponding Server Questers **909** that thus are always aware of data selected in the Client. When a Server Quester is first activated, it checks whether it is being used by a client system that requires the use of an Application Proxy. If the answer is yes, then the Quester creates a corresponding AppHost Synchronizer **911** that contacts the QuestObjects Adaptor **914** on the host computer **901** using a standardized protocol **915**. The QuestObjects Adaptor then knows which QuestObjects Server to contact to retrieve QuestObjects data **915** after the user submits form data **912** to the application host using the existing application protocol **913**, such as HTTP POST or HTTP GET. The QuestObjects Adaptor then replaces the appropriate form field data with the strings selected in the Server Questers **909** before forwarding this form data, now including data selected using the present invention, to the web server **917**.

Design Implementation

The preceding detailed description illustrates software objects and methods of a system implementing the present invention. By providing a simple and standardized interface between Client components and any number of Content Engines that accept string-based queries, the present invention gives content publishers, web publishers and software developers an attractive way to offer unprecedented interactive, speedy, up-to-date and controlled access to content without the need to write an access mechanism for each content source.

In addition to acting as a standardized gateway to any content engine, the present invention can intelligently cache query results, distribute Services over a network of Servers, validate user and other client input, authorize user access and authenticate client software components as needed. These and other optional services are provided by the present invention without requiring additional work on the part of software developers or content publishers. Publishers can also keep track of usage statistics, on a per-user basis as required allowing flexible billing of content access. Content Access Modules allow software developers and vendors of Content Engines such as database vendors and search engine vendors to create simplified ways for developers and implementers of such content engines to disclose information through the present invention.

End users of the present invention experience an unprecedented level of user-friendliness accessing information that is guaranteed to be up-to-date while being efficiently cached for speedy access as the number of simultaneous users grows.

The present invention can be implemented on any client and server system using any combination of operating systems and programming languages that support asynchronous network connections and preferably but not necessarily preemptive multitasking and multithreading. The interface of the present invention as it appears to the outside world (i.e. programmers and developers who provide access to end users and programmers who provide Content Access Modules to Content Engines used by content publishers) is independent of both the operating systems and the programming lan-

guages used. Adapters can be built allowing the tiers of the system to cooperate even if they use a different operating system or a different programming language. The protocol of the present invention can be implemented on top of networking standards such as TCP/IP. It can also take advantage of inter-object communication standards such as CORBA and DCOM. The object model of the present invention can be mapped to most other programming languages, including Java, C++, Objective C and Pascal.

Third-party vendors of software development and database management tools can create components that encapsulate the present invention so that users of those tools can access its functionality without any knowledge of the underlying protocols and server-side solutions. For example, a 4GL tool vendor can add an 'auto-complete field' to the toolbox of the development environment allowing developers to simply drop a Questlet into their application. In order to function correctly, the auto-complete field would only need a reference to the QuestObjects Server and one or more QuestObjects Services, but it would not require any additional programming.

Examples of Applications in which the invention may be used include: Access system for database fields (for lookup and auto-complete services); Enterprise thesauri system; Enterprise search and retrieval systems; Enterprise reference works; Enterprise address books; Control systems for sending sensor readings to a server that responds with appropriate instructions or actions to be taken; Client access to dictionary, thesaurus, encyclopedia and reference works; Access to commercial products database; Literary quotes library; Real-time stock quote provision; Access to real-time news service; Access to Internet advertisements; Access to complex functions (bank check, credit card validation, etc); Access to language translation engines; Access to classification schemes (eg, Library of Congress Subject Headings); Access to lookup lists such as cities or countries in an order form; Personal address books; and, Personal auto-complete histories.

The foregoing description of preferred embodiments of the present invention has been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention for various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and their equivalence.

What is claimed is:

**1**. A system comprising:

a server system, including one or more computers, which is configured to receive query messages from a client object, the server system asynchronously receiving and responding to the query messages from the client object over a network;

the client object that, while a user is providing input comprising a lengthening string of characters, sends query messages to the server system;

whereby the query messages represent the lengthening string as additional characters are being input by the user; and

wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input; and

wherein, upon receiving a return message of the return messages from the server system, the client object tests the usability of the results in the return message by checking that the return message corresponds to the latest query, and if usability is established, the client object displays or returns at least some result data to the user.

**2**. The system of claim **1**, wherein, upon testing the usability of the server system results, at least some result data is displayed as an auto-completion inside of an input field.

**3**. The system of claim **1**, whereby the lengthening string is entered into an input field, and wherein upon testing the usability of the server system results, at least some result data is displayed in a separate area that is associated with the input field or that pops up near said input field.

**4**. The system of claim **1**, whereby the lengthening string is entered into an input field, and wherein one or more symbols displayed inside of the input field indicate(s) to the user one or more of whether or not said system is present, whether the system is available for use, the current state of the system, whether a query has been sent to the server system, whether more results are available, whether a previous result is available, whether a next result is available, or whether the current result is the only available match.

**5**. The system of claim **1**, wherein the server system sends return messages to the client object containing results both in response to the input and associated with a string contained elsewhere on the same client object to which the input has a predefined dependency.

**6**. The system of claim **1**, wherein the server system retrieves the results from one or more of a database, a search and retrieval system, a thesaurus, a reference work, an address book, a control system, a dictionary, an encyclopedia, a products database, a quotes library, a stock quote system, a news service, internet advertisements, a catalog, a complex function, a translation engine, a classification scheme, a lookup list, an auto-complete history, an algorithm, a directory, a search engine, a database retrieval engine, or a cache.

**7**. The system of claim **1**, wherein the server system caches query results and subsequently determines results by looking up the query in said cache so that it can avoid performing a query for the same input on a data source or looking up said query in a second cache.

**8**. The system of claim **1**, wherein the client object transmits an associated query message to the server system upon each detected change to the input.

**9**. The system of claim **1**, wherein the client object accumulates input before transmitting an associated query message to the server system.

**10**. The system of claim **1**, wherein the client object combines the input string with additional information, whereby said additional information includes one or more of an indication of whether or not results should be sorted, whether results should be in response to both the user input and a qualifier, how many results should be returned, or which selection of results should be returned.

**11**. The system of claim **10**, whereby said qualifier identifies a user to the server system whereby the server system returns messages containing results in response to said user.

**12**. The system of claim **1**, wherein the results returned by the server system include suggestions for the user input; and

wherein these suggestions change dynamically while the user is providing input.

**13**. The system of claim **1**, wherein selections of results returned by the server system are related to the user input through predefined relationships; and

wherein an indicator of the corresponding relationship is displayed or returned alongside each of said result selections.

**14**. The system of claim **13**, wherein said relationships are organized according to a dictionary or thesaurus system that includes one or more of broader term relationships, narrower term relationships, related term relationships, synonym relationships, used-for term relationships, meaning relationships, or uses relationships.

**15**. The system of claim **1**, wherein results returned by the server system comprise result sets consisting of zero or more string values.

**16**. The system of claim **1**, wherein results returned by the server system comprise a set of zero or more results;

wherein each result consists of one or more of a string, key, fetch time, expiration time, metadata, logical link to other data sources, or a Uniform Resource Identifier.

**17**. The system of claim **1**, wherein the client object determines the usability of each server system response by comparing an original input to a then-current input; and

wherein the client object deems the results usable if they match.

**18**. The system of claim **1**, wherein the query message sent to the server system includes a request identification that is included by the server system in the corresponding server response message.

**19**. The system of claim **18**, wherein the usability of a server system response is determined by the client object by matching the request identification received in the server response message against a request identification on the client.

**20**. The system of claim **1**, wherein the client object caches results received from the server system and reuses said cached results when Previously Presented queries match queries contained in the cache or if cached query results can be filtered to match the Previously Presented queries, instead of sending messages representing those Previously Presented queries to the server system.

**21**. The system of claim **1**, wherein one or more filters are used to validate or transform the input string using a type, pattern, or minimum length; and

wherein no query is performed if the input string is found not to conform to or does not transform using said type, pattern, or minimum length.

**22**. The system of claim **1**, wherein the server system is capable of returning results from multiple data sources;

wherein the client object selects which of the available data sources at the server system is to be queried; and

wherein the system selects one or more data sources based on a name associated with each data source, on types of queries accepted by each data source, or on string types that can be returned by each data source.

**23**. The system of claim **1**, wherein the input on the client object represents speech and is generated by a sound conversion engine.

**24**. The system of claim **1**, wherein return messages include suggestions and related data relevant to the suggestions, and wherein the related data is displayed in a user selectable manner; wherein a selection of the related data displayed to the user causes additional data to be obtained from the server system and be displayed.

**25**. The system of claim **1**, wherein the client object is run by a web browser.

**26**. The system of claim **1**, wherein the client object is run on a mobile device.

**27**. The system of claim **1**, wherein the client object tests the usability of the results in the return message by matching an ID for the user query.

**28**. The system of claim **27**, wherein the client object tests the usability of the results in the return message by matching an ID included in one of the query messages sent to the server system and returned as part of the return message.

**29**. The system of claim **1** wherein the client object uses a pre-defined query and automatically transmits a corresponding message to the server as the client object is first run, and wherein user input is not required before server responses are sent to the client object.

**30**. The system of claim **1**, wherein the server system automatically sends messages containing Previously Presented results to the client object as updated data in response to a previous query becomes available.

**31**. The system of claim **1**, wherein the client object automatically repeats a query to retrieve updated information from the server system.

**32**. A system including at least one computer comprising:

a server system using a communication protocol that enables asynchronous communication between the server system and a client object; and

wherein the client object that, while a user is providing input comprising a lengthening string of characters, sends query messages to the server system;

whereby the query messages represent the lengthening string as additional characters are being input by the user; and

wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input

wherein upon receiving corresponding return messages from the server system, the client object tests the usability of each return message by checking that the return message corresponds to the latest query, and if usability is established, provides feedback to the user based on the contents of the return message.

**33**. The system of claim **32**, wherein the client object is run using a web browser.

**34**. The system of claim **32**, wherein the client object is run on a mobile device.

**35**. A system comprising:

a client object adapted to receive input comprising a lengthening string of characters from a user, the client object asynchronously sending multiple query messages corresponding to multiple versions of said input to a server system while a user modifies the input, comprising a lengthening string of characters, the client object receiving return messages with results in response to the multiple versions of the input;

whereby the query messages represent the lengthening string as additional characters are being input by the user; and

wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input

wherein upon receiving one of the return messages from the server system, the client object checks the usability of the results of the one of the return messages using a more recent version of the input to determine whether to display at least some of the results of the one of the return messages to the user.

**36**. A system comprising:

a server system, including one or more computers, which is configured to receive query messages from a client object, the server system asynchronously receiving and responding to the query messages from the client object over a network;

wherein the client object, while a software process is providing input comprising a lengthening string of characters, sends query messages representing said input, to the server system;

whereby the query messages represent the lengthening string as additional characters are being input by the software process;

wherein the server system, while receiving said query messages, uses the input to query data available to the server object and send return messages to the client object containing results in response to the input; and

wherein, upon receiving a return message of the return messages from the server system, the client object tests the usability of the results in the return message by comparing the return message to the then-current input or matching it with a request identification maintained on the client object, and if usability is established, the results are returned to the software process.



**37**. A system comprising:

a server system, including one or more computers, which is configured to receive query messages from a client object, the server system asynchronously receiving and responding to the query messages from the client object over a network;

the client object that, while a user is providing input comprising a lengthening string of characters, sends query messages representing said input to the server system;

whereby the query messages represent the lengthening string as additional characters are being input by the user;

wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input; and

wherein, upon receiving a return message of the return messages from the server object, the client object tests the usability of the results in the return message by matching an ID associated with the input sent to the server system with an ID maintained in the client object, and if usability is established, the client object displays or returns at least some of the result data to the user.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION



PATENT NO. : 8,539,024 B2
APPLICATION NO. : 13/366905
DATED : September 17, 2013
INVENTOR(S) : Smit et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 33, line 34, Claim 20, delete "Previously Presented" and insert --new--.

Column 33, line 36, Claim 20, delete "Previously Presented" and insert --new--.

Column 33, line 37, Claim 20, delete "Previously Presented" and insert --new--.

Column 34, line 14, Claim 30, delete "Previously Presented" and insert --new--.

Signed and Sealed this
Eighth Day of April, 2014

Michelle K. Lee

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

(12) **INTER PARTES REVIEW CERTIFICATE** (1207th)

**United States Patent** (10) **Number: US 8,539,024 K1**

**Smit et al.** (45) **Certificate Issued: Jun. 11, 2019**

(54) **SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION**

(75) Inventors: **Mark H. Smit; Stefan M. van der Oord**

(73) Assignee: **MasterObjects, Inc.**

**Trial Number:**

IPR2017-00740 filed Jan. 23, 2017

**Inter Partes Review Certificate for:**

Patent No.: **8,539,024**
Issued: **Sep. 17, 2013**
Appl. No.: **13/366,905**
Filed: **Feb. 6, 2012**

The results of IPR2017-00740 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 8,539,024 K1**
**Trial No. IPR2017-00740**
**Certificate Issued Jun. 11, 2019**

**1** **2**

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **1-3**, **6-7**, **9**, **12**, **15-17**, **21**, **24-26** and **32-37** are found patentable.

* * * * *

US009760628B2

(12) **United States Patent**
**Smit et al.**

(10) **Patent No.: US 9,760,628 B2**
(45) **Date of Patent: *Sep. 12, 2017**

(54) **SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION**

(71) Applicant: **MasterObjects, Inc.**, Zeist (NL)

(72) Inventors: **Mark Hans Smit**, Maarssen (NL); **Stefan M. van den Oord**, Best (NL)

(73) Assignee: **Masterobjects, Inc.**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 274 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/027,645**

(22) Filed: **Sep. 16, 2013**

(65) **Prior Publication Data**

US 2014/0095539 A1 Apr. 3, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/366,905, filed on Feb. 6, 2012, now Pat. No. 8,539,024, which is a (Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***G06F 17/24*** | (2006.01) |
| ***G06F 17/30*** | (2006.01) |
| ***H04L 29/06*** | (2006.01) |
| ***H04L 29/08*** | (2006.01) |
| *G06F 9/44* | (2006.01) |
| *G06F 3/023* | (2006.01) |
| *G06F 17/27* | (2006.01) |

(52) **U.S. Cl.**
CPC ...... ***G06F 17/30696*** (2013.01); ***G06F 17/276*** (2013.01); ***H04L 29/06*** (2013.01); ***H04L 67/02*** (2013.01); ***H04L 67/142*** (2013.01); *G06F 3/0237* (2013.01); *G06F 8/33* (2013.01); *G06F 17/243* (2013.01); *G06F 17/271* (2013.01); *H04L 67/38* (2013.01); *H04L 69/329* (2013.01)

(58) **Field of Classification Search**
CPC ............ G06F 17/271; G06F 17/30684; G06F 17/2785; G06F 17/28; G06F 17/3064
USPC ........ 709/203, 217, 219, 224, 227, 228, 229
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,255,796 A 3/1981 Gabbe
4,648,044 A 3/1987 Hardy
(Continued)

FOREIGN PATENT DOCUMENTS

EP 1054329 11/2000
JP 8075272 5/1983
(Continued)

OTHER PUBLICATIONS

Andrew Clinick, Remote Scripting, Apr. 12, 1999, MSDN, pp. 1-6.*
(Continued)

*Primary Examiner* — Barbara Burgess

(57) **ABSTRACT**

The invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string.

**31 Claims, 17 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 09/933,493, filed on Aug. 20, 2001, now Pat. No. 8,112,529.

(56) **References Cited**

U.S. PATENT DOCUMENTS


4,823,310 A 4/1989 Grand
5,444,823 A 8/1995 Nguyen
5,572,672 A 11/1996 DeWitt
5,659,732 A 8/1997 Kirsch
5,682,538 A * 10/1997 Lemire ................ G06F 17/243 715/210
5,715,443 A 2/1998 Yanagihara
5,724,457 A 3/1998 Fukushima
5,748,512 A 5/1998 Vargas
5,765,168 A 6/1998 Burrows
5,778,381 A 7/1998 Sandifer
5,790,793 A 8/1998 Higley
5,802,292 A 9/1998 Mogul
5,805,911 A * 9/1998 Miller .......................... 715/234
5,845,300 A * 12/1998 Comer et al. ................ 715/203
5,896,321 A 4/1999 Miller
5,978,800 A 11/1999 Yokoyama
6,006,225 A 12/1999 Bowman
6,065,048 A 5/2000 Higley
6,070,184 A 5/2000 Blount
6,078,914 A 6/2000 Redfern
6,169,986 B1 1/2001 Bowman
6,253,228 B1 6/2001 Ferris
6,275,820 B1 8/2001 Navin-Chandra
6,278,992 B1 * 8/2001 Curtis et al. ................. 707/711
6,292,806 B1 9/2001 Sandifer
6,305,008 B1 * 10/2001 Vaidyanathan ........... G06F 8/33 707/999.104
6,347,312 B1 2/2002 Byrne
6,356,905 B1 * 3/2002 Gershman et al. .......... 705/26.8
6,381,593 B1 4/2002 Yano
6,397,212 B1 5/2002 Biffar
6,408,294 B1 6/2002 Getchius
6,421,675 B1 7/2002 Ryan
6,434,547 B1 8/2002 Mishelevich et al.
6,484,162 B1 11/2002 Edlund
6,496,833 B1 12/2002 Goldberg
6,539,379 B1 * 3/2003 Vora et al.
6,539,421 B1 3/2003 Appleman
6,564,213 B1 * 5/2003 Ortega et al.
6,578,022 B1 6/2003 Foulger
6,598,051 B1 7/2003 Wiener et al.
6,629,092 B1 9/2003 Berke
6,629,132 B1 9/2003 Ganguly
6,633,874 B1 10/2003 Nusbickel
6,647,383 B1 11/2003 August
6,671,681 B1 12/2003 Emens
6,687,696 B2 2/2004 Hofmann
6,697,849 B1 2/2004 Carlson
6,704,727 B1 3/2004 Kravets
6,704,906 B1 3/2004 Yankovich
6,732,090 B2 5/2004 Shanahan
6,772,150 B1 8/2004 Whitman
6,778,979 B2 8/2004 Grefenstette
6,789,120 B1 9/2004 Lee et al.
6,801,190 B1 10/2004 Robinson
6,820,075 B2 11/2004 Shanahan
6,823,514 B1 11/2004 Degenaro
6,829,607 B1 * 12/2004 Tafoya et al.
6,832,218 B1 12/2004 Emens
6,859,908 B1 2/2005 Clapper
6,862,713 B1 3/2005 Kraft
6,879,691 B1 4/2005 Koretz
6,912,715 B2 6/2005 Gao
6,915,279 B2 7/2005 Hogan
6,922,810 B1 * 7/2005 Trower, II ............ G06F 3/0237 704/1
6,928,425 B2 8/2005 Grefenstette
6,981,215 B1 12/2005 Lindhorst
7,000,179 B2 2/2006 Yankovich
7,032,030 B1 4/2006 Codignotto
7,039,635 B1 5/2006 Morgan
7,043,530 B2 5/2006 Isaacs
7,058,944 B1 6/2006 Sponheim
7,089,228 B2 8/2006 Arnold
7,100,116 B1 8/2006 Shafrir
7,117,432 B1 10/2006 Shanahan
7,177,818 B2 2/2007 Nair
7,181,459 B2 2/2007 Grant
7,185,271 B2 2/2007 Lee
7,216,292 B1 5/2007 Snapper
7,240,045 B1 7/2007 Bushee
7,251,775 B1 7/2007 Astala
7,284,191 B2 10/2007 Grefenstette
7,308,439 B2 12/2007 Baird
7,346,667 B2 3/2008 Ashcroft et al.
7,383,299 B1 * 6/2008 Hailpern et al. ............. 709/203
7,424,510 B2 9/2008 Gross
7,467,131 B1 12/2008 Gharachorloo
7,499,940 B1 3/2009 Gibbs
7,512,654 B2 3/2009 Tafoya
7,526,481 B1 4/2009 Cusson
7,559,018 B2 7/2009 Matti
7,610,194 B2 10/2009 Bradford
7,647,225 B2 1/2010 Bennett
7,647,349 B2 1/2010 Hubert
7,672,932 B2 3/2010 Hood
7,676,517 B2 3/2010 Hurst-Hiller
7,769,757 B2 8/2010 Grefenstette
7,788,248 B2 8/2010 Forstall
7,836,044 B2 11/2010 Kamvar
7,840,557 B1 11/2010 Smith
7,840,589 B1 11/2010 Holt
7,856,432 B2 12/2010 Tesch
7,890,516 B2 2/2011 Zarzar Charur
7,890,526 B1 2/2011 Brewer
7,900,228 B2 3/2011 Stark
7,941,819 B2 5/2011 Stark
8,131,258 B2 3/2012 Smith
2001/0049676 A1 12/2001 Kepler
2002/0049756 A1 * 4/2002 Chua et al. ...................... 707/4
2002/0069122 A1 6/2002 Yun
2002/0078045 A1 6/2002 Dutta
2002/0129012 A1 * 9/2002 Green .............................. 707/3
2002/0138571 A1 9/2002 Trinon
2002/0138640 A1 9/2002 Raz
2002/0184343 A1 12/2002 Ashcroft et al.
2003/0033288 A1 2/2003 Shanahan
2003/0041058 A1 2/2003 Ibuki
2003/0061200 A1 3/2003 Hubert
2003/0071850 A1 4/2003 Geidl
2003/0120554 A1 6/2003 Hogan
2004/0093562 A1 5/2004 Diorio
2004/0141011 A1 7/2004 Smethers
2004/0142720 A1 7/2004 Smethers
2004/0205448 A1 10/2004 Grefenstette
2005/0022114 A1 1/2005 Shanahan
2005/0055438 A1 3/2005 Matti
2005/0120005 A1 6/2005 Tesch
2005/0283468 A1 12/2005 Kamvar
2006/0004843 A1 1/2006 Tafoya
2006/0026636 A1 2/2006 Stark
2006/0026638 A1 2/2006 Stark
2006/0031880 A1 2/2006 Stark
2006/0041927 A1 2/2006 Stark
2006/0143307 A1 6/2006 Codignotto
2006/0184546 A1 * 8/2006 Yano et al. ..................... 707/10
2007/0050351 A1 3/2007 Kasperski
2007/0050352 A1 3/2007 Kim
2007/0061410 A1 3/2007 Alperin
2007/0143262 A1 6/2007 Kasperski
2007/0288648 A1 12/2007 Mehanna
2008/0071561 A1 3/2008 Holcombe
2008/0147788 A1 6/2008 Omoigui
2010/0267362 A1 10/2010 Smith

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0106831 | A1 | 5/2011 | Zarzar Charur |
| 2011/0173217 | A1 | 7/2011 | Kasperski |
| 2011/0320472 | A1 | 12/2011 | Griffith |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | H10-105562 | 4/1998 |
| JP | 2001-154789 | 6/2001 |

OTHER PUBLICATIONS

Doherty, Web-based E-mail, May 29, 2000, 3 pages.
Cheong, et al., A Boolean Query Processing with a Result Cache in Mediator Systems, Advances in Digital Libraries, May 22-24, 2000, 10 pages.
Jakobsson, Autocompletion in Full Text Transaction Entry: A Method for Humanized Input, 1986, vol. 17.
Livingston, Windows 98 Secrets, 1998, pp. 232-235.
Markatos, et al., On Caching Search Engine Results, May 2000, 23 pages.
Krishnamurthy, et al., Web Protocols and Practice: HTTP/1.1, Networking Protocols, Caching and Traffic Measurement, 2001.
Kientzle, A JAVA Applet Search Engine, Feb. 1999.
Homer, XML in IE5 Programmer's Reference, 1999.
Xia, et al., Supporting Web-Based Database Application Development, 1999, 8 pages.
Chen, et al., The Implementation and Performance Evaluation of the ADMS Query Optimizer: Integrating Query Result Caching and Matching, Oct. 1993, 21 pages.
Unknown Author, Netscape Communicator for Solaris, 4.7 Release Notes, Aug. 20, 1999, 5 pages.
Oracle International Corporation, iPlanet Directory Server 4.11 LDAP Setup and Configuration Guide, Chapter 3, 2001, 14 pages.
Netscape Communications Corporation, Netscape Directory Server 4.1 Deployment, Adminstrator's Guide, 1999.
Kapitskaia, et al., Evolution and Revolution in LDAP Directory Caches, Advances in Database Technology—EDBT, 2000, pp. 202-216.
Glick, Global Address Book and LDAP UI Proposal, 2001.
Unknown Author, Mozilla 0.9.1 Release Notes, 2001, 23 pages.
Giovetti, Microsoft Money, COMPUTE!, Jul. 1992, p. 105, Issue 142.
Microsoft Coproration, MSN Hotmail: From Zero to 30 Million Members in 30 Months, Feb. 8, 1999.
Qualcomm, Inc., Qualcomm Extends Internet E-Mail Presence to the Web, Dec. 10, 1997.
Johnson, et al., A Hypertextual Interface for a Searchers Thesaurus, Jun. 11-13, 1995, 15 pages.
Deadmond, Address Book: What a Concept!, Jun. 1, 1999, 2 pages.
Hassan, Stanford Digital Library Interoperability Protocol, 1997, 42 pages.
Buyukkoten, Focused Web Searching with PDAs, May 15-19, 2000, 21 pages.
O'Brien, The New Domino R5 Directory Catalog,: An Administrator's Guide, Nov./Dec. 1998.
Beaulie, et al., Okapi at TREC-5, Jan. 31, 1997, 23 pages.
Jones, Graphical Query Specification and Dynamic Result Previews for a Digital Library, 1998, 9 pages.
Jones, Dynamic Query Result Previews for a Digital Library, Jun. 1998, 3 pages.
Unknown Author, Using Netscape Communicator at Lehigh, ND, 15 pages.
Unknown Author, Ajax (Programming), Wikipedia.org, XP-002401064.
International Searching Authority, International Search Report for PCT/US02/25729, Nov. 5, 2002, 3 pages.
Harless, Membership Database on USA Gymnastics Online, 1996, 5 pages.
Nareddy, Introduction to Microsoft Index Server, Oct. 15, 1997, 9 pages.
Clinick, Remote Scripting, Apr. 12, 1999, Microsoft Corporation, 6 pages.
Masterobjects, Inc., Introducing QuestObjects, 2006, XP002496891, 25 pages.
European Patent Office, European Search Report for European Patent Application No. EP08252534.6-1226, Oct. 14, 2008, 9 pages.
European Patent Office, European Search Report for European Patent Application No. EP02763441.9, 4 pages.
Widjaja, Communication Networks, Fundamental Concepts and Key Architecture, 2004, pp. 315-316 and 611-612, McGraw-Hill 2nd Ed.
Marsch, Remote Scripting, XP002401062.
Unkown Author, Using the XML HTTP Request Object, XP-002401063.

* cited by examiner


101
QuestObjects
Client
102
103
QuestObjects
Server
104
105
QuestObjects
Service

*FIG. 1*


201
202
203
Quester
Questlet
204
Controller
Client
205
206
207
209
208
Quester
Session
Controller
210
211
Persistent Quester Store
Time Server
Server
212
215
216
217
213
User Manager
Preference Manager
Usage Statistics Store
Syndicator
214
218
220
221
222
Query Manager
Content Access Module
Content -based Cache
Content Channel
223
219
224
Content Engine
Service

FIG. 2




FIG. 3A


309
310
311
312
North Carolina
United States of Ameri
USA
NC
United States of Ameri
Charlotte
Greensboro
Raleigh
cardinal (bird)
Last of the Mohicans
UF
BT
NT
RT
Thesa
Sounds
Prefs

FIG. 3B


313
314
315
316
317
318
319
320
311
312
North Carolina
United States of Ameri
USA
Recent Terms
NC
United States of Ameri
Charlotte
Greensboro
Raleigh
cardinal (bird)
Last of the Mohicans
UF
BT
NT
RT
Thesa
Sounds
Prefs

FIG. 3C

Case 3:21-cv-05428-WHA Document 228-5 Filed 09/07/22 Page 9 of 39




FIG. 4


Active Component
501
initializeClient Quester
502
component destroyed?
no
503
send event to Client Quester
504
(re)activate event receiver
yes
505
destroy Client Quester
STOP

FIG. 5A


Event Receiver
506
wait for event from Client Quester
507
event received?
no
yes
508
process event from Client Quester

FIG. 5B


Client Quester
601
register using Client Controller
602
quester destroyed?
yes
603
deregister using Client Controller
STOP
604
no
receive event
605
character event?
no
606
handle event
607
yes
update input buffer and notify dependent Questers
608
results in client cache?
no
611
send input buffer change message
612
(re)activate result retriever
609
yes
get results from cache
610
notify active component

FIG. 6A


Result Retriever
613
wait for results from server
614
results received?
no
yes
615
results usable?
no
yes
616
notify active component and dependent Questers
617
store results in cache
STOP

*FIG. 6B*



Server Quester
701
can be restored?
yes
no
702
restore from Quester Store and register with Service
703
results still up-to-date?
yes
no
704
resend last query to Service
705
process query results
706
initialize and register with Service
707
Quester destroyed?
yes
STOP
no
708
has valid QueryString?
yes
no
709
results cached?
no
yes
710
send query to Service
711
process query results
712
wait for input buffer change message
update input buffer
713


FIG. 7A

Case 3:21-cv-05428-WHA Document 228-5 Filed 09/07/22 Page 14 of 39






*FIG. 7B*


QoResultSet
-strings: QoString[]
-rownums: int[]
-service: QoService
-query: QoQuery
-complete: byte
-totalNumberOfStrings: long
-ordered: boolean
-selected: int[]
-current: int
-resultSetId: BigDecimal
+QoResultSet():
1
query
QoQuery
-queryString: String
-qualifier: String
-rownums: int[]
-requestedTypes: QoType[]
-timeout: Date
-wantsPushing: boolean
-pushingInterval: int
0..* requestedTypes
QoType
-typeindicator: byte
-typeString: String
1 resultSet
0..* strings
QoInternalString
-expirationTime: Date
-fetchTime: Date
-value: String
-key: String
-metadata: LimitedXML
0..1 type
1..* types
1 quester
QoQuester
-resultSet: QoResultSet
-service: QoService
-qualifier: String
-types: QoTypes[]
-inputBuffer: StringBuffer
-autoUpdateInterval: int
-minimumBatchTime: int
-resultSetBatchSize: int
-maximumBatchTime: int
-clientMaximumLatency: int
-changeListeners: QoQuesterChangedListener[]
-applicationFunction: String
-applicationProxyRequired: boolean
-highestReceivedResultSetId: BigDecimal
-latestRequested: BigDecimal
+addQuesterChangeListener(): void
QoString
-type: QoType
(See Fig. 8B)
service::QoService
1
service
1 service
QoQueryValidator
-service: QoService
+isvalid(): boolean
0..* sters
client::QoClientQuester
server::QoServerQuester
QoTransformingQueryValidator
+transformIfValid(): String

FIG. 8A


Object Model: base
QoQuesterChangeEvent
-INPUT_BUFFER_CHANGED: INT
-RESULT_SET_CURRENT_CHANGED: INT
-RESULT_SET_SELECTED_CHANGED: INT
-quester: QoQuester
-eventType: int
<< interface >>
QoQuesterChangeListener
questerChanged(): void
0..*
changeListeners
QoResultsCacheEntry
-queryString: String
-qualifier: String
-resultSet: QoResultSet
0..*
resultsCacheEntries
(See Fig. 8A)
QoResultsCache
-resultsCacheEntries: QoResultsCacheEntry[]
1
resultsCache
QoController
-resultsCache: QoResultsCache
-questers: QoQuester[]
-statisticsBuffer: QoUsageRecord[]
-statisticsBufferFlushTime: int
-address: URL
client::QoClientController
server::QoServerController

FIG. 8B


Object Model: client
base::QoController
QoClientController
base::QoQuester
QoClientQuester
1..*
clientQuester
ActiveComponent
-clientQuesters: QoClientQuester[]

FIG. 8C


Object Model: server
base: QoQuester
QoServerQuester
-queryValidator: QoQueryValidator
-session: QoSession
+store(): QoStoredQuester
+restore(): void
1 queryValidator
base::QoQueryValidator
1..* questers
1 session
QoSession
-sessionId: String
-applicationId: String
-serverQuesters: QoServerQuester[]
-ServerController: QoServerController
1 serverController
0..* sessions
base: QoController
QoServerController
-requiresCertification: boolean
-sessions: QoSession[]
-persistentQuesterStore: QoPersistentQuesterStore
-serviceDirectory: QoServiceDirectory
-appHostSynchronizer: QoAppHostSynchronizer[]
1 persistentQuesterStore
QoPersistentQuesterStore
-storedQuesters: QoStoredQuester[]
0..* storedQuester
QoStoredQuester
0..* appHostSynchronizer
QoAppHostSynchronizer
-appHostAddress: URL
1 service Directory
QoServiceDirectory
-serviceNames: String[]
-serviceAddresses : URL[]
-serviceAddress: URL[]

FIG. 8D


QoSyndicator
-name: String
-users: QoUser[]
+contentChannels(): QoContentChannel[]
1
syndicator
1..*
contentChannels
QoContentChannel
-name: String
-description: String
-queryStringMinLength: int
-queryStringRegularExpressions: String[]
-queryStringFilters: String[]
-queryValidator: QoQueryValidator
-resultDescrpitor: String
-types: QoType[]
-timeMinimumReturnInterval: int
-statisticsStore: QoUsageStatisticsStore
-contentAccessModule: QoContentAccessModule
+executiveQuery(): QoResultSet
1
content
Channel
(See Fig. 8F)
statistics
Store
0..1
queryValidator
base::QoQueryValidator
1..*
types
base::QoType
1
contentAccessModule
QoContentAccessModule
+executeQuery(): QoResultSet
+startContentSession(): int

FIG. 8E


Object Model: service
QoUser
-name: String
-password: String
-subscriptions: QoSubscription[]
0..*
users
QoService
-syndicator: QoSyndicator
-contentChannel: QoContentChannel
-listable: boolean
-pricingInfo: XML
-name: String
-contentEngineLoginName: String
-contentEngineLoginPassword: String
-subscriptionRequired: boolean
0..1
user
0..*
subscriptions
1
service
QoSubscription
-service: QoService
-startDate: Date
-expirationDate: Date
-queryLimit: int
-queryLimitReset: int
-resultLimit: int
-resultLimitReset: int
-pushAllowed: boolean
-pushIntervalLimit: int
-historyAllowed: boolean
-historyLimit: int
(See Fig. 8E)
1
QoUsageStatisticsStore
-records: QoUsageRecord[]
-keepServiceStatistics: boolean
-keepClientDisplayedStatistics: boolean
-keepClientUsedStatistics: boolean
-keepClientHitStatistics: boolean
0..*
records
QoUsageRecord
-stringKey: String
-stringValue: String
-rowinResultSet: int
-totalRowsInResultSet: int
-dateReturnFirst: Date
-dateReturnLast: Date
-clientDisplayed: boolean
-clientUsed: boolean
-clientHit: boolean
-applicationName: String
-activeComponentID: String
-user: QoUser

FIG. 8F


917
914
901
915
911
902
916
App/Web Server
Qo Adaptor
AppHost Synchronizer
910
909
908
Application/ Web Host
Controller
Quester
917
913
QuestObjectsServer
903
904
Application/Web Web Form
912
Submit Button
905
906
907
Quester
Controller
Client App/Browser

*FIG. 9*

# SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION

## CLAIM OF PRIORITY

This application is a continuation of U.S. Pat. No. 8,539,024, issued on Sep. 17, 2013, by Mark H. Smit, et al., entitled "SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION", which is a continuation of U.S. Pat. No. 8,112,529, issued on Feb. 7, 2012, entitled "SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION" by Mark H. Smit, et al, which applications are incorporated herein by reference.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

The invention relates generally to client-server communication systems, and particularly to a session-based bi-directional multi-tier client-server asynchronous search and retrieval system.

## BACKGROUND OF THE INVENTION

A primary task of computer systems is to manage large quantities of information, generally referred to as data. The first computers typically stored data using off-line methods, for example by using punch cards and other primitive means. As built-in or on-line storage solutions became more affordable, data were instead stored in central memory banks. The first enterprise-wide computer systems consisted of central computers containing central data storage, and a large number of user terminals that accessed this server data by sending input and receiving output as characters to be displayed or printed at the terminal. Although these systems had a primitive user interface and data access became increasingly slower as the number of users grew, these systems nevertheless handled enterprise data with ease and great security.

The first servers, often referred to as mainframes or mini computers, ran on proprietary operating systems. Terminals usually had large input buffers where input was only checked against or committed to the server after entering text into a page or form. Many systems only displayed the character entered after it was received and confirmed by the server. Faster servers and more modern server operating systems, such as UNIX and VMS, offered several advantages in those users could receive immediate feedback after each character was typed.

At the beginning of the 1980s decade, the growing popularity of microcomputers and personal workstations made it possible to store data locally. Enterprise data was distributed over networks of computer systems. To access information it was no longer necessary to have a continuous connection to central databases, and instead it was possible to copy information to a personal computer, edit and work with it, and then save it back to a file or database server later. Most microcomputers worked with data in logical chunks or files. This brought a lot of power to end users, but introduced problems in managing the large quantity of enterprise data that was no longer stored as a unique entity in one place. For example, a file that was being edited by one user could not usually be accessed or modified by other users at the same time. It was also difficult to manage multiple copies of the same data.

Toward the end of the 1980's faster microcomputers and networks made it practical to work with enterprise data in smaller chunks than files. One example of this new technology was the development of Structured Query Language (SQL) relational databases which made it possible to divide software programs into a 'Client' tier and a 'Server' tier that communicated with each other over a network. Client-server computing thus made it possible to store information centrally, yet manage and work with it locally. In the client-server paradigm, the client systems concentrated on offering a user-friendly interface to server data, while the server systems were able to handle many client systems at once while safely managing enterprise data.

However, the increasing client-server computing introduced its share of problems. Protocols used to communicate between client and server became increasingly complex and difficult to manage. Enterprise IT departments needed increasingly greater resources to manage the proprietary implementations of client operating systems, server database systems and middleware protocols connecting the various 'tiers' of client-server systems. Data was no longer stored in one place but was required to be managed within a distributed network of systems. Client-server systems also lacked a major advantage of mainframes: in a client-server system any changes to the data on the server weren't immediately updated on the client.

Starting in the 1990's, the Internet has allowed businesses, organizations, and other enterprises to easily make information available to users without the complex architecture that client-server systems typically require. Today, an increasing number of software applications are moving their data and logic or functional processes back to the server tier, from which they can be accessed from the Internet by a wide variety of clients, including thin and very thin-clients, which typically consist of Internet browsers or small applications (applets) whose sole responsibility is providing an interface to the user. In many ways, Internet computing (often referred to as e-commerce) has brought back the data-handling advantages of mainframes. Within the e-commerce environment data that change on the server are immediately available to clients that access the data through the Internet (world-wide) or through an intranet (enterprise-wide).

Unfortunately, the rise of Internet commerce has also given rise to some of the disadvantages associated with mainframe technology. Most Internet connections that present data to the user or client process use the Hyper Text Transfer Protocol (HTTP) which is inherently "session-less." This means that, for example, there is no totally reliable way for the server to automatically update the client display once the server data change. It also means that the server only checks the validity of the client or user input after the user sends back or submits an entire input form. This apparent disadvantage has also played an important role in the success of the Internet: because HTTP connections are session-less, they require much less processing power and much less memory on the server, while the user is busy entering data. Thus, Internet applications running on web servers can be accessed by millions of people. Because

HTTP and related Internet-based client-server systems do not provide continuous access to server data, systems sometimes incorporate lookup tables and pre-defined values that are cached locally. For example, a list of possible countries to be selected by a user of a web page can be sent to the user's computer when that page is first sent to the user and used thereafter for subsequent country selections. Client-server applications often pre-read the data from the server the moment an application or application window is opened, in order to present users with selection lists the moment they need them. This poses problems for data that frequently changes over time since the client system may allow users to select or enter data that is no longer valid. It also poses problems for large selection lists whose transmission to the client may take a long time.

To address this some systems incorporate a local cache of the data frequently accessed by the user. A web browser may, for example be configured to remember the last pages a user visited by storing them in a local cache file. A clear disadvantage of keeping such a local cache is that it is only useful as long as the user stays on the same client computer system. Also, the local cache may include references to web pages that no longer exist.

Some other systems with limited network bandwidth (like cell phones or personal organizers) can be deployed with built-in databases (such as dictionaries and thesauri), because it would be impractical to wait for the download of an entire database, which is needed before the data is of any use. This has the disadvantage that data stored in the device may no longer be up-to-date because it's really a static database. Also, the cost of cell phones and personal organizers is greatly increased by the need for megabytes of local storage. Another important consideration is that keeping valuable data in any local database makes it vulnerable to misuse and theft. What is needed is a mechanism that addresses these issues that allows a client-server system to retain some element of a session-based system, with its increase in performance, while at the same time offering a secure communication mechanism that requires little, if any, local storage of data.

Other attempts have been made to tackle some of the problems inherent with traditional computer system interfaces, and particularly with regard to user session administration and support. These attempts include the auto-complete function systems such as used in Microsoft Internet Explorer, the spell-as-you-go systems such as found in Microsoft Word, and the wide variety of client-server session managers such as Netopia's Timbuktu and Citrix Winframe.

Auto-Complete Functionality

Many current systems provide a mechanism to auto-complete words entered into fields and documents. This 'auto-complete' functionality is sometimes called 'type-ahead' or 'predictive text entry'. Many web browsers such as Microsoft's Internet Explorer application will automatically 'finish' the entry of a URL, based on the history of web sites visited. E-mail programs including Microsoft Outlook will automatically complete names and e-mail addresses from the address book and a history of e-mails received and sent. Auto-completion in a different form is found in most graphical user interfaces, including operating systems such as Microsoft Windows and Apple Mac OS, which present lists to the user: When the user types the first character of a list entry, the user interface list will automatically scroll down to that entry. Many software development tools will automatically complete strings entered into program source code based on a known taxonomy of programming-language dependent key words and 'function names' or 'class names' previously entered by the developer. Some cell phones and personal organizers also automatically type-ahead address book entries or words from a built-in dictionary. Auto-complete functionality facilitates easy entry of data based on prediction of what options exist for the user at a single moment in time during entry of data.

Checking as You go

More and more word processing programs (most notably Microsoft Word and certain e-mail programs) include so-called 'spell checking as you type'. These programs automatically check the spelling of words entered while the user is typing. In a way, this can be seen as 'deferred auto-complete', where the word processor highlights words after they were entered, if they don't exist in a known dictionary. These spell checking programs often allow the user to add their own words to the dictionary. This is similar to the 'history lists' that are maintained for the auto-completion of URLs in a web browser, except that in this case the words are manually added to the list of possible 'completions' by the user.

Software Component Technologies

Software component technologies have provided a measure of component generation useful in client/server systems. One of these technologies is OpenDoc, a collaboration between Apple Computer, Inc. and IBM Corporation (amongst others) to allow development of software components that would closely interact, and together form applications. One of the promises of OpenDoc was that it would allow small developers to build components that users could purchase and link together to create applications that do exactly what the users want, and would make existing 'bloat-ware' applications (notably Microsoft Office and Corel's WordPerfect Office/Corel Office) redundant, but the technology was dropped several years ago in favor of newer technologies such as CORBA (Common Object Request Broker Architecture), developed by the Object Management Group to allow transparent communication and interoperability between software components.

Object-oriented languages and even non-object-oriented (database) systems have used component technologies to implement technical functionality. The NeXTstep operating system from NeXT Computer, Inc. (which was later acquired by Apple Computer, Inc. and evolved into the Mac operating system Mac OS X) had an object-oriented architecture from its original beginnings, which allowed software developers to create applications based on predefined, well-tested and reliable components. Components could be 'passive' user interface elements (such as entry fields, scroll areas, tab panes etc) used in application windows. But components could also be active and show dynamic data (such as a component displaying a clock, world map with highlight of daylight and night, ticker tape showing stock symbols, graphs showing computer system activity, etc.). The NeXT operating system used object frameworks in the Objective C language to achieve its high level of abstraction which is needed for components to work well. Later, Sun Microsystems, Inc. developed the Java language specification in part to achieve the same goal of interoperability. To date, Java has probably been the most successful 'open' (operating system independent) language used to build software components. It is even used on certain web sites that allow 'Java applets' on the user's Internet browser to continuously show up-to-date information on the client system.

WebObjects, an object-oriented technology developed by Apple Computer, Inc. is an Internet application server with related development tools, which was first developed by

NeXT Computer, Inc. WebObjects uses object oriented frameworks that allow distribution of application logic between server and client. Clients can be HTML-based, but can also be Java applets. WebObjects uses proprietary technology that automatically synchronizes application objects between client and server. The layer that synchronizes data objects between the client and the server is called the 'Enterprise Object Distribution' (EODistribution), part of Apple's Enterprise Objects Framework (EOF), and is transparent to the client software components and the server software components.

Session Management

Both Netopia's Timbuktu remote access systems, and Citrix, Inc.'s Winframe terminal server product, allow some element of remote access to server applications from a client system. These products synchronize user data and server data, transparently distributing all user input to the server and return all server (display) output to the client. Timbuktu does this with very little specific knowledge about the application and operating system used. This allows it to transparently work on both Microsoft Windows and Mac OS platforms. Technologies similar to Timbuktu do exist and perform the same kind of 'screen sharing'. For example, the Virtual Network Computing (VNC) system is one example of an open source software program that achieves the same goals and also works with Linux and UNIX platforms.

Citrix Winframe has taken the same idea a step further by incorporating intimate knowledge of the Microsoft Windows operating system (and its Win32 APIs) to further optimize synchronization of user input and application output on the server. It can then use this detailed knowledge of the Microsoft Windows APIs to only redraw areas of the screen that it knows will change based on a user action: for example, Winframe may redraw a menu that is pulled down by the user without needing to access the server application because it knows how a menu will work.

Software Applications

Several application providers have also built upon these technologies to provide applications and application services of use to the end-user. These applications include computer-based thesauri, on-line media systems and electronic encyclopedia.

The International Standards Organization (as detailed further in ISO 2788-1986 Documentation—Guidelines for the Establishment and Development of monolingual thesauri and ISO 5964-1985 Documentation—Guidelines for the Establishment and Development of multilingual thesauri) determines suggested specifications for electronic thesauri, and thesaurus management software is now available from numerous software vendors world-wide. However, most systems have clear limitations that compromise their user-friendliness. Most commonly this is because they use a large third-party database system, such as those from Oracle Software, Inc. or Informix, Inc. as a back-end database. This means that any thesaurus terms that are displayed to the user are fetched from the database and then presented in a user interface. If one user changes the contents of the thesaurus, other users will only notice that change after re-fetching the data. While of little concern in small or infrequently changing environments, this problem is a considerable one within larger organizations and with rapidly updated content changes, for example in media publishing applications when thesaurus terms are being linked to new newspaper or magazine articles. This type of work is usually done by multiple documentalists (media content authors) simultaneously. To avoid 'mixing up' terms linked to articles, each documentalist must be assigned a certain range of articles to



'enrich' (which in one instance may be the act of adding metadata and thesaurus terms to a document). Clearly, in these situations there is a great need for live updates of data entered by these users, but a similar need exists for all client-server database programs.

SUMMARY OF THE INVENTION

The invention provides a system that offers a highly effective solution to the aforementioned disadvantages of both client-server and Internet systems by providing a way to synchronize the data entered or displayed on a client system with the data on a server system. Data input by the client are immediately transmitted to the server, at which time the server can immediately update the client display. To ensure scalability, systems built around the present invention can be divided into multiple tiers, each tier being capable of caching data input and output. A plurality of servers can be used as a middle-tier to serve a large number of static or dynamic data sources, herein referred to as "content engines."

The present invention may be incorporated in a variety of embodiments to suit a correspondingly wide variety of applications. It offers a standardized way to access server data that allows immediate user-friendly data feedback based on user input. Data can also be presented to a client without user input, i.e. the data are automatically pushed to the client. This enables a client component to display the data immediately, or to transmit the data to another software program to be handled as required.

The present invention can also be used to simply and quickly retrieve up-to-date information from any string-based content source. Strings can be linked to metadata allowing user interface components to display corresponding information such as, for example, the meaning of dictionary words, the description of encyclopedia entries or pictures corresponding to a list of names.

Embodiments of the present invention can be used to create a user interface component that provides a sophisticated "auto-completion" or "type-ahead" function that is extremely useful when filling out forms. This is analogous to simple, client-side auto-complete functions that have been widely used throughout the computing world for many years. As a user inputs data into a field on a form, the auto-complete function analyzes the developing character string and makes intelligent suggestions about the intended data being provided. These suggestions change dynamically as the user types additional characters in the string. At any time, the user may stop typing characters and select the appropriate suggestion to auto-complete the field.

Today's client-side auto-complete functions are useful but very limited. The invention, however, vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server, thus taking advantage of server-side power. Unlike the client-side auto-complete functions in current use, an auto-complete function created by the present invention generates suggestions at the server as the user types in a character string. The suggestions may be buffered on a middle tier so that access to the content engine is minimized and speed is optimized.

The simple auto-complete schemes currently in popular use (such as email programs that auto-complete e-mail addresses, web browsers that auto-complete URLs, and cell phones that auto-complete names and telephone numbers) require that the data used to generate the suggestions be stored on the client. This substantially limits the flexibility,

power, and speed of these schemes. The present invention, however, stores and retrieves the auto-complete suggestions from databases on the server. Using the present invention, the suggestions generated by the server may, at the option of the application developer, be cached on the middle tier or on the client itself to maximize performance.

The present invention provides better protection of valuable data than traditional methods, because the data is not present on the client until the moment it is needed, and can be further protected with the use of user authentication, if necessary.

The present invention is also useful in those situations that require immediate data access, since no history of use needs to be built on the client before data is available. Indeed, data entered into an application by a user can automatically be made available to that user for auto-completion on any other computer, anywhere in the world.

Unlike existing data-retrieval applications, server data can be accessed through a single standardized protocol that can be built into programming languages, user interface components or web components. The present invention can be integrated into and combined with existing applications that access server data. Using content access modules, the present invention can access any type of content on any server.

In the detailed description below, the present invention is described with reference to a particular embodiment named QuestObjects. QuestObjects provides a system for managing client input, server queries, server responses and client output. One specific type of data that can be made available through the system from a single source (or syndicate of sources) is a QuestObjects Service. Other terms used to describe the QuestObjects system in detail can be found in the glossary given below.

QuestObjects is useful for retrieval of almost any kind of string-based data, including the following QuestObjects Service examples:

Intranet Us

- Access system for database fields (for lookup and auto-complete services)
- Enterprise thesauri system.
- Enterprise search and retrieval systems.
- Enterprise reference works.
- Enterprise address books.
- Control systems for sending sensor readings to a server that responds with appropriate instructions or actions to be taken.

Internet Use

- Client access to dictionary, thesaurus, encyclopedia and reference works.
- Access to commercial products database.
- Literary quotes library.
- Real-time stock quote provision.
- Access to real-time news service.
- Access to Internet advertisements.
- Access to complex functions (bank check, credit card validation, etc).
- Access to language translation engines.
- Access to classification schemes (e.g., Library of Congress Subject Headings).
- Access to lookup lists such as cities or countries in an order form.
- Personal address books.
- Personal auto-complete histories.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows a general outline of a system incorporating the present invention.

FIG. **2** shows a schematic of a system in accordance with an embodiment of the invention.

FIG. **3**A shows a variety of stages in the usage of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **3**B shows an expanded view of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **3**C shows an expanded view of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **4** shows a sequence diagram illustrating the use of a system in accordance with an embodiment of the invention.

FIG. **5**A shows a first thread flow chart illustrating the interface between an active component and an embodiment of the invention.

FIG. **5**B shows a second thread flow chart illustrating the interface between an active component and an embodiment of the invention.

FIG. **6**A shows a first thread flow chart illustrating the client side of an embodiment of the invention.

FIG. **6**B shows a second thread flow chart illustrating the client side of an embodiment of the invention.

FIG. **7**A shows a first thread flow chart illustrating the server side of an embodiment of the invention.

FIG. **7**B shows a second thread flow chart illustrating the server side of an embodiment of the invention.

FIG. **8**A-**8**B shows an object model of an embodiment of the present invention, displaying the base part.

FIG. **8**C shows an object model of an embodiment of the present invention, displaying the client part.

FIG. **8**D shows an object model of an embodiment of the present invention, displaying the server part.

FIG. **8**E-**8**F shows an object model of an embodiment of the present invention, displaying the service part.

FIG. **9** shows a schematic of an application proxy system that enables the use of the invention in various client environments.

## DETAILED DESCRIPTION

Roughly described, the invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string.

The present invention includes a system that offers a highly effective solution to an important disadvantage of both client-server and Internet systems: The present invention provides a standardized way to immediately synchronize the data entered or displayed on a client system with the data on a server system. Data input by the client is immediately transmitted to the server at which time the server can immediately update the client display. To ensure scalability, systems built around the present invention can be divided into multiple 'tiers' each capable of caching data input and output. Any number of servers can be used as a middle-tier to serve any number of static or dynamic data sources (often referred to as "Content Engines").

The present invention is useful for an extremely wide variety of applications. It offers a standardized way to access server data that allows immediate user-friendly data feedback based on user input. Data can also be presented to a client without user input, i.e. the data is automatically

'pushed' to the client. This enables a client component to display the data immediately or to transmit it to another software program to be handled as required.

The present invention is also particularly useful for assistance in data entry applications, but can also be used to simply and quickly retrieve up-to-date information from essentially any string-based content source. Strings can be linked to metadata allowing user interface components to display corresponding information such as the meaning of dictionary words, the description of encyclopedia entries or pictures corresponding to a list of names.

In some embodiments, the present invention can be used to create a user interface component that provides a sophisticated "auto-completion" or "type-ahead" function that is extremely useful when filling out forms. Simple, client-side auto-complete functions have been widely used throughout the computing world for many years. As a user inputs data into a field on a form, the auto-complete function analyzes the developing character string and makes "intelligent" suggestions about the intended data being provided. These suggestions change dynamically as the user types additional characters in the string. At any time, the user may stop typing characters and select the appropriate suggestion to auto-complete the field.

Today's client-side auto-complete functions are very limited. The present invention vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server thus taking advantage of server-side power. Unlike the client-side auto-complete functions in current use, an auto-complete function created by the present invention pushes suggestions from the server as the user types in a character string. Using the present invention, the suggestions may be buffered on a middle tier so that access to the content engine is minimized and speed is optimized.

The simple auto-complete schemes currently in popular use (such as email programs that auto-complete e-mail addresses, web browsers that auto-complete URLs, and cell phones that auto-complete names and telephone numbers) require that the data used to generate the suggestions be stored on the client. This substantially limits the flexibility, power, and speed of these schemes. The present invention, however, stores and retrieves the auto-complete suggestions from databases on the server. Using the present invention, the suggestions generated by the server may, at the option of the application developer, be cached on the middle tier or one the client itself to maximize performance.

The present invention provides better protection of valuable data because the data is not present on the client until the moment it is needed and can be further protected with a user authentication mechanism, if necessary.

The present invention is useful for immediate data use, since no use history must be built on the client before data is available. Indeed, data entered into an application by a user can automatically be made available to that user for auto-completion on any other computer anywhere in the world.

Unlike existing data-retrieval applications, server data can be accessed through a single standardized protocol that can be built into programming languages, user interface components or web components. The present invention can be integrated into, and combined with, existing applications that access server data. Using Content Access Modules, the present invention can access any type of content on any server.

In the detailed description below, an embodiment of the present invention is referred to as QuestObjects, and provides a system of managing client input, server queries, server responses and client output. One specific type of data made available through the system from a single source (or syndicate of sources) is referred to as a QuestObjects Service. Other terms used to describe the QuestObjects system in detail can be found in the glossary below:

GLOSSARY

Active Component—Part of a software program that accesses the QuestObjects system through one or more Questers. Active Components may provide a user interface, in which case they're referred to as Questlets.

AppHost Synchronizer—Part of the QuestObjects Server that allows the Application Proxy access to data in Server Questers.

Application Proxy—An optional method implemented by the QuestObjects Server allowing the use of the QuestObjects system in client systems that do not allow the QuestObjects—Client components to communicate to the application server or web server directly. Uses the AppHost Synchronizer on the QuestObjects Server to send selected strings and metadata to the application server or web server using a QuestObjects Adaptor.

Client Controller—A QuestObjects Controller on a QuestObjects Client.

Client Quester—A Quester on a QuestObjects Client that has a Server Quester as its peer.

Client Session—A temporary container of information needed to manage the lifespan of Server Questers in a QuestObjects Server.

Content Access Module—A part of a Content Channel that provides a standardized API to access specific types of Content Engines.

Content-based Cache—A persistent store of Queries and corresponding Result Sets executed by a Content Engine for a specific Content Channel.

Content Channel—A part of the QuestObjects system that provides one type of information from one Content Engine. Consists of a Query Manager and a Content Access Module, linking a Content Engine to the QuestObjects system.

Content Engine—A dynamic data source that provides data to a Content Channel by accessing its own database or by querying other information systems.

Query Filter—A filter specified by a Query Manager in a specific Service used to tell the Server Quester to interpret incoming strings before they are sent to the Service as a QuestObjects Query.

Query Manager—An intelligent part of a Content Channel that interprets QuestObjects Queries and sends them to a Content Engine (through a Content Access Module) or retrieves results from the Content-based Cache in a standardized way. The Query Manager can also send a list of Query Patterns and Query Filters to the Server Quester, allowing the Server Quester to match and filter new Queries before they are sent to the Content Channel.

Query Pattern—A string-matching pattern (such as a unix-style grep pattern) specified by a Query Manager in a specific Service used to tell the Server Quester to interpret incoming strings before they are sent to the Service as a QuestObjects Query.

Persistent Quester Store—A dynamic database of Questers that is maintained on the QuestObjects Server, allowing Questers to be stored across Client sessions whereby the state and contents of the Client are automatically restored when a new Client Session is started.

Quester—An intelligent non-visual object contained by an Active Component that links a QuestObjects StringList to an input buffer. Questers exist on both the QuestObjects Client and the QuestObjects Server and can be specifically referred to as Client Quester and Server Quester. Questers communicate with each other through a QuestObjects Controller.

Questlet—A User Interface Element that accesses the QuestObjects system through one or more Questers. A visual Active Component.

QuestObjects Adaptor—An optional software component for existing application servers and web servers that allows these servers to use data entered into the QuestObjects system by users of client systems and web browsers that require an Application Proxy.

QuestObjects Client—Part of the QuestObjects system that functions as the client tier consisting of one or more Client Questers and a Client Controller that communicates to a QuestObjects Server.

QuestObjects Controller—An intelligent non-visual component that provides the interface between Questers on QuestObjects Clients and QuestObjects Servers. QuestObjects Controllers implement the protocol of the present invention.

QuestObjects Query—A string created by the Server Quester with optional qualifier and the requested row numbers forming a query to be executed by a specified QuestObjects Service.

QuestObjects Result Set—A set of StringLists with corresponding Query returned from the

QuestObjects Service, returned in batches to the Client Quester by the Server Quester.

QuestObjects Server—Central part of the QuestObjects system that provides the link between any number of QuestObjects Clients, any number of QuestObjects Services, and any number of other QuestObjects Servers. Maintains Client Sessions that QuestObjects Clients communicate with through the Server Controller. Provides services such as caching, replication and distribution.

QuestObjects Service—One of the Content Channels provided by a specific Syndicator. A logical name for a Syndicator, a Content Channel and its corresponding Content Engine.

QuestObjects String—Sequence of Unicode characters with standardized attributes used by the QuestObjects system.

QuestObjects StringList—Container for a set of QuestObjects Strings retrieved from a QuestObjects Service with standardized attributes needed by the QuestObjects System.

QuestObjects User—Person or process accessing the QuestObjects system from the QuestObjects Client, optionally authorized by the Syndicator.

Server Controller—A QuestObjects Controller on a QuestObjects Server.

Server Quester—A Quester on a QuestObjects Server that has a Client Quester as its peer.

Syndicator—A part of the QuestObjects system that offers one or more Content Channels to be used by QuestObjects Servers, performing user-based accounting services based on actual data use such as billing, collection of statistics and management of preferences.

User Interface Element—A visual and optionally interactive component in a software program that provides an interface to the user.

The present invention provides a system that allows clients or client applications to asynchronously retrieve database information from a remote server of server application. The terms "client" and "server" are used herein to reflect a specific embodiment of the invention although it will be evident to one skilled in the art that the invention may be equally used with any implementation that requires communication between a first process or application and a second process or application, regardless of whether these processes comprise a typical client-server setup or not. The invention includes a Server, that handles requests for information from clients, and a communication protocol that is optimized for sending single characters from a Client to the Server, and lists of strings from the Server to the Client. In one embodiment, as the Server receives a single character from the Client, it immediately analyzes the lengthening string of characters and, based on that analysis, returns database information to the Client in the form of a list of strings. Clients are not restricted to programs with a user interface. Generally, any process or mechanism that can send characters and receive string lists can be considered a client of the system. For example, in an industrial or power supply setting, the control system of a power plant could send sensor readings to the system, and in return receive lists of actions to be taken, based on those sensor readings.

The system's protocol is not restricted to sending single characters. In fact, Clients can also use the protocol to send a string of characters. For example, when a user replaces the contents of an entry field with a new string, the Client may then send the entire string all at once to the Server, instead of character by character.

In accordance with one embodiment of the invention the system is session-based, in that the server knows or recognizes when subsequent requests originate at the same Client. Thus, in responding to a character the Server receives from a Client it can use the history of data that has been sent to and from the current user. In one embodiment, the system stores user preferences with each Service, so that they are always available to the Client, (i.e., they are independent of the physical location of the client). Furthermore, client authentication and a billing system based on actual data and content use by Clients are supported. For faster response, the Server may predict input from the Client based on statistics and/or algorithms.

The system is bi-directional and asynchronous, in that both the Client and the Server can initiate communications at any moment in time. The functionality of the system is such that it can run in parallel with the normal operation of clients. Tasks that clients execute on the system are non-blocking, and clients may resume normal operation while the system is performing those tasks. For example, a communication initiated by the Client may be a single character that is sent to the Server, which responds by returning appropriate data. An example of a communication initiated by the Server is updating the information provided to the client. Because the system is session-based it can keep track of database information that has been sent to the Client. As information changes in the database, the Server sends an updated version of that information to the Client.

Embodiments of the system may be implemented as a multi-tier environment This makes it scalable because the individual tiers can be replicated as many times as necessary, while load balancing algorithms (including but not limited to random and round robin load-balancing) can be used to distribute the load over the copies of the tiers. One skilled in the art would appreciate that it is not necessary to replicate the tiers. Indeed, there may be only a single copy of each tier, and that all tiers (Client, Server, and Service) may be running on a single computer system.

FIG. **1** illustrates the general outline of a system that embodies the present invention. As shown in FIG. **1** there may be various Clients **101** using the system. These Clients

use a communication protocol **102** to send information, including but not limited to single characters, and to receive information, including but not limited to lists of strings and corresponding metadata. At least one Server **103** receives information from the Client, and sends information to the Client. In a typical embodiment if there is a plurality of Servers, then the system can be designed so that each Client connects to only one of them, which then relays connections to other Servers, possibly using load-balancing algorithms. Servers have a communication link **104** to a Service **105**, which they use to obtain the information that they send to the Client.

FIG. **2** is a schematic illustrating an embodiment of the present invention, and displays a five-tier system that has a user interface in which user interface elements use the present invention to assist the user in performing its tasks. For purposes of illustration, FIG. **2** displays just one session and one content Service. In an actual implementation there may be multiple concurrently active sessions, and there may be more than one content Service that Clients can use. As shown herein, the first of the five tiers is a Client tier **201**. The Client tier contains the user interface and the Client components that are needed to use the system. The second tier is a Server or server process **206**, which handles the queries that Clients execute, and in return displays results to the Client. Service **213**, which corresponds to **105** of FIG. **1**, is a logical entity consisting of three more tiers: a Syndicator **214**, a Content Channel **219** and a Content Engine **224**. The Syndicator provides access to a number of Content Channels and performs accounting services based on actual data use. The Content Channel provides a specific type of information from a specific source (i.e. the Content Engine). The Content Engine is the actual source of any content that is made available through the QuestObjects system. The Client tier **201** corresponds to the client **101** in FIG. **1**. In this example, the Client may be an application (and in some embodiments a web application) with a user interface that accesses the system of the present invention. As used in the context of this disclosure a user interface element that uses the present invention is referred to as a “Questlet.” A Client can contain one or more Questlets **202** (e.g. an input field or a drop down list. FIG. **3** described later contains three examples of such Questlets. A Questlet is always associated with at least one Client Quester **203**. Questers are objects that tie a QuestObjects input buffer (containing input from the Client) to a QuestObjects Result Set returned from a QuestObjects Server. Questers exist on both the Client and Server, in which case they are referred to as a Client Quester and a Server Quester, respectively. Every Client Quester has one corresponding Server Quester. In accordance with the invention, any event or change that happens in either one of them is automatically duplicated to the other so that their states are always equal. This synchronization mechanism is fault-tolerant so that a failure in the communication link does not prevent the Questers from performing tasks for which they do not need to communicate. For example, a Client Quester can retrieve results from the cache, even if there is no communication link to the Server. Each single Quester accesses exactly one QuestObjects Service, i.e. one specific Content Channel offered by one specific Syndicator. At initialization of the Client, the Questlet tells its Quester which Service to access. In one embodiment a Service is stored or made available on only one Server within a network of Servers. However, this is transparent to the Client because each Server will forward requests to the right computer if necessary. The Client does not need to know the exact location of the Service.

To communicate with its Server Quester **208**, each Quester in a session uses a controller **204**. The system contains at least one Client Controller **204** and a Server Controller **209**, which together implement the network communication protocol **205** of the present invention. Client Controllers may cache results received from a Server, thus eliminating the need for network traffic when results are reused.

Client Questers are managed by a Questlet, which create and destroy Questers they need. In a similar fashion, Server Questers are managed by a Session **207**. When a Client Quester is created, it registers itself with the Client Controller. The Client controller forwards this registration information as a message to the Session using the Server Controller. The Session then checks if the Persistent Quester Store **210** contains a stored Quester belonging to the current user matching the requested Service and Query Qualifier. If such a Quester exists, it is restored from the Persistent Quester Store and used as the peer of the Client Quester. Otherwise, the Session creates a new Server Quester to be used as the Client Quester's peer.

A Time Server **211** provides a single source of timing information within the system. This is necessary, because the system itself may comprise multiple independent computer systems that may be set to a different time. Using a single-time source allows, for example, the expiration time of a Result Set to be calibrated to the Time Server so that all parts of the system determine validity of its data using the same time.

Server communication link **212** is used by the Server to send requests for information to a Service, and by a Service to return requested information. Requests for information are Query objects that are sent to and interpreted by a specific Service. Query objects contain at least a string used by the Service as a criterion for information to be retrieved, in addition to a specification of row numbers to be returned to the Client. For example, two subsequent queries may request row numbers 1 through 5, and 6 through 10, respectively. A query object may also contain a Qualifier that is passed to the appropriate Service. This optional Qualifier contains attributes that are needed by the Service to execute the Query. Qualifier attributes may indicate a desired sort order or in the example of a thesaurus Service may contain a parameter indicating that the result list must contain broader terms of the Query string. Services use the communication link to send lists of strings (with their attributes and metadata) to Servers. Server communication link **212** is also used by Server Questers to store and retrieve user preferences from a Syndicator's Preference Manager.

Questers use Services to obtain content. A Service is one of the Content Channels managed by a Syndicator. When a Quester is initialized, it is notified by its Active Component of the Service it must use. The Service may require authentication, which is why the Syndicator provides a User Manager **215**. If a Client allows the user to set preferences for the Service (or preferences needed by the Active Component), it may store those preferences using the Syndicator's Preference Manager **216**. The Server (i.e. Server Quester) only uses the Syndicator for authentication and preferences. To obtain content, it accesses the appropriate Content Channel directly. The Content Channel uses its Syndicator to store usage data that can be later used for accounting and billing purposes. Usage data is stored in a Usage Statistics Store **217**.

Content communication link **218** is used by Content Channels to send usage data to their Syndicator, and to retrieve user information from the Syndicator. The Content

Channel is a layer between the QuestObjects System, and the actual content made available to the system by a Content Engine **224**. Each Content Channel has a corresponding Query Manager **220** that specifies the type of query that can be sent to the corresponding Content Engine, and defines the types of data that can be returned by the Content Channel.

Specification of query type comprises a set of Query Patterns and Query Filters that are used by the Server Quester to validate a string before the string is sent to the Content Channel as a QuestObjects Query. For example, a query type "URL" may allow the Server Quester to check for the presence of a complete URL in the input string before the input string is sent to the Content Channel as a query. A query type "date" might check for the entry of a valid date before the query is forwarded to the Content Channel.

The Query Manager optionally defines the types of string data that can be returned to the Client by the Content Channel. Specific Active Components at the Client can use this information to connect to Services that support specific types of data. Examples of string types include: simple terms, definitional terms, relational terms, quotes, simple numbers, compound numbers, dates, URLs, e-mail addresses, preformatted phone numbers, and specified XML formatted data etc.

The Query Manager **220** retrieves database information through a Content Access Module **221**. The Content Access Module is an abstraction layer between the Query Manager and a Content Engine. It is the only part of the system that knows how to access the Content Engine that is linked to the Content Channel. In this way, Query Managers can use a standardized API to access any Content Engine. To reduce information traffic between Content Channels and Content Engines, Content Channels may access a content-based cache **222** in which information that was previously retrieved from Content Engines is cached. Engine communication link **223** is used by Content Access Modules to communicate with Content Engines. The protocol used is the native protocol of the Content Engine. For example, if the Content Engine is an SQL based database system then the protocol used may be a series of SQL commands. The Content Access Module is responsible for connecting the Content Engine to the QuestObjects System.

Content Engines **224** are the primary source of information in the system. Content Engines can be located on any physical computer system, may be replicated to allow load balancing, and may be, for example, a database, algorithm or search engine from a third-party vendor. An example of such an algorithm is Soundex developed by Knuth. Content Engines may require user authentication, which, if required, is handled by the Syndicator (through the Content Access Module).

The invention uses Content Engines as a source of strings. One skilled in the art would understand that a string may, for example, contain a URL of, or a reference to any resource, including images and movies stored on a network or local drive. Furthermore, strings may have metadata associated with them. In one embodiment, strings might have a language code, creation date, modification date, etc. An entry in a dictionary may have metadata that relates to its pronunciation, a list of meanings and possible uses, synonyms, references, etc. A thesaurus term may have a scope note, its notation, its source and its UDC coding as metadata, for example. Metadata of an encyclopedia entry may include its description, references, and links to multi-media objects such as images and movies. A product database may have a product code, category, description, price, and currency as metadata. A stock quote may have metadata such as a



symbol, a company name, the time of the quote, etc. Instructions to a control system may contain parameters of those instructions as metadata. For example, the instruction to open a valve can have as metadata how far it is to be opened.

FIGS. **3**A-**3**C contain three examples of the Questlets that can be used with the system, i.e., the User Interface Elements that access the QuestObjects system. In FIG. **3**A, a series of representations of an auto-completing entry field are shown, such as might be used in an application window or on a web form, that accesses a single QuestObjects Service, and allows for auto-completion of, in this example, a U.S. state name. FIGS. **3**B and **3**C depict two different presentation forms of the same complex Questlet that access a number of QuestObjects Services simultaneously.

Users should be able to clearly recognize the availability of QuestObjects Services in an application. As shown in FIG. **3**A, and particularly in the auto-complete entry field example screen element **302**, clear symbols are displayed at the right end of the field. A small disclosure triangle **308** is displayed in the lower right-hand corner, and serves as an indicator to the user that a QuestObject is being used. A reserved space herein referred to as the "status area", and located above the disclosure triangle **301** is used to display information about the state of the QuestObjects system. The successive shots of this screen element **302** through **307** show some of the different kinds of states in this status area. Screen element **302** depicts an empty data field with an empty status area. The screen element **303** shows the same field immediately after the user enters a character "N". On receiving the "N" input, the Questlet immediately checks its internal entry cache for available auto-complete responses. If the cache does not contain a valid string (either because the cache is empty, because the cache is incomplete for the entry character or because one or more cached strings have expired) the QuestObjects system sends a query to the QuestObjects Service. This sending process is indicated by a network access symbol in the status area **304** which is in this embodiment takes the form of a left and right facing arrows.

Screen element **305** shows the entry field after the Server has sent one or more auto-complete strings back to the Questlet. This example situation is typical of these instances in which the user did not enter a second character after the original "N" before the QuestObjects system responded. The QuestObjects system is inherently multi-threaded and allows the user to continue typing during access of the QuestObjects Service. The screen element status area of **305** now displays a small downward facing arrow indicating that there are more available auto-complete answers. In this case, the entry field has displayed the first one in alphabetic order.

Screen element **306** shows the same entry field after the user has hit the down arrow key or clicked on the arrow symbol in the status area. The next available auto-complete response in alphabetical order is displayed. The double up and down pointing arrows in the status area now indicate that both a previous response (in this example, "Nebraska") and a next response are available.

Screen element **307** shows the same entry field after the user has typed two additional characters, "e" and "v". As shown in this example, the status area changes to a checkmark indicating that there is now only one available auto-complete match for the characters entered. The user can at any point use the backspace key on their keyboard (or perform other actions defined in the Questlet) to select different states, or can leave the entry field to confirm his selection. At this time, the system may do several things. It

can automatically accept the string "Nevada" and allow the user to move on with the rest of the entry form; or if it has been configured such it may decide to replace the string "Nevada" by the two-character state code. The QuestObjects Service not only returns strings, but also any corresponding metadata. This example of an auto-complete entry field Questlet is based on showing the response string, but other Questlets (and even invisible Active Components) may perform an action invisible to the user. In addition, a response sent to one Questlet can trigger a response in other Questlets that have a pre-defined dependency to that Questlet. For example, entering a city into one Questlet can trigger another Questlet to display the corresponding state. It will be evident to one skilled in the art, that although left, right, up and down arrows are used to indicate usually the status of the QuestObject field, other mechanisms of showing the status within the scope and spirit of the invention.

Interdependent data (which in the context of this disclosure is that data originating from a multitude of QuestObjects Services) can be combined into a complex Questlet. Examples **309** shown in FIG. **3**B and example **313** shown in FIG. **3**C show a complex user interface element (Questlet) that makes multiple QuestObjects Services available to the user. In both examples the upper part of the Questlet is an entry field that may offer the auto-complete functionality described in FIG. **3**A. By clicking on the disclosure triangle **308** shown in the earlier FIG. **3**A (or by another action), the user can disclose the rest of the Questlet, which in this example comprises two functional areas **311** and **312**. In this example, the user interface allows the user to choose a vertical presentation mode **309**, shown in FIG. **3**B or a horizontal presentation mode **313**, shown in FIG. **3**C for the Questlet. A close box **310** replaces the disclosure triangle in the entry field, allowing the user to close areas **311** and **312**. In FIG. **3**C Area **314** shows a certain QuestObjects Service, in this case a list of "Recent Terms" accessed by the user. This Questlet allows the user to select a different QuestObjects Service for area **314** by selecting it from a popup list **319**. In this example, an appropriate second Service might be "Alphabetic Listing".

In both examples of FIGS. **3**B and **3**C, area **312** displays a QuestObjects "Thesaurus Service" (Thesa) that has been selected. Additionally, in FIG. **3**C areas **315** through **318** display four different Questers that take their data from a QuestObjects Thesaurus Service. These Questers all access the same Thesaurus and all have a dependency on the selected string in the main list of area **314**. Once the user clicks on a string in area **314** the thesaurus lists **315** through **318** are automatically updated to show the corresponding "Used For terms" UF, "Broader Terms" BT, "Narrower Terms" NT, and "Related Terms" RT from the Thesaurus Service. Questers **315** through **318** thus have a different Qualifier that is used to access the same QuestObjects Service. It will be evident to those skilled in the art that this example is not intended to be a complete description of features that a thesaurus browser (or any other Service) provides. Most thesauri offer a multitude of term relationships and qualifiers. A Questlet or part of a Questlet may provide access to a multitude of QuestObjects Services. A possible way to do this is to show multiple tabbed panes accessible through tab buttons named after the Services they represent **320**.

Data from the QuestObjects Services can be displayed by a Questlet in many forms. Thesaurus browser Questlets generally display interactive lists of related terms. Questlets can also allow users to lookup data in a reference database (dictionary, encyclopedia, product catalog, Yellow Pages, etc.) made available as a QuestObjects Service. Furthermore, Questlets can access QuestObjects Services that provide a standardized interface to search engines. These search engines may be Internet-based or can be built into existing database servers. Questlets can also access pre-defined functions made available as QuestObjects Services (such as a bank number check, credit card validation Service or encryption/decryption Service). Questlets can even access translation Services allowing on-the-fly translation of entry data. In some embodiments Questlets can retrieve multi-media data formats by receiving a URL or pointer to multi-media files or streaming media from a QuestObjects Service. In other embodiments Questlets can be used to display current stock quotes, news flashes, advertisements, Internet banners, or data from any other real-time data push Service. Questlets can provide an auto-complete or validity checking mechanism on the data present in specific fields or combinations of fields in relational database tables.

As described above, Questlets are well suited to represent QuestObjects data visually. However, a QuestObjects Client system can also contain non-visual Active Components, such as function calls from within a procedure in a program to access a QuestObjects Service. A program that needs to display a static or unchanging list of strings can use a Quester in its initialization procedure to retrieve that list from a QuestObjects Server. By calling a Quester, a stored procedure in a database can make a QuestObjects Service available to any database application. By encapsulating a Quester into an object supplied with a programming language, a QuestObjects Service can be made available to its developers. Another example of how QuestObjects Services may be accessed is through a popup menu that a user can access by clicking on a word, phrase or sentence in a document. The popup menu can include one or more QuestObjects Services by calling one or more Questers. In an application that is controlled by speech, a sound conversion engine that translates speech input into phonemes can be used to send these phonemes to a QuestObjects speech recognition Service through a Quester. As yet another example, a control system can use a Quester to send sensor readings to a Server, which then queries a special purpose content engine to return actions that the control system must perform given the sensor readings.

FIG. **4** shows a simplified event life cycle illustrating what happens in a QuestObjects system using an auto-complete Service. The protocol of the present invention is implemented in the Client Controller and the Server Controller **400**. In an initial phase an Active Component on the Client tells its Quester to start or initialize **401** a corresponding Client Session on the current QuestObjects Server by sending a Register message to its Client Controller. The Server Controller starts a Client Session if it has not been started already. For simplicity the event trace of FIG. **4** does not show typical error handling that normally occurs, for instance when a Session cannot be started. If the Quester was used before in the same Active Component and application, the Session may restore the Quester from a Persistent Quester Store, which may even cause a Query to be triggered immediately if the Result Set in the Quester is out of date.

The Server Quester looks up the Service in the Server's list of known QuestObjects Services, which may or may not be located on the same computer. Once the Service is found, the Client is registered and optionally authenticated by the Service. At this time, the Service **402** returns information to the Server Controller at which time the Client receives a confirmation that it was registered successfully. The Active

Component can now start using the Quester it has just initialized. If the Active Component has a user interface (i.e. it is a Questlet) then it will now allow the user to start entering characters or cause other user events.

The next step in the process is to capture user input. As shown in FIG. **4**, at point **403** a character event is generated to indicate the user has typed a character ‘a’ into the Questlet. The Quester sends a message to its Client Controller telling it that character ‘a’ must be appended to the input buffer (it will be evident to one skilled in the art that if the cursor is not at the end of the input string, typing ‘a’ would, for example, generate a different event to insert the character instead of append it). The Client Controller uses the protocol to synchronize the input buffer in the Server Quester by communicating to the Server Controller. The Server Controller may look up query ‘a’ in its Result Set cache, in which case it can return a previous Result Set to the Client without accessing the Service. Also, depending on any rules specified by the Service (as specified by a list of Query Patterns and Query Filters defined in the Query Manager of the Content Channel) and depending on the time interval between input buffer changes, the Server Quester may decide not to immediately send the (perhaps incomplete) string to the Service, as shown here.

An additional character event **404** is generated when the user has typed a second character ‘b’ into the Questlet. As before, a corresponding event arrives at the Server Quester. In this case, the Server Quester may deduct that the input string represents a valid query and send the appropriate query message ‘ab’ to the Service. After receiving a query, the Service executes it by accessing its Content Engine through the Content Access Module unless the Query Manager was able to lookup the same Query with a Result Set in the Content-based Cache. After an appropriate Result Set **405** is retrieved, the Service will return it to the Client. In some embodiments, a large Result Set may be returned to the Client in small batches. In other embodiments an incomplete Result Set may also be returned if the Content Engine takes a long time to come up with a batch of results. A QuestObjects Service may automatically ‘push’ updated information matching the previous query to the Client as it becomes available. A Query can also be set to auto-repeat itself **406** if necessary or desired.

At step **407** the user types a third character ‘c’ into the Questlet. While this character is being sent to the Server, a second and possibly third result set from the previous query is on its way to the Client. When the Client Controller decides **408** that the received Result Set ‘ab’ no longer matches the current input string ‘abc’, the second update of ‘ab’ is not transmitted to the Active Component. Depending on the sort order and sort attributes of the Result Set, the Client Controller may still send the second and third Result Sets to the Active Component if the second query ‘abc’ matches the first string of the Result Set for the first query ‘ab’ **409**. In that case, the user typed a character that matched the third character in the second or third Result Set, thus validating the Result Sets for the second query. Eventually the Server Quester receives notice of the third character appended to the input buffer, and sends a new query ‘abc’ to the Service. The Server Quester will stop the ‘repeating’ of query ‘A’ and the Service will now execute **410** the new query ‘abc’ at the Content Engine, or retrieve it from the Content-based Cache.

FIG. **5** depicts a flow chart illustrating the interface between an Active Component and the present invention. As shown therein a Client Quester is initialized (step **501**) in which each active component is associated with one or more Client Questers. A loop is then entered that exits when the Active Component is destroyed (step **502**). In the loop, events are sent to the Client Quester (step **503**), such as keyboard events, click events and focus events (i.e. events that tell the system which user interface element currently has input focus). When events are sent to the Client Quester, they may result in return events from the Client Quester, such as events informing that the Result Set of the Client Quester has changed. Those events are received by the event receiver (step **504**). The event receiver waits for events from the Client Quester (step **506**) and—if events have been received (**507**)—processes them (step **508**). It will be evident to one skilled in the art that the Active Component can be multi-threaded, in that the event receiver can work concurrently with the rest of the Active Component. The Active Component may also use a cooperative multi-threading scheme where it actively handles client events and server responses in a continuous loop.

FIG. **6** shows a flow chart illustrating the Client side of the present invention. First, the Client Quester registers itself with the Client Controller (step **601**). It then enters a loop that exits when the Client Quester is destroyed (step **602**). When that happens, the Client Quester deregisters itself from the Client Controller (step **603**). During the loop the Client Quester handles events from the Active Component it belongs to. First, it waits for an event and receives it (step **604**). Then the type of the event is checked (step **605**). If it is not a character event, it is handled depending on the type and content of the event (step **606**). An example of a non-character event is a double-click on the input string, the click of a button that clears the input buffer, the addition of characters to the input buffer by a paste-action etc. If the event is a character event, the input buffer is updated accordingly and Client Questers that have dependencies with the input buffer or the Result Set also are notified (step **607**).

The next step is to get results based on the new input buffer. First, the Client Quester checks if the results are present in the client-side cache, which usually is a fast short-term in-memory buffer (step **608**); if so, they are retrieved from the cache (step **609**) and the Active Component is notified of the results (step **610**). If the results are not found in the cache, the Client Quester uses the Client Controller to send the new input buffer to the Server Quester, so that a new query can be executed (step **611**). To support this, the protocol of the present invention provides a number of messages that allow the Client Quester to send just the changes to the input buffer, instead of sending the entire input buffer. These messages include but are not limited to: inputBufferAppend, inputBufferDeleteCharAt, inputBufferInsertCharAt, inputBufferSetCharAt, inputBufferSetLength, and inputBufferDelete. After thus updating the Server Quester’s input buffer, the Client Quester activates the result retriever to wait for new results and process them (step **612**).

The Client Quester is intended to be multi-threaded, so that it can continue providing its services to its Active Component while it waits for results from the QuestObjects Server. Therefore, the Result Retriever can be implemented to run in a separate thread of execution. In this embodiment the Result Retriever waits for results from the Server Quester (step **613**). If results have been received (step **614**), it checks whether they are usable (step **615**). Results are usable if they correspond to the latest query. If results are from a previous query (which can occur because the system is multi-threaded and multi-tier), they may also still be usable if the Client Quester can filter them to match the new input buffer (this depends on the sort flags in the Result Set).

If results are usable, the Active Component is notified of the new results. This notification is also sent to other Client Questers that have dependencies on the originating Client Quester (step **616**). Received results are stored in the client-side cache, regardless of whether they were found to be usable (step **617**).

FIG. **7** is a flow chart illustrating the Server side of the present invention. The first thing a Server Quester does when it is created, is to check whether its attributes can be restored from the Persistent Quester Store (step **701**), based on the parameters with which it is created. If the attributes can be restored, they are restored and registered with its corresponding Service (step **702**). In accordance with one embodiment, one of the restored attributes is a Result Set attribute; the Server Quester checks whether it is still up to date (step **703**). If not, a query is sent to the corresponding Service if it is a pushing service or if the Query was originally set to be auto-repeating (step **704**) and (in a separate thread of execution) the Server Quester waits for the results of that query and processes them (step **705**).

If the Server Quester's attributes could not be restored, it initializes itself and registers itself with the correct service which is one of the initialization parameters (step **706**). If the Client Quester was created with a default input buffer, the Server Quester may automatically send the corresponding Query to the Service. At this point, the initialization process is complete and the Server Quester enters a loop that exits when the Quester is destroyed (step **707**). During the loop, the Server Quester checks whether the Query String is valid, using the validation attributes of the Service (Query Pattern and Query Filter) (step **708**). If the query is valid, the Server Quester checks if the server-side cache has the results for the Query String (step **709**). If not, a new Query is sent to the Service (step **710**). After that, the results are retrieved (either from cache or from the Service) and processed (step **711**).

After validating (and possibly processing) the Query String, the Server Quester waits for messages from the Client Quester notifying of changes to the input buffer (step **712**). If such a message is received, the input buffer is updated accordingly (step **713**), and the loop is re-entered (step **708**).

The processing of query results is performed in a separate thread of execution. The process performed in this thread starts by obtaining the Result Set (step **714**), either from the server-side cache or from the Service depending on the result of the decision in step **709**. When these results are obtained (step **715**), they are sent to the Client Quester (step **716**) either as part of the Result Set or as the entire Result Set, depending on parameters set by the Client Quester and are stored in the server-side cache (step **717**). In addition, the Service is notified of actual results that have been sent to the client (step **718**). If the results were pushed by the Service (step **719**), this thread starts waiting for new results to be processed; otherwise, the thread stops.

FIGS. **8**A-**8**F illustrates and object model of an embodiment of the present invention. FIG. **8**A-**8**B illustrate the base portion of the model containing the entities that are not specific to either QuestObjects Clients, QuestObjects Servers, or QuestObjects Services. FIG. **8**C displays the entities that are specific to the QuestObjects client. FIG. **8**D contains the entities specific to the QuestObjects Server. FIG. **8**E-**8**F show the entities specific to the QuestObjects Service.

Each of FIGS. **8**A through **8**F shows object models of one particular embodiment of the present invention, using UML (Unified Modeling Language) notation. Note that in the figures some of the entities have a name that starts with one of the words 'base', 'client', 'server', and 'service', followed by two colons. Those entities are merely references to entities in the subfigure indicated by the word before the two colons. For example, the entity named 'service::QoService' in FIG. **8**A-**8**B is a reference to the 'QoService' entity in the figure of the service part, namely FIG. **8**E-**8**F. It will be evident to one skilled in the art that the model shown is purely an illustrative example of one embodiment of the invention and that other models and implementations may be developed to practice the invention while remaining within the spirit and scope of the this disclosure.

The base part of the system—depicted in FIG. **8**A-**8**B—comprises entities that are not specific to one of the tiers of the QuestObjects system. One of the most important entities shown in FIG. **8**A-**8**B is QoString, the QuestObjects String. QoString models the strings that the QuestObjects System handles. A QoString has at least a value, which is the sequence of (Unicode) characters itself. To guarantee a minimum performance level, i.e. one in which the communication takes as little time as possible, this value has a limited length (e.g. of 256 characters). Furthermore, a QoString may have a key and metadata. The key (if any is present) is the identifier (i.e. the primary key) of the QuestObjects String in the database from which it originates. This key can be used to retrieve data from the database that is related to the QuestObjects String. Metadata of a QoString can be any additional data that is provided with the QoString's value. Metadata of a QoString is XML formatted and has a limited length (e.g. 2048 bytes), in order to ensure that QoStrings can be exchanged between the tiers of the QuestObjects System without compromising efficiency. If the QoString originates from a Content Channel, it may also have a fetchTime, namely the timestamp of when the QoString was retrieved from the underlying content provider. It also may have an expirationTime indicating how long the data in the QoString is to be considered valid. Optionally a QoString can have a type, which is a reference to a QoType object. (Note that for maximum efficiency the types are not actually stored in the QoStrings, because it is very likely that many QoStrings in a QoResultSet have the same type. Storing the types in the strings would unnecessarily increase network traffic.)

The QoType object models the concept of a string's type. It has a string typeString that contains the description of the type and an indicator typeIndicator that defines the meaning of the description (typeString). Examples of string types are: the DTD or Schema of the string's value in these cases in which it is XML formatted (or, alternatively, the URL of the DTD or Schema), the number formatter in the case it is a number, and the date (and/or time) formatter in the case it is a date (and/or time). Table 1 shows an example of the use of types, especially type indicators.

TABLE 1

| Value of typeIndicator | Meaning of typeString |
|---|---|
| 0 | typeString contains the name of the type |
| 64 | typeString contains a string formatter |
| 65 | typeString contains a number formatter |
| 66 | typeString contains a date formatter |
| 128 | typeString contains a DTD |
| 129 | typeString contains a Schema |
| 160 | typeString contains the URL of a DTD |
| 161 | typeString contains the URL of a Schema |
| 255 | custom type; typeString is the type's name |

In the example shown in Table 1, bit **7** of the typeIndicator is on if typeString is XML related, bit **6** is on if typeString

is some formatter, and bit **5** is on when typeString is a URL. This name must follow the same naming scheme as Java packages: They must use the Internet domain name of the one who defined the type, with its elements reversed. For example, custom types defined by MasterObjects would begin with 'com.masterobjects'.

The QoQuery entity models the specification of a QuestObjects Query. It includes a queryString that contains the value the Content Channel is queried for (which is named queryString in the figure). In addition to the queryString, QoQuery has a property 'qualifier' that can hold any other attributes of the query. The format and meaning of the qualifier's contents is defined by the Content Channel that executes the query. Furthermore, it can be specified which row numbers of the total result set must be returned using the property 'rownums'. The property 'requestedTypes' can optionally hold a list of QoTypes, limiting the types of the strings that will result from the query. The 'timeout' property can be used to specify a maximum amount of time execution of the query may take.

Queries may include a type (QoQuerytype). Query types are similar to QoType (i.e. String Types), and can be used by QuestObjects Clients to find all QuestObjects Services that support a certain kind of Query.

The result of a query is represented by the QoResultSet entity. QuestObjects Result Sets are collections of QuestObjects Strings that are sent from a QuestObjects Server to a QuestObjects Client in response to a query. QoResultSets are created and filled by a QuestObjects Service (to which QoResultSet has a reference named 'service'), based on the QoQuery to which the QoResultSet has a reference. Actual results are stored as an array of QoStrings in the 'strings' property. Elements of the QuestObjects Result Set (i.e. QoStrings) may be selected, as indicated by the 'selected' property that is a list of indices in the strings array of selected strings. Also, one of the QoStrings may be marked as current as indicated by the 'current' property. (When a QoString is marked as current it means that all operations are performed on that QoString, unless another one is explicitly specified.) QuestObjects Result Sets include an attribute 'ordered' that indicates whether the QoStrings in the QoResultSet are ordered. Sometimes, especially when a QuestObjects Result Set is narrowed down by a new Query, the fact that the QoResultSet is ordered may mean that the QuestObjects Client does not need to actually execute a new Query; instead, it can filter the previous QuestObjects Result Set itself according to the new queryString.

As further described below, Server Questers may have a QuestObjects Result Set, of which only a part is sent to the QuestObjects Client. At all times, the 'rownums' property of QoResultSet indicates the row numbers of QoStrings that are actually present in the QoResultSet. The rownums property may have different values for corresponding QoResultSets on the QuestObjects Server and the QuestObjects Client. The same holds for the 'strings' property. The 'complete' property is the percentage of the QoStrings in the server-side QoResultSet that is present in the corresponding client-side QoResultSet as well. The property 'totalNumberOfStrings' indicates the total number of QoStrings in the QoResultSet, whether actually present or not. For server-side QoResultSets this number is always equal to the length of the 'strings' array, but for client-side QoResultSets the number may be smaller.

Finally, result sets include an identifier 'resultSetId'. Every time a Client Quester uses the protocol of the present invention to send something to the Server Quester that may result in a new QuestObjects Result Set, it includes a request



identifier. This identifier is then copied in the resultSetId when the QuestObjects Result Set is sent to the Client Quester. In this way Client Questers know which request the QuestObjects Result Set belongs to. (This is important because the system is asynchronous and on occasions it may occur that a newer QuestObjects Result Set is sent to the client before an older one. The request identifier and QuestObjects Result Set identifier allow the Client Quester to detect and handle this.)

The core entity in the figure is QoQuester. QoQuester is the superclass of both QoClientQuester (part of the client and thus depicted in FIG. **8**C) and QoServerQuester (depicted in FIG. **8**D). The QoQuester entity models the Quester concept. Its primary task is to maintain an input buffer, to make sure that QuestObjects Queries are executed and to store and provide access to the QuestObjects Result Sets returned by QuestObjects Services in reply to QuestObjects Queries. At all times, a QoQuester holds one QoResultSet that contains the results of the latest QuestObjects Query. (Note that a QoQuester may hold other QoResultsSets as well, for example for optimization purposes.) Client Questers and Server Questers exist in a one-to-one relationship with each other: for every Client Quester there is exactly one corresponding Server Quester, and vice versa. All properties listed in QoQuester are present and equal, both in the Client Quester and in the corresponding Server Quester. An important exception is the resultSet property. In the Server Quester, this is always the entire QuestObjects Result Set of the latest Query. However, in order to minimize network traffic the Server Quester is intelligent about the portion it actually sends to the Client Quester. Questers include a property 'minimumBatchTime' that indicates the minimum amount of time that should pass before the Server Quester sends results to the Client Quester. This allows the Server Quester to accumulate results and send them as a single action instead of as a separate action for each result. There are two situations in which the Server Quester may ignore this minimum batch time:

(a) when the result set is complete before the minimum batch time has passed, and

(b) when the number of accumulated results exceeds the number indicated by the 'resultSetBatchSize' property before the minimum batch time has passed.

If, for whatever reason, the Server Quester postpones sending the accumulated results to the Client Quester, the (optional) 'maximumBatchTime' property indicates how long it may postpone the sending. Even if no results are available yet, when the maximumBatchTime passes, the Server Quester must notify the Client Quester thereof.

Results are sent to the Client Quester in batches, the size of which is indicated by the 'resultSetBatchSize' property. Occasionally, the Server Quester may deviate from this batch size, notably when the number of results that is not present on the client is smaller than the batch size or when the maximumBatchTime has passed. This concept can be taken even further, for example when the batch size is 10 results and the Server Quester has 11 results, the Server Quester may send them all, even though it exceeds the batch size, because sending one extra result with the other 10 is probably more efficient than sending a single result in a separate batch at a later point. The Server Quester can use the 'clientMaximumLatency' to make such decisions; it indicates the maximum expected amount of time that elapses between sending a message and receiving its response. The higher this value, the more likely it is that sending the eleventh result with the other ten is more efficient.

Questers include an input buffer. The content of the input buffer is what the QuestObjects Service will be queried for. In the Client Quester, the input buffer is controlled by the application that uses the QuestObjects system. For example, an application with a graphical user interface may update the input buffer according to key presses in one of its input fields. The Client Quester keeps the input buffer of its corresponding Server Quester up to date using the protocol of the present invention.

Properties 'highestReceivedResultSetId' and 'latestRequestId' are used to detect when QuestObjects Result Sets are received out of order. As with the 'resultSetId' property of the QoResultSet, every QuestObjects Result Set includes an identifier. The 'highestReceivedResultSetId' property stores the highest of all received QuestObjects Result Set identifiers. If a Client Quester only needs the latest results, it can simply discard received QuestObjects Result Sets that have a lower identifier than 'highestReceivedResultSetId'. The 'latestRequestId' is the identifier of the latest request. The QuestObjects Result Set with an identifier that matches 'latestRequestId' holds the results of the latest request.

The remaining properties of QoQuester store the QuestObjects Service the Quester uses ('service'), the optional qualifier that Queries to this QuestObjects Service need ('qualifier'), the types the Quester can handle ('types'), whether an application proxy is needed, and the optional function of the Quester in the application ('applicationFunction', used by the application proxy mechanism to determine how the value of the Quester is to be passed to the application/web server). In addition, if the update interval property 'autoUpdateInterval' is set to a non-zero value, the Server Quester will automatically repeat the last Query with that interval. This is useful for QuestObjects Services that are not capable of pushing results themselves. A mechanism is required to allow any other entity to be notified of changes in the Quester. There are many ways this can be done. As an example in the embodiment shown in FIGS. **8**A-**8**F an event mechanism is included that involves event listeners and event handlers, very similar to the Java2 event mechanism. An entity that wants to be notified of changes must implement the QoQuesterChangeListener interface and then be added to the Quester's 'changeListeners' property (using the method 'addQuesterChangeListener'). When the Quester changes, it will call the 'questerChanged' method of all registered QoQuesterChangeListeners with a QoQuesterChangeEvent as a parameter. The QoQuesterChangeEvent holds a description of the changes of the Quester; it has a reference to the Quester that raised the event and an event type. In FIG. **8** three event types are displayed (INPUT_BUFFER_CHANGED indicates that the Quester's input buffer has changed, RESULT_SET_CURRENT_CHANGED indicates that the current item of the Quester's Result Set has changed, and RESULT_SET_SELECTED_CHANGED indicates that the list of selected results in the Quester's Result Set has changed). More event types can be added as desired.

Another important entity in FIG. **8**A-**8**B is QoController. QoController is the entity that implements the protocol of the present invention. In addition, it knows how to buffer usage statistics and also handles the caching of result sets. QoController includes two subclasses (QoClientController and QoServerController), depicted in FIG. **8**C and FIG. **8**D, respectively. Buffering of usage statistics is an optimization that eliminates the need of exchanging usage data between the layers of the system every time a result is used. Instead, the QuestObjects Controller buffers that data and flushes the buffer when the statisticsBufferFlushTime has passed. Caching is an optimization as well. Caching is done by the QoResultsCache entry, to which the QuestObjects Controller has a reference. The QoResultsCache has a list of cached entries ('resultsCacheEntries'). The entry of the cache is modeled as QoResultsCacheEntry, an entity that has a list of QuestObjects Result Sets for combinations of query strings and qualifiers (as defined in QoQuery).

The last entity in FIG. **8**A-**8**B is QoQueryValidator. QoQueryValidator is an abstract class that defines the method 'isValid'. This method has a query string as a parameter and returns either 'true' or 'false'. QuestObjects Services may declare and publish a QoQueryValidator. By doing so, they allow the QuestObjects Server to verify the validity of a query string without actually having to send it to the QuestObjects Service, thus eliminating network traffic for invalid query strings.

FIG. **8**C displays the minimal entities every QuestObjects Client must have. Every client of the QuestObjects System at least has a Client Controller QoClientController. QoClientController is a subclass of QoController that implements the client side of the protocol of the invention. Applications using the QuestObjects System do so through Client Questers, modeled as QoClientQuester. QoClientQuester is the subclass of QoQuester that implements client-specific Quester functionality. The figure contains the entity 'ActiveComponent'. It represents some entity that uses the QuestObjects System through one or more Client Questers.

FIG. **8**D shows the server part of the embodiment of the present invention, and includes the QoServerQontroller, one of the subclasses of QoController. QoServerController implements the server-side part of the protocol of the present invention. In addition, it maintains a list of sessions running on the server, and it has references to a Persistent Quester Store, an optional Service Directory and a list of optional Application Host Synchronizers. For security reasons, one implementation of the QuestObjects System may require that only certified clients can connect to the system. A boolean 'requiresCertification' indicates this.

The QuestObjects System is session-based. This means that clients that use the system are assigned to a session, modeled by the QoSession entity. Every session has a unique identifier, the 'sessionId'. The QoSession entity maintains a list of Server Questers that are active in the session (stored in the 'serverQuesters' property). Furthermore, it has a reference to the Server Controller through which a QuestObjects Client is using the session.

QoServerQuester is the server-side subclass of QoQuester. It includes a reference to the session it is being used in (the 'session' property). Furthermore, when the QuestObjects Service that the Quester uses has a Query Validator, QoServerQuester has (a reference to) a copy of that Query Validator, so that query strings can be validated before they are actually sent to the QuestObjects Service.

The QoPersistentQuesterStore is an entity that is able to store a user's session and to restore it at some other time, even when the session would normally have expired or even when the same user is connecting from a different client machine. To this end, QoServerQuester has two methods 'store' and 'restore'. The first, 'store', returns a QoStoredQuester, which is a (persistent) placeholder of the Server Quester that contains all relevant data of that Server Quester. The second, 'restore', needs a QoStoredQuester as an argument. The two are each other's inverse, which means calling 'store' on a QoServerQuester and then calling 'restore' on the result creates a new QoServerQuester that is an exact copy of the original QoServerQuester.

QoServiceDirectory acts as a Yellow Pages or directory of QuestObjects Services. For each QuestObjects Service it stores the name and address, as well as the address of the QuestObjects Server through which the Service can be accessed. Furthermore, Services' profiles are additionally stored to allow clients to find all QuestObjects Services satisfying desired criteria.

Finally, QoAppHostSynchronizer is the AppHost Synchronizer. QoAppHostSynchronizer has its address as a property ('appHostAddress').

FIG. **8**E-**8**F depicts the service part of the embodiment of the present invention. Content is disclosed through Content Channels (the QoContentChannel entity). Content Channels use Content Access Modules (QoContentAccessModule) to obtain their data in a standardized way, so only the Content Access Module knows how to communicate with the underlying data source. Content Channels are organized in Syndicators (the QoSyndicator entity), and each syndicator includes a list of Content Channels. Each Quester in the QuestObjects System uses a specific Content Channel of a specific Syndicator. This is called a QuestObjects Service, namely one of the Content Channels of a Syndicator. The property 'subscriptionRequired' indicates whether the user needs to be a registered user to be allowed to use the Service. If it is false, only users listed in 'users' may use the Service. Users can be subscribed to QuestObjects Services, which is modeled by the QoSubscription entity. Statistics are kept per Content Channel using the QoUsageStatisticsStore entity. Content Engines optionally have a Query Validator that the QuestObjects Server may use to validate Query Strings before sending them off to the QuestObjects Service. In addition, Content Channels have a profile that consists of a Content Channel's description, a list of types (QoType) of QuestObjects Strings the Content Channel can provide, an optional list of DTDs of that metadata of QuestObjects Strings from the Channel conforms to, and an optional list of Query Types the Content Channel accepts.

QuestObjects Servers communicate with QuestObjects Services through the QoServiceSession. The QoServiceSession has a static reference to the QuestObjects Service it belongs to, as well as a static array of IP addresses of QuestObjects Servers that are allowed to connect to the QuestObjects Service. In some versions of the QoServiceSession the array of IP addresses can be replaced by a list of addresses and netmasks, or by IP address ranges. Every instance of QoServiceSession has the IP address of the server that is using the session (serverAddress), a connectionTimeout indicating the maximum period of idle time before the Service Session is automatically ended, and a serviceSessionId that can be used to refer to the Service Session.

As described above, a QuestObjects Service is one of the Content Channels of a Syndicator, so QoService has a reference to both ('syndicator' and 'contentChanner'). The property 'listable' indicates whether the Service may be listed in a Service Directory (server::QoServiceDirectory). If not, the Service can only be used if the application writer (i.e. the programmer using the QuestObjects to develop an application) knows that it exists and where it is available. The property 'name' is the Service's name, used in the Service Directory amongst others. This name must use the same naming scheme as the names of custom types. The boolean 'subscriptionRequired' indicates whether users must be subscribed (modeled by QoSubscription) to the Service in order to be allowed to use it. If the Content Engine of this Service's Content Channel requires login, 'contentEngineLoginName' and 'contentEngineLoginPassword' are the name and password with which is logged in. Finally, 'pricingInfo' contains information about the costs involved in using the Service. It is formatted as XML, conforming to a well-defined structure (i.e. DTD or Schema).

A Content Channel has a name (the 'name' property) and a profile (QoContentChannelProfile). The profile provides information about the Content Channel, namely about the Query Types it accepts ('queryTypes'), the types of the Strings it can provide ('types'), and the DTDs that QuestObjects Strings' metadata conforms to. In addition, it has a textual 'description' of the content the Content Channel discloses.

Content Channels also have properties that define the criteria Query Strings have to satisfy. The property 'queryStringMinLength' defined the minimum length a valid query has. Alternatively or additionally, 'queryStringRegularExpressions' may contain a list of regular expression describing valid Query Strings (meaning that Query Strings have to match at least one of the regular expressions). The property 'queryStringFilters' may hold a list of regular expressions and replacement strings that can transform Query Strings in a well-defined manner (for example the way the standard UNIX utility 'sed' does it). Instead of using these three properties, Content Channels may define a QoQueryValidator (described above in FIG. **8**A-**8**B). If there is a Query Validator, 'queryStringMinLength', 'queryStringRegularExpressions', and 'queryStringFilters' are ignored.

As described above, Syndicators may have a list of users. Users (QoUser) have a name and a password, as well as a list of subscriptions (QoSubscription). QoSubscription models a user's subscription to a Service (the 'service' property). The properties 'startDate' and 'expirationDate' define the time frame during which the subscription is valid. Outside that time frame the user will be denied access through the subscription. The maximum number of queries the user may run in the Service is stored in the 'queryLimit' attribute. The 'queryLimitReset' defines when the query counter is reset. For example, if queryLimit is 10 and queryLimitReset is 7 days, the user may run **10** queries per week. (If queryLimit equals zero the number of queries is unlimited and queryLimitReset is ignored.) The property 'resultLimit' stores the maximum number of results the user may receive from the subscription. Similar to 'queryLimitReset', 'resultLimitReset' defines how often the result counter is reset. If 'resultLimit' equals zero the number of results is unlimited and 'resultLimitReset' is ignored. The property 'pushAllowed' indicates whether the user may use the Service in pushing mode. If so, 'pushIntervalLimit' indicates the minimum amount of time that has to pass between two pushes. A 'historyAllowed' variable indicates whether a history is kept of the use of the subscription; if so, 'historyLimit' indicates the maximum size of the history. If the maximum size is exceeded, the oldest history data is deleted so that the size of the history is below the maximum size again. If 'historyLimit' equals zero, the size of the history is unlimited. Finally, a 'usageAnonymous' variable indicates that the QoUsageRecords that are generated for this subscription must not contain user information (this is necessary because of privacy issues).

If 'keepServiceStatistics' is true, then the QoUsageStatisticsStore can store three kinds of statistics:

- statistics about Strings that have been displayed on the client; the 'keepClientDisplayedStatistics' indicates whether this kind of statistics are kept.
- statistics about Strings that have actually been selected on the client; the 'keepClientSelectedStatistics' indicates whether this kind of statistics are kept.

statistics about Strings that have a used on the client; the 'keepClientUsedStatistics' indicates whether this kind of statistics are kept.

The Client Quester determines the exact meaning of the three kinds of statistics. In the case of web applications, a string is generally considered displayed when the Client Quester accesses it in its QuestObjects Result Set. It is considered selected when a new Query is executed with the String as Query String. It is considered used when the form on which the Client Quester is active is submitted with that String. The actual data is stored as a list of QoUsageRecords in the property 'records'.

A QoUsageRecord holds usage information about a QuestObjects String or a number of QuestObjects Strings. If, in one Service Session, a Quester gets the same Result Set more than once (consecutively), the usage data of each of the Strings in the Result Set is grouped in one QoUsageRecord. However, if 'stringKey', 'stringValue', 'rowInResultSet', or 'totalRowsInResultSet' changes, a new QoUsageRecord must be used from that point on. The properties of QoUsageRecord mean the following:

stringKey: if available, this is the unique key of the QuestObjects String as provided by the Content AccessModule.

stringValue: the value of the QuestObjects String.

rowInResultSet: the row of the QuestObjects String in its QuestObjects Result Set.

totalRowsInResultSet: the number of rows the QuestObjects String's Result Set had.

dateReturnFirst: the timestamp of the first time the QuestObjects String was returned by the Content Channel.

dateReturnLast: if the QoUsageRecord represents a group of usage events, this is the timestamp of the last event.

clientDisplayed: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be displayed.

clientSelected: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be selected.

clientUsed: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be used.

applicationName: the name of the application to which the Quester that received the QuestObjects String belongs.

appliationFunction: the function (if available) of the Quester that received the QuestObjects String.

activeComponentId: the identifier of the Active Component that received the QuestObjects String.

user: the identifier of the user that saw/selected/used the String. If the user's subscription has 'false' as value of 'usageAnonymous', then this property is empty.

Queries are executed by QoQueryExecutors. A Query Executor has a reference to the Service Session in which the Query is executed, it has a reference to the Query itself, and it also has a reference to the Server Quester that has the Query executed. This reference may be a remote object when Corba is being used, for example. If some proprietary protocol is used, it may just be the unique identifier of the Server Quester.

FIG. **9** shows a method for using the present invention in systems that have limited technical capabilities on the Client side, such as, for example, web browsers with embedded Java applets. If developers of client systems have not integrated Client components of the present invention into their client software, then Client components needed for the present invention must be present as Plug-Ins, DLL's, or an equivalent device, or they must be downloaded to the client computer as applets. These applets can be written in the Java language, when they are needed. For security reasons, such Client systems including web browsers usually do not allow 'foreign' software (i.e. software that is not an integral part of the web browser) to influence or change data entered by the user before it is sent to the application server (in this case the web server). Without an additional infrastructure on the server side, the present invention could not easily be used to enter data by users of systems with such limited technical capabilities on the client, because data entered and selected using the present invention would not be communicated to the existing application/web server. However, the modified invention and method described in FIG. **9**, referred to as an Application Proxy, offers a solution.



Although the system depicted in FIG. **9** can be used to support clients in practically any server-based application server, and particularly in the case of a web server hosting an application used by end users to enter data that is partially retrieved using the present invention, the system is not limited to the web. The system provides an ideal solution for current web-based applications that consist of web browsers **903** on the client side and web host computers **901** with web server software **917** on the server side. To allow the web server **917** to access data selected using the present invention, this system provides a link between the web server and the QuestObjects Server **902**. In this case, QuestObjects Server acts as a data-entry proxy between the existing client system (web browser) and the existing web server. Data entered by the client is submitted to the QuestObjects Adaptor instead of to the web server. The QuestObjects Adaptor then fills in the values of the Questers and passes the data to the web server. An Application Proxy is not required if the QuestObjects Client components can directly insert data into the client entry form on the web browser, as is the case on certain platforms that allow integration between Java applets or other components and JavaScript in the web browser.

In FIG. **9**, the web server runs on a host computer **901** typically associated with a fixed IP address or an Internet host name. The web server is accessed by any number of clients using web browsers **903**. To allow users to enter data and send data to the server, web pages make use of HTML forms **904**. To use the present invention, user interface elements such as entry fields in these HTML forms are associated with Questers **905** in the form of browser Plug-Ins or Java Applets. Through a QuestObjects Controller **906** those Questers allow the user to access one or more QuestObjects Services hosted by a QuestObjects Server **902** using the protocol of the present invention **907**. The Server Controller **908** forwards user actions generated in the Client Questers **905** to their corresponding Server Questers **909** that thus are always aware of data selected in the Client. When a Server Quester is first activated, it checks whether it is being used by a client system that requires the use of an Application Proxy. If the answer is yes, then the Quester creates a corresponding AppHost Synchronizer **911** that contacts the QuestObjects Adaptor **914** on the host computer **901** using a standardized protocol **915**. The QuestObjects Adaptor then knows which QuestObjects Server to contact to retrieve QuestObjects data **915** after the user submits form data **912** to the application host using the existing application protocol **913**, such as HTTP POST or HTTP GET. The QuestObjects Adaptor then replaces the appropriate form field data with the strings selected in the Server Questers **909**

before forwarding this form data, now including data selected using the present invention, to the web server **917**.

Design Implementation

The preceding detailed description illustrates software objects and methods of a system implementing the present invention. By providing a simple and standardized interface between Client components and any number of Content Engines that accept string-based queries, the present invention gives content publishers, web publishers and software developers an attractive way to offer unprecedented interactive, speedy, up-to-date and controlled access to content without the need to write an access mechanism for each content source.

In addition to acting as a standardized gateway to any content engine, the present invention can intelligently cache query results, distribute Services over a network of Servers, validate user and other client input, authorize user access and authenticate client software components as needed. These and other optional services are provided by the present invention without requiring additional work on the part of software developers or content publishers. Publishers can also keep track of usage statistics, on a per-user basis as required allowing flexible billing of content access. Content Access Modules allow software developers and vendors of Content Engines such as database vendors and search engine vendors to create simplified ways for developers and implementers of such content engines to disclose information through the present invention.

End users of the present invention experience an unprecedented level of user-friendliness accessing information that is guaranteed to be up-to-date while being efficiently cached for speedy access as the number of simultaneous users grows.

The present invention can be implemented on any client and server system using any combination of operating systems and programming languages that support asynchronous network connections and preferably but not necessarily preemptive multitasking and multithreading. The interface of the present invention as it appears to the outside world (i.e. programmers and developers who provide access to end users and programmers who provide Content Access Modules to Content Engines used by content publishers) is independent of both the operating systems and the programming languages used. Adapters can be built allowing the tiers of the system to cooperate even if they use a different operating system or a different programming language. The protocol of the present invention can be implemented on top of networking standards such as TCP/IP. It can also take advantage of inter-object communication standards such as CORBA and DCOM. The object model of the present invention can be mapped to most other programming languages, including Java, C++, Objective C and Pascal.

Third-party vendors of software development and database management tools can create components that encapsulate the present invention so that users of those tools can access its functionality without any knowledge of the underlying protocols and server-side solutions. For example, a 4GL tool vendor can add an 'auto-complete field' to the toolbox of the development environment allowing developers to simply drop a Questlet into their application. In order to function correctly, the auto-complete field would only need a reference to the QuestObjects Server and one or more QuestObjects Services, but it would not require any additional programming.

Examples of Applications in which the invention may be used include: Access system for database fields (for lookup and auto-complete services); Enterprise thesauri system; Enterprise search and retrieval systems; Enterprise reference works; Enterprise address books; Control systems for sending sensor readings to a server that responds with appropriate instructions or actions to be taken; Client access to dictionary, thesaurus, encyclopedia and reference works; Access to commercial products database; Literary quotes library; Real-time stock quote provision; Access to real-time news service; Access to Internet advertisements; Access to complex functions (bank check, credit card validation, etc); Access to language translation engines; Access to classification schemes (eg, Library of Congress Subject Headings); Access to lookup lists such as cities or countries in an order form; Personal address books; and, Personal auto-complete histories.

The foregoing description of preferred embodiments of the present invention has been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention for various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and their equivalence.

What is claimed is:

**1**. A computer comprising a processor and a memory, the computer further including computer-executable instructions stored in the memory of the computer which, when executed by the processor of the computer implement the functionality of:

a client object adapted to receive input comprising a lengthening string of characters from a user, the client object sending multiple query messages corresponding to multiple versions of said input to a server system while a user modifies the input comprising a lengthening string of characters, the client object asynchronously receiving return messages with results in response to the multiple versions of the input;

wherein upon receiving one of the return messages, the client object checks the usability of the results of the one of the return messages using a latest version of the input to determine whether to display at least some of the results of the one of the return messages to the user.

**2**. The computer of claim **1**, wherein the client object is associated with a browser and has previously been downloaded from a server system.

**3**. The computer of claim **1**, wherein, upon testing the usability of server system results, at least some result data is displayed as an auto-completion inside of an input field.

**4**. The computer of claim **1**, whereby the lengthening string is entered into an input field, and wherein upon testing the usability of server system results, at least some result data is displayed in a separate area that is associated with the input field or that pops up near said input field.

**5**. The computer of claim **1**, whereby the lengthening string is entered into an input field, and wherein one or more symbols displayed inside of the input field indicate(s) to the user one or more of whether or not said server system is present, whether the server system is available for use, the current state of the server system, whether a query has been sent to the server system, whether more results are available, whether a previous result is available, whether a next result is available, or whether the current result is the only available match.

**6**. The computer of claim **1**, wherein the client object transmits an associated query message to the server system upon each detected change to the input.

**7**. The computer of claim **1**, wherein the client object accumulates input before transmitting an associated query message to the server system.

**8**. The computer of claim **1**, wherein the client object caches results received from the server system and reuses said cached results when Previously Presented queries match queries contained in the cache or if cached query results can be filtered to match the Previously Presented queries, instead of sending messages representing those Previously Presented queries to the server system.

**9**. The computer of claim **1**, wherein the client object determines the usability of each server system response by comparing an original input to a then-current input; and wherein the client object deems the results usable if they match.

**10**. The computer of claim **1**, whereby the client object caches content results received from the server system and reuses these cached results when new queries match queries contained in the cache, instead of sending those new queries to the server system.

**11**. The computer of claim **1**, wherein the client object determines the usability of each server system result by comparing a request identification to a then-current request identification; and wherein the client object deems the results usable if they match.

**12**. The computer of claim **1**, wherein the query message sent to the server system includes a request identification that is included by the server system in the corresponding server response message.

**13**. A system comprising:

a server system, including one or more computers, which is configured to receive query messages from a client object, the server system receiving and asynchronously responding to the query messages from the client object over a network;

the client object that, while a user is providing input comprising a lengthening string of characters, sends query messages to the server system;

whereby the query messages represent the lengthening string as additional characters are being input by the user; and

wherein the server system, while receiving said query messages, uses the input to query data available to the server system and send return messages to the client object containing results in response to the input;

wherein the server system caches query results and subsequently determines results by looking up the query in said cache so that it can avoid performing a query for the same input on a data source or looking up said query in a second cache.

**14**. The system of claim **13**, wherein upon receiving a return message of the return messages from the server system, the client object tests the usability of the results in the return message by checking that the return message corresponds to a latest query, and if usability is established, the client object displays or returns at least some result data to the user.

**15**. The system of claim **14**, wherein the usability of a server system result is determined by the client object by matching the request identification received in the server response message against a request identification on the client.

**16**. The system of claim **13**, wherein, upon testing the usability of the server system results, at least some result data is displayed as an auto-completion inside of an input field.

**17**. The system of claim **13**, whereby the lengthening string is entered into an input field, and wherein upon testing the usability of the server system results, at least some result data is displayed in a separate area that is associated with the input field or that pops up near said input field.

**18**. The system of claim **13**, whereby the lengthening string is entered into an input field, and wherein one or more symbols displayed inside of the input field indicate(s) to the user one or more of whether or not said system is present, whether the system is available for use, the current state of the system, whether a query has been sent to the server system, whether more results are available, whether a previous result is available, whether a next result is available, or whether the current result is the only available match.

**19**. The system of claim **13**, wherein the server system sends return messages to the client object containing results both in response to the input and associated with a string contained elsewhere on the same client object to which the input has a predefined dependency.

**20**. The system of claim **13**, wherein the server system retrieves the results from one or more of a database, a search and retrieval system, a thesaurus, a reference work, an address book, a control system, a dictionary, an encyclopedia, a products database, a quotes library, a stock quote system, a news service, internet advertisements, a catalog, a complex function, a translation engine, a classification scheme, a lookup list, an auto-complete history, an algorithm, a directory, a search engine, a database retrieval engine, or the cache.

**21**. The system of claim **13**, wherein the client object transmits an associated query message to the server system upon each detected change to the input.

**22**. The system of claim **13**, wherein the client object accumulates input before transmitting an associated query message to the server system.

**23**. The system of claim **13**, wherein the client object caches results received from the server system and reuses said cached results when new queries match queries contained in the cache or if cached query results can be filtered to match the new queries, instead of sending messages representing those new queries to the server system.

**24**. The computer of claim **1**, wherein the computer is a client computer and the client object is downloaded to the client computer from a server computer.

**25**. A non-transient computer readable medium containing program instructions for causing a computer to implement:

a client object adapted to receive input comprising a lengthening string of characters from a user, the client object sending multiple query messages corresponding to multiple versions of said input to a server system while a user modifies the input comprising a lengthening string of characters, the client object asynchronously receiving return messages with results in response to the multiple versions of the input;

wherein upon receiving one of the return messages, the client object checks the usability of the results of the one of the return messages using a latest version of the input to determine whether to display at least some of the results of the one of the return messages to the user.

**26**. The computer readable medium of claim **25**, wherein the computer readable medium is at a server computer adapted to download the client object to a client computer.

**27**. The computer readable medium of claim **25**, wherein the computer readable medium is at a client computer.

**28**. A server system consisting of at least one computer comprising a processor and a memory, the computer further including computer-executable instructions stored in the memory of the computer which, when executed by the processor of the computer implement the functionality of:

a client object, downloaded to a client computer, adapted to receive input comprising a lengthening string of characters from a user, said client object sending multiple query messages corresponding to multiple versions of said input to the server system while a user modifies the input comprising a lengthening string of characters, the client object asynchronously receiving return messages with results in response to the multiple versions of the input; wherein upon receiving one of the return messages, the client object checks the usability of the results of the one of the return messages using a latest version of the input to determine whether to display at least some of the results of the one of the return messages to the user.

**29**. The server system of claim **28** whereby the client object is downloaded by a browser on the client computer.

**30**. The system of claim **28** wherein upon receiving a return message of the return messages from the server system, the client object tests the usability of the results in the return message by checking that the return message corresponds to a latest query, and if usability is established, the client object displays or returns at least some result data to the user.

**31**. The system of claim **28** wherein the usability of a server system result is determined by the client object by matching the request identification received in the server response message against a request identification on the client.

* * * * *

US010394866B2

(12) **United States Patent**
**Smit et al.**

(10) **Patent No.: US 10,394,866 B2**
(45) **Date of Patent: *Aug. 27, 2019**

(54) **SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION**


(71) Applicant: **MasterObjects, Inc.**, Zeist (NL)

(72) Inventors: **Mark Hans Smit**, Vetlanda (SE); **Stefan M. van den Oord**, Best (NL)

(73) Assignee: **MasterObjects, Inc.** (NL)


( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 267 days.

This patent is subject to a terminal disclaimer.


(21) Appl. No.: **15/387,985**

(22) Filed: **Dec. 22, 2016**

(65) **Prior Publication Data**

US 2017/0193114 A1 Jul. 6, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/027,645, filed on Sep. 16, 2013, now Pat. No. 9,760,628, which is a continuation of application No. 13/366,905, filed on Feb. 6, 2012, now Pat. No. 8,539,024, which is a continuation of application No. 09/933,493, filed on Aug. 20, 2001, now Pat. No. 8,112,529.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06F 16/338*** | (2019.01) |
| ***G06F 17/24*** | (2006.01) |
| ***G06F 16/951*** | (2019.01) |
| ***G06F 16/958*** | (2019.01) |
| ***G06F 17/27*** | (2006.01) |
| ***H04L 29/06*** | (2006.01) |
| ***H04L 29/08*** | (2006.01) |
| *G06F 8/33* | (2018.01) |
| *G06F 3/023* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... ***G06F 16/338*** (2019.01); ***G06F 16/951*** (2019.01); ***G06F 16/986*** (2019.01); ***G06F 17/243*** (2013.01); ***G06F 17/276*** (2013.01); ***H04L 29/06*** (2013.01); ***H04L 67/02*** (2013.01); ***H04L 67/142*** (2013.01); ***H04L 67/42*** (2013.01); *G06F 3/0237* (2013.01); *G06F 8/33* (2013.01); *G06F 17/271* (2013.01); *H04L 67/38* (2013.01); *H04L 69/329* (2013.01)

(58) **Field of Classification Search**

CPC ..... Y10S 707/99933; Y10S 707/99936; G06F 17/30864; G06F 19/24

See application file for complete search history.



(56) **References Cited**

U.S. PATENT DOCUMENTS

5,911,485 A * 6/1999 Rossmann ............ G06F 3/0237 341/20
5,963,671 A * 10/1999 Comerford ........... G06F 3/0237 345/168
2002/0059164 A1* 5/2002 Shtivelman ......... H04L 12/1831

(Continued)


*Primary Examiner* — Barbara B Anyan

(57) **ABSTRACT**


The invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string.


**16 Claims, 17 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2009/0119581 | A1* | 5/2009 | Velusamy | G06F 17/276<br>715/256 |
| 2014/0136672 | A1* | 5/2014 | Sullivan | H04L 41/0273<br>709/223 |

* cited by examiner


101
Quest Objects
Client
102
103
Quest Objects
Server
104
105
Quest Objects
Service

*FIG. 1*


201
202
203
Quester
Questlet
204
Controller
Client
205
206
207
209
203
Quester
Session
Controller
210
Persistent Quester Store
211
Time Server
Server
212
213
215
216
217
User Manager
Preference Manager
Usage Statistics Store
Syndicator
214
218
220
221
222
Query Manager
Content Access Module
Content-based Cache
Content Channel
219
223
224
Content Engine
Service

*FIG. 2*




FIG. 3A


309
310
311
312
North Carolina
United States of America
USA
?
NTBTUF
NC
United States of America
Charlotte
Greensboro
Raleigh
RT
Cardinal (bird)
Last of the Mohicans
Thesa
Sounds
Prefs

*FIG. 3B*


313
314
315
316
317
318
319
320
312
312
North Carolina
United States of America
USA
NTBTUF
NC
United States of America
Charlotte
Greensboro
Raleigh
RT
Cardinal (bird)
Last of the Mohicans
Recent Terms
?
Thesa
Sounds
Prefs

*FIG. 3C*



QoActive Component
QoClient Quester
QoClient Controller
QoServer Controller
Qo Session
QoServer Quester
Qo Service
400
401
402
403
404
405
406
407
408
409
410
initialize
initialized
register
registered
questerRegister
questerRegistered
registed
characterEvent['a']
characterEvent['b']
contentChangeEvent
characterEvent['c']
inputBufferAppend['a']
inputBufferAppend['b']
inputBufferAppend['c']
recentSetUpdate['ab']
resultSetUpdate['ab']
resultSetUpdate['abc']
query['ab']
query['abc']
queryResult['ab']
queryResult['abc']


*FIG. 4*


Active Component
501
Initialize Client Quester
502
Component destroyed ?
No
503
Send event to client quester
504
(Re) Activate event receiver
Yes
505
Destroy Client Quester
Stop

*FIG. 5A*


Event Receiver
506
Wait for event from client Quester
507
Event receiver ?
No
Yes
508
Process event from Client Quester

*FIG. 5B*


Client Quester
601
Register using Client Controller
602
Quester destroyed ?
Yes
603
Deregister using Client Controller
Stop
No
604
Receiver event
605
Character event ?
No
606
Handle event
Yes
607
Update input buffer and notify dependent Questers
608
Results in client cache ?
No
611
Send input buffer change message
612
(Re)activate result retriever
Yes
609
Get results from cache
610
Notify active component

*FIG. 6A*


Result Retriever
613
Wait for results from server
614
Results received ?
No
Yes
615
Results usable ?
No
Yes
616
Notify active component and dependent Questers
617
Store results in cache
Stop

FIG. 6B


Server Quester
701
Can be restored ?
Yes
No
702
Restore from Quester Store and register with Service
703
Results still up-to-date ?
Yes
No
704
Resend last query to Service
705
Process query results
706
Initialize and register with Service
707
Quester destroyed ?
Yes
Stop
No
708
has valid Query String ?
Yes
No
709
Results cached ?
No
Yes
710
Send query to Service
711
Process query results
712
Wait for input buffer change message
713
Update input buffer

FIG. 7A


Process Query Results
714
Get Result Set
715
Have Result Set ?
No
Yes
716
Send results to client Quester
717
Store results in cache
718
Send usage statistics to service
719
Pushing active ?
Yes
No
Stop

FIG. 7B


QoResultSet
-strings: QoString[]
-rownums: int[]
-service: QoServices[]
-query: QoQuery
-complete: byte
-totalNumberofStrings: long
-ordered: boolean
-selected: int[]
-current: int
-result SetId: Big Decimal
+Qo Result Set():
1
query
QoQuery
-queryString: String
-qualifier: String
-rownums: int[]
-requestedTypes: QoType[]
-timeout: Date
-wantsPushing: boolean
-PushingInterval: int
0..*
requestedTypes
QoType
-typeindicator: byte
-typeString: String
0..*
strings
1
resultSet
QoInternalString
-expiration Time: Date
-fetch Time: Date
-value: String
-key: String
-metedata: LimitedXML
0..1
type
1..*
types
A
1
quester
QoQuester
B
-resultSet: QoResultSet
-service: QoService
-qualifer: String
-types: QoTypes[]
-InputBaffer:StringBuffer
-autoUpdateInterval: Int
-minimumBatchTime: Int
-resultSetBatchSize: Int
-maxmumBatchTime: Int
-clientmaxmumLatency: Int
-changeListeners:QoQuester ChangedListener
-applicationFunction: String
-applicationProxyRequired: boolean
-highestReceivedResultSetId: BigDecemal
-lastestRequested: BigDecimal
+addQuesterChangeListener(): void
C
...* sters
Qostring
-type: QoType
service: QoService
1
service
1
service
QoQueryValidator
-service:QoService
+isvalid0: boolean
QoTransformingQuery Validator
+transformIfValied(): String
client: QoClientQuester
server: QoServerQuester

*FIG. 8A (Cont..)*

Object Model: base




*FIG. 8B*

Object Model: client




*FIG. 8C*

Case 3:21-cv-05428-WHA Document 228-6 Filed 09/07/22 Page 17 of 37




FIG. 8D


QoSyndicator
-name: String
-users: QoUser[]
+contentChannels(): QoContentChannel[]
A
1
B
Syndicator
1..*
ContentChannels
1
C
content Channel
QoContentChannel
-name: String
-description: String
-queryStringMinLength: int
-queryStringRegularExpressions: String[]
-queryStringFilters: String[]
-queryValidator: QoQueryValidator
-resultDescriptor: String[]
-types: QoType[]
-timeMinimumReturnInterval: int
-statisticsStore: QoUsageStatisticsStore
-contentAccessModuler: QoContentAccessModule
+executiveQuery(): QoResultSet
D
statistics Store
0..1
queryValidator
base: QoQueryValidator
1..*
types
base: QoType
1
contentAccessModule
QoContentAccessModule
+executeQuery():QoResultSet
+startContentSession(): int

FIG. 8E (Cont..)


Object Model: service
QoUser
-name: String
-password: String
-subscriptions:QoSubscription[]
A
0..*
users
0..1
user
B
QoService
-syndicator: QoSyndicator
-contentChannel:QoContentChannel
-listable: boolean
-pricingInfo: XML
-name: String
-contentEngineLoginName: String
-contentEngineLoginPassword: String
-subscriptionRequired: boolean
C
1
0..*
Subscription
1
service
QoSubscription
-service: QoService
-startDate: Date
-expirationDate: Date
-queryLimit: int
-queryLimitReset: int
-resultLimit: int
-resultLimitReset: int
-pushAllowed: boolean
-pushIntervalLimit: int
-historyAllowed: boolean
-historyLimit: int
D
1
QoUsageStatisticsStore
-records: QoUsageRecord[]
-keepServiceStatistics: boolean
-keepClientDisplayedStatistics: boolean
-keepClientUsedStatistics: boolean
-keepClientHitStatistics: boolean
0..*
records
QoUsageRecord
-stringKey: String
-stringValue: String
-rowinResultSet: int
-totalRowsinResultSet: int
-dateReturnFirst: Date
-dateReturnLast: Date
-clientDisplayed:boolean
-clientUsed:boolean
-clientHit:boolean
-applicationName: String
-activeComponentID: String
-user: QoUser

FIG. 8F


901
915
902
917
916
914
App/Web Server
Qo Adaptor
911
AppHost Synchronizer
910
Application/ WebHost
908
909
Controller
Quester
917
913
QuestObjectsServer
903
904
907
Application/Web web Form
912
Submit Button
905
906
Quester
Controller
Client App/Browser

*FIG. 9*

# SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION

## CLAIM OF PRIORITY

This application is a continuation application of U.S. patent application Ser. No. 14/027,645, filed Sep. 16, 2013, which is a continuation application of U.S. application Ser. No. 13/366,905, filed Feb. 6, 2012 which is now U.S. Pat. No. 8,539,024, issued on Sep. 17, 2013, which is a continuation of U.S. patent application Ser. No. 09/933,493 filed Aug. 20, 2001, which is now U.S. Pat. No. 8,112,529, issued on Feb. 7, 2012, entitled "SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION" by Mark H. Smit, et al, which applications are incorporated herein by reference.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

The invention relates generally to client-server communication systems, and particularly to a session-based bi-directional multi-tier client-server asynchronous search and retrieval system.

## BACKGROUND OF THE INVENTION

A primary task of computer systems is to manage large quantities of information, generally referred to as data. The first computers typically stored data using off-line methods, for example by using punch cards and other primitive means. As built-in or on-line storage solutions became more affordable, data were instead stored in central memory banks. The first enterprise-wide computer systems consisted of central computers containing central data storage, and a large number of user terminals that accessed this server data by sending input and receiving output as characters to be displayed or printed at the terminal. Although these systems had a primitive user interface and data access became increasingly slower as the number of users grew, these systems nevertheless handled enterprise data with ease and great security.

The first servers, often referred to as mainframes or mini computers, ran on proprietary operating systems. Terminals usually had large input buffers where input was only checked against or committed to the server after entering text into a page or form. Many systems only displayed the character entered after it was received and confirmed by the server. Faster servers and more modern server operating systems, such as UNIX and VMS, offered several advantages in those users could receive immediate feedback after each character was typed.

At the beginning of the 1980s decade, the growing popularity of microcomputers and personal workstations made it possible to store data locally. Enterprise data was distributed over networks of computer systems. To access information it was no longer necessary to have a continuous connection to central databases, and instead it was possible to copy information to a personal computer, edit and work with it, and then save it back to a file or database server later. Most microcomputers worked with data in logical chunks or files. This brought a lot of power to end users, but introduced problems in managing the large quantity of enterprise data that was no longer stored as a unique entity in one place. For example, a file that was being edited by one user could not usually be accessed or modified by other users at the same time. It was also difficult to manage multiple copies of the same data.

Toward the end of the 1980's faster microcomputers and networks made it practical to work with enterprise data in smaller chunks than files. One example of this new technology was the development of Structured Query Language (SQL) relational databases which made it possible to divide software programs into a 'Client' tier and a 'Server' tier that communicated with each other over a network. Client-server computing thus made it possible to store information centrally, yet manage and work with it locally. In the client-server paradigm, the client systems concentrated on offering a user-friendly interface to server data, while the server systems were able to handle many client systems at once while safely managing enterprise data.

However, the increasing client-server computing introduced its share of problems. Protocols used to communicate between client and server became increasingly complex and difficult to manage. Enterprise IT departments needed increasingly greater resources to manage the proprietary implementations of client operating systems, server database systems and middleware protocols connecting the various 'tiers' of client-server systems. Data was no longer stored in one place but was required to be managed within a distributed network of systems. Client-server systems also lacked a major advantage of mainframes: in a client-server system any changes to the data on the server weren't immediately updated on the client.

Starting in the 1990's, the Internet has allowed businesses, organizations, and other enterprises to easily make information available to users without the complex architecture that client-server systems typically require. Today, an increasing number of software applications are moving their data and logic or functional processes back to the server tier, from which they can be accessed from the Internet by a wide variety of clients, including thin and very thin-clients, which typically consist of Internet browsers or small applications (applets) whose sole responsibility is providing an interface to the user. In many ways, Internet computing (often referred to as e-commerce) has brought back the data-handling advantages of mainframes. Within the e-commerce environment data that change on the server are immediately available to clients that access the data through the Internet (world-wide) or through an intranet (enterprise-wide).

Unfortunately, the rise of Internet commerce has also given rise to some of the disadvantages associated with mainframe technology. Most Internet connections that present data to the user or client process use the Hyper Text Transfer Protocol (HTTP) which is inherently "session-less." This means that, for example, there is no totally reliable way for the server to automatically update the client display once the server data change. It also means that the server only checks the validity of the client or user input after the user sends back or submits an entire input form. This apparent disadvantage has also played an important role in the success of the Internet: because HTTP connections are session-less, they require much less processing power and much less memory on the server, while the user

is busy entering data. Thus, Internet applications running on web servers can be accessed by millions of people. Because HTTP and related Internet-based client-server systems do not provide continuous access to server data, systems sometimes incorporate lookup tables and pre-defined values that are cached locally. For example, a list of possible countries to be selected by a user of a web page can be sent to the user's computer when that page is first sent to the user and used thereafter for subsequent country selections. Client-server applications often pre-read the data from the server the moment an application or application window is opened, in order to present users with selection lists the moment they need them. This poses problems for data that frequently changes over time since the client system may allow users to select or enter data that is no longer valid. It also poses problems for large selection lists whose transmission to the client may take a long time.

To address this some systems incorporate a local cache of the data frequently accessed by the user. A web browser may, for example be configured to remember the last pages a user visited by storing them in a local cache file. A clear disadvantage of keeping such a local cache is that it is only useful as long as the user stays on the same client computer system. Also, the local cache may include references to web pages that no longer exist.

Some other systems with limited network bandwidth (like cell phones or personal organizers) can be deployed with built-in databases (such as dictionaries and thesauri), because it would be impractical to wait for the download of an entire database, which is needed before the data is of any use. This has the disadvantage that data stored in the device may no longer be up-to-date because it's really a static database. Also, the cost of cell phones and personal organizers is greatly increased by the need for megabytes of local storage. Another important consideration is that keeping valuable data in any local database makes it vulnerable to misuse and theft. What is needed is a mechanism that addresses these issues that allows a client-server system to retain some element of a session-based system, with its increase in performance, while at the same time offering a secure communication mechanism that requires little, if any, local storage of data.

Other attempts have been made to tackle some of the problems inherent with traditional computer system interfaces, and particularly with regard to user session administration and support. These attempts include the auto-complete function systems such as used in Microsoft Internet Explorer, the spell-as-you-go systems such as found in Microsoft Word, and the wide variety of client-server session managers such as Netopia's Timbuktu and Citrix Winframe.

Auto-Complete Functionality

Many current systems provide a mechanism to auto-complete words entered into fields and documents. This 'auto-complete' functionality is sometimes called 'type-ahead' or 'predictive text entry'. Many web browsers such as Microsoft's Internet Explorer application will automatically 'finish' the entry of a URL, based on the history of web sites visited. E-mail programs including Microsoft Outlook will automatically complete names and e-mail addresses from the address book and a history of e-mails received and sent. Auto-completion in a different form is found in most graphical user interfaces, including operating systems such as Microsoft Windows and Apple Mac OS, which present lists to the user: When the user types the first character of a list entry, the user interface list will automatically scroll down to that entry. Many software development tools will automatically complete strings entered into program source code based on a known taxonomy of programming-language dependent key words and 'function names' or class names' previously entered by the developer. Some cell phones and personal organizers also automatically type-ahead address book entries or words from a built-in dictionary. Auto-complete functionality facilitates easy entry of data based on prediction of what options exist for the user at a single moment in time during entry of data.

Checking as You Go

More and more word processing programs (most notably Microsoft Word and certain e-mail programs) include so-called 'spell checking as you type'. These programs automatically check the spelling of words entered while the user is typing. In a way, this can be seen as ' deferred auto-complete', where the word processor highlights words after they were entered, if they don't exist in a known dictionary. These spell checking programs often allow the user to add their own words to the dictionary. This is similar to the 'history lists' that are maintained for the auto-completion of URLs in a web browser, except that in this case the words are manually added to the list of possible completions' by the user.

Software Component Technologies

Software component technologies have provided a measure of component generation useful in client/server systems. One of these technologies is OpenDoc, a collaboration between Apple Computer, Inc. and IBM Corporation (amongst others) to allow development of software components that would closely interact, and together form applications. One of the promises of OpenDoc was that it would allow small developers to build components that users could purchase and link together to create applications that do exactly what the users want, and would make existing 'bloat-ware' applications (notably Microsoft Office and Corel's WordPerfect Office/Corel Office) redundant, but the technology was dropped several years ago in favor of newer technologies such as CORBA (Common Object Request Broker Architecture), developed by the Object Management Group to allow transparent communication and interoperability between software components.

Object-oriented languages and even non-object-oriented (database) systems have used component technologies to implement technical functionality. The NeXTstep operating system from NeXT Computer, Inc. (which was later acquired by Apple Computer, Inc. and evolved into the Mac operating system Mac OS X) had an object-oriented architecture from its original beginnings, which allowed software developers to create applications based on predefined, well-tested and reliable components. Components could be 'passive' user interface elements (such as entry fields, scroll areas, tab panes etc) used in application windows. But components could also be active and show dynamic data (such as a component displaying a clock, world map with highlight of daylight and night, ticker tape showing stock symbols, graphs showing computer system activity, etc.). The NeXT operating system used object frameworks in the Objective C language to achieve its high level of abstraction which is needed for components to work well. Later, Sun Microsystems, Inc. developed the Java language specification in part to achieve the same goal of interoperability. To date, Java has probably been the most successful 'open' (operating system independent) language used to build software components. It is even used on certain web sites that allow 'Java applets' on the user's Internet browser to continuously show up-to-date information on the client system.

WebObjects, an object-oriented technology developed by Apple Computer, Inc. is an Internet application server with related development tools, which was first developed by NeXT Computer, Inc. WebObjects uses object oriented frameworks that allow distribution of application logic between server and client. Clients can be HTML-based, but can also be Java applets. WebObjects uses proprietary technology that automatically synchronizes application objects between client and server. The layer that synchronizes data objects between the client and the server is called the 'Enterprise Object Distribution' (EODistribution), part of Apple's Enterprise Objects Framework (EOF), and is transparent to the client software components and the server software components.

Session Management

Both Netopia's Timbuktu remote access systems, and Citrix, Inc.'s Winframe terminal server product, allow some element of remote access to server applications from a client system. These products synchronize user data and server data, transparently distributing all user input to the server and return all server (display) output to the client. Timbuktu does this with very little specific knowledge about the application and operating system used. This allows it to transparently work on both Microsoft Windows and Mac OS platforms. Technologies similar to Timbuktu do exist and perform the same kind of 'screen sharing'. For example, the Virtual Network Computing (VNC) system is one example of an open source software program that achieves the same goals and also works with Linux and UNIX platforms.

Citrix Winframe has taken the same idea a step further by incorporating intimate knowledge of the Microsoft Windows operating system (and its Win32 APIs) to further optimize synchronization of user input and application output on the server. It can then use this detailed knowledge of the Microsoft Windows APIs to only redraw areas of the screen that it knows will change based on a user action: for example, Winframe may redraw a menu that is pulled down by the user without needing to access the server application because it knows how a menu will work.

Software Applications

Several application providers have also built upon these technologies to provide applications and application services of use to the end-user. These applications include computer-based thesauri, on-line media systems and electronic encyclopedia.

The International Standards Organization (as detailed further in ISO 2788-1986 Documentation—Guidelines for the Establishment and Development of monolingual thesauri and ISO 5964-1985 Documentation—Guidelines for the Establishment and Development of multilingual thesauri) determines suggested specifications for electronic thesauri, and thesaurus management software is now available from numerous software vendors world-wide. However, most systems have clear limitations that compromise their user-friendliness. Most commonly this is because they use a large third-party database system, such as those from Oracle Software, Inc. or Informix, Inc. as a back-end database. This means that any thesaurus terms that are displayed to the user are fetched from the database and then presented in a user interface. If one user changes the contents of the thesaurus, other users will only notice that change after re-fetching the data. While of little concern in small or infrequently changing environments, this problem is a considerable one within larger organizations and with rapidly updated content changes, for example in media publishing applications when thesaurus terms are being linked to new newspaper or magazine articles. This type of work is usually done by multiple documentalists (media content authors) simultaneously. To avoid 'mixing up' terms linked to articles, each documentalist must be assigned a certain range of articles to 'enrich' (which in one instance may be the act of adding metadata and thesaurus terms to a document). Clearly, in these situations there is a great need for live updates of data entered by these users, but a similar need exists for all client-server database programs.

SUMMARY OF THE INVENTION

The invention provides a system that offers a highly effective solution to the aforementioned disadvantages of both client-server and Internet systems by providing a way to synchronize the data entered or displayed on a client system with the data on a server system. Data input by the client are immediately transmitted to the server, at which time the server can immediately update the client display. To ensure scalability, systems built around the present invention can be divided into multiple tiers, each tier being capable of caching data input and output. A plurality of servers can be used as a middle-tier to serve a large number of static or dynamic data sources, herein referred to as "content engines."

The present invention may be incorporated in a variety of embodiments to suit a correspondingly wide variety of applications. It offers a standardized way to access server data that allows immediate user-friendly data feedback based on user input. Data can also be presented to a client without user input, i.e. the data are automatically pushed to the client. This enables a client component to display the data immediately, or to transmit the data to another software program to be handled as required.

The present invention can also be used to simply and quickly retrieve up-to-date information from any string-based content source. Strings can be linked to metadata allowing user interface components to display corresponding information such as, for example, the meaning of dictionary words, the description of encyclopedia entries or pictures corresponding to a list of names.

Embodiments of the present invention can be used to create a user interface component that provides a sophisticated "auto-completion" or "type-ahead" function that is extremely useful when filling out forms. This is analogous to simple, client-side auto-complete functions that have been widely used throughout the computing world for many years. As a user inputs data into a field on a form, the auto-complete function analyzes the developing character string and makes intelligent suggestions about the intended data being provided. These suggestions change dynamically as the user types additional characters in the string. At any time, the user may stop typing characters and select the appropriate suggestion to auto-complete the field.

Today's client-side auto-complete functions are useful but very limited. The invention, however, vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server, thus taking advantage of server-side power. Unlike the client-side auto-complete functions in current use, an auto-complete function created by the present invention generates suggestions at the server as the user types in a character string. The suggestions may be buffered on a middle tier so that access to the content engine is minimized and speed is optimized.

The simple auto-complete schemes currently in popular use (such as email programs that auto-complete e-mail addresses, web browsers that auto-complete URLs, and cell

phones that auto-complete names and telephone numbers) require that the data used to generate the suggestions be stored on the client. This substantially limits the flexibility, power, and speed of these schemes. The present invention, however, stores and retrieves the auto-complete suggestions from databases on the server. Using the present invention, the suggestions generated by the server may, at the option of the application developer, be cached on the middle tier or on the client itself to maximize performance.

The present invention provides better protection of valuable data than traditional methods, because the data is not present on the client until the moment it is needed, and can be further protected with the use of user authentication, if necessary.

The present invention is also useful in those situations that require immediate data access, since no history of use needs to be built on the client before data is available. Indeed, data entered into an application by a user can automatically be made available to that user for auto-completion on any other computer, anywhere in the world.

Unlike existing data-retrieval applications, server data can be accessed through a single standardized protocol that can be built into programming languages, user interface components or web components. The present invention can be integrated into and combined with existing applications that access server data. Using content access modules, the present invention can access any type of content on any server.

In the detailed description below, the present invention is described with reference to a particular embodiment named QuestObjects. QuestObjects provides a system for managing client input, server queries, server responses and client output. One specific type of data that can be made available through the system from a single source (or syndicate of sources) is a QuestObjects Service. Other terms used to describe the QuestObjects system in detail can be found in the glossary given below.

QuestObjects is useful for retrieval of almost any kind of string-based data, including the following QuestObjects Service examples:

Intranet Use

Access system for database fields (for lookup and auto-complete services)

Enterprise thesauri system.

Enterprise search and retrieval systems.

Enterprise reference works.

Enterprise address books.

Control systems for sending sensor readings to a server that responds with appropriate instructions or actions to be taken.

Internet Use

Client access to dictionary, thesaurus, encyclopedia and reference works.

Access to commercial products database.

Literary quotes library.

Real-time stock quote provision.

Access to real-time news service.

Access to Internet advertisements.

Access to complex functions (bank check, credit card validation, etc).

Access to language translation engines.

Access to classification schemes (e.g., Library of Congress Subject Headings).

Access to lookup lists such as cities or countries in an order form.

Personal address books.

Personal auto-complete histories.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows a general outline of a system incorporating the present invention.

FIG. **2** shows a schematic of a system in accordance with an embodiment of the invention.

FIG. **3**A shows a variety of stages in the usage of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **3**B shows an expanded view of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **3**C shows an expanded view of a sample Questlet implementation in accordance with an embodiment of the invention.

FIG. **4** shows a sequence diagram illustrating the use of a system in accordance with an embodiment of the invention.

FIG. **5**A shows a first thread flow chart illustrating the interface between an active component and an embodiment of the invention.

FIG. **5**B shows a second thread flow chart illustrating the interface between an active component and an embodiment of the invention.

FIG. **6**A shows a first thread flow chart illustrating the client side of an embodiment of the invention.

FIG. **6**B shows a second thread flow chart illustrating the client side of an embodiment of the invention.

FIG. **7**A shows a first thread flow chart illustrating the server side of an embodiment of the invention.

FIG. **7**B shows a second thread flow chart illustrating the server side of an embodiment of the invention.

FIG. **8**A-**8**B shows an object model of an embodiment of the present invention, displaying the base part.

FIG. **8**C shows an object model of an embodiment of the present invention, displaying the client part.

FIG. **8**D shows an object model of an embodiment of the present invention, displaying the server part.

FIG. **8**E-**8**F shows an object model of an embodiment of the present invention, displaying the service part.

FIG. **9** shows a schematic of an application proxy system that enables the use of the invention in various client environments.

## DETAILED DESCRIPTION

Roughly described, the invention provides a session-based bi-directional multi-tier client-server asynchronous information database search and retrieval system for sending a character-by-character string of data to an intelligent server that can be configured to immediately analyze the lengthening string character-by-character and return to the client increasingly appropriate database information as the client sends the string.

The present invention includes a system that offers a highly effective solution to an important disadvantage of both client-server and Internet systems: The present invention provides a standardized way to immediately synchronize the data entered or displayed on a client system with the data on a server system. Data input by the client is immediately transmitted to the server at which time the server can immediately update the client display. To ensure scalability, systems built around the present invention can be divided into multiple 'tiers' each capable of caching data input and output. Any number of servers can be used as a middle-tier

to serve any number of static or dynamic data sources (often referred to as "Content Engines").

The present invention is useful for an extremely wide variety of applications. It offers a standardized way to access server data that allows immediate user-friendly data feedback based on user input. Data can also be presented to a client without user input, i.e. the data is automatically 'pushed' to the client. This enables a client component to display the data immediately or to transmit it to another software program to be handled as required.

The present invention is also particularly useful for assistance in data entry applications, but can also be used to simply and quickly retrieve up-to-date information from essentially any string-based content source. Strings can be linked to metadata allowing user interface components to display corresponding information such as the meaning of dictionary words, the description of encyclopedia entries or pictures corresponding to a list of names.

In some embodiments, the present invention can be used to create a user interface component that provides a sophisticated "auto-completion" or "type-ahead" function that is extremely useful when filling out forms. Simple, client-side auto-complete functions have been widely used throughout the computing world for many years. As a user inputs data into a field on a form, the auto-complete function analyzes the developing character string and makes "intelligent" suggestions about the intended data being provided. These suggestions change dynamically as the user types additional characters in the string. At any time, the user may stop typing characters and select the appropriate suggestion to auto-complete the field.

Today's client-side auto-complete functions are very limited. The present invention vastly expands the usefulness and capabilities of the auto-complete function by enabling the auto-complete data, logic and intelligence to reside on the server thus taking advantage of server-side power. Unlike the client-side auto-complete functions in current use, an auto-complete function created by the present invention pushes suggestions from the server as the user types in a character string. Using the present invention, the suggestions may be buffered on a middle tier so that access to the content engine is minimized and speed is optimized.

The simple auto-complete schemes currently in popular use (such as email programs that auto-complete e-mail addresses, web browsers that auto-complete URLs, and cell phones that auto-complete names and telephone numbers) require that the data used to generate the suggestions be stored on the client. This substantially limits the flexibility, power, and speed of these schemes. The present invention, however, stores and retrieves the auto-complete suggestions from databases on the server. Using the present invention, the suggestions generated by the server may, at the option of the application developer, be cached on the middle tier or one the client itself to maximize performance.

The present invention provides better protection of valuable data because the data is not present on the client until the moment it is needed and can be further protected with a user authentication mechanism, if necessary.

The present invention is useful for immediate data use, since no use history must be built on the client before data is available. Indeed, data entered into an application by a user can automatically be made available to that user for auto-completion on any other computer anywhere in the world.

Unlike existing data-retrieval applications, server data can be accessed through a single standardized protocol that can be built into programming languages, user interface components or web components. The present invention can be integrated into, and combined with, existing applications that access server data. Using Content Access Modules, the present invention can access any type of content on any server.

In the detailed description below, an embodiment of the present invention is referred to as QuestObjects, and provides a system of managing client input, server queries, server responses and client output. One specific type of data made available through the system from a single source (or syndicate of sources) is referred to as a QuestObjects Service. Other terms used to describe the QuestObjects system in detail can be found in the glossary below:

## Glossary

Active Component—Part of a software program that accesses the QuestObjects system through one or more Questers. Active Components may provide a user interface, in which case they're referred to as Questlets.

AppHost Synchronizer—Part of the QuestObjects Server that allows the Application Proxy access to data in Server Questers.

Application Proxy—An optional method implemented by the QuestObjects Server allowing the use of the QuestObjects system in client systems that do not allow the QuestObjects—Client components to communicate to the application server or web server directly. Uses the AppHost Synchronizer on the QuestObjects Server to send selected strings and metadata to the application server or web server using a QuestObjects Adaptor.

Client Controller—A QuestObjects Controller on a QuestObjects Client.

Client Quester—A Quester on a QuestObjects Client that has a Server Quester as its peer.

Client Session—A temporary container of information needed to manage the lifespan of Server Questers in a QuestObjects Server.

Content Access Module—A part of a Content Channel that provides a standardized API to access specific types of Content Engines.

Content-based Cache—A persistent store of Queries and corresponding Result Sets executed by a Content Engine for a specific Content Channel.

Content Channel—A part of the QuestObjects system that provides one type of information from one Content Engine. Consists of a Query Manager and a Content Access Module, linking a Content Engine to the QuestObjects system.

Content Engine—A dynamic data source that provides data to a Content Channel by accessing its own database or by querying other information systems.

Query Filter—A filter specified by a Query Manager in a specific Service used to tell the Server Quester to interpret incoming strings before they are sent to the Service as a QuestObjects Query.

Query Manager—An intelligent part of a Content Channel that interprets QuestObjects Queries and sends them to a Content Engine (through a Content Access Module) or retrieves results from the Content-based Cache in a standardized way. The Query Manager can also send a list of Query Patterns and Query Filters to the Server Quester, allowing the Server Quester to match and filter new Queries before they are sent to the Content Channel.

Query Pattern—A string-matching pattern (such as a unix-style grep pattern) specified by a Query Manager in a

specific Service used to tell the Server Quester to interpret incoming strings before they are sent to the Service as a QuestObjects Query.

Persistent Quester Store—A dynamic database of Questers that is maintained on the QuestObjects Server, allowing Questers to be stored across Client sessions whereby the state and contents of the Client are automatically restored when a new Client Session is started.

Quester—An intelligent non-visual object contained by an Active Component that links a QuestObjects StringList to an input buffer. Questers exist on both the QuestObjects Client and the QuestObjects Server and can be specifically referred to as Client Quester and Server Quester. Questers communicate with each other through a QuestObjects Controller.

Questlet—A User Interface Element that accesses the QuestObjects system through one or more Questers. A visual Active Component.

QuestObjects Adaptor—An optional software component for existing application servers and web servers that allows these servers to use data entered into the QuestObjects system by users of client systems and web browsers that require an Application Proxy.

QuestObjects Client—Part of the QuestObjects system that functions as the client tier consisting of one or more Client Questers and a Client Controller that communicates to a QuestObjects Server.

QuestObjects Controller—An intelligent non-visual component that provides the interface between Questers on QuestObjects Clients and QuestObjects Servers. QuestObjects Controllers implement the protocol of the present invention.

QuestObjects Query—A string created by the Server Quester with optional qualifier and the requested row numbers forming a query to be executed by a specified QuestObjects Service.

QuestObjects Result Set—A set of StringLists with corresponding Query returned from the QuestObjects Service, returned in batches to the Client Quester by the Server Quester.

QuestObjects Server—Central part of the QuestObjects system that provides the link between any number of QuestObjects Clients, any number of QuestObjects Services, and any number of other QuestObjects Servers. Maintains Client Sessions that QuestObjects Clients communicate with through the Server Controller. Provides services such as caching, replication and distribution.

QuestObjects Service—One of the Content Channels provided by a specific Syndicator. A logical name for a Syndicator, a Content Channel and its corresponding Content Engine.

QuestObjects String—Sequence of Unicode characters with standardized attributes used by the QuestObjects system.

QuestObjects StringList—Container for a set of QuestObjects Strings retrieved from a QuestObjects Service with standardized attributes needed by the QuestObjects System.

QuestObjects User—Person or process accessing the QuestObjects system from the QuestObjects Client, optionally authorized by the Syndicator.

Server Controller—A QuestObjects Controller on a QuestObjects Server.

Server Quester—A Quester on a QuestObjects Server that has a Client Quester as its peer. Syndicator—A part of the QuestObjects system that offers one or more Content Channels to be used by QuestObjects Servers, performing user-based accounting services based on actual data use such as billing, collection of statistics and management of preferences. User Interface Element—A visual and optionally interactive component in a software program that provides an interface to the user.

The present invention provides a system that allows clients or client applications to asynchronously retrieve database information from a remote server of server application. The terms "client" and "server" are used herein to reflect a specific embodiment of the invention although it will be evident to one skilled in the art that the invention may be equally used with any implementation that requires communication between a first process or application and a second process or application, regardless of whether these processes comprise a typical client-server setup or not. The invention includes a Server, that handles requests for information from clients, and a communication protocol that is optimized for sending single characters from a Client to the Server, and lists of strings from the Server to the Client. In one embodiment, as the Server receives a single character from the Client, it immediately analyzes the lengthening string of characters and, based on that analysis, returns database information to the Client in the form of a list of strings. Clients are not restricted to programs with a user interface. Generally, any process or mechanism that can send characters and receive string lists can be considered a client of the system. For example, in an industrial or power supply setting, the control system of a power plant could send sensor readings to the system, and in return receive lists of actions to be taken, based on those sensor readings.

The system's protocol is not restricted to sending single characters. In fact, Clients can also use the protocol to send a string of characters. For example, when a user replaces the contents of an entry field with a new string, the Client may then send the entire string all at once to the Server, instead of character by character.

In accordance with one embodiment of the invention the system is session-based, in that the server knows or recognizes when subsequent requests originate at the same Client. Thus, in responding to a character the Server receives from a Client it can use the history of data that has been sent to and from the current user. In one embodiment, the system stores user preferences with each Service, so that they are always available to the Client, (i.e., they are independent of the physical location of the client). Furthermore, client authentication and a billing system based on actual data and content use by Clients are supported. For faster response, the Server may predict input from the Client based on statistics and/or algorithms.

The system is bi-directional and asynchronous, in that both the Client and the Server can initiate communications at any moment in time. The functionality of the system is such that it can run in parallel with the normal operation of clients. Tasks that clients execute on the system are non-blocking, and clients may resume normal operation while the system is performing those tasks. For example, a communication initiated by the Client may be a single character that is sent to the Server, which responds by returning appropriate data. An example of a communication initiated by the Server is updating the information provided to the client. Because the system is session-based it can keep track of database information that has been sent to the Client. As information changes in the database, the Server sends an updated version of that information to the Client.

Embodiments of the system may be implemented as a multi-tier environment. This makes it scalable because the individual tiers can be replicated as many times as necessary, while load balancing algorithms (including but not limited to random and round robin load-balancing) can be used to

distribute the load over the copies of the tiers. One skilled in the art would appreciate that it is not necessary to replicate the tiers. Indeed, there may be only a single copy of each tier, and that all tiers (Client, Server, and Service) may be running on a single computer system.

FIG. **1** illustrates the general outline of a system that embodies the present invention. As shown in FIG. **1** there may be various Clients **101** using the system. These Clients use a communication protocol **102** to send information, including but not limited to single characters, and to receive information, including but not limited to lists of strings and corresponding metadata. At least one Server **103** receives information from the Client, and sends information to the Client. In a typical embodiment if there is a plurality of Servers, then the system can be designed so that each Client connects to only one of them, which then relays connections to other Servers, possibly using load-balancing algorithms. Servers have a communication link **104** to a Service **105**, which they use to obtain the information that they send to the Client.

FIG. **2** is a schematic illustrating an embodiment of the present invention, and displays a five-tier system that has a user interface in which user interface elements use the present invention to assist the user in performing its tasks. For purposes of illustration, FIG. **2** displays just one session and one content Service. In an actual implementation there may be multiple concurrently active sessions, and there may be more than one content Service that Clients can use. As shown herein, the first of the five tiers is a Client tier **201**. The Client tier contains the user interface and the Client components that are needed to use the system. The second tier is a Server or server process **206**, which handles the queries that Clients execute, and in return displays results to the Client. Service **213**, which corresponds to **105** of FIG. **1**, is a logical entity consisting of three more tiers: a Syndicator **214**, a Content Channel **219** and a Content Engine **224**. The Syndicator provides access to a number of Content Channels and performs accounting services based on actual data use. The Content Channel provides a specific type of information from a specific source (i.e. the Content Engine). The Content Engine is the actual source of any content that is made available through the QuestObjects system. The Client tier **201** corresponds to the client **101** in FIG. **1**. In this example, the Client may be an application (and in some embodiments a web application) with a user interface that accesses the system of the present invention. As used in the context of this disclosure a user interface element that uses the present invention is referred to as a "Questlet." A Client can contain one or more Questlets **202** (e.g. an input field or a drop down list. FIG. **3** described later contains three examples of such Questlets. A Questlet is always associated with at least one Client Quester **203**. Questers are objects that tie a QuestObjects input buffer (containing input from the Client) to a QuestObjects Result Set returned from a QuestObjects Server. Questers exist on both the Client and Server, in which case they are referred to as a Client Quester and a Server Quester, respectively. Every Client Quester has one corresponding Server Quester. In accordance with the invention, any event or change that happens in either one of them is automatically duplicated to the other so that their states are always equal. This synchronization mechanism is fault-tolerant so that a failure in the communication link does not prevent the Questers from performing tasks for which they do not need to communicate. For example, a Client Quester can retrieve results from the cache, even if there is no communication link to the Server. Each single Quester accesses exactly one QuestObjects Service, i.e. one specific Content Channel offered by one specific Syndicator. At initialization of the Client, the Questlet tells its Quester which Service to access. In one embodiment a Service is stored or made available on only one Server within a network of Servers. However, this is transparent to the Client because each Server will forward requests to the right computer if necessary. The Client does not need to know the exact location of the Service.

To communicate with its Server Quester **208**, each Quester in a session uses a controller **204**. The system contains at least one Client Controller **204** and a Server Controller **209**, which together implement the network communication protocol **205** of the present invention. Client Controllers may cache results received from a Server, thus eliminating the need for network traffic when results are reused.

Client Questers are managed by a Questlet, which create and destroy Questers they need. In a similar fashion, Server Questers are managed by a Session **207**. When a Client Quester is created, it registers itself with the Client Controller. The Client controller forwards this registration information as a message to the Session using the Server Controller. The Session then checks if the Persistent Quester Store **210** contains a stored Quester belonging to the current user matching the requested Service and Query Qualifier. If such a Quester exists, it is restored from the Persistent Quester Store and used as the peer of the Client Quester. Otherwise, the Session creates a new Server Quester to be used as the Client Quester's peer.

A Time Server **211** provides a single source of timing information within the system. This is necessary, because the system itself may comprise multiple independent computer systems that may be set to a different time. Using a single-time source allows, for example, the expiration time of a Result Set to be calibrated to the Time Server so that all parts of the system determine validity of its data using the same time.

Server communication link **212** is used by the Server to send requests for information to a Service, and by a Service to return requested information. Requests for information are Query objects that are sent to and interpreted by a specific Service. Query objects contain at least a string used by the Service as a criterion for information to be retrieved, in addition to a specification of row numbers to be returned to the Client. For example, two subsequent queries may request row numbers 1 through 5, and 6 through 10, respectively. A query object may also contain a Qualifier that is passed to the appropriate Service. This optional Qualifier contains attributes that are needed by the Service to execute the Query. Qualifier attributes may indicate a desired sort order or in the example of a thesaurus Service may contain a parameter indicating that the result list must contain broader terms of the Query string. Services use the communication link to send lists of strings (with their attributes and metadata) to Servers. Server communication link **212** is also used by Server Questers to store and retrieve user preferences from a Syndicator's Preference Manager.

Questers use Services to obtain content. A Service is one of the Content Channels managed by a Syndicator. When a Quester is initialized, it is notified by its Active Component of the Service it must use. The Service may require authentication, which is why the Syndicator provides a User Manager **215**. If a Client allows the user to set preferences for the Service (or preferences needed by the Active Component), it may store those preferences using the Syndicator's Preference Manager **216**. The Server (i.e. Server Quester) only uses the Syndicator for authentication and

preferences. To obtain content, it accesses the appropriate Content Channel directly. The Content Channel uses its Syndicator to store usage data that can be later used for accounting and billing purposes. Usage data is stored in a Usage Statistics Store **217**.

Content communication link **218** is used by Content Channels to send usage data to their Syndicator, and to retrieve user information from the Syndicator. The Content Channel is a layer between the QuestObjects System, and the actual content made available to the system by a Content Engine **224**. Each Content Channel has a corresponding Query Manager **220** that specifies the type of query that can be sent to the corresponding Content Engine, and defines the types of data that can be returned by the Content Channel.

Specification of query type comprises a set of Query Patterns and Query Filters that are used by the Server Quester to validate a string before the string is sent to the Content Channel as a QuestObjects Query. For example, a query type "URL" may allow the Server Quester to check for the presence of a complete URL in the input string before the input string is sent to the Content Channel as a query. A query type "date" might check for the entry of a valid date before the query is forwarded to the Content Channel.

The Query Manager optionally defines the types of string data that can be returned to the Client by the Content Channel. Specific Active Components at the Client can use this information to connect to Services that support specific types of data. Examples of string types include: simple terms, definitional terms, relational terms, quotes, simple numbers, compound numbers, dates, URLs, e-mail addresses, preformatted phone numbers, and specified XML formatted data etc.

The Query Manager **220** retrieves database information through a Content Access Module **221**. The Content Access Module is an abstraction layer between the Query Manager and a Content Engine. It is the only part of the system that knows how to access the Content Engine that is linked to the Content Channel. In this way, Query Managers can use a standardized API to access any Content Engine. To reduce information traffic between Content Channels and Content Engines, Content Channels may access a content-based cache **222** in which information that was previously retrieved from Content Engines is cached. Engine communication link **223** is used by Content Access Modules to communicate with Content Engines. The protocol used is the native protocol of the Content Engine. For example, if the Content Engine is an SQL based database system then the protocol used may be a series of SQL commands. The Content Access Module is responsible for connecting the Content Engine to the QuestObjects System.

Content Engines **224** are the primary source of information in the system. Content Engines can be located on any physical computer system, may be replicated to allow load balancing, and may be, for example, a database, algorithm or search engine from a third-party vendor. An example of such an algorithm is Soundex developed by Knuth. Content Engines may require user authentication, which, if required, is handled by the Syndicator (through the Content Access Module).

The invention uses Content Engines as a source of strings. One skilled in the art would understand that a string may, for example, contain a URL of, or a reference to any resource, including images and movies stored on a network or local drive. Furthermore, strings may have metadata associated with them. In one embodiment, strings might have a language code, creation date, modification date, etc. An entry in a dictionary may have metadata that relates to its pronunciation, a list of meanings and possible uses, synonyms, references, etc. A thesaurus term may have a scope note, its notation, its source and its UDC coding as metadata, for example. Metadata of an encyclopedia entry may include its description, references, and links to multi-media objects such as images and movies. A product database may have a product code, category, description, price, and currency as metadata. A stock quote may have metadata such as a symbol, a company name, the time of the quote, etc. Instructions to a control system may contain parameters of those instructions as metadata. For example, the instruction to open a valve can have as metadata how far it is to be opened.

FIGS. **3A**-**3C** contain three examples of the Questlets that can be used with the system, i.e., the User Interface Elements that access the QuestObjects system. In FIG. **3A**, a series of representations of an auto-completing entry field are shown, such as might be used in an application window or on a web form, that accesses a single QuestObjects Service, and allows for auto-completion of, in this example, a U.S. state name. FIGS. **3B** and **3C** depict two different presentation forms of the same complex Questlet that access a number of QuestObjects Services simultaneously.

Users should be able to clearly recognize the availability of QuestObjects Services in an application. As shown in FIG. **3A**, and particularly in the auto-complete entry field example screen element **302**, clear symbols are displayed at the right end of the field. A small disclosure triangle **308** is displayed in the lower right-hand corner, and serves as an indicator to the user that a QuestObject is being used. A reserved space herein referred to as the "status area", and located above the disclosure triangle **301** is used to display information about the state of the QuestObjects system. The successive shots of this screen element **302** through **307** show some of the different kinds of states in this status area. Screen element **302** depicts an empty data field with an empty status area. The screen element **303** shows the same field immediately after the user enters a character "N". On receiving the "N" input, the Questlet immediately checks its internal entry cache for available auto-complete responses. If the cache does not contain a valid string (either because the cache is empty, because the cache is incomplete for the entry character or because one or more cached strings have expired) the QuestObjects system sends a query to the QuestObjects Service. This sending process is indicated by a network access symbol in the status area **304** which is in this embodiment takes the form of a left and right facing arrows.

Screen element **305** shows the entry field after the Server has sent one or more auto-complete strings back to the Questlet. This example situation is typical of these instances in which the user did not enter a second character after the original "N" before the QuestObjects system responded. The QuestObjects system is inherently multi-threaded and allows the user to continue typing during access of the QuestObjects Service. The screen element status area of **305** now displays a small downward facing arrow indicating that there are more available auto-complete answers. In this case, the entry field has displayed the first one in alphabetic order.

Screen element **306** shows the same entry field after the user has hit the down arrow key or clicked on the arrow symbol in the status area. The next available auto-complete response in alphabetical order is displayed. The double up and down pointing arrows in the status area now indicate that both a previous response (in this example, "Nebraska") and a next response are available.

Screen element **307** shows the same entry field after the user has typed two additional characters, "e" and "v". As shown in this example, the status area changes to a check-mark indicating that there is now only one available auto-complete match for the characters entered. The user can at any point use the backspace key on their keyboard (or perform other actions defined in the Questlet) to select different states, or can leave the entry field to confirm his selection. At this time, the system may do several things. It can automatically accept the string "Nevada" and allow the user to move on with the rest of the entry form; or if it has been configured such it may decide to replace the string "Nevada" by the two-character state code. The QuestObjects Service not only returns strings, but also any corresponding metadata. This example of an auto-complete entry field Questlet is based on showing the response string, but other Questlets (and even invisible Active Components) may perform an action invisible to the user. In addition, a response sent to one Questlet can trigger a response in other Questlets that have a pre-defined dependency to that Questlet. For example, entering a city into one Questlet can trigger another Questlet to display the corresponding state. It will be evident to one skilled in the art, that although left, right, up and down arrows are used to indicate usually the status of the QuestObject field, other mechanisms of showing the status within the scope and spirit of the invention.

Interdependent data (which in the context of this disclosure is that data originating from a multitude of QuestObjects Services) can be combined into a complex Questlet. Examples **309** shown in FIG. **3**B and example **313** shown in FIG. **3**C show a complex user interface element (Questlet) that makes multiple QuestObjects Services available to the user. In both examples the upper part of the Questlet is an entry field that may offer the auto-complete functionality described in FIG. **3**A. By clicking on the disclosure triangle **308** shown in the earlier FIG. **3**A (or by another action), the user can disclose the rest of the Questlet, which in this example comprises two functional areas **311** and **312**. In this example, the user interface allows the user to choose a vertical presentation mode **309**, shown in FIG. **3**B or a horizontal presentation mode **313**, shown in FIG. **3**C for the Questlet. A close box **310** replaces the disclosure triangle in the entry field, allowing the user to close areas **311** and **312**. In FIG. **3**C Area **314** shows a certain QuestObjects Service, in this case a list of "Recent Terms" accessed by the user. This Questlet allows the user to select a different QuestObjects Service for area **314** by selecting it from a popup list **319**. In this example, an appropriate second Service might be "Alphabetic Listing".

In both examples of FIGS. **3**B and **3**C, area **312** displays a QuestObjects "Thesaurus Service" (Thesa) that has been selected. Additionally, in FIG. **3**C areas **315** through **318** display four different Questers that take their data from a QuestObjects Thesaurus Service. These Questers all access the same Thesaurus and all have a dependency on the selected string in the main list of area **314**. Once the user clicks on a string in area **314** the thesaurus lists **315** through **318** are automatically updated to show the corresponding "Used For terms" UF, "Broader Terms" BT, "Narrower Terms" NT, and "Related Terms" RT from the Thesaurus Service. Questers **315** through **318** thus have a different Qualifier that is used to access the same QuestObjects Service. It will be evident to those skilled in the art that this example is not intended to be a complete description of features that a thesaurus browser (or any other Service) provides. Most thesauri offer a multitude of term relationships and qualifiers. A Questlet or part of a Questlet may provide access to a multitude of QuestObjects Services. A possible way to do this is to show multiple tabbed panes accessible through tab buttons named after the Services they represent **320**.

Data from the QuestObjects Services can be displayed by a Questlet in many forms. Thesaurus browser Questlets generally display interactive lists of related terms. Questlets can also allow users to lookup data in a reference database (dictionary, encyclopedia, product catalog, Yellow Pages, etc.) made available as a QuestObjects Service. Furthermore, Questlets can access QuestObjects Services that provide a standardized interface to search engines. These search engines may be Internet-based or can be built into existing database servers. Questlets can also access pre-defined functions made available as QuestObjects Services (such as a bank number check, credit card validation Service or encryption/decryption Service). Questlets can even access translation Services allowing on-the-fly translation of entry data. In some embodiments Questlets can retrieve multi-media data formats by receiving a URL or pointer to multi-media files or streaming media from a QuestObjects Service. In other embodiments Questlets can be used to display current stock quotes, news flashes, advertisements, Internet banners, or data from any other real-time data push Service. Questlets can provide an auto-complete or validity checking mechanism on the data present in specific fields or combinations of fields in relational database tables.

As described above, Questlets are well suited to represent QuestObjects data visually. However, a QuestObjects Client system can also contain non-visual Active Components, such as function calls from within a procedure in a program to access a QuestObjects Service. A program that needs to display a static or unchanging list of strings can use a Quester in its initialization procedure to retrieve that list from a QuestObjects Server. By calling a Quester, a stored procedure in a database can make a QuestObjects Service available to any database application. By encapsulating a Quester into an object supplied with a programming language, a QuestObjects Service can be made available to its developers. Another example of how QuestObjects Services may be accessed is through a popup menu that a user can access by clicking on a word, phrase or sentence in a document. The popup menu can include one or more QuestObjects Services by calling one or more Questers. In an application that is controlled by speech, a sound conversion engine that translates speech input into phonemes can be used to send these phonemes to a QuestObjects speech recognition Service through a Quester. As yet another example, a control system can use a Quester to send sensor readings to a Server, which then queries a special purpose content engine to return actions that the control system must perform given the sensor readings.

FIG. **4** shows a simplified event life cycle illustrating what happens in a QuestObjects system using an auto-complete Service. The protocol of the present invention is implemented in the Client Controller and the Server Controller **400**. In an initial phase an Active Component on the Client tells its Quester to start or initialize **401** a corresponding Client Session on the current QuestObjects Server by sending a Register message to its Client Controller. The Server Controller starts a Client Session if it has not been started already. For simplicity the event trace of FIG. **4** does not show typical error handling that normally occurs, for instance when a Session cannot be started. If the Quester was used before in the same Active Component and application, the Session may restore the Quester from a Persistent

Quester Store, which may even cause a Query to be triggered immediately if the Result Set in the Quester is out of date.

The Server Quester looks up the Service in the Server's list of known QuestObjects Services, which may or may not be located on the same computer. Once the Service is found, the Client is registered and optionally authenticated by the Service. At this time, the Service **402** returns information to the Server Controller at which time the Client receives a confirmation that it was registered successfully. The Active Component can now start using the Quester it has just initialized. If the Active Component has a user interface (i.e. it is a Questlet) then it will now allow the user to start entering characters or cause other user events.

The next step in the process is to capture user input. As shown in FIG. **4**, at point **403** a character event is generated to indicate the user has typed a character into the Questlet. The Quester sends a message to its Client Controller telling it that character must be appended to the input buffer (it will be evident to one skilled in the art that if the cursor is not at the end of the input string, typing would, for example, generate a different event to insert the character instead of append it). The Client Controller uses the protocol to synchronize the input buffer in the Server Quester by communicating to the Server Controller. The Server Controller may look up query in its Result Set cache, in which case it can return a previous Result Set to the Client without accessing the Service. Also, depending on any rules specified by the Service (as specified by a list of Query Patterns and Query Filters defined in the Query Manager of the Content Channel) and depending on the time interval between input buffer changes, the Server Quester may decide not to immediately send the (perhaps incomplete) string to the Service, as shown here.

An additional character event **404** is generated when the user has typed a second character 'b' into the Questlet. As before, a corresponding event arrives at the Server Quester. In this case, the Server Quester may deduct that the input string represents a valid query and send the appropriate query message 'ab' to the Service. After receiving a query, the Service executes it by accessing its Content Engine through the Content Access Module unless the Query Manager was able to lookup the same Query with a Result Set in the Content-based Cache. After an appropriate Result Set **405** is retrieved, the Service will return it to the Client. In some embodiments, a large Result Set may be returned to the Client in small batches. In other embodiments an incomplete Result Set may also be returned if the Content Engine takes a long time to come up with a batch of results. A QuestObjects Service may automatically 'push' updated information matching the previous query to the Client as it becomes available. A Query can also be set to auto-repeat itself **406** if necessary or desired.

At step **407** the user types a third character 'c' into the Questlet. While this character is being sent to the Server, a second and possibly third result set from the previous query is on its way to the Client. When the Client Controller decides **408** that the received Result Set 'ab' no longer matches the current input string 'abc', the second update of 'ab' is not transmitted to the Active Component. Depending on the sort order and sort attributes of the Result Set, the Client Controller may still send the second and third Result Sets to the Active Component if the second query 'abc' matches the first string of the Result Set for the first query 'ab' **409**. In that case, the user typed a character that matched the third character in the second or third Result Set, thus validating the Result Sets for the second query. Eventually the Server Quester receives notice of the third character appended to the input buffer, and sends a new query 'abc' to the Service. The Server Quester will stop the 'repeating' of query 'A' and the Service will now execute **410** the new query 'abc' at the Content Engine, or retrieve it from the Content-based Cache.

FIG. **5** depicts a flow chart illustrating the interface between an Active Component and the present invention. As shown therein a Client Quester is initialized (step **501**) in which each active component is associated with one or more Client Questers. A loop is then entered that exits when the Active Component is destroyed (step **502**). In the loop, events are sent to the Client Quester (step **503**), such as keyboard events, click events and focus events (i.e. events that tell the system which user interface element currently has input focus). When events are sent to the Client Quester, they may result in return events from the Client Quester, such as events informing that the Result Set of the Client Quester has changed. Those events are received by the event receiver (step **504**). The event receiver waits for events from the Client Quester (step **506**) and—if events have been received (**507**)—processes them (step **508**). It will be evident to one skilled in the art that the Active Component can be multi-threaded, in that the event receiver can work concurrently with the rest of the Active Component. The Active Component may also use a cooperative multithreading scheme where it actively handles client events and server responses in a continuous loop.

FIG. **6** shows a flow chart illustrating the Client side of the present invention. First, the Client Quester registers itself with the Client Controller (step **601**). It then enters a loop that exits when the Client Quester is destroyed (step **602**). When that happens, the Client Quester deregisters itself from the Client Controller (step **603**). During the loop the Client Quester handles events from the Active Component it belongs to. First, it waits for an event and receives it (step **604**). Then the type of the event is checked (step **605**). If it is not a character event, it is handled depending on the type and content of the event (step **606**). An example of a non-character event is a double-click on the input string, the click of a button that clears the input buffer, the addition of characters to the input buffer by a paste-action etc. If the event is a character event, the input buffer is updated accordingly and Client Questers that have dependencies with the input buffer or the Result Set also are notified (step **607**).

The next step is to get results based on the new input buffer. First, the Client Quester checks if the results are present in the client-side cache, which usually is a fast short-term in-memory buffer (step **608**); if so, they are retrieved from the cache (step **609**) and the Active Component is notified of the results (step **610**). If the results are not found in the cache, the Client Quester uses the Client Controller to send the new input buffer to the Server Quester, so that a new query can be executed (step **611**). To support this, the protocol of the present invention provides a number of messages that allow the Client Quester to send just the changes to the input buffer, instead of sending the entire input buffer. These messages include but are not limited to: inputBufferAppend, inputBufferDeleteCharAt, inputBufferInsertCharAt, inputBufferSetCharAt, inputBufferSetLength, and inputBufferDelete. After thus updating the Server Quester's input buffer, the Client Quester activates the result retriever to wait for new results and process them (step **612**).

The Client Quester is intended to be multi-threaded, so that it can continue providing its services to its Active Component while it waits for results from the QuestObj ects

Server. Therefore, the Result Retriever can be implemented to run in a separate thread of execution. In this embodiment the Result Retriever waits for results from the Server Quester (step **613**). If results have been received (step **614**), it checks whether they are usable (step **615**). Results are usable if they correspond to the latest query. If results are from a previous query (which can occur because the system is multi-threaded and multi-tier), they may also still be usable if the Client Quester can filter them to match the new input buffer (this depends on the sort flags in the Result Set). If results are usable, the Active Component is notified of the new results. This notification is also sent to other Client Questers that have dependencies on the originating Client Quester (step **616**). Received results are stored in the client-side cache, regardless of whether they were found to be usable (step **617**).

FIG. **7** is a flow chart illustrating the Server side of the present invention. The first thing a Server Quester does when it is created, is to check whether its attributes can be restored from the Persistent Quester Store (step **701**), based on the parameters with which it is created. If the attributes can be restored, they are restored and registered with its corresponding Service (step **702**). In accordance with one embodiment, one of the restored attributes is a Result Set attribute; the Server Quester checks whether it is still up to date (step **703**). If not, a query is sent to the corresponding Service if it is a pushing service or if the Query was originally set to be auto-repeating (step **704**) and (in a separate thread of execution) the Server Quester waits for the results of that query and processes them (step **705**).

If the Server Quester's attributes could not be restored, it initializes itself and registers itself with the correct service which is one of the initialization parameters (step **706**). If the Client Quester was created with a default input buffer, the Server Quester may automatically send the corresponding Query to the Service. At this point, the initialization process is complete and the Server Quester enters a loop that exits when the Quester is destroyed (step **707**). During the loop, the Server Quester checks whether the Query String is valid, using the validation attributes of the Service (Query Pattern and Query Filter) (step **708**). If the query is valid, the Server Quester checks if the server-side cache has the results for the Query String (step **709**). If not, a new Query is sent to the Service (step **710**). After that, the results are retrieved (either from cache or from the Service) and processed (step **711**).

After validating (and possibly processing) the Query String, the Server Quester waits for messages from the Client Quester notifying of changes to the input buffer (step **712**). If such a message is received, the input buffer is updated accordingly (step **713**), and the loop is re-entered (step **708**).

The processing of query results is performed in a separate thread of execution. The process performed in this thread starts by obtaining the Result Set (step **714**), either from the server-side cache or from the Service depending on the result of the decision in step **709**. When these results are obtained (step **715**), they are sent to the Client Quester (step **716**) either as part of the Result Set or as the entire Result Set, depending on parameters set by the Client Quester and are stored in the server-side cache (step **717**). In addition, the Service is notified of actual results that have been sent to the client (step **718**). If the results were pushed by the Service (step **719**), this thread starts waiting for new results to be processed; otherwise, the thread stops.

FIGS. **8**A-**8**F illustrates and object model of an embodiment of the present invention. FIG. **8**A-**8**B illustrates the base portion of the model containing the entities that are not specific to either QuestObjects Clients, QuestObjects Servers, or QuestObjects Services. FIG. **8**C displays the entities that are specific to the QuestObjects client. FIG. **8**D contains the entities specific to the QuestObjects Server. FIG. **8**E-**8**F shows the entities specific to the QuestObjects Service.

Each of FIGS. **8**A through **8**F shows object models of one particular embodiment of the present invention, using UML (Unified Modeling Language) notation. Note that in the figures some of the entities have a name that starts with one of the words 'base', 'client', 'server', and 'service', followed by two colons. Those entities are merely references to entities in the subfigure indicated by the word before the two colons. For example, the entity named 'service::QoService' in FIG. **8**A-**8**B is a reference to the 'QoService' entity in the figure of the service part, namely FIG. **8**E-**8**F. It will be evident to one skilled in the art that the model shown is purely an illustrative example of one embodiment of the invention and that other models and implementations may be developed to practice the invention while remaining within the spirit and scope of the this disclosure.

The base part of the system—depicted in FIG. **8**A-**8**B-comprises entities that are not specific to one of the tiers of the QuestObjects system. One of the most important entities shown in FIG. **8**A-**8**B is QoString, the QuestObjects String. QoString models the strings that the QuestObjects System handles. A QoString has at least a value, which is the sequence of (Unicode) characters itself. To guarantee a minimum performance level, i.e. one in which the communication takes as little time as possible, this value has a limited length (e.g. of 256 characters). Furthermore, a QoString may have a key and metadata. The key (if any is present) is the identifier (i.e. the primary key) of the QuestObjects String in the database from which it originates. This key can be used to retrieve data from the database that is related to the QuestObjects String. Metadata of a QoString can be any additional data that is provided with the QoString's value. Metadata of a QoString is XML formatted and has a limited length (e.g. 2048 bytes), in order to ensure that QoStrings can be exchanged between the tiers of the QuestObjects System without compromising efficiency. If the QoString originates from a Content Channel, it may also have a fetchTime, namely the timestamp of when the QoString was retrieved from the underlying content provider. It also may have an expirationTime indicating how long the data in the QoString is to be considered valid. Optionally a QoString can have a type, which is a reference to a QoType object. (Note that for maximum efficiency the types are not actually stored in the QoStrings, because it is very likely that many QoStrings in a QoResultSet have the same type. Storing the types in the strings would unnecessarily increase network traffic.)

The QoType object models the concept of a string's type. It has a string typeString that contains the description of the type and an indicator typeIndicator that defines the meaning of the description (typeString). Examples of string types are: the DTD or Schema of the string's value in these cases in which it is XML formatted (or, alternatively, the URL of the DTD or Schema), the number formatter in the case it is a number, and the date (and/or time) formatter in the case it is a date (and/or time). Table 1 shows an example of the use of types, especially type indicators.

| Value of typeIndicator | Meaning of typeString |
|---|---|
| 0 | typeString contains the name of the type |
| 64 | typeString contains a string formatter |

-continued

| Value of typeIndicator | Meaning of typeString |
|---|---|
| 65 | typeString contains a number formatter |
| 66 | typeString contains a date formatter |
| 128 | typeString contains a DTD |
| 129 | typeString contains a Schema |
| 160 | typeString contains the URL of a DTD |

In the example shown in Table 1, bit 7 of the typeIndicator is on if typeString is XML related, bit 6 is on if typeString is some formatter, and bit 5 is on when typeString is a URL. This name must follow the same naming scheme as Java packages: They must use the Internet domain name of the one who defined the type, with its elements reversed. For example, custom types defined by MasterObjects would begin with 'com.masterobjects'.

The QoQuery entity models the specification of a QuestObjects Query. It includes a queryString that contains the value the Content Channel is queried for (which is named queryString in the figure). In addition to the queryString, QoQuery has a property 'qualifier' that can hold any other attributes of the query. The format and meaning of the qualifier's contents is defined by the Content Channel that executes the query. Furthermore, it can be specified which row numbers of the total result set must be returned using the property 'rownums'. The property 'requestedTypes' can optionally hold a list of QoTypes, limiting the types of the strings that will result from the query. The 'timeout' property can be used to specify a maximum amount of time execution of the query may take.

Queries may include a type (QoQuerytype). Query types are similar to QoType (i.e. String Types), and can be used by QuestObjects Clients to find all QuestObjects Services that support a certain kind of Query.

The result of a query is represented by the QoResultSet entity. QuestObjects Result Sets are collections of QuestObjects Strings that are sent from a QuestObjects Server to a QuestObjects Client in response to a query. QoResultSets are created and filled by a QuestObjects Service (to which QoResultSet has a reference named 'service'), based on the QoQuery to which the QoResultSet has a reference. Actual results are stored as an array of QoStrings in the 'strings' property. Elements of the QuestObjects Result Set (i.e. QoStrings) may be selected, as indicated by the 'selected' property that is a list of indices in the strings array of selected strings. Also, one of the QoStrings may be marked as current as indicated by the 'current' property. (When a QoString is marked as current it means that all operations are performed on that QoString, unless another one is explicitly specified.) QuestObjects Result Sets include an attribute 'ordered' that indicates whether the QoStrings in the QoResultSet are ordered. Sometimes, especially when a QuestObjects Result Set is narrowed down by a new Query, the fact that the QoResultSet is ordered may mean that the QuestObjects Client does not need to actually execute a new Query; instead, it can filter the previous QuestObjects Result Set itself according to the new queryString.

As further described below, Server Questers may have a QuestObjects Result Set, of which only a part is sent to the QuestObjects Client. At all times, the 'rownums' property of QoResultSet indicates the row numbers of QoStrings that are actually present in the QoResultSet. The rownums property may have different values for corresponding QoResultSets on the QuestObjects Server and the QuestObjects Client. The same holds for the 'strings' property. The 'complete' property is the percentage of the QoStrings in the server-side QoResultSet that is present in the corresponding client-side QoResultSet as well. The property 'totalNumberOfStrings' indicates the total number of QoStrings in the QoResultSet, whether actually present or not. For server-side QoResultSets this number is always equal to the length of the 'strings' array, but for client-side QoResultSets the number may be smaller.

Finally, result sets include an identifier 'resultSetId'. Every time a Client Quester uses the protocol of the present invention to send something to the Server Quester that may result in a new QuestObjects Result Set, it includes a request identifier. This identifier is then copied in the resultSetId when the QuestObjects Result Set is sent to the Client Quester. In this way Client Questers know which request the QuestObjects Result Set belongs to. (This is important because the system is asynchronous and on occasions it may occur that a newer QuestObjects Result Set is sent to the client before an older one. The request identifier and QuestObjects Result Set identifier allow the Client Quester to detect and handle this.)

The core entity in the figure is QoQuester. QoQuester is the superclass of both QoClientQuester (part of the client and thus depicted in FIG. **8**C) and QoServerQuester (depicted in FIG. **8**D). The QoQuester entity models the Quester concept. Its primary task is to maintain an input buffer, to make sure that QuestObjects Queries are executed and to store and provide access to the QuestObjects Result Sets returned by QuestObjects Services in reply to QuestObjects Queries. At all times, a QoQuester holds one QoResultSet that contains the results of the latest QuestObjects Query. (Note that a QoQuester may hold other QoResultsSets as well, for example for optimization purposes.) Client Questers and Server Questers exist in a one-to-one relationship with each other: for every Client Quester there is exactly one corresponding Server Quester, and vice versa. All properties listed in QoQuester are present and equal, both in the Client Quester and in the corresponding Server Quester. An important exception is the resultSet property. In the Server Quester, this is always the entire QuestObjects Result Set of the latest Query. However, in order to minimize network traffic the Server Quester is intelligent about the portion it actually sends to the Client Quester. Questers include a property 'minimumBatchTime' that indicates the minimum amount of time that should pass before the Server Quester sends results to the Client Quester. This allows the Server Quester to accumulate results and send them as a single action instead of as a separate action for each result. There are two situations in which the Server Quester may ignore this minimum batch time:

(a) when the result set is complete before the minimum batch time has passed, and

(b) when the number of accumulated results exceeds the number indicated by the 'resultSetBatchSize' property before the minimum batch time has passed.

If, for whatever reason, the Server Quester postpones sending the accumulated results to the Client Quester, the (optional) 'maximumBatchTime' property indicates how long it may postpone the sending. Even if no results are available yet, when the maximumBatchTime passes, the Server Quester must notify the Client Quester thereof.

Results are sent to the Client Quester in batches, the size of which is indicated by the 'resultSetBatchSize' property. Occasionally, the Server Quester may deviate from this batch size, notably when the number of results that is not present on the client is smaller than the batch size or when

the maximumBatchTime has passed. This concept can be taken even further, for example when the batch size is 10 results and the Server Quester has 11 results, the Server Quester may send them all, even though it exceeds the batch size, because sending one extra result with the other 10 is probably more efficient than sending a single result in a separate batch at a later point. The Server Quester can use the 'clientMaximumLatency' to make such decisions; it indicates the maximum expected amount of time that elapses between sending a message and receiving its response. The higher this value, the more likely it is that sending the eleventh result with the other ten is more efficient.

Questers include an input buffer. The content of the input buffer is what the QuestObjects Service will be queried for. In the Client Quester, the input buffer is controlled by the application that uses the QuestObjects system. For example, an application with a graphical user interface may update the input buffer according to key presses in one of its input fields. The Client Quester keeps the input buffer of its corresponding Server Quester up to date using the protocol of the present invention.

Properties 'highestReceivedResultSetId' and 'latestRequestId' are used to detect when QuestObjects Result Sets are received out of order. As with the 'resultSetId' property of the QoResultSet, every QuestObjects Result Set includes an identifier. The 'highestReceivedResultSetId' property stores the highest of all received QuestObjects Result Set identifiers. If a Client Quester only needs the latest results, it can simply discard received QuestObjects Result Sets that have a lower identifier than 'highestReceivedResultSetId'. The 'latestRequestId' is the identifier of the latest request. The QuestObjects Result Set with an identifier that matches 'latestRequestId' holds the results of the latest request.

The remaining properties of QoQuester store the QuestObjects Service the Quester uses (service), the optional qualifier that Queries to this QuestObjects Service need (qualifier), the types the Quester can handle (types), whether an application proxy is needed, and the optional function of the Quester in the application ('applicationFunction', used by the application proxy mechanism to determine how the value of the Quester is to be passed to the application/web server). In addition, if the update interval property 'autoUpdateInterval' is set to a non-zero value, the Server Quester will automatically repeat the last Query with that interval. This is useful for QuestObjects Services that are not capable of pushing results themselves. A mechanism is required to allow any other entity to be notified of changes in the Quester. There are many ways this can be done. As an example in the embodiment shown in FIGS. **8**A-**8**D an event mechanism is included that involves event listeners and event handlers, very similar to the Java2 event mechanism. An entity that wants to be notified of changes must implement the QoQuesterChangeListener interface and then be added to the Quester's 'changeListeners' property (using the method 'addQuesterChangeListener'). When the Quester changes, it will call the 'questerChanged' method of all registered QoQuesterChangeListeners with a QoQuesterChangeEvent as a parameter. The QoQuesterChangeEvent holds a description of the changes of the Quester; it has a reference to the Quester that raised the event and an event type. In FIG. **8** three event types are displayed (INPUT BUFFER CHANGED indicates that the Quester's input buffer has changed, RESULT SET CURRENT CHANGED indicates that the current item of the Quester's Result Set has changed, and RESULT SET SELECTED CHANGED indicates that the list of selected results in the Quester's Result Set has changed). More event types can be added as desired.

Another important entity in FIG. **8**A-**8**B is QoController. QoController is the entity that implements the protocol of the present invention. In addition, it knows how to buffer usage statistics and also handles the caching of result sets. QoController includes two subclasses (QoClientController and QoServerController), depicted in FIG. **8***b* and FIG. **8***c*, respectively. Buffering of usage statistics is an optimization that eliminates the need of exchanging usage data between the layers of the system every time a result is used. Instead, the QuestObjects Controller buffers that data and flushes the buffer when the statisticsBufferFlushTime has passed. Caching is an optimization as well. Caching is done by the QoResultsCache entry, to which the QuestObjects Controller has a reference. The QoResultsCache has a list of cached entries ('resultsCacheEntries'). The entry of the cache is modeled as QoResultsCacheEntry, an entity that has a list of QuestObjects Result Sets for combinations of query strings and qualifiers (as defined in QoQuery).

The last entity in FIG. **8**A-**8**B is QoQueryValidator. QoQueryValidator is an abstract class that defines the method 'is Valid'. This method has a query string as a parameter and returns either 'true' or 'false'. QuestObjects Services may declare and publish a QoQueryValidator. By doing so, they allow the QuestObjects Server to verify the validity of a query string without actually having to send it to the QuestObjects Service, thus eliminating network traffic for invalid query strings.

FIG. **8**C displays the minimal entities every QuestObjects Client must have. Every client of the QuestObjects System at least has a Client Controller QoClientController. QoClientController is a subclass of QoController that implements the client side of the protocol of the invention. Applications using the QuestObjects System do so through Client Questers, modeled as QoClientQuester. QoClientQuester is the subclass of QoQuester that implements client-specific Quester functionality. The figure contains the entity 'ActiveComponent'. It represents some entity that uses the QuestObjects System through one or more Client Questers.

FIG. **8**D shows the server part of the embodiment of the present invention, and includes the QoServerQontroller, one of the subclasses of QoController. QoServerController implements the server-side part of the protocol of the present invention. In addition, it maintains a list of sessions running on the server, and it has references to a Persistent Quester Store, an optional Service Directory and a list of optional Application Host Synchronizers. For security reasons, one implementation of the QuestObjects System may require that only certified clients can connect to the system. A boolean 'requiresCertification' indicates this.

The QuestObjects System is session-based. This means that clients that use the system are assigned to a session, modeled by the QoSession entity. Every session has a unique identifier, the 'sessionId'. The QoSession entity maintains a list of Server Questers that are active in the session (stored in the 'serverQuesters' property). Furthermore, it has a reference to the Server Controller through which a QuestObjects Client is using the session.

QoServerQuester is the server-side subclass of QoQuester. It includes a reference to the session it is being used in (the 'session' property). Furthermore, when the QuestObjects Service that the Quester uses has a Query Validator, QoServerQuester has (a reference to) a copy of that Query Validator, so that query strings can be validated before they are actually sent to the QuestObjects Service.

The QoPersistentQuesterStore is an entity that is able to store a user's session and to restore it at some other time, even when the session would normally have expired or even when the same user is connecting from a different client machine. To this end, QoServerQuester has two methods 'store' and 'restore'. The first, 'store', returns a QoStoredQuester, which is a (persistent) placeholder of the Server Quester that contains all relevant data of that Server Quester. The second, 'restore', needs a QoStoredQuester as an argument. The two are each other's inverse, which means calling 'store' on a QoServerQuester and then calling 'restore' on the result creates a new QoServerQuester that is an exact copy of the original QoServerQuester.

QoServiceDirectory acts as a Yellow Pages or directory of QuestObjects Services. For each QuestObjects Service it stores the name and address, as well as the address of the QuestObjects Server through which the Service can be accessed. Furthermore, Services' profiles are additionally stored to allow clients to find all QuestObjects Services satisfying desired criteria.

Finally, QoAppHostSynchronizer is the AppHost Synchronizer. QoAppHostSynchronizer has its address as a property ('appHostAddress').

FIG. **8**E-**8**F depicts the service part of the embodiment of the present invention. Content is disclosed through Content Channels (the QoContentChannel entity). Content Channels use Content Access Modules (QoContentAccessModule) to obtain their data in a standardized way, so only the Content Access Module knows how to communicate with the underlying data source. Content Channels are organized in Syndicators (the QoSyndicator entity), and each syndicator includes a list of Content Channels. Each Quester in the QuestObjects System uses a specific Content Channel of a specific Syndicator. This is called a QuestObjects Service, namely one of the Content Channels of a Syndicator. The property 'subscriptionRequired' indicates whether the user needs to be a registered user to be allowed to use the Service. If it is false, only users listed in 'users' may use the Service. Users can be subscribed to QuestObjects Services, which is modeled by the QoSubscription entity. Statistics are kept per Content Channel using the QoUsageStatisticsStore entity. Content Engines optionally have a Query Validator that the QuestObjects Server may use to validate Query Strings before sending them off to the QuestObjects Service. In addition, Content Channels have a profile that consists of a Content Channel's description, a list of types (QoType) of QuestObjects Strings the Content Channel can provide, an optional list of DTDs of that metadata of QuestObjects Strings from the Channel conforms to, and an optional list of Query Types the Content Channel accepts.

QuestObjects Servers communicate with QuestObjects Services through the QoServiceSession. The QoServiceSession has a static reference to the QuestObjects Service it belongs to, as well as a static array of IP addresses of QuestObjects Servers that are allowed to connect to the QuestObjects Service. In some versions of the QoServiceSession the array of IP addresses can be replaced by a list of addresses and netmasks, or by IP address ranges. Every instance of QoServiceSession has the IP address of the server that is using the session (serverAddress), a connectionTimeout indicating the maximum period of idle time before the Service Session is automatically ended, and a serviceSessionId that can be used to refer to the Service Session.

As described above, a QuestObjects Service is one of the Content Channels of a Syndicator, so QoService has a reference to both ('syndicator' and 'contentChanner'). The property 'listable' indicates whether the Service may be listed in a Service Directory (server::QoServiceDirectory). If not, the Service can only be used if the application writer (i.e. the programmer using the QuestObjects to develop an application) knows that it exists and where it is available. The property 'name' is the Service's name, used in the Service Directory amongst others. This name must use the same naming scheme as the names of custom types. The boolean 'subscriptionRequired' indicates whether users must be subscribed (modeled by QoSubscription) to the Service in order to be allowed to use it. If the Content Engine of this Service's Content Channel requires login, 'contentEngineLoginName' and 'contentEngineLoginPassword' are the name and password with which is logged in. Finally, 'pricingInfo' contains information about the costs involved in using the Service. It is formatted as XML, conforming to a well-defined structure (i.e. DTD or Schema).



A Content Channel has a name (the 'name' property) and a profile (QoContentChannelProfile). The profile provides information about the Content Channel, namely about the Query Types it accepts ('queryTypes'), the types of the Strings it can provide ('types'), and the DTDs that QuestObjects Strings' metadata conforms to. In addition, it has a textual 'description' of the content the Content Channel discloses.

Content Channels also have properties that define the criteria Query Strings have to satisfy. The property 'queryStringMinLength' defined the minimum length a valid query has. Alternatively or additionally, 'queryStringRegularExpressions' may contain a list of regular expression describing valid Query Strings (meaning that Query Strings have to match at least one of the regular expressions). The property 'queryStringFilters' may hold a list of regular expressions and replacement strings that can transform Query Strings in a well-defined manner (for example the way the standard UNIX utility 'sed' does it). Instead of using these three properties, Content Channels may define a QoQueryValidator (described above in FIG. **8**A). If there is a Query Validator, 'queryStringMinLength', 'queryStringRegularExpressions', and 'queryStringFilters' are ignored.

As described above, Syndicators may have a list of users. Users (QoUser) have a name and a password, as well as a list of subscriptions (QoSubscription). QoSubscription models a user's subscription to a Service (the 'service' property). The properties 'startDate' and 'expirationDate' define the time frame during which the subscription is valid. Outside that time frame the user will be denied access through the subscription. The maximum number of queries the user may run in the Service is stored in the 'queryLimit' attribute. The 'queryLimitReset' defines when the query counter is reset. For example, if queryLimit is 10 and queryLimitReset is 7 days, the user may run 10 queries per week. (If queryLimit equals zero the number of queries is unlimited and queryLimitReset is ignored.) The property 'resultLimit' stores the maximum number of results the user may receive from the subscription. Similar to 'queryLimitReset', 'resultLimitReset' defines how often the result counter is reset. If 'resultLimit' equals zero the number of results is unlimited and 'resultLimitReset' is ignored. The property 'pushAllowed' indicates whether the user may use the Service in pushing mode. If so, 'pushIntervalLimit' indicates the minimum amount of time that has to pass between two pushes. A 'historyAllowed' variable indicates whether a history is kept of the use of the subscription; if so, 'historyLimit' indicates the maximum size of the history. If the maximum size is exceeded, the oldest history data is deleted so that the size of the history is below the maximum size again. If

'historyLimit' equals zero, the size of the history is unlimited. Finally, a 'usageAnonymous' variable indicates that the QoUsageRecords that are generated for this subscription must not contain user information (this is necessary because of privacy issues).

If 'keepServiceStatistics' is true, then the QoUsageStatisticsStore can store three kinds of statistics:

statistics about Strings that have been displayed on the client; the 'keepClientDisplayedStatistics' indicates whether this kind of statistics are kept.

statistics about Strings that have actually been selected on the client; the 'keepClientSelectedStatistics' indicates whether this kind of statistics are kept.

statistics about Strings that have a used on the client; the 'keepClientUsedStatistics' indicates whether this kind of statistics are kept.

The Client Quester determines the exact meaning of the three kinds of statistics. In the case of web applications, a string is generally considered displayed when the Client Quester accesses it in its QuestObjects Result Set. It is considered selected when a new Query is executed with the String as Query String. It is considered used when the form on which the Client Quester is active is submitted with that String. The actual data is stored as a list of QoUsageRecords in the property 'records'.

A QoUsageRecord holds usage information about a QuestObjects String or a number of QuestObjects Strings. If, in one Service Session, a Quester gets the same Result Set more than once (consecutively), the usage data of each of the Strings in the Result Set is grouped in one QoUsageRecord. However, if 'stringKey', 'stringValue', 'rowInResultSet', or 'totalRowsInResultSet' changes, a new QoUsageRecord must be used from that point on. The properties of QoUsageRecord mean the following:

stringKey: if available, this is the unique key of the QuestObjects String as provided by the Content AccessModule.

stringValue: the value of the QuestObjects String.

rowInResultSet: the row of the QuestObjects String in its QuestObjects Result Set.

totalRowsInResultSet: the number of rows the QuestObjects String's Result Set had.

dateReturnFirst: the timestamp of the first time the QuestObjects String was returned by the Content Channel.

dateReturnLast: if the QoUsageRecord represents a group of usage events, this is the timestamp of the last event.

clientDisplayed: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be displayed.

clientSelected: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be selected.

clientUsed: indicates whether the QuestObjects Client that received the QuestObjects String considers it to be used.

applicationName: the name of the application to which the Quester that received the QuestObjects String belongs.

appliationFunction: the function (if available) of the Quester that received the QuestObjects String.

activeComponentId: the identifier of the Active Component that received the QuestObjects String.

user: the identifier of the user that saw/selected/used the String. If the user's subscription has 'false' as value of 'usageAnonymous', then this property is empty.

Queries are executed by QoQueryExecutors. A Query Executor has a reference to the Service Session in which the Query is executed, it has a reference to the Query itself, and it also has a reference to the Server Quester that has the Query executed. This reference may be a remote object when Corba is being used, for example. If some proprietary protocol is used, it may just be the unique identifier of the Server Quester.

FIG. **9** shows a method for using the present invention in systems that have limited technical capabilities on the Client side, such as, for example, web browsers with embedded Java applets. If developers of client systems have not integrated Client components of the present invention into their client software, then Client components needed for the present invention must be present as Plug-Ins, DLL's, or an equivalent device, or they must be downloaded to the client computer as applets. These applets can be written in the Java language, when they are needed. For security reasons, such Client systems including web browsers usually do not allow 'foreign' software (i.e. software that is not an integral part of the web browser) to influence or change data entered by the user before it is sent to the application server (in this case the web server). Without an additional infrastructure on the server side, the present invention could not easily be used to enter data by users of systems with such limited technical capabilities on the client, because data entered and selected using the present invention would not be communicated to the existing application/web server. However, the modified invention and method described in FIG. **9**, referred to as an Application Proxy, offers a solution.

Although the system depicted in FIG. **9** can be used to support clients in practically any server-based application server, and particularly in the case of a web server hosting an application used by end users to enter data that is partially retrieved using the present invention, the system is not limited to the web. The system provides an ideal solution for current web-based applications that consist of web browsers **903** on the client side and web host computers **901** with web server software **917** on the server side. To allow the web server **917** to access data selected using the present invention, this system provides a link between the web server and the QuestObjects Server **902**. In this case, QuestObjects Server acts as a data-entry proxy between the existing client system (web browser) and the existing web server. Data entered by the client is submitted to the QuestObjects Adaptor instead of to the web server. The QuestObjects Adaptor then fills in the values of the Questers and passes the data to the web server. An Application Proxy is not required if the QuestObjects Client components can directly insert data into the client entry form on the web browser, as is the case on certain platforms that allow integration between Java applets or other components and JavaScript in the web browser.

In FIG. **9**, the web server runs on a host computer **901** typically associated with a fixed IP address or an Internet host name. The web server is accessed by any number of clients using web browsers **903**. To allow users to enter data and send data to the server, web pages make use of HTML forms **904**. To use the present invention, user interface elements such as entry fields in these HTML forms are associated with Questers **905** in the form of browser Plug-Ins or Java Applets. Through a QuestObjects Controller **906** those Questers allow the user to access one or more QuestObjects Services hosted by a QuestObjects Server **902** using the protocol of the present invention **907**. The Server Controller **908** forwards user actions generated in the Client Questers **905** to their corresponding Server Questers **909** that thus are always aware of data selected in the Client. When a Server Quester is first activated, it checks whether it is being used by a client system that requires the use of an Application Proxy. If the answer is yes, then the Quester creates a corresponding AppHost Synchronizer **911** that

contacts the QuestObjects Adaptor **914** on the host computer **901** using a standardized protocol **915**. The QuestObjects Adaptor then knows which QuestObjects Server to contact to retrieve QuestObjects data **915** after the user submits form data **912** to the application host using the existing application protocol **913**, such as HTTP POST or HTTP GET. The QuestObjects Adaptor then replaces the appropriate form field data with the strings selected in the Server Questers **909** before forwarding this form data, now including data selected using the present invention, to the web server **917**.

Design Implementation

The preceding detailed description illustrates software objects and methods of a system implementing the present invention. By providing a simple and standardized interface between Client components and any number of Content Engines that accept string-based queries, the present invention gives content publishers, web publishers and software developers an attractive way to offer unprecedented interactive, speedy, up-to-date and controlled access to content without the need to write an access mechanism for each content source.

In addition to acting as a standardized gateway to any content engine, the present invention can intelligently cache query results, distribute Services over a network of Servers, validate user and other client input, authorize user access and authenticate client software components as needed. These and other optional services are provided by the present invention without requiring additional work on the part of software developers or content publishers. Publishers can also keep track of usage statistics, on a per-user basis as required allowing flexible billing of content access. Content Access Modules allow software developers and vendors of Content Engines such as database vendors and search engine vendors to create simplified ways for developers and implementers of such content engines to disclose information through the present invention.

End users of the present invention experience an unprecedented level of user-friendliness accessing information that is guaranteed to be up-to-date while being efficiently cached for speedy access as the number of simultaneous users grows.

The present invention can be implemented on any client and server system using any combination of operating systems and programming languages that support asynchronous network connections and preferably but not necessarily preemptive multitasking and multithreading. The interface of the present invention as it appears to the outside world (i.e. programmers and developers who provide access to end users and programmers who provide Content Access Modules to Content Engines used by content publishers) is independent of both the operating systems and the programming languages used. Adapters can be built allowing the tiers of the system to cooperate even if they use a different operating system or a different programming language. The protocol of the present invention can be implemented on top of networking standards such as TCP/IP. It can also take advantage of inter-object communication standards such as CORBA and DCOM. The object model of the present invention can be mapped to most other programming languages, including Java, C++, Objective C and Pascal.

Third-party vendors of software development and database management tools can create components that encapsulate the present invention so that users of those tools can access its functionality without any knowledge of the underlying protocols and server-side solutions. For example, a 4GL tool vendor can add an ‘auto-complete field’ to the toolbox of the development environment allowing developers to simply drop a Questlet into their application. In order to function correctly, the auto-complete field would only need a reference to the QuestObjects Server and one or more QuestObjects Services, but it would not require any additional programming.



Examples of Applications in which the invention may be used include: Access system for database fields (for lookup and auto-complete services); Enterprise thesauri system; Enterprise search and retrieval systems; Enterprise reference works; Enterprise address books; Control systems for sending sensor readings to a server that responds with appropriate instructions or actions to be taken; Client access to dictionary, thesaurus, encyclopedia and reference works; Access to commercial products database; Literary quotes library; Real-time stock quote provision; Access to real-time news service; Access to Internet advertisements; Access to complex functions (bank check, credit card validation, etc); Access to language translation engines; Access to classification schemes (eg, Library of Congress Subject Headings); Access to lookup lists such as cities or countries in an order form; Personal address books; and, Personal auto-complete histories.

The foregoing description of preferred embodiments of the present invention has been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention for various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and their equivalence. Access to complex functions (bank check, credit card validation, etc); Access to language translation engines; Access to classification schemes (eg, Library of Congress Subject Headings); Access to lookup lists such as cities or countries in an order form; Personal address books; and, Personal auto-complete histories.

The foregoing description of preferred embodiments of the present invention has been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention for various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and their equivalence.

What is claimed is:

**1**. A method, comprising:

automatically detecting; on a client computer, modification by a user of a search query for content from one or more remote content sources in an entry field;

sending a request message containing a string representing an incomplete version of the search query over a network to a server system comprising one or more computers serving a plurality of client computers,

receiving, by the server system, the string;

matching, by the server system, the string to entries in a cache of queries and search results previously retrieved from one or more content sources;

retrieving, by the server system, data indicative of the search results matching the incomplete version of the search query;

asynchronously sending, by the server system to the client computer a message containing at least a portion of the data indicative of the search results;

receiving, on the client computer, the message; and

displaying at least a portion of the data indicative of the search results on the client computer.

2. The method of claim 1,

wherein the entry field is displayed as part of a HTML page in a web browser on said client computer, and

whereby the result message is received by said client computer without loading a new HTML page.

3. The method of claim 1,

wherein the client computer is a cell phone or a personal organizer and the entry field is part of an application on said client computer.

4. The method of claim 1,

wherein the data indicative of the search results is retrieved from the cache.

5. The method of claim 1,

wherein at least a portion of the data indicative of the search results is retrieved from the one or more content sources.

6. The method of claim 1, wherein retrieving data indicative of the search results comprises: sending one or more content inquiries to one or more respective content sources; and receiving at least a portion of the data indicative of the search results in response to the one or more content inquiries.

7. The method of claim 6, wherein, after retrieving the data indicative of the search results, at least a portion of said data is stored in the cache for future use by a plurality of users.

8. The method of claim 1, whereby the client computer adds a qualifier to the query string, and whereby the server system uses said qualifier to retrieve appropriate search results based on both the query string and said qualifier.

9. The method of claim 1, wherein the content sources are one or more of a database, a search and retrieval system, a thesaurus, a reference work, an address book, a control system, a dictionary, an encyclopedia, a products database, a quotes library, a stock quote system, a news service, internet advertisements, a catalog, a complex function, a translation engine, a classification scheme, a lookup list, an auto-complete history, an algorithm, a directory, or a search engine.

10. A system for presenting to a user of a client computer remote search results from a server system consisting of one or more computers, the server system serving a plurality of client computers, comprising:

a server-based cache of queries and search results previously retrieved from one or more content sources;

a client object, in communication with a client software at the client computer, wherein the client object automatically detects modifications by a user of a search query for content from the one or more remote content sources in an entry field and sends over a network request messages containing a string representing consecutive incomplete versions of the search query to the server system;

a server object, in communication with server software on the server system, wherein the server object, in response to receiving each of the consecutive messages from the client system, matches the contained string to entries in the server-based cache, retrieves data indicative of the search results matching contained string, and asynchronously returns messages to the client object, each containing at least a portion of the data indicative of the search results for display of at least a portion thereof on the client computer.

11. The system of claim 10,

wherein the entry field is part of a HTML page in a web browser on said client computer, and

whereby each result message is received by said client computer without loading a new HTML page.

12. The system of claim 10,

wherein the client computer is a cell phone or a personal organizer and the entry field is part of an application on said client computer.

13. The system of claim 10,

wherein the data indicative of the search results is retrieved from the cache.

14. The system of claim 10,

wherein at least a portion of the data indicative of the search results is retrieved from one or more content sources.

15. The system of claim 10, wherein retrieving data indicative of the search results comprises:

sending one or more content inquiries to one or more respective content sources; and

receiving at least a portion of the data indicative of the search results in response to the one or more content inquiries.

16. The system of claim 10,

wherein, after retrieving the data indicative of the search results, at least a portion of said data is stored in the cache.

* * * * *

US010311073B2

(12) **United States Patent**
**Smit**

(10) **Patent No.: US 10,311,073 B2**
(45) **Date of Patent: *Jun. 4, 2019**

(54) **SYSTEM AND METHOD FOR ASYNCHRONOUS RETRIEVAL OF INFORMATION FROM A SERVER TO A CLIENT BASED ON INCREMENTAL USER INPUT**

(71) Applicant: **MasterObjects, Inc.**, Zeist (NL)

(72) Inventor: **Mark Hans Smit**, Vetlanda (SE)

(73) Assignee: **MasterObjects, Inc.** (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 247 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/436,148**

(22) Filed: **Feb. 17, 2017**

(65) **Prior Publication Data**

US 2017/0228443 A1 Aug. 10, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 12/176,984, filed on Jul. 21, 2008, now abandoned, which is a continuation-in-part of application No. 11/257,912, filed on Oct. 25, 2005, now Pat. No. 7,752,326, which is a continuation-in-part of application No. 09/933,493, filed on Aug. 20, 2001, now Pat. No. 8,112,529.

(60) Provisional application No. 60/951,850, filed on Jul. 25, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06F 16/248*** | (2019.01) |
| ***G06F 16/9535*** | (2019.01) |
| ***G06F 3/0481*** | (2013.01) |
| ***G06F 3/0488*** | (2013.01) |
| ***H04L 29/08*** | (2006.01) |
| ***G06F 16/951*** | (2019.01) |
| *H04L 29/06* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... ***G06F 16/248*** (2019.01); ***G06F 3/0481*** (2013.01); ***G06F 3/04886*** (2013.01); ***G06F 16/951*** (2019.01); ***G06F 16/9535*** (2019.01); ***H04L 67/2842*** (2013.01); *H04L 67/42* (2013.01)

(58) **Field of Classification Search**

CPC ......... G06F 17/30554; G06F 17/30867; G06F 3/04886; G06F 17/30864; G06F 16/248; G06F 16/9535; G06F 3/0481; G06F 16/951; H04L 67/2842; H04L 67/42

USPC ......................................................... 709/231

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,222,234 A * 6/1993 Wang ................ G06F 17/30011 707/999.003
5,737,734 A * 4/1998 Schultz ............ G06F 17/30017
5,845,300 A * 12/1998 Comer .................. G06F 17/246 715/203

(Continued)

*Primary Examiner* — Daniel C. Murray

(57) **ABSTRACT**

A system and method for asynchronously retrieving information over a network based on incremental input. The system comprises a client part, a communication protocol, and a server part. The server part receives incremental text-based input from one or more objects in the client part, and asynchronously returns matching information to the client part depending on server-defined content channels that each query one or more underlying or connected content sources, such as databases or search engines, to return matches for the latest input and for the latest values and state of other content channels.

**12 Claims, 37 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,903,887 | A * | 5/1999 | Kleewein | G06F 17/30457 |
| 5,974,409 | A * | 10/1999 | Sanu | G06F 17/30864 |
| 6,067,565 | A * | 5/2000 | Horvitz | G06F 17/30861 707/E17.107 |
| 6,085,226 | A * | 7/2000 | Horvitz | G06F 17/30902 707/E17.12 |
| 6,182,133 | B1 * | 1/2001 | Horvitz | G06F 17/30902 707/999.008 |
| 6,208,988 | B1 * | 3/2001 | Schultz | G06F 17/30616 |
| 6,321,228 | B1 * | 11/2001 | Crandall | G06F 17/30864 |
| 6,347,314 | B1 * | 2/2002 | Chidlovskii | G06F 17/30949 |
| 6,415,281 | B1 * | 7/2002 | Anderson | G06F 17/30554 707/713 |
| 6,421,675 | B1 * | 7/2002 | Ryan | G06F 17/3061 |
| 6,493,721 | B1 * | 12/2002 | Getchius | G06Q 30/02 |
| 6,519,592 | B1 * | 2/2003 | Getchius | G06F 17/3048 |
| 6,564,213 | B1 * | 5/2003 | Ortega | G06F 17/3064 |
| 6,643,640 | B1 * | 11/2003 | Getchius | G06F 17/3048 707/719 |
| 6,826,557 | B1 * | 11/2004 | Carter | G06F 17/30457 |
| 6,832,218 | B1 * | 12/2004 | Emens | G06F 17/30867 |
| 6,871,236 | B2 * | 3/2005 | Fishman | H04L 29/06 709/213 |
| 6,934,699 | B1 * | 8/2005 | Haas | G06F 17/30457 |
| 7,181,444 | B2 * | 2/2007 | Porter | G06F 17/3002 |
| 7,606,794 | B2 * | 10/2009 | Carson | G06F 17/30867 |
| 9,514,111 | B1 * | 12/2016 | Cornea | G06F 17/3064 |
| 9,552,412 | B1 * | 1/2017 | Lowe | G06F 17/30646 |
| 9,584,626 | B2 * | 2/2017 | Zhang | H04L 67/42 |
| 9,697,281 | B1 * | 7/2017 | Palmon | G06F 17/30864 |
| 2002/0065933 | A1 * | 5/2002 | Kobayashi | H04L 29/06 709/234 |
| 2002/0078045 | A1 * | 6/2002 | Dutta | G06F 17/30675 |
| 2010/0325136 | A1 * | 12/2010 | Chaudhuri | G06F 17/276 707/759 |
| 2011/0035370 | A1 * | 2/2011 | Ortega | G06F 17/2725 707/721 |

* cited by examiner


Relational Databases
Corporate Directories
Search Engines
Web Services
Flat Files
Legacy EAI
SQL JDBC
LDAP JNDI
Java API
Java API
Java API
Java API
Content
LAN or Local Host
SQL
LDAP
Java
File
...
Customer Business Applications
(current or new)
QuestObjects
Server
Web Server
App Server
Internet
Web Browsers
(any HTML page)
QuestFields
Accounts
Index
Picture & Org Chart
People
Product Ads
Products
Client
100

FIG. 1


your.html
A_
AB
ABC
ABCD
your.html
A_
AB
ABC
ABCD
Clients
Protocol Adapter
Request Mgmt
Session Mgmt
Quester Mgmt
Results Cache
Query Mgmt
Server Tier
QuestObjects Server
Content-Service Tier
Channels
Cams
CAM
CAM
Database or Directory
Database or Directory
Content Sources
110

FIG. 2


Addl. QuestField
Quester 1
Quester n
Main QuestField
Quester 1
Quester n
Controller
Protocol Adapter
Web Page or Client/Server Application
QuestObjects Client
Protocol Adapter
Request Mgmt
Session Mgmt
Quester Mgmt
Results Cache
Query Mgmt
Server Tier
... Service Tier
... Content Sources
QuestObjects Server

120

FIG. 3




130

FIG. 4A




132

FIG. 4B




134

FIG. 4C


Client Quester
Server Quester
Cache
Content
startSession
registerQuester
requestDependency
query
query/rangeRequest
results, none, or error
sessionStarted
questerRegistered
dependencyGranted
results
error
140

FIG. 5A


Client Quester
Server Quester
Cache
Content
startSession
registerQuester
requestDependency
sessionStarted
questerRegistered
dependencyGranted
error
144

FIG. 5B


Client Quester
Server Quester
Cache
Content
registerQuester
questerRegistered
error
requestDependency
dependencyGranted
error
queryrangeRequest
queryrangeRequest
results, none, or error
queryrangeRequest
results, none, or error
results
error

148

FIG. 5C




150

FIG. 6A




152

FIG. 6B




154

FIG. 6C




156

FIG. 6D


Client Quester
Server Quester
Cache
Content
registerQuester 2
requestDependency
(1 on inputBuffer 2)
requestDependency
(2 on inputBuffer 1)
questerRegistered 1
questerRegistered 2
dependencyGranted 1
dependencyGranted 2
inputBufferAppend 1
query 2
query 1
query 2
results 2
results 1
results 1
results 2

160

FIG. 6E




170

FIG. 7A




172

FIG. 7B




174

FIG. 7C


messages Element
sessionId Attribute C39C3F10D9ECE57AA70226FFD98016DF
xmlns Attribute http://www.questobjects.com/qo/protocol/v10
questerRegistered Element
questerRegistered Element
questerRegistered Element
dependencyGranted Element
dependencyGranted Element
dependencyGranted Element
dependencyGranted Element
dependencyGranted Element
dependencyGranted Element

176

FIG. 7D




182

FIG. 8A




184

FIG. 8B


QuestObjects
Server Configuration
Server Settings
Content Sources
Connection Settings
Content Queries
Content Channels
Channel Settings
Query Selection
Content Source ID
Type
Connections
Content Queries
190

FIG. 9A


QuestObjects
Server Configuration
Content Sources
Content Query Id
SQL Query

194

FIG. 9B




200

FIG. 10A

```
<querySelector>
  <contentQueryId>lastfirstNameSQL</contentQueryId>
  <selectionCriterion>
    <questerAttribute>INPUT_BUFFER</questerAttribute>
    <selectionPattern><![CDATA[(\w+)\s?,(\w+)]]></selectionPattern>
    <groupToVariableMapping group="1" variable="lastName" defaultValue=""/>
    <groupToVariableMapping group="2" variable="firstName" defaultValue=""/>
  </selectionCriterion>
</querySelector>
```

204

FIG. 10B

210

| QUESTFIELD PROPERTIES | | | | | | |
|---|---|---|---|---|---|---|
| QuestField Type | AutoLookup QuestField | AutoComplete QuestField | AutoSearch QuestField | Relational QuestField | FreeForm QuestField | Background QuestField |
| Relationship to data | One-to-one | One-to-many | Unrelated | Many-to-many | Many-to-many | Any |
| Number of results | 1 | Known | Unknown | Known | Known | Any |
| Listing | None | Alphabetized | Ranked | Custom | Optional | NA |
| Autocomplete | Optional | Full input | Last word (Optional) | Optional | Last word (Optional) | NA |
| Popup list | No | Yes | Yes | Optional | Optional | NA |
| Inputs | 1 | 2 | 1 | Multiple | 1 | Programmable |
| Content channels (Questers) | 1 | 1 | 1 | Multiple | 1 or more | 1 |
| Simultaneous queries | 1 | 1 | 1 | Multiple | Multiple | Any |
| Dependency target | Yes | Yes | Yes | Optional | No | Programmable |

FIG. 11




FIG. 12A




224

FIG. 12B

FIG. 13A




FIG. 13B



FIG. 13C




FIG. 13D




FIG. 13E




FIG. 13F



FIG. 13G



FIG. 13H



FIG. 13 I



FIG. 13J






234

FIG. 14A




238

FIG. 14B


Zoeken lenovo
Producten
Lenovo - Batterij voor laptopcomputer - 1 x Lithiumion 6-cels 4400 mAh
(Accessoires - Accu's, merk Lenovo) voorraad 0
€ 129,50
Lenovo - Batterij voor laptopcomputer - 1 x Lithiumion 6-cels 4800 mAh
€ 129,50
Lenovo - Batterij voor laptopcomputer - 1 x Lithiumion 6-cels 5200 mAh
€ 129,50
Lenovo - Batterij voor laptopcomputer - 1 x Lithiumion 8-cels 4300 mAh
€ 154,95
Lenovo - Batterij voor laptopcomputer - 1 x Lithiumion 9-cels 6600 mAh
€ 154,95
Lenovo - Vaste schijf - 100 GB - intern - SATA-150 - 5400 rpm -buffer 8 MB
€ 285,00
Lenovo - Vaste schijf - 120 GB - intern - 2.5" - SATA-150 - 5400 rpm -buffer 8 MB
(Harddisks - Harddisk intern, merk Lenovo) voorraad 0
€ 324,00
Lenovo - Vaste schijf - 60 GB - intern - SATA-150 - 5400 rpm -buffer 8 MB
€ 233,00
Lenovo ThinkPad X60 1707
€ 2146,00 € 1899,00
Lenovo ThinkPad X60 Tablet 6366
(Computers - Notebooks, merk Lenovo) voorraad 2
€ 1699,00 € 1499,00
Lenovo ThinkPad X60s 1702
€ 2029,00 € 1799,00
QuestObjects

240

FIG. 14C




244

FIG. 15A




246

FIG. 15B




FIG. 15C




FIG. 15D




262

FIG. 16A




264

FIG. 16B




266

FIG. 16C




280

FIG. 17A




284

FIG. 17B




288

FIG. 17C




292

FIG. 17D




296

FIG. 17E




298

FIG. 17F




FIG. 18A




FIG. 18B




FIG. 18C



FIG. 19A



FIG. 19B



FIG. 19C




FIG. 20A




FIG. 20B




FIG. 20C




330

FIG. 21A




332

FIG. 21B




334 FIG. 21C

340




FIG. 22A




FIG. 22B




FIG. 22C




FIG. 22D




FIG. 22E

| | |
|---|---|
| *averageTypingSpeed:* | The average typing speed on the target device. (400ms=30wpm keyboard, 1000ms=12wpm iPhone) |
| *defaultAccumulation:* | The default delay time for accumulation. |
| *queryLength:* | The length of the query string. |
| *pendingQueryCount:* | The number of pending queries, for which results have not yet been received. |
| *averageLatency:* | The average network latency. (150ms) |
| *minimumQueueTime:* | The minimum value for the estimated query time, including latency. |
| *calculatedTimeTakenByQuery:* | The time between sending a query and receiving the corresponding results. |
| *slowQueryDelay:* | A slow query delay suggested by a Questlet. (1000ms) |
| *Calculated accumulation:* | |
| defaultAccumulation = 1.25 * averageTypingSpeed | |
| channelResponseTime = 500ms | |
| minimumQueueTime = averageLatency + channelResponseTime | |
| (initial) queryTime = 2 * (averageLatency + channelResponseTime) | |
| (subsequent) queryTime = Maximum(minimumQueueTime, calculatedTimeTakenByQuery, queryTime - defaultAccumulation) | |

```
If pendingQueryCount > 0:
        delay = pendingQueryCount * queryTime
Else if queryTime <= minimumQueueTime and queryLength > 3:
        delay = Maximum(averageLatency, defaultAccumulation / (queryLength - 2) )
Else:
        delay = defaultAccumulation
```

344

FIG. 23A

| | |
|---|---|
| Diagram name | QuestField Client Query Throttling |
| Modification date | 8/30/08 2:51 PM |




FIG. 23B




350

FIG. 24A




360

FIG. 24B




FIG. 25A 370




FIG. 25B




FIG. 25C

372


your.html
A
AB
ABC
ABCD
your.html
A
AB
ABC
ABCD
QuestFields
Remote Network
QuestObjects Server
Content
Channels
QuestObjects Server
QuestObjects
Indexer
Index
Index
Custom
CAM
SQL
CAM
LDAP
CAM
Search
Engine
Plugin
Generic
File
Plugin
...
File
File
Local Network
Content Sources
Database
Directory
Search
Engine

380

FIG. 26




382

FIG. 27A




386

FIG. 27B

# SYSTEM AND METHOD FOR ASYNCHRONOUS RETRIEVAL OF INFORMATION FROM A SERVER TO A CLIENT BASED ON INCREMENTAL USER INPUT

## CLAIM OF PRIORITY

This application is a continuation of U.S. patent application Ser. No. 12/176,984 entitled "SYSTEM AND METHOD FOR ASYNCHRONOUS RETRIEVAL OF INFORMATION FROM A SERVER TO A CLIENT BASED ON INCREMENTAL USER INPUT" filed Jul. 21, 2008. U.S. patent application Ser. No. 12/176,984 claims the benefit to U.S. Provisional Application Ser. No. 60/951,850, entitled "SYSTEM AND METHOD FOR ASYNCHRONOUS RETRIEVAL OF INFORMATION BASED ON INCREMENTAL USER INPUT", filed Jul. 25, 2007. U.S. patent application Ser. No. 12/176,984 is also a continuation-in-part of U.S. patent application Ser. No. 11/257,912 (now U.S. Pat. No. 7,751,326), entitled "SYSTEM AND METHOD FOR UTILIZING ASYNCHRONOUS CLIENT SERVER COMMUNICATION OBJECTS", filed Oct. 25, 2005, which is a continuation-in-part of U.S. patent application Ser. No. 09/933,493 (now U.S. Pat. No. 8,112,529), entitled "SYSTEM AND METHOD FOR ASYNCHRONOUS CLIENT SERVER SESSION COMMUNICATION", filed Aug. 20, 2001. Each of the above applications are herein incorporated by reference and priority benefit is claimed for the present application.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF INVENTION

The invention relates generally to client-server, and Internet applications, and particularly to applications where incremental user input is used to retrieve matching content from one or more server systems to dynamically and immediately update the user interface so that users receive immediate feedback based on the input.

## BACKGROUND

Increasingly, the Internet is becoming a platform for business, consumer, and government applications that used to be deployed in so-called client-server environments, where computer software had to be installed on both a client system and on one or more server systems. Contrary to most client-server environments, Internet applications are entirely managed on the server. Apart from commonly available (and often pre-installed) Internet browser software such as Microsoft's Internet Explorer, Mozilla's Firefox, Apple's Safari, and browser software built into portable devices, no special software needs to be installed on each user's system. Also, because the Internet is based on widely published and accepted standards managed mostly by the Word Wide Web Consortium (W3C), applications that comply to these standards can be used virtually anywhere.



The advantages of Internet applications are many and are now widely published and generally accepted. Client-server applications are generally much more difficult and expensive to maintain, update, and access. They also scale poorly on the Internet. In addition, traditional client-server applications were often limited to specific client and server platforms, ranging from PC-DOS to Microsoft Windows, Apple Mac OS, Linux, UNIX, Digital OpenVMS, etc. This limited the availability of such applications, and increased the cost of supporting the widest possible user base.

However, traditional client-server applications, through their dedicated support of (and optimization for) specific client and server systems, often excelled in performance and user-friendliness. Even today, moving to a web-based user interface often means a severe degradation of the user experience. Typical Internet applications are based on the so-called "Request-Response Loop", where users only receive information from the server system after they submit a page or a form using a "Submit" button or after pressing the "Enter" key. This mechanism, in its simplicity perhaps one of the core reasons for the very success of the Internet, is inherently primitive compared to what users have become accustomed to in the client-server world, let alone the luxurious interfaces and quick feedback that is received in local applications running on modern GUI-based operating systems such as Microsoft Windows and Apple Mac OS.

## SUMMARY

Embodiments of the present invention provide a solution around the limitations of the Request-Response Loop. By providing a generic, virtually direct, connection between individual inputs in user applications and server data that is entered, validated, searched, found, and retrieved, the technology makes it possible to provide immediate feedback based on text-based user input. In accordance with an embodiment, a system and method is provided for asynchronously retrieving information over a network based on incremental input. The system comprises a client part, a communication protocol, and a server part. The server part receives incremental text-based input from one or more objects in the client part, and asynchronously returns matching information to the client part depending on server-defined content channels that each query one or more underlying or connected content sources, such as databases or search engines, to return matches for the latest input and for the latest values and state of other content channels. Additional features and applications are also described herein.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows an illustration of a system in accordance with an embodiment, and provides an overview of where said embodiment fits into a typical network infrastructure.

FIG. **2** shows an illustration of a system in accordance with an embodiment, notably the client part, the Communication protocol, the server part divided into a "server tier" and a "service tier", and the content sources accessed by said embodiment.

FIG. **3** shows an illustration of a client system in accordance with an embodiment and the relationship of its objects to the server system.

FIG. **4**A, FIG. **4**B and FIG. **4**C show UML class diagrams of the basic data classes used in an embodiment.

FIG. **5**A, FIG. **5**B, and FIG. **5**C show UML sequence diagrams of typical events that occur in a basic embodiment that uses a single content channel.

FIG. **6**A, FIG. **6**B, FIG. **6**C, FIG. **6**D, and FIG. **6**E, show UML sequence diagrams of typical events that occur in a complex embodiment that uses multiple dependent content channels.

FIG. **7**A, FIG. **7**B, FIG. **7**C, and FIG. **7**D show the XML structure of various communication packages used in a system in accordance with an embodiment.

FIG. **8**A and FIG. **8**B show illustrations of various configuration files and a screenshot of the corresponding configuration application used in an embodiment.

FIG. **9**A and FIG. **9**B show screenshots of the configuration pages used to configure an embodiment so it can connect to underlying content sources.

FIG. **10**A and FIG. **10**B show a screenshot of the configuration page used to configure an embodiment so it can provide a content channel and an example of an XML-formatted definition, as it is stored in a corresponding configuration file.

FIG. **11** shows a table describing six basic client embodiments in accordance with an embodiment of the invention.

FIG. **12**A and FIG. **12**B show two screenshots of web pages that incorporate client objects in accordance with an embodiment.

FIG. **13**A, FIG. **13**B, FIG. **13**C, FIG. **13**D, FIG. **13**E, FIG. **13**F, FIG. **13**G, FIG. **13**H, FIG. **13**I, and FIG. **13**J show various states of a basic input element used on the client part of an embodiment.

FIG. **14**A, FIG. **14**B, and FIG. **14**C show illustrations of client user interface element implementations that use dependent content channels in accordance with an embodiment.

FIG. **15**A, FIG. **15**B, FIG. **15**C and FIG. **15**D show illustrations of various client user interface elements styled for various end user applications in accordance with an embodiment.

FIG. **16**A, FIG. **16**B and FIG. **16**C show illustrations of client user interface elements that use two content channels to provide immediate user feedback upon user input in accordance with an embodiment.

FIG. **17**A, FIG. **17**B, FIG. **17**C, FIG. **17**D, FIG. **17**E and FIG. **17**F show screenshots of various states of a complex user interface that uses various client user interface elements in accordance with an embodiment.

FIG. **18**A, FIG. **18**B, and FIG. **18**C show screenshots of various states of an application that uses various client user interface elements that are linked to dependent content channels in accordance with an embodiment.

FIG. **19**A, FIG. **19**B, and FIG. **19**C, show screenshots of various states of a complex user interface that uses various client user interface elements in accordance with an embodiment.

FIG. **20**A, FIG. **20**B and FIG. **20**C show illustrations of the various states of a user interface used to perform multiple lookups in accordance with an embodiment.

FIG. **21**A, FIG. **21**B, and FIG. **21**C show illustrations of the various states of a user interface used to perform multiple lookups in accordance with an embodiment.

FIG. **22**A, FIG. **22**B, and FIG. **22**C, FIG. **22**D and FIG. **22**E show illustrations of a text input element implementing a client object to provide user feedback in accordance with an embodiment.

FIG. **23**A and FIG. **23**B show a table and a flowchart clarifying the way in which an embodiment of the client implements query throttling.



FIG. **24**A and FIG. **24**B show screenshots of embodiments of the present invention that allow of the use of varying technologies to communicate asynchronously between the client and the server.

FIG. **25**A, FIG. **25**B and FIG. **25**C show various examples of "full-page" embodiments of the client part of the present invention running on an iPhone.

FIG. **26** shows an illustration of a system in accordance with an embodiment, and shows how the QuestObjects Indexer fits into the architecture.

FIG. **27**A and FIG. **27**B show illustrations of two business cases in which the present invention is used to provide "syndicated" access to content through fields on third-party web sites.

## DETAILED DESCRIPTION

In the detailed description below, various embodiments are described with reference to the QuestObjects system, created by the MasterObjects Company. As described herein, QuestObjects provides a system and method for managing client input, server queries, server responses and client output. One specific type of data that can be made available through the system from a single content source (or a combination of content sources) is defined as a content channel. One or more content channels are considered a QuestObjects Service. Additional glossary is provided in copending U.S. patent application Ser. No. 11/257,912, which is incorporated herein by reference. It will be evident that the technology described herein may be utilized in other embodiments, and with other systems, in addition to the QuestObjects system.

As described herein, QuestObjects is a powerful yet easy-to-use and implement, ultra-thin, smart client/server technology that turns ordinary input fields in HTML pages and in native applications into supercharged mini-client/server environments referred to herein as QuestFields. Each QuestField provides large groups of simultaneous users connected over a network with near-instantaneous access to data stored anywhere on the network. QuestFields, and other products based on the QuestObjects technology, provide an "end-to-end" solution that can link virtually any client system with virtually any data server to provide the kind of data access, search, validation, retrieval and manipulation capabilities similar to capabilities that previously were only possible and feasible with local data.

QuestObjects System

The system underlying the QuestObjects technology provides a highly efficient means to retrieve data from remote content (databases, directories, search engines, web services, XML data, flat files, legacy systems, etc). As shown in FIG. **1**, the remote content is typically stored on computers in a server room, accessed over a high-speed local area network, or accessed remotely using a web service or other predefined protocol, and is available to the business applications and to the QuestObjects system through a network connection. The QuestObjects system **100** can be installed on a server alongside existing business applications, and runs in an application server such as the open-source Apache Tomcat or commercial application server software such as IBM Web Sphere, BEA WebLogic, and Microsoft ASP.Net server, all of which might also host other applications simultaneously. The application server(s) serve the dynamic content of web pages, the static portions of which is typically served from a static web server for scalability and performance reasons (such as Microsoft's Internet Information server or Apache HTTP server). Web and other appli-

cations accessing the server system contain one or more client parts, which are usually referred to as "QuestFields". The client part and the server part typically communicate over the Internet, over either broadband or low-bandwidth connections even as slow as those provided through telephone modems and GPRS cell phones. The QuestObjects protocol connects the QuestObjects client (QuestField) and the QuestObjects server in a highly efficient manner that only transmits data over the network that is needed by the individual parts at any time. By using standard HTTP as one possible low-level protocol implementation, QuestFields can work in standard Internet environments and infrastructures including firewalls, proxies, and load balancers.

FIG. **2** illustrates the objects that implement an embodiment of the QuestObjects system **110**. As shown in FIG. **2**, the QuestObjects server uses a protocol adapter to communicate to QuestObjects clients. This adapter translates the request and response messages going over the network into a format appropriate for the network. For example, in most Internet applications the messages are transmitted over the HTTP(S) protocol and are formatted using XML. The QuestObjects server comprises a "server tier" and a "content-service tier".

In accordance with an embodiment, the server Tier manages client sessions and requests. The server tier communicates with potentially large numbers of QuestObjects clients using, in one embodiment, an efficient XML-based protocol referred to as the QuestObjects Protocol (QOP). In accordance with this embodiment, the protocol uses HTTP or HTTPS over TCP/IP. By optionally maintaining a session for every active user, the QuestObjects server can greatly reduce network traffic by sending to each QuestObjects client only the data that is needed immediately by that specific client and that was not already communicated in a previous message to that client. The server tier optimizes performance by caching content after it is received from the content-service tier. Each query is checked by a query manager against this cache (entries in which typically expire after a limited amount of time, depending on the time during which the content is considered current and defined in the content channel configuration described below). A QuestObjects client implementation can access one or more predefined content channels. For each content channel, the corresponding client information and results are maintained in a logical object referred to as a Quester. Quester objects are instantiated immediately after a client session is established and as the client session registers an interest in a content channel.

Content that is not yet available in the server tier cache is retrieved from the Content-Service Tier, which accesses one or more content sources, which in turn can be physically located outside the QuestObjects system. The QuestObjects server communicates with these back-end data stores (databases, directories, search engines, web services, files, etc) using their native protocols, such as SQL or LDAP, or any other standard or proprietary protocol using a generic API that supports plug-ins that can be programmed using standard programming languages such as Java or C#. Each type of content source is accessed through a corresponding abstracted object referred to as the "Content Access Module" (CAM). Each CAM is capable of communicating with an underlying content source using its native language, protocol, or format. In the QuestObjects server, predefined content channels determine the content (coming from one or more content sources) that is retrieved by the QuestObjects clients that register themselves for each content channel. It should be noted that in various embodiments, the content-service tier can be located on different computer systems, where the server tier and the content-service tier communicate over a fast network. The server tier can be installed on multiple (load-balanced) computer systems to provide improved scalability in session and request handling. The service tier can be distributed over multiple computer systems to provide dedicated services for distributed content sources, where each copy of the content-service tier embodiment serves one or more content channels defined on it.

In accordance with an embodiment there can also be a cache (or even a full in-memory copy of the data) in the content-service tier, although this level of caching is often provided by the content sources themselves. Embodiments of the content-service tier can also pre-fetch often-accessed results from the content source(s), in order to optimize the speed of QuestObjects client requests that can be anticipated, and possibly to fill the QuestObjects caches after a restart of the system. The contents of the caches can also be serialized and written to disk before a restart, so that the QuestObjects server can maintain its performance by reloading its cache into memory after a restart.

FIG. **3** illustrates data objects in the QuestObjects client corresponding to the server-side Questers. In accordance with an embodiment **120**, each client-side Quester maintains the client-side input (typically comprising user input, i.e. characters typed by a user, the state of user interface elements clicked, the selection state of the cursor, and optional qualifiers that are included with client requests), and transmits changes to the QuestObjects server as they occur, or delayed and coalesced if they occur in quick succession. For efficiency reasons, multiple client-side Questers can share a single session with the server, which is managed by the client-side Controller, and which is instantiated as a separate object, typically by the first client object that needs it. The Controller can remain alive even after the first client object is no longer needed, as might be the case in a multi-window application or in situations where a client object disappears because a tabbed pane is hidden or deactivated. Like the server, a QuestObjects client may also communicate through a protocol adapter, allowing it to connect to the QuestObjects server using the appropriate low-level communication protocol implementation (such as XML, over HTTP over TCP/IP).

Embodiments of a QuestObjects client can implement a local cache of results that they have received from the server. In some embodiments, QuestObjects clients hold a copy of the latest result set received from the server, e.g. allowing users to scroll up and down through those results that have already been received without needing repeated round-trips to the QuestObjects server. Other embodiments of a QuestObjects client can also cache the results of prior queries in order to increase system performance even further, avoiding additional unnecessary repeated round-trips between the QuestObjects client and the QuestObjects server.

Core Data Objects

Embodiments of the present invention provide a highly efficient solution that can be considered completely generic because of the nature of requests and responses traveling through the system. FIG. **4**A, FIG. **4**B, and FIG. **4**C show the basic objects that are involved in this method. In particular, FIG. **4**A shows that a query **130** comprises user input (referred to as the inputBuffer and typed as a string of characters) with optional qualifier string (which is typically specified by the application designer or selected by the user using a third-party user interface element) and zero or more values derived from attributes of the same or other Questers. In the QuestObjects server, each Quester has a unique

identifier (id). A query fired by one Quester can include any number of dependent values derived from properties identified in the dependency Value object. The dependent Quester values are derived from (but not limited to) the attributes **132** shown in FIG. **4**B.

The result object in FIG. **4**A shows that results received from the content sources (or, if the exact same query was executed earlier by the same client or any other client, retrieved from the cache) also use a generic format. In accordance with an embodiment, each result comprises a string with an optional key that uniquely identifies the result in the underlying content source, optionally allowing the QuestObjects server to retrieve additional data from the content source when requested at a later time, and used to combine identical results that were received from multiple content queries executed in the content channel in the content-service tier of the system. The content source can also return optional metadata to the QuestObjects system, which is an array of zero or more strings.

In accordance with some embodiments, only information that is required by the various parts of the system needs to be communicated between these parts at any time. For example, if a QuestObjects client only needs to display the first 20 records from a result set ("results"), then only those 20 records will be transmitted to the QuestObjects client by the QuestObjects server, even if the QuestObjects server may have received many more records from the content source. If one Quester's query depends in part on the values held by attribute(s) of another Quester, then the values of that other Quester do not need to be communicated to the QuestObjects server by the QuestObjects client, because the server-side Quester manager maintains the values and data referenced by each Quester instance. A QuestObjects client can be considered a "view" on the information held in the server. Only input changes (such as characters typed, cursor selections, and list selections) need be communicated to the QuestObjects server, and only a limited subset of the results typically needs to be transmitted back to the QuestObjects client. The QuestObjects client can request additional "ranges" of results when and if they are needed.

In the content-service tier, each content channel defines the data that is queried and returned. In accordance with an embodiment each content channel does so using one or more querySelectors **134** (see FIG. **4**C). Each query selector selects or skips a predefined content query by applying a selection pattern (typically in the form of a regular expression) to a specific Quester attribute for the same content channel or any other content channel. If the selectionPattern returns one or more values, then the corresponding content query is executed. The content query receives the corresponding values using a so-called groupToVariableMapping object that contains a key-value pair for each consecutive value derived from the query by the pattern.

The objects in FIG. **4** have been simplified for clarity. In accordance with some embodiments each object can have additional attributes that implement the functionality described herein. For example, each result object, or a complete result set, can carry with it an expiration time stamp, so that each part of the QuestObjects system can determine whether said result(s) are still valid, or whether they need to be re-fetched from the content source.

Request and Response Handling

Embodiments of the invention can provide asynchronous feedback based on server-side data and incremental client (typically, user) input. Information is exchanged between the QuestObjects client and the QuestObjects server. The following description describes the asynchronous nature of the consecutive messages (requests and responses) that are exchanged between the client and the server. In accordance with an embodiment individual messages can use XML (as further described in U.S. patent application Ser. No. 11/257,912). Those skilled in the art will understand that, through protocol adapters or other means, the format of the messages can be changed while remaining within the scope of the invention. Also, it will be evident that the embodiments described here are designed to offer a generic solution to make it possible to deploy multiple Questers with dependencies. In simpler embodiments of the invention, certain complexity can be omitted.

In accordance with an embodiment, certain communication messages can be omitted. For example, if only one client Quester uses only one server-side content channel, then no "registerQuester" and "questerRegistered" messages are needed as they could also be implied. In simplified implementations where no paging through results of a prior query or dependencies between multiple Questers are required, no session object (and related "startSession" and "sessionStarted" messages) is needed. Such limited protocol implementations, where the message formatting and transport are simplified while still communicating messages asynchronously conveying essentially the same meaning to achieve the same result to the world outside of the embodiment, still fall within the scope of the invention. Also, the messages described below have been simplified to better convey their meaning. For example, if a message is referred in the text below to as "query A", then the message will likely hold a query id that is generated by the QuestObjects system and that represents the actual query object, the information of which is only transmitted to the QuestObjects server once. These implementation details do not change the meaning and essence of the information exchanged between the various parts of the system.

FIG. **5**A, FIG. **5**B and FIG. **5**C show a typical sequence of events as they flow through the QuestObjects system. In accordance with an embodiment, in its first request, the client Quester starts a session. It then registers one or more Questers, telling the server which content channels it would like to use. Each Quester may request dependencies on values corresponding to attributes of other Questers. Once this initialization phase is finished, the QuestObjects client can start performing queries and receive results. The consecutive queries usually happen upon user input, but an initial query based on a default value and/or qualifier can also be performed automatically at the end of the initialization phase, and clients can also be used to receive "pushed" updates using a request-response exchange at regular or irregular intervals from the QuestObjects server.

As shown in sequence diagram **140** of FIG. **5**A, the information required by the QuestObjects server during the initialization phase can be combined into one message to the QuestObjects server by the client, upon receipt of which the QuestObjects server performs the corresponding actions and returns a single message. Note that any of the steps can fail, in which case the server returns an error message. In most situations, however, the initialization phase is distributed over time, wherein multiple consecutive messages are exchanged between client and server. This is shown **144** in FIG. **5**B and **148** in FIG. **5**C. In the latter case, multiple client objects can be instantiated independently of each other. Thus, a Quester can request a dependency on another Quester that was instantiated before it. And a complex dynamic user interface may add and remove Questers and corresponding dependencies as the user navigates through

an application, wherein all Questers that are instantiated and destroyed over time share the single session with the QuestObjects server.

Although a QuestObjects client can request dependencies from the QuestObjects server (as depicted in these figures using the requestDependency message) based on pre-configured dependent user interface elements, the QuestObjects server may also return a list of possible dependent content channel names to the QuestObjects client (with each questerRegistered message). In the latter case, a QuestObjects client can dynamically build its user interface by instantiating client objects based on the available dependencies. Some dependent content channels may have a "used as filter" flag, which signifies to the QuestObjects client that a dependency can be used as a filter in the client user interface (which is further described below with regard to FIG. **19**B and FIG. **19**C).

As shown in figures FIG. **5**A and FIG. **5**C, the QuestObjects server can query the underlying content source (through the content channel corresponding to the Quester that was registered, wherein the content channel can query one or more predefined content queries) upon receiving a query or rangeRequest message from the QuestObjects client. FIG. **5**C shows that the content source is not re-accessed if the same query was performed already. Instead, the content is retrieved from the QuestObjects server cache.

FIG. **6**A, FIG. **6**B, FIG. **6**C, FIG. **6**D, FIG. **6**E show the events **150-160** that can occur in an embodiment that handles multiple subsequent client actions in a QuestObjects session, as well as the sequence of events that happens for multiple dependent Questers where the change event of an attribute in one Quester triggers a new query in one or more dependent Questers.

In FIG. **6**A, a first query A is transmitted to the server, which in turn queries the underlying content source. Before information is returned from the content source, a new query B is transmitted from the client to the server, which also sends this query to the content source for retrieval of the appropriate data. At this point, the results for query A are no longer deemed of importance to the client Quester. In accordance with an embodiment, depending on the capabilities of the connected content source, the content query A can be interrupted or canceled. In typical embodiments, however, query A will still be allowed to finish on the content source, ensuring that the corresponding results will still appear in the QuestObjects cache, which increases the throughput for other QuestObjects clients that happen to perform the same query A at a later time, or for the same QuestObjects client if it re-requests the same query, as might be the case in a user interface after a user types the backspace key to return to the previous input string. In FIG. **6**A, the result for query A is returned to the QuestObjects server by the content source, but no immediate results message is sent to the client Quester because it is no longer the information that the client is waiting for.

Once the results for query B are received from the content source, the client is informed that the results for query A were skipped and the results for query B are returned to the client. As is the case with most messages, depending on the particular embodiment, these messages can be combined into one communication package (shown in the circled area of FIG. **6**A) or transmitted as separate communication packages as shown in FIG. **6**B. The latter is typical of implementations that use TCP/IP, where each consecutive HTTP request from a QuestObjects client to QuestObjects server is expected to return a response.

The end of the first event sequence as shown in FIG. **6**A depicts what happens if the same client session re-requests query A. At this point, the server already has the results for query A in its cache, so it can quickly return a results message to the client. If another QuestObjects client (for example, another user) requests the same query A before the corresponding results have expired, then the QuestObjects server can also return those results from its cache.

No system has unlimited capabilities. With this in mind, embodiments of the QuestObjects system are designed to provide the best possible throughput while minimizing the load on its various parts. In many cases, the real bottleneck in the system is not the system itself, but the performance and capabilities of the connected content source(s). Databases, search engines, web services, etc, typically can only handle a limited number of simultaneous queries. Each query can also take up to seconds before it returns results. So, if the QuestObjects system fired a content query for every single request received from every QuestObjects client, this would cause performance problems. An embodiment of the QuestObjects system addresses this by not firing content queries unless they are really needed, and by limiting and managing the number of simultaneous queries that can be fired against a specific content source. Another solution to slow-performing content sources can be provided by an embodiment in which data from the content source is pre-read and indexed by the QuestObjects system so that no further communication with the content source is needed (as further described below with regard to FIG. **26**).

FIG. **6**C shows an embodiment that addresses high-load situations, where the QuestObjects server receives a query A from a QuestObjects client (which is accepted by the content-service tier and fired against the content source). At the moment when a subsequent query B is received from the (same or different) client, however, the load on the content source is too high. Rather than firing query B against the content source, it is queued in the server-side Quester. At the moment where the content source is ready to accept a new query, the QuestObjects server determines whether query B is still the latest query. If it is no longer the latest query (as is depicted in FIG. **6**C), query B is not fired against the content source. Instead, query C is fired, and eventually returns its results to the client. As a result, at the end of the sequence diagram in FIG. **6**C, the QuestObjects server will have the results for query A and query C in its cache, but only the results for query C will have been transmitted to the QuestObjects client.

As illustrated in the example of FIG. **6**B, the three or four resulting "sessionStarted", "nop" and "results" messages shown in FIG. **6**C can also be returned to the QuestObjects client as separate communication packages, depending on the low-level protocol implementation.

Similarly to the scenario in which a QuestObjects client does not always need to receive the entire result set from the QuestObjects server, the QuestObjects server does not always need the entire result set from a content source. Embodiments of the QuestObjects server can apply "paging" through results in a content source, using the native protocol of the content source. In some instances a content source can return its results in batches, perhaps because retrieving the entire result set from such a content source would otherwise take too long, leaving the QuestObjects client "in the cold", even though part of the result set could have already been available.

FIG. **6**D shows how this can be performed in accordance with an embodiment. Even though a QuestObjects client requests "all" results for a query A, the content source starts

by returning the first 25 results, which are immediately communicated back to the QuestObjects client by the QuestObjects server. The results message holds a "more available" flag, which causes the QuestObjects client to send a new request ("query A [count]") to the QuestObjects server.

Assuming that the QuestObjects client only needs batches of, say 25 results or less at any time, the QuestObjects server does not return the subsequent additional results as they come back from the content source. Instead, the results from the content source are cached in the server, and are subsequently transmitted to the QuestObjects client upon receiving a "rangeRequest A" message.

FIG. **6**E shows the information that is exchanged between the QuestObjects server and the QuestObjects client in order to implement two dependent Questers. Each Quester registers itself for a content channel that has a predefined dependency on the content channel of the other Quester. Once this information is exchanged between the QuestObjects client and the QuestObjects server, the QuestObjects client can request new results for Quester **2** whenever the value of the dependent attribute in Quester **1** changes. In FIG. **6**E, query **2** is transmitted as soon as a character is appended to the inputBuffer of Quester **1**. The server can combine the values (in this case, the input buffers) of the two Questers to fire the underlying content queries in the content source(s). After the results for both Questers have been received, they are returned to the QuestObjects client.

As described in previous examples, dependent Questers can use paging through ranges, and incremental fetching of information. Low-level protocol embodiments can combine or separate messages into one or more communication packages, as long as the sequence of information exchanged remains. FIG. **7**A, FIG. **7**B, FIG. **7**C, and FIG. **7**D illustrate this with multiple Quester dependencies, and shows how four subsequent messages can be exchanged to set up these dependencies. The startSession **170** and sessionStarted **172** messages of FIG. **7**A and FIG. **7**B are typically exchanged as soon as the QuestObjects client objects are instantiated. In embodiments working in a web browser, this can be right after the page loads, or even while the page is loading. To reduce the load on the QuestObjects server, this exchange can also be deferred until a user first accesses one of the user interface elements linked to one of the Quester.

It will be evident to those skilled in the art that sessions can be identified in various ways depending on the client and server embodiments. For example, in a web browser implementation, the session information can be transmitted as part of each subsequent request and response or as part of the URLs, where the session information is held in memory on the QuestObjects client. A QuestObjects client can also persist the session information by storing it in a "Cookie", or by using a different persistence mechanism such as using a "Local Shared Object" in Adobe Flash. Also, as described previously, in simple implementations where no paging or dependencies are needed no session need be maintained either.

FIG. **7**C and FIG. **7**D show how the QuestObjects client and the QuestObjects server exchange information **174**, **176** about multiple dependencies by exchanging a single request package and a single response package containing multiple registerQuester, questerRegistered, requestDependency, and dependencyGranted messages, as would be required in application embodiments like the design implementation described below in FIG. **18**.

Configuration

In accordance with an embodiment, the QuestObjects server application can be configured using XML-formatted configuration files stored in a directory on the file system referred to as the "QuestObjects configuration folder". FIGS. **8**A-D show shows an example of the files **182** stored in such a configuration directory. The QuestObjects server automatically reconfigures itself after these files are modified. It is possible to maintain multiple instances of the QuestObjects server running on the same or on multiple machines by simply replicating the configuration directory, i.e. copying the files.

In accordance with an embodiment, the "cams" directory contains configurations that tell the QuestObjects server how to communicate with the various content sources it is to access. This directory contains a named file for each Content Access Module instance (CAM). The CAM configuration parameters depend on the type of content source. For example, a JDBC CAM for SQL databases contains the database user name and password used to log on to the database, the JDBC (Java Database Connectivity) driver name and connect string, the maximum number of simultaneous connections (the session pool), the maximum and minimum number of idle sessions, the maximum session pool waiting time, and an SQL query definition that is used to test the availability of the database. Other types of Content Access Modules require different configuration attributes depending on the type. For example, a file CAM may require the file format (such as Tab-delimited, or Microsoft Excel) and an LDAP CAM may require a list of server URLs for failover purposes. The purpose of a CAM is to abstract the various kinds of content sources available to the QuestObjects system. The rest of the QuestObjects system does not need to be aware of the differences between the various content source types. Optionally, each CAM instance also defines cache settings for the results to be cached in the content-service tier cache, and holds information on pre-fetching of popular queries from the content source.

In accordance with an embodiment, the "channels" directory contains a configuration file for each content channel that is defined in the system. The "content-service" file shown in FIG. **8**A contains a configuration containing technical settings for the content-service tier of the QuestObjects server. This can include the logging level and information about statistics that are collected during the use of the QuestObjects system, which in turn can aid system administrators in fine-tuning and troubleshooting. The content-service tier statistics are used as a basis for license verification (e.g., a QuestObjects server may only be licensed only for X number of queries per time frame, or a content channel may be limited to a certain number of unique records), as a source for usage billing and advertising "hit counts", to deduct the most popular queries, etc. Optionally, the content-service configuration file contains technical settings that configure the content-service tier in-memory cache.

The "content-queries" directory contains configuration files corresponding to all content queries defined in the QuestObjects server. This configuration is described in detail for FIG. **9**B below.

In accordance with an embodiment, the "qo-server.license" file shown in FIG. **8**A contains an encrypted license file that restricts the QuestObjects server software to only a limited set of features and/or uses. For example, the QuestObjects server might be configured to only allow specific (numbers of) CAMs, content channels, content query definitions, queries per day, restrict access to the QuestObjects

server to non-SSL versus SSL, restrict access to the QuestObjects server from a limited number of Internet domains, etc. The license file can also include information identifying the licensee.

The example "server.xml" file shown in FIG. **8**A contains technical settings for one QuestObjects server software instance. Multiple instances of a QuestObjects server can be run off the same configuration directory, wherein each instance has its own configuration file and can thus have its own system usage settings (e.g. relating to memory and thread use by that server instance on the computer hardware on which it runs). The server configuration file can also include settings relating to logging level, session management (such as the maximum number of simultaneous sessions), request management (such as the maximum number of requests that is handled at the same time and the size of the various request queues), caching settings (such as the maximum amount of memory to be used for the cache), and server tier statistics collection configuration.

When launched, the QuestObjects server software reads configuration information from the corresponding configuration directory shown in FIG. **8**A. Changes to the QuestObjects server configuration can also be made while the QuestObjects server is running. One embodiment allows configuration changes using the JMX standard (Java Management Extensions), allowing configuration of the QuestObjects server software from third-party applications and management tools.

In accordance with some embodiments, a bundled QuestObjects server management application can be provided that allows dynamic (re-) configuration of the QuestObjects system using a web browser interface **184**, as is shown in FIG. **8**B. This browser-based configuration tool dynamically configures the QuestObjects server through JMX calls. Users can access the application from a web browser by typing the corresponding URL and authenticating. Users can also make configuration changes depending on their assigned role(s). For example, the role "qo-view" only allows users to view the configuration. Role "qo-admin" allows a system administrator to shut down and start up the QuestObjects server, manage other server processes, and manage technical settings such as memory and cache configuration. Role "qo-config" allows users to configure the QuestObjects server's logical configuration settings, such as the content channels, CAMs, and content queries.

The configuration application is accessed by clicking on "server Configuration" at the top of the screenshot in FIG. **8**B. Any standards-compliant web browser can be used to configure the QuestObjects server. Users navigate through the various configuration options by clicking on menu items shown on the left of the screenshot. The various configuration attributes for each configuration are displayed on the right. Infrequently used and complex settings can be hidden in a separate "Expert Settings" window. The "server Info" link at the top of the screen opens a window that displays information about the QuestObjects server instance, including the version number of the software, the number of active sessions, or the number of queries handled.

In accordance with an embodiment, configuration changes can be made in a "sandbox", which allows multiple attributes to be modified, added, removed, etc, without becoming active immediately and thus without interfering with the correct operation of the QuestObjects server. After making any configuration changes, an "Activate Changes . . . " button allows the system administrator to activate the changes and a "Revert Changes . . . " button undoes the latest changes that were made in the sandbox. Before the activation of changes happens, the QuestObjects server verifies their validity. A running QuestObjects server application will thus not be harmed by mistakes made in the configuration application, or in any other application that changes the configuration through JMX.

FIG. **9**A, FIG. **9**B, FIG. **9**C and FIG. **9**D show an example **190** of how CAMs and content queries are configured in accordance with an embodiment. Each CAM instance is labeled a "content source" and is configured using configuration attributes that depend on the type of content source as described earlier. FIG. **9**A shows the state of the "content sources" screen after configuring a content source using the SQL CAM, and one using the LDAP CAM (Lightweight Directory Access Protocol). After clicking on the "Connections" button, a new screen appears that allows the user to configure the CAM instance. New content sources are added by entering a unique Id, selecting the content source type, and clicking on the "plus symbol". Content sources are removed by clicking on the "minus" symbol.

FIG. **9**B shows an example screen **194** that appears after clicking on the "content queries" button for an SQL content source. In accordance with an embodiment each content query is identified by a unique Id, and contains query information in the content source's native query format: in this example, SQL. Query values (including any Quester and dependent Quester attribute values) are mapped to variable names in the content channel definition described for FIG. **10**A below using the groupToVariable mapping described earlier. In content query definitions for the SQL CAM, the variable names are included as "bind variables" inside the SQL statements. The SQL dialect used depends on the underlying SQL database and is not dictated by the QuestObjects system.

Content query definitions for other types of content sources can use different yet similar ways to place content channel-defined variable values into the native content queries sent to the content source, based on the variable name defined by the groupToVariable mapping.

FIG. **10**A and FIG. **10**B show a screenshot of the configuration screen **200** for a content channel that performs zero, one, or two content queries depending on two query selectors. FIG. **10**B shows an example of the XML elements **204** needed for one query selector, as it would appear in a content channel configuration file. In the content channel configuration screen in FIG. **10**A, the administrator can define the minimum length of the inputBuffer that is required before any content query is fired (and thus before any results are returned to the QuestObjects client). Also, the total number of results fetched by the content channel can be limited to a specified maximum. Associated content queries can use this limit to stop fetching results after the maximum has been retrieved from the content source.

In accordance with an embodiment, a content channel contains one or more query selectors, each one linked to one of the content queries defined earlier. A content channel does not need to know about the type of content source that is queried by the content query. The content channel can therefore combine results from a potentially unlimited number of content sources. Also, by specifying multiple query selectors that select a content query from one content source, multiple consecutive (or simultaneous, if supported by the content source type and the capabilities of the associated CAM) queries can be fired against the same content source upon a single QuestObjects client action or dependency trigger. One example use for this would be looking-up

persons in a database by matching the inputBuffer with both the "lastName" and the "firstName" columns in a relational database.

In accordance with some embodiments, the QuestObjects server can perform all matching queries simultaneously (i.e., the various content queries are performed at the same time, wherein the content channel merges the results once all of the content queries have returned results). In accordance with other embodiments, content queries can be performed synchronously (i.e., subsequent content queries will only be performed after the prior content queries have finished). If a content channel is configured to only return a limited (maximum) number of results, then subsequent content queries do not necessarily have to be performed. If the QuestObjects server has already received a sufficient number of results from one or more prior queries, it can skip the subsequent content queries, even if they are matched by the query selector. This behavior can be configured in the content channel.

A system administrator can define each query selector by first selecting one of the predefined content queries (contentQueryId). Then, one or more selection criteria are specified, as further described below.

For each selection criterion, the Quester attribute and the content channel name identifying the Quester are selected. This identifies the value against which the selector applies its selectionPattern. In accordance with an embodiment, the selection pattern uses standard Regular Expression syntax, as is commonly supported in various programming languages, such as provided by the java.util.regex package in the Java language. The result of applying the pattern against the value either does not return a value (in which case the content query is skipped, i.e. not performed), or it returns one or more values. These returned values are mapped to the variable names that were optionally included in the selected content query.

In the example of FIG. **10**A, the content query "companyByName" is performed if the inputBuffer from the content channel itself matches the "(\w+)" pattern. This pattern returns a single variable value if the inputBuffer contains one or more non-white-space characters. So, if the QuestObjects client transmits a query containing one or more characters, then the content query "companyByName" will be performed.

The second querySelector in the screenshot example performs the content query "companyBy Symbol", but only if the Quester's qualifier holds the value "INCLUDE_TICKER_IN_SEARCH". This example is useful in applications where users can type either a company name or a ticker symbol into a QuestField to find matching results. The user can select whether companies should also be found by ticker symbol by selecting a checkbox that results in qualifier value "INCLUDE_TICKER_IN_SEARCH".

In accordance with an embodiment, a pattern match (regular expression) may return a value, but not every group identified in the pattern must necessarily return a value. For this reason, each groupToVariableMapping allows the administrator to define an optional defaultValue that will be applied against the content query instead.

In accordance with some embodiments, metadata values associated with a result are returned in a fixed order, wherein the QuestObjects client identifies individual metadata values in a result as entries in an ordered array using an index ([0], [1], etc). In this instance, the QuestObjects server does not need to send any information about the metadata back to the client, apart from the ordered metadata values themselves. In other embodiments, each metadata value that is returned by a content channel is associated with an id that is sent to the client Quester in the questerRegistered message. Once the ids of the ordered metadata values are known by the client, subsequent results (answers to queries from that client from the server) do not need to include the metadata ids. The client derives individual metadata values from the order of the ids as it was defined and received in the questerRegistered message.

Result Types

In accordance with some embodiments, results that are returned to a QuestField client have a "result type" that determines how the result is handled in the client software. Results of type "normal" are typically displayed as part of an ordered list in the user interface, and will be associated with zero or more metadata values.

Other result types do not typically return content from the content engine, so their value and key have different meaning, and the metadata also has a special meaning (or is omitted). QuestField client embodiments that support the special result types usually have additional "result layouts" that are used to display the special types of results received from the server.

Results of type "query suggestion" are typically displayed at the top of the results list, wherein the value corresponds to the suggested query (and suggesting to the user an alternate query that might return better results). Some QuestField user interface embodiments show these query suggestions in a separate popup list or tooltip. When a user selects a "query suggestion" (e.g., by clicking on it with the mouse), a QuestField embodiment can copy the value into the input element and perform that query in order to retrieve and display the associated results.

Results of type "information" can be displayed at the end of a results list, to tell the user something about the results that were returned (e.g. "Only 25 results were returned although more information might exist. To receive more results, please rephrase your query.").

Results of type "indexing" indicate that the server cannot yet return a full set of "normal" results because the underlying content source is being indexed. When the QuestObjects server returns a result of type "indexing", corresponding metadata values can indicate the percentage of the content that has already been indexed, the amount of time indexing has already taken, and the estimated time remaining.

Results of type "error" indicate that an error has occurred during the execution of a query, or possibly one of multiple queries in a content channel. Different QuestField clients can handle these results differently: for example, they might display an error line as part of the result list, or group errors into a single error message displayed to the user.

In accordance with an embodiment that uses an XML-based communications protocol, the optional type element indicates the type of the result record. It is an integer value that defaults to 500 for "normal" result records (in that case, the type element is omitted in the XML). Negative numbers are reserved for future use. The type can be used for the following purposes:

In the QuestObjects server, results from content queries performed in a content channel are merged by type, wherein lower types always precede higher types. Lower result types therefore always appear higher in the list than higher result types. Results of content queries on the server are expected to be pre-sorted on their type number and their value. If a content query does not sort results, then this must be configured on the QuestObjects server. In that case, the

results will be sorted by the QuestObjects server before they are merged with the results from other content queries in the content channel.

As described above, QuestField clients can handle, display, and format results differently depending on their type. In accordance with an embodiment, the following type ranges are reserved. Built-in plain list layouts for all negative type numbers are provided as part of the system. Any third-party, customer-specific and custom list layouts do not need to handle these result types, although they may optionally override individual ranges.

Negative result type numbers:

−100 This number is reserved for errors that occur in queries performed by Content Access Modules (such as SQL and LDAP). When the content access module receives an error, a single result is returned to the client with type −100, with the following values:

key: The native error number as it was returned by the content source;

value: The native error text as it was returned by the content source;

metadata: null;

expires: Typically, the "expires" attribute for the range will contain the time that corresponds to the moment of the error: If a one-time error happens, the query will be re-executed immediately if the client requests this. If an error is tied in to the query (i.e., invalid query), then the expiration may be omitted or long so that the query will not be re-tried and the error will remain in the QuestObjects server cache. System-provided QuestField result list layouts will display an error symbol and a generic text "The query could not be executed by the content engine." to the user (in the local QuestField-configuration language), and may optionally display the value and metadata in a technical "about box" for troubleshooting purposes. Depending on the type of the error, the Content Access Module may also send an error "**-499**" to the QuestFields client so it goes into offline mode (see chapter 3.5).

−90 This type number is reserved for situations in which the Content Access Module cannot reach the content source, i.e. the content source is unavailable.

key: An optional CAM-specific error number;

value: An empty string, or a string that is meaningful to end users. If empty, QuestField clients will display a generic text "The content source is currently unavailable." to the user (in the local QuestField-configuration language). If the Content Access Module returns a value that is non-empty, e.g. "We are performing scheduled maintenance. The weather information server will be available again at 9AM EST.", then QuestFields append the value to the generic unavailability text;

metadata: null;

expires: This is the time at which the server is expected to be available again. QuestField clients should respect this time and wait for at least this long before retrying a connection to the server, unless some results in the result list were valid (it is possible that a content channel contains results from one content query but missed results from content queries corresponding to content sources that are unavailable). System-provided QuestField result list layouts will display the text. The QuestField client may optionally display the value and key in a technical "about box" for troubleshooting purposes. The QuestField client may also use the "expires" time to display a message "The content source is expected to be available again at xx:xx.".

−89 through −80 This type number range is reserved for "QuestObjects server temporarily busy, try again later" situations.

−86 This type number is used for situations in which the QuestObjects server is too busy to handle a request.

key: An optional number that identifies the specific reason why the server is busy;

value: An optional technical description "why" the server is busy for troubleshooting purposes, e.g. "The request queue is full.";

metadata: null;

expires: Typically, the "expires" attribute for the range will be the time that corresponds to the earliest moment at which the server suggests next doing a query. A QuestFields client should not re-query until this moment is reached. System-provided QuestField result list layouts will display a generic text "The QuestObjects Server is too busy to handle your query. Please try again later." to the user (in the local QuestField-configuration language). The QuestField client may optionally display the value and key in a technical "about box" for troubleshooting purposes.

−83 This type number is used for situations in which the content engine is busy indexing information.

key: If available: The percentage complete (0-100, integer). Otherwise: null;

value: The meaningful name of the index being created. For example, "masterobjects.com" for a Content Access Module that is indexing documents or web pages in that domain. A CAM should always return something. If no meaningful name is available, then the QuestObjects server will return the CAM instance name;

metadata: null;

expires: Typically, the "expires" attribute for the range will be the time that corresponds to the current moment so that the next query shows the current percentage, if available. If indexing has an expected end time, then "expires" should be the expected end time.

System-provided QuestField result list layouts will display a generic text "Currently being indexed: value" to the user (in the local QuestField-configuration language, with the value appended), and may optionally display a progress bar if the key is non-null.

−29 through −20 This type number range is reserved for QuestObjects server-generated "query suggestions". These results are typically stripped off the visual results list, and displayed in a separate user interface element such as plainly formatted suggestions at the top of the list or a "tooltip". Selecting a value from this result in the client causes it to become a new query.

−26 The QuestObjects server suggests a different spelling for what the user has typed (e.g., for the previous client query value/input buffer because it is not recognized as valid). The value is typically shown as a plainly formatted result in the normal list element.

key: null;

value: The improved query value;

meta**0**: null;

expires: Typically, no expiration applies so the "expires" attribute is omitted.

−23 The QuestObjects server suggests a related query (that is, the query word might have been correct or valid, but there are related subjects that the user might be interested in). Depending on the QuestFields client, this value is not displayed amongst the regular results, but in a tooltip or in a separate pane or tab.

key: null;

value: The related query value;

meta**0**: null;

expires: Typically, no expiration applies so the "expires" attribute is omitted.

−9 through 0 This type number range is reserved for plainly-formatted texts that are to be displayed in the result list. QuestFields clients use plain formatting that displays the value only, regardless of the list layout that was chosen in the client.

key: null;

value: The value to be displayed;

metadata: null;

expires: A content source may optionally return an expiration time.

Positive result type numbers

Positive type numbers typically correspond to valid results, wherein the type determines the sorting order: Lower numbers appear before higher numbers. QuestField clients will use the list layout and metadata formatting as defined by the "listLayout" attribute configured on the client.

Reserved for content results that are sorted before normal results.

Reserved for normal results.

101+ Reserved for results that are sorted after normal results.

Client Embodiments

In accordance with various embodiments, the client part of the QuestObjects system can be embedded into a variety of different web-based applications. The number of user interfaces that can take advantage of the invention is virtually unlimited. Every application that deals with incremental client-generated character input and returns matching content over a network (or locally, i.e. with client and server running on one device) can be implemented using the various embodiments of the present invention to increase performance and user-friendliness, and significantly decreasing application development cost.

Common embodiments of the invention wrap the client objects of the QuestObjects system into user elements that are referred to as "QuestFields". Many types of QuestFields are envisioned, six basic types of which are described below. These QuestField types differ in complexity, but have in common that they can enhance any web browser or handheld wireless device application that is used to enter, find, retrieve and/or manipulate information stored in remote databases.

FIG. **11** shows a table **210** that compares the six basic QuestField types. From these basic types, complex QuestFields can be derived that combine the properties of multiple QuestField types.

AutoLookup QuestField

The AutoLookup is one of the simplest types of QuestField. Upon user input (or after a dependent QuestField is modified), the QuestField does a "direct lookup" in the underlying content source where the data returned has a one-to-one relationship with the user input.

Examples include a City QuestField that automatically displays the city for a specific Zip code, a Bank Number QuestField that verifies the validity of an account number, a Translation QuestField that automatically looks up the translation of text that the user has entered, a Stock Quote QuestField that returns a stock quote for a specific ticker symbol, or a Calculator QuestField that returns the result of a specific calculation performed on the user's input.

AutoComplete QuestField (AutoSuggest QuestField)

An AutoComplete QuestField assists the user during data entry by looking up multiple possible matches directly based on the user's character-by-character input. While the user types, the "best match" for the input is autocompleted into the input field. An optional popup list can display alternate choices or suggestions to the user. The user input typically has a one-to-many relationship with the data that is returned by the content source, and the number of records returned is usually known but can be limited by the server.

Examples include a PeopleFinder QuestField that looks up persons in a directory, a Product QuestField that helps the user find products, or an Account QuestField that helps the user in finding and entering customer account numbers.

AutoSuggest QuestFields are almost identical to AutoComplete QuestFields, except that they do not provide in-field auto-completion for the currently selected result record. In some QuestField embodiments, this is simply configured by setting an "autoComplete" attribute to "false".

AutoSearch QuestField

An AutoSearch QuestField interprets the user input as a discrete search query that can be in any query format supported by the underlying search engine(s). The input is not usually autocompleted in the input field because of the nature of the input, although some AutoSearch QuestFields will suggest queries from a word-index or from a user query history list. Similar to the AutoComplete QuestField, search results are immediately displayed in a formatted popup list. The number of results returned from the server is typically unknown and limited by the search engine. Results in the AutoSearch QuestField popup list are usually filtered and ranked before they are displayed.

Examples include a Site Search QuestField that enables users to find pages on a website based on full text Boolean searches, or a Document Search QuestField that allows users to retrieve documents or files based on full text as well as other criteria. A publishing company, for example, can use AutoSearch QuestFields to allow users to quickly and efficiently search newspaper and magazine archives.

Relational QuestField

A Relational QuestField provides a complex user interface comprising multiple entry fields adapted for a specific use. A Relational QuestField simultaneously accesses multiple content channels and allows users to enter multiple values or click on results to "navigate" through relational content. Relational QuestFields provide a sophisticated user interface that typically feels like a "browser" or "navigator" because it can use multiple columns, tree lists, or even three-dimensional ways to display the results.

Examples include an Address QuestField that can be used to enter full addresses (street, city, state, zip, etc), a Thesaurus QuestField that allows users to navigate through taxonomy of terms, and a File Browser QuestField that behaves similar to, for example, Microsoft Windows Explorer or the Apple Mac OS Finder, yet operates on remote file structures. Relational QuestField embodiments are also ideally suited in multi-media library software and "jukebox software" such as, for example, Apple iTunes or Microsoft Media Player, where the content and library reside on a remote server. The same is true for music stores and

other ecommerce sites in which Relational QuestFields provide a greatly improved way to navigate the remotes databases over the prior art.

FreeForm QuestField

A FreeForm QuestField is a text area that allows users to enter blocks of text of any size. Rather than treating the entire input as a query, a FreeForm QuestField intelligently interprets the user input as it is typed, providing the user with wide range of "on the fly" text editing enhancements.

Examples include a SpellCheck QuestField that checks and corrects the user's spelling or grammar based on remote dictionaries while the user is typing, or an AutoSave QuestField that automatically creates a server-side backup while the text is being entered.

Background QuestField

A Background QuestField does not have its own user interface. Instead, it is a QuestField that can be invoked to run in the background of an application, invisibly accessing a QuestObjects service. For example, a Background QuestField could be a real-time stock price lookup function available to stored procedures in a relational database.

FIG. **12**A and FIG. **12**B show two examples of Internet applications based on HTML pages containing an AutoComplete QuestField. In particular, FIG. **12**A shows a web page **220** loaded into a Microsoft Internet Explorer browser application running on a Windows XP operating system, wherein the user has placed the cursor into a QuestField that is used for searching second-hand cars. As the user starts typing, matching information appears nearly instantaneously, as shown in FIG. **13**D.

FIG. **12**B shows a similar application **224** optimized for the small screen format of a mobile phone or portable device (for example, an Apple iPhone or another type of phone device), as it looks after the user enters "Ferrari **3**" using the phone's on-screen keyboard and then dismissing the keyboard. During keyboard entry, the vertical area occupied by the QuestField's result list is minimized. The bottom of the result list in an AutoComplete QuestField displays the number of available records, even while the user is typing. When the phone is rotated into "landscape view", using JavaScript functions and the "onresize" handler, the QuestField can adopt itself to the new screen width and screen height.

QuestFields are especially suited to enhance finding information on small wireless devices such as cell phones and PDAs. The QuestObjects protocol (QOP) minimizes network traffic and maximizes the speed at which users receive feedback upon their input. Therefore, perceived performance is excellent even when using slow network connections such as GPRS.

FIG. **13**A, FIG. **13**B, FIG. **13**C, FIG. **13**D, FIG. **13**E, FIG. **13**F, FIG. **13**G, FIG. **13**H, FIG. **13**I, FIG. **13**J show various states **230** of the basic input element that plays a part in many QuestObjects client (QuestField) embodiments. FIG. **13**A shows the input element before the user has typed any characters. For branding reasons, and to remind users that the input field is dynamic rather than static as was the case in the prior art, some QuestField embodiments can display a watermark, such as a QuestObjects "Q" symbol or trademark, or other symbol, inside of the input area.

At the stage represented in FIG. **13**A, in accordance with most embodiments, the QuestFields will not have yet connected to the QuestObjects server (i.e., it will not yet have established a session with the server). However, if the QuestField has an initial (typically, pre-configured by the application or website designer) query (such as an inputBuffer value, a qualifier value, or a value held in a dependent Quester), then the QuestField can automatically connect to the server as shown in FIG. **13**B. If the QuestField does not have an initial value, then it can connect to the QuestObjects server upon the first user action (such as typing a character). The first character typed does not necessarily fire a query (i.e., the client Quester does not necessarily send a query message to the server after typing a single character). The number of characters that must be typed before a query is submitted is implementation-configurable. This is to further minimize the load on the server, and to avoid performing unnecessary or less useful queries, as often is the case if the user only types a single character.

During the connection phase, a session is established. This can be indicated by an animated communication symbol inside of the QuestField (or, in some embodiments, elsewhere on the screen, such as in the header, margin, or footer of the window containing the QuestField). Of course, this symbol generally does not appear if a different QuestField has already established a session with the server through the central client Controller.

FIG. **13**C shows the state of an AutoComplete QuestField embodiment configured to access a "Second Hand Cars" content channel after a user has typed three characters ("Fer"). A rotating user interface element indicates that a query is being performed (in this case, it has the shape of two arrow symbols that rotate in a circle) . For a brief time after the user types the characters, this user element may appear static (i.e., non-rotating). This is because a QuestField reduces network traffic and server load by accumulating user input for a configurable amount of time. To improve the user feedback even further, the (initially static) user interface element can appear subtly by zooming into view, or by fading into view (say, from 100% transparent to opaque).

FIG. **13**D shows the same QuestField after it has received results from the QuestObjects server. The corresponding drop-down list can be configured to open (appear) automatically after results are found. In some implementations, this behavior can also be switched off by the user.

A QuestField can be configured to provide in-field "autocompletion", using various text colors to indicate whether a single unique record was found (in which case a checkmark may appear after the input, as shown in FIG. **18**A) or whether more records are available (as is the case in FIG. **13**D). If the user closes the drop-down list, or in other situations, configurations, or applications where no results list is displayed, arrows inside of the QuestField can indicate whether previous and/or next results are available, allowing the user to select the previous and next results using the Up and Down arrow keys on the keyboard, as shown in FIG. **13**E.

As a user types new text, it typically appears in a lighter-than-usual color (e.g., gray instead of black) until at least one matching result is received from the server. This ensures that the user can always recognize whether the current value in the input field was accepted or not.

When this QuestField embodiment encounters a non-recoverable error, it displays a "red triangle" as shown in FIG. **13**F. The QuestField remains disabled until the web page is reloaded. Non-recoverable errors usually indicate a faulty configuration of the QuestField in the web page, such as a wrong server URL or a non-existent QuestObjects content channel id. Clicking on the triangle symbol reveals an "information pane" in the user interface that displays information about the error, such as the error number and a descriptive text.

When the QuestField embodiment encounters a recoverable error, it displays a Pause symbol at the right of the entry

field as shown in FIG. **13**G. The field was placed in off-line mode, so that it temporarily behaves like it is disabled. To reduce server load in error situations, no more communication with the QuestObjects server will take place until the web page is reloaded, or until the user clicks on the Pause symbol to reconnect. During off-line mode, the information pane shows an error message.

As shown in FIG. **13**H, in accordance with an embodiment the Pause symbol changes to a Play symbol when the user holds the mouse over it, allowing the user to retry the action that just went wrong. If the error occurs again, the QuestField will re-enter off-line mode and display the Pause symbol again. In some embodiments, the pause/play metaphor can be substituted by a simple yellow "warning triangle", with a warning text and a button that the user can click to try and re-establish a session.

A content channel can postpone a query (coalesce the input) until at least a certain number of characters is entered into the client Quester. Some QuestField embodiments may indicate this to the user by displaying an underline symbol that stretches in front of the characters typed, as shown in FIG. **13**I. The length of this underline is calculated to match the number of missing characters, which is configurable by the application designer.

If a QuestField query does not return any matching results, then in some QuestField embodiments the system draws a "red wiggly underline" under the input, indicating that the input is invalid (or perhaps, in some applications, misspelled). This is shown in FIG. **13**J. This provides an indication to the user that he or she can backspace or clear the field to try a different query, and saves the user aggravation and time compared to techniques that otherwise rely on the request-response loop to display a page that said "No results found, please try again".

Certain QuestField embodiments may display an "erase" symbol after the input element contains data (in this case, typed or pasted text). Users can click this symbol (shown in FIG. **13**D, FIG. **13**E, FIG. **131**, and FIG. **13**J) to erase the entry field and to place the cursor at the beginning so that a new character can be typed.

Some QuestField embodiments allow the user to deactivate the dynamic lookup and autocomplete behavior. After a user disables the QuestField, a grayed-out "power symbol" is displayed in place of the various other state elements. When a QuestField is disabled, it will no longer communicate with the QuestObjects server. A disabled QuestField effectively functions like a regular entry field. To re-enable the field, the user can click the Power symbol or check the appropriate checkbox in the information pane.

All of the basic QuestField states and behaviors described above are also used in more complex QuestObjects client embodiments, examples of which are described below.

FIG. **14**A, FIG. **14**B and FIG. **14**C show two QuestFields that implement Quester dependencies. The QuestField **234** in FIG. **14**A comprises two AutoLookup QuestFields, one of which is used to check the accuracy of an ISBN number typed by a user. The second QuestField, upon reception of the appropriate key by the first QuestField, will immediately display an image of the corresponding book after its content channel returns the matching image URL for that key.

FIG. **14**B shows a Relational QuestField embodiment **238** derived from two AutoSuggest QuestFields that both depend on the same input buffer. As the user types an entry into the input element at the top of this "ProductFinder" QuestField, the top QuestField displays matching products ("270 Producten", Dutch for "270 Products") and the bottom QuestField displays matching special offers ("3 Aanbiedingen", Dutch for "3 Special Offers").

As described previously, a client Quester does not always receive an entire result set from the QuestObjects server. Additionally, the QuestObjects server does not necessarily receive the entire available result set from the content source(s). In such cases, the client Quester may receive partial results as they "trickle in" from the server. This is typically envisioned to the user by rotating user interface elements next to (or below) the corresponding result lists **240**, as is shown in FIG. **14**C. Rather than saying "270 Producten" and "3 Aanbiedingen", this screenshot shows that the QuestField can omit the number of results (which in this case is still unavailable for both Questers) and display a set of rotating arrows next to each content channel name. QuestField result lists can be customized to virtually any "look and feel", using various techniques including CSS, Adobe Flash, or any other technology available on the QuestObjects client embodiment. Instead of "special offers", a dependent QuestField can just as easily display matching advertisements implemented using any means available to the browser. QuestFields are therefore ideally suited for advertising-driven information publishing, where they provide a much better means for user-targeted advertising than the prior art that relied on advertising updates only after the entire page was reloaded.

A QuestField can also display advertising or sponsoring information in its margins or footer, as is the case in FIG. **14**B and FIG. **14**C, where the QuestObjects logo and a "powered by QuestObjects" text can be received from the server, and could be the result of a content channel that returns multiple items or texts to be displayed at the footer, in some envisioned embodiments as a "slide show" or as a "scrolling ticker tape", as "vertically scrolling credits", or a combination of these. In the example shown, the text returned ("mogelijk gemaakt door") is in the Dutch language. A content channel is capable of returning the appropriate data by using the language identifier as a qualifier in the query.

FIG. **15**A, FIG. **15**B and FIG. **15**C show various examples of visual QuestField styling and custom result list layouts. FIG. **15**A shows an AutoComplete QuestField **244** that is used in an embodiment referred to as "PeopleFinder". The results list displays names in bold, phone numbers in regular font, and an email symbol allowing users to quickly send an email to the corresponding person.

FIG. **15**B shows the same QuestField **246** using a different CSS style sheet. This style sheet (reconfigured by changing a "skinName" property) uses non-rounded borders, orange color, and different-looking drop-down and submits button symbols, and different colors for typed and auto-completed text. Different QuestField embodiments can also auto-detect the local operating system and adjust their look and feel so they match the native look of each user's system (e.g., using "Aqua" widgets on an Apple Mac OS, or using "Aero" widgets on a Microsoft Windows Vista OS).

FIG. **15**C shows an AutoComplete QuestField **248** that uses another CSS style sheet (this time, using a dark gray color for the drop-down button) and a customized list layout spanning multiple lines per result, a "lock symbol" that appears for each result depending on a metadata value received from the QuestObjects server, and an additional HTML-formatted footer below the QuestField result list.

FIG. **15**D shows an AutoComplete QuestField **250** with a list layout optimized for finding websites from a server-stored index of web site titles.

FIG. **16**A, FIG. **16**B and FIG. **16**C show different embodiments of the AutoComplete QuestFields that are combined in the client application to provide dual lookup capabilities to the user. In particular, FIG. **16**A shows two QuestFields **252** with dependencies to allow users to type either (part of) a last name, first name, or both to find persons in a directory. As last name information is entered into one QuestField, the other QuestField automatically displays a list of all matching first names that exist in the directory. FIG. **16**B shows a similar example **264** of two dependent AutoComplete QuestFields, in this case using "City, State" and "Zip Code" to allow users to quickly enter or find the proper matching data records. FIG. **16**C shows a similar example **266** of two dependent AutoComplete QuestFields, in this case using "Artist" and "CD Title" to allow users to quickly enter or find the proper matching data records.

FIG. **17**A, FIG. **17**B, FIG. **17**C, FIG. **17**D, FIG. **17**E, FIG. **17**F show an embodiment **280** in which various states of a complex Relational QuestField user interface design that is used to navigate a large thesaurus database. After the user types "No" into the input field and clicking on the triangle as shown in FIG. **17**A, a two-paned user interface **284** appears (FIG. **17**B). The left column shows lookup results similar to the AutoComplete and AutoSuggest examples shown earlier. The right column shows four dependent result lists corresponding to four Questers that retrieve dependent data on the currently selected result on the left. With "North Carolina" selected, the "UF" list displays all "used for" terms from the thesaurus. The "BT" list displays all "broader terms" from the thesaurus. The "NT" list displays all "narrower terms" from the thesaurus. And the "RT" list displays all "related terms" from the thesaurus.

FIG. **17**C shows a screen shot **288** of the state of the user interface after the user "drags" the result "United States of America" from the right-side list into the list on the left. Once the entry is dropped in place (as shown **292** in FIG. **17**D), all Questers that depend on the "currently selected term" immediately retrieve new matching values from the QuestObjects server. It will be evident to those skilled in the art that users are often likely to click on previously visited records, such as re-clicking on term "North Carolina" in FIG. **17**B. The embodiments described herein make this process efficient and quick, even if the content source (in this case, thesaurus database) contains a huge number of records, if the user is accessing the QuestObjects server remotely, when the speed of the network is slow, and when the thesaurus is being accessed by many simultaneous users.

FIG. **17**E shows that the user can drag **296** the term "Alaska" to the input field, replacing the previous value of the input buffer, "North Carolina". Immediately, the dependent QuestFields look up the corresponding matches. In this example, while the user selects the "Sounds" tab in the user interface **298** (FIG. **17**F), another dependent Quester will perform a lookup for all states that "sound like" the currently selected term.

FIG. **18**A, FIG. **18**B and FIG. **18**C show three screenshots **302** of an application that combines four dependent QuestFields to find car parts in an SQL database, using four indexed database columns "Architecture", "VPPS", "FNA", and "Part".

As shown in FIG. **18**A, upon entering "OPEL" into the Architecture QuestField, it is automatically completed (the check mark signifies that one unique match exists). The other three QuestFields have automatically performed their dependent queries and have come up with result lists, as indicated by the green "down arrow" symbols and the auto-completed "first available" matches. FIG. **18**B shows



how the user can select one of the resulting FNA codes by simply selecting it from the corresponding QuestField's results list. Then, after only typing three digits of the part number in FIG. **18**C, only one unique VPPS code remains, and the number of available parts, out of a potential total database size of millions, is easily found and entered. Multi dependent QuestField applications such as the embodiment shown here can replace complex multi-HTML page applications, and offer a paradigm shift for the entry, search, and retrieval of remote data.

Although in this user interface design the dependent QuestFields are arranged vertically, those skilled in the art will understand that different embodiments may position them in any order, or even place them inside of other complex user interface elements such as tabbed pages, complex grids, etc.

FIG. **19**A, FIG. **19**B and FIG. **19**C show three user interface designs **310** that further illustrate the power of dependent QuestFields. In accordance with an embodiment, the four dependent Questers and the content channels used by the four AutoComplete QuestFields used in FIG. **18** can be supplemented by a fifth dependent Quester accessing a content channel "Car Brand & Type", a sixth Quester used to filter on "Price Range", and a seventh Quester to filter on "Build Year". A single complex Relational QuestField is created that offers an easy-to-use, multi-column interactive search and retrieval interface.

FIG. **19**A shows a Relational QuestField that uses multiple columns, each column comprising an input field and a result list. The first three columns are currently visible, but additional columns exist to the right, as is indicated by the scroll bar element at the bottom of the QuestField, and the "Car Brand & Type" and "Part Name & Number" links. Users can use the scroll bar to reveal the columns to the right, or they can simply click on the links at the bottom to jump to a specific column. Although in this user interface design these "column links" are displayed inside of the scrollbar at the bottom, those skilled in the art will understand that different embodiments may place the scrollbar at the top and may display the links as more traditional "bread crumbs" towards the top of the screen.

FIG. **19**B shows the state of the user interface after the user has clicked on "Car Brand & Type" in FIG. **19**A, or after scrolling to the right. A new column "Car Brand & Type" appeared, and the left "Architecture" column has disappeared from view. In its place, a new "Architecture" link is displayed on the left side of the scroll bar. Clicking on this link will scroll the QuestField back to the left. Note that, in this example, the user has already typed "OPEL", causing the Architecture content channel to perform a query that returned one record, "OPEL Z-CAR EPSILON . . . ". This has already caused all of the dependent Quester content channels to re-query their content channel, filtering the number of results displayed in the result lists on the right.

Since in the above example the user has created a query in the Architecture Quester, its "erase button symbol" has appeared in the corresponding input field in FIG. **19**A. Because the input field is scrolled out of view in FIG. **19**B and in FIG. **19**C, the erase button symbol is displayed next to the "Architecture" column link in the scrollbar at the bottom.

In the top right hand corner of FIG. **19**B, note the "Filter" checkbox that has appeared for the "Car Brand & Type" Quester. This shows that any column can have one or more additional "filter channels" that a user can activate to further narrow down the search. In FIG. **19**C, the QuestField is scrolled all the way to the right, and the "Filter" checkbox

for the "Car Brand & Type" column is checked. These causes the additional QuestFields "Price range" and "Build year" to appear. Note that such dependent user interface elements may be hard-coded in the QuestField. However, the QuestField can also determine dynamically which additional "Filter" QuestFields are to be displayed. To this end, the QuestObjects server returns a list of available "Filter" content channels to the client Quester as part of its questerRegistered message. In one embodiment, the content channel definition on the QuestObjects server has an additional Boolean flag in the querySelector that indicates whether the dependent query definition is to be used as a filter. By clicking on the "erase button symbol" that appears next to the filter Questers, all filters can be reset to their default state. Also, by removing the checkmark from the "Filter" checkbox, the filter Questers are cleared and hidden from view.

An advantage of the dependent QuestField and Relational QuestField embodiments described above, is that users can start their search or "find process" by entering search values and making selections in any of the dependent Questers, and in any order. For example, if a user already knows (part of) a product or component number, then he or she can enter it immediately. This provides an advantage over prior art systems that typically offered a "top-down" approach to finding information. In many contemporary ecommerce sites, it is still very difficult to find a specific product, unless the user knows the exact name or the exact (and full!) corresponding part or product number. With Relational QuestFields, this is no longer necessary.

FIG. **20**A, FIG. **20**B, FIG. **20**C and FIG. **21**A, **21**B, and **21**C show screen shots **322**-**334** of two AutoSearch QuestField embodiments. AutoSearch QuestFields typically have an additional user interface element that allows users to make search selections and to view "recent queries". Contrary to the AutoComplete QuestFields and AutoSuggest QuestFields described in the previous examples, the results received from the content sources (typically, from third-party or open-source search engines) are generally not alphabetically sorted. Instead, the content source typically ranks results according to relevance. In accordance with an embodiment the QuestObjects content channel can optionally merge results received from multiple content queries. Rather than doing this by alphabet, this can be performed using the rank held in a specified metadata entry.

FIG. **20**A, FIG. **20**B, and FIG. **21**A show that users can click the QuestObjects symbol in an AutoSearch QuestField to reveal a popup menu that shows recent searches (which can be re-performed by simply clicking on them), a "Clear Recent Searches" option, and optional qualifiers that enable the user to determine the content queries that are performed by the associated content channel. The "About this QuestField" menu option opens the information pane, just like the "i" tab button does at the bottom of most QuestField result list embodiments, and just like what happens when the user clicks on the regular (i.e., non popup menu) "Q" watermark that appears when a QuestField loads (as shown in FIG. **13**A).

FIG. **20**B and FIG. **21**B show the state of the AutoSearch QuestField after the user has typed a search query. As with other QuestField types, a rotating symbol indicates that the search is being performed. Note that most search engines allow users to include search operators in their query, such as Boolean operators including "and" or "or", as is shown in FIG. **20**B. The QuestObjects system simply passes the input string to the content source (in this case, search engine), but the QuestObjects client may perform highlighting and special handling of reserved words used as search operators.

The input field of an AutoSearch QuestField does not typically perform in-field auto-completion on the search results. However, the input field can optionally provide auto-completion or suggestions for the last typed word. This requires the use of a second content channel that is defined to query the full-text index that is also used by the search engine of the content source. Although not shown in FIG. **20** and FIG. **21**, the corresponding auto-complete suggestions are displayed similar to URL-suggestions given in web browsers and similar to the way in which a FreeForm QuestField embodiment pops up spelling suggestions as shown in FIG. **22**B. The content channel used for such "search suggestions" typically filter "stop words" and search operators (such as "and" and "or") before returning results, so that an AutoSearch QuestField only provides suggestions for the actual search terms typed by the user, not for the operators such as "and" and "or".

As is shown in FIG. **20**C, a QuestField result list may display images that correspond to the search results. The QuestObjects server typically returns URLs to these images to the QuestField as metadata strings in the result set. These URLs can be absolute URIs to the images or other related content, or can also be file names or paths to images relative to a base URL known to the QuestField client software. By including only the path or file names, the size of communication packages received from the server is limited, and the QuestObjects server cache will occupy less memory. A content source may also provide limited HTML, formatting, "escaping", or "tagging" of search words inside of each result text. A customized result list layout can apply formatting to highlight those words to the user. In FIG. **20**C and in FIG. **21**C, occurrences of the search term(s) in each result are displayed using bold font formatting.

FIG. **22**A, FIG. **22**B, FIG. **22**C, FIG. **22**D, FIG. **22**E show an embodiment **340** in which a FreeForm QuestField is used to provide on-the-fly spell checking and lookups based on a content source containing a server-based dictionary. FIG. **22**A shows a text field containing multiple lines of text ending in the misspelled word "servre". Upon a right click, the QuestField provides spelling suggestion based on the result of a content query that is performed by the "dictionary" content channel associated with the QuestField. As shown in FIG. **22**A, the QuestField can indicate that the query is being performed using a rotating symbol in the popup menu that appears in the user interface. In low load situations, the QuestField can display the suggestions immediately since they will have already been received from the QuestObjects server before the user has had a chance to right-click on the misspelled word. FIG. **22**B shows how the spelling suggestions are presented to the user. It will be evident to those skilled in the art that such a popup menu or context menu may contain additional menu lines revealing additional application and/or QuestField options that are relevant for the current application context.

FIG. **22**C and FIG. **22**D illustrate how the system responds when the user right-clicks on a word that is spelled correctly. In this instance, the FreeForm QuestField looks up the word in the server-side dictionary, and quickly displays the corresponding dictionary information while the user is either pressing the mouse button or after a single right-click.

FIG. **22**E shows one way in which the FreeForm QuestField can be configured. In accordance with some embodiments, a "QuestObjects Q symbol" button is included in the margin or footer of the QuestField or in the window containing the QuestField. The user can click this "button" to

reveal options relating to the QuestField. In this example, the user can enable and disable three different options. Those skilled in the art will recognize that FreeForm QuestFields are capable of additional functions that enhance entry of free-form text. For example, it is possible to "push" context-sensitive pop-ups to the QuestField that are displayed automatically as the user is entering information. These pop-ups might provide suggestions, show advertising, provide links to related information, etc.

Some devices, such as the Sony Playstation 3 (PS3), or early versions of the Apple iPhone, have limited keyboard input methods that do not allow input fields on web pages to intercept or "catch" individual keystrokes entered by the user. These devices do not call the "onKeyDown" or "onKeyUp" event handlers behind input fields, because keyboard entry is instead taken over by a separate "virtual keyboard" that appears on-screen, allows a user to enter a string, and then only calls the underlying web page and input field after the entire string was edited. On these types of devices, a QuestField can intercept the click (or finger press) on the input field by overlaying a transparent "button". Instead of the regular built-in keyboard or virtual keyboard of these devices, the QuestField can open its own virtual keyboard in a separate HTML layer or in a separate HTML window. This virtual keyboard has a button corresponding to every key, as well as function keys such as backspace and a "dismiss" button that hides the virtual keyboard layer or closes the keyboard window. While the user clicks each button on the QuestField's virtual keyboard to enter incremental characters, the "click" event on each virtual key is handled so that the corresponding character is appended to or inserted into the HTML input field. From the perspective of the user, the QuestField's "popup keyboard" replaces the built-in key input mechanism, allowing the QuestField to respond to individual keys (incremental key input) rather than only responding after the user has finished entering the string. So even in those devices that do not typically allow trapping keystrokes, users can input strings using consecutive character input or using consecutive clicks (or finger presses or stylus taps), while the QuestField performs incremental queries, asynchronously receives results from the server, and displays matching results to the user as the string is being edited by the user using the virtual keyboard.

Character Input Throttling

In accordance with an embodiment, the system can be configured to more readily manage requests, retrieve and optionally cache content, and send back to the client object only the information that is needed by the user at any time. An efficient network protocol between the client and the server can be used to exchange the information in an efficient manner, to maximize responsiveness of the system to the user, while minimizing the load on content sources and to minimize network traffic. In addition to these critical parts of the system, additional functions can be implemented in the client software, as to minimize the number of requests going from the client to the server object.

To improve overall performance and scalability, in accordance with an embodiment QuestFields limit the number of queries sent to the QuestObjects server for an individual user. As described previously with regard to FIG. **13**C, the client software accumulates user input for a certain amount of time. This is managed in two client-side "tiers": the Questlets (the user interface elements inside of the QuestField), and the Questers (the non-visual objects that communicate with the server).

In accordance with an embodiment, data "accumulation" can be controlled by the Quester objects. Questers determine the delay that occurs after receiving a query request and before that query is sent to the server via the communications controller. Whenever a new query request (typically, a character or word typed or pasted into a QuestField by the user) is received by a Quester, any prior queries still being delayed are superseded in favor of the new query. In this manner a Quester can accumulate multiple query requests, triggered by user input, before the final query actually goes to the server. The size of this delay determines query frequency in response to user events, and therefore affects both responsiveness of the user interface and traffic to the server. Depending on the server response speed and the network latency, a Quester can send a new query before receiving a result from a previous one. Questers determine high-load (slow server) situations based on the size of the pending query "queue".

Queries triggered by a dependency from another Questlet are not subject to the same minimum delay. In accordance with an embodiment a dependency query delay is determined by the Quester that triggers it; all dependent Questers send their queries immediately after this delay. If the triggering Quester receives a new query request, then the new query request immediately supersedes any delayed queries being accumulated in dependent Questers.

Longer delays can also be suggested by a Questlet. For some user interface events, a Questlet can suggest a longer-than usual delay (but never a shorter delay than the one calculated by the Quester). A Questlet will typically do this in two situations: (1) when the user hits "backspace"; and (2) when the user types other commands that suggest that the user is still editing the field, such as "cut and paste" and "delete". This indicates that further editing of the query string is likely, so the accumulation period is extended accordingly.

FIG. **23**A and FIG. **23**B show the various variables **344** involved in calculation of the accumulation delay in accordance with an embodiment. The accumulation delay is calculated by Questers in the following manner. Normally, a default delay (defaultAccumulation) is used, which is determined by average typing speed on the target device (averageTypingSpeed). This delay is shortened when the length of the query string (queryLength) is longer. However, there is always a minimum delay based on the average network latency (averageLatency), with the exception of dependency queries mentioned above.

FIG. **23**B shows a flowchart **348** illustrating the process performed by the system to determine the accumulation. If and when there are queries in the queue already, the delay is determined by the number of pending queries (pendingQueryCount) and an estimated query time (queryTime), which is approximately the time it takes between a query request and the receipt of results. This query time can be initially determined from the average network latency (averageLatency) and re-calculated every time results are received. It has an assumed minimum (minimumQueueTime), and can be determined from the time between sending the query and receiving the corresponding results (calculatedTimeTakenByQuery). In addition, the query time cannot decrease from its previous value by more than the default accumulation time (defaultAccumulation). This limitation is imposed to limit the impact of queries that are relatively fast due to cached results.

If the result for the last remaining pending query is received, then any accumulated query can be sent immediately, rather than waiting for the remainder of the delay. If

a Questlet suggests a slow query delay (slowQueryDelay), then that will be used assuming it is longer than the minimum.

RESTful Protocol Implementations

In accordance with some embodiments, the communications protocol does not need to transfer user session information to the server with each request coming from the client. Instead of the client first starting a session on the server, and the server keeping that session available to the same client, the server does not maintain a session for each client. This "session-less" relationship between the client and the server is sometimes referred to as a "RESTful" ("Representational state transfer") relationship. Representational state transfer is a style of software architecture that can be used for distributed hypermedia systems such as the World Wide Web, and the Hypertext Transfer Protocol (HTTP) specification.

In accordance with RESTful embodiments, the client object does not pre-register information about how the server object should respond to subsequent requests. Instead, the client system packages each request into a full communication packet that contains all of the necessary information for the server object to do its work. The server object does not remember information it learned in prior communication from the same client, and does not combine the input requests that it received from a client in a prior communication exchanges with the incremental input it receives from the same client object in subsequent communication. In RESTful embodiments, individual requests sent from the client to the server are typically more complex (especially in multi-Quester situations with dependencies). Although one advantage of RESTful embodiments lies in the fact that subsequent requests from the same client may be communicated to (and handled by) different server instances running on different computers (thus increasing scalability), scalability can be negatively affected because the subsequent requests from the same client can likely be handled by the server from its cached data, which will not necessarily be present on other servers. As such, the performance benefits of using a RESTful protocol depend on the use case and on the content.

Although in RESTful implementations there is no such thing as a "session" being exchanged between the client system and the server system these implementations can still recognize a "user session", the information of which is then maintained fully on the client system, wherein each request from the client object communicated to the server object represents the full information needed for the server object to respond.

Full-page QuestFields

In accordance with some embodiments, the system can use third-party technologies to implement the client object and the communications controller object on the client computer to communicate over the network with the server computer, in addition to different low-level communications protocol implementations. In embodiments that package the information requests and responses in XML (Extensible Markup Language) and transmit them over HTTP (HyperText Transfer Protocol), the client object can be implemented using technologies that provide ready-made "XML over HTTP" functionality to the client object on the client computer.

In embodiments that use a browser-based client, the client object can be implemented, for example, in the ActionScript language, which is then compiled to run in an Adobe Flash Player software installed in the user's browser. The Adobe Flash Player provides an XML object that can be called by the client object to send and receive XML-formatted information packets to implement a communications protocol. One advantage of using Adobe Flash over other client technologies is that the Adobe Flash Player software allows the client object to communicate with server objects that are hosted in a different Internet domain (or sub domain) from the web page that contains the client software embedding the client object.

Modern browsers offer an alternate means to asynchronously communicate and exchange information between the browser and the server, implemented as the so-called "XMLHTTPRequest Object" available in the browser and callable through JavaScript in the web page. Applications that implement this technique are typically referred to as "AJAX" applications (Asynchronous JavaScript and XML). Browser-based embodiments that use AJAX to communicate with the server do not need the Adobe Flash Player to communicate with the QuestObjects server: the client object (or just the client object's communications controller component) can be implemented in JavaScript and can use the XMLHTTPRequest method to communicate with the server object.

A disadvantage of AJAX is that, for Internet security reasons, a client object residing in a web page loaded by the user's browser cannot communicate directly with any server object that is hosted on a different domain or sub domain. (Through the use of "browser hacks" such as frames or dynamic addition of <script>tags to the web page, embodiments can get around this limitation. However, this is not considered safe because future browser versions can close such "loopholes". The workarounds often have unacceptable negative performance penalties).

An alternative means to deploy embodiments where the client object is hosted on a different (sub) domain than the server object, is to install a so-called "proxy" on the client object's domain. The client object then communicates with the proxy (on the same domain) that forwards the client's communication packages to the server object. The server's responses are sent to the proxy, and are then forwarded to the client object by the proxy. Proxies like this can easily be configured in popular web servers such as Apache, and forwarding proxy functionality is often also offered by load balancing hardware and software.

FIG. **24**A and FIG. **24**B show screen shots **350**, **360** of alternate embodiments of the present invention. FIG. **24**A shows a "ProductFinder QuestField" embodiment that is embedded onto an ecommerce website. The QuestField uses a hybrid implementation that automatically detects the most suitable technology to be used to communicate with the QuestObjects server. Depending on the user's browser or device, the client object will communicate with the QuestObjects server using either Adobe Flash or AJAX technology. Automatic detection can be performed through a JavaScript function that checks the user's environment and then tells the client software which technology to use. Different embodiments may also support just one client technology. FIG. **24**B shows a screenshot of a web page specifically designed to use AJAX rather than Adobe Flash. Other embodiments can use other means to communicate asynchronously between the client computer and the server computer, e.g. through the use of Microsoft Corporation's Silverlight technology.

Although many embodiments are designed to run within a web browser, QuestField clients can also be implemented for dedicated runtime environments that allow users to use them outside of the traditional web browser, or as an integrated part of pre-compiled client-server applications

that run on the user's client operating system. For example, Adobe's AIR environment allows the creation of "web applications" that, through an integrated runtime software environment, appear to run as standalone applications in the user's operating system. Similarly, "Dashboard widgets" in Apple's Mac OS and "Sidebar Gadgets" in Microsoft's Windows Vista OS can be used to implement QuestField clients. A QuestField can also be embedded into a toolbar of third-party applications. Background QuestFields can also be used as "plug-ins" to link non-QuestField search and retrieval interfaces (such as Microsoft's Instant Search or Apple's Spotlight) to remote QuestObjects services, so that users of these third-party search and retrieval interfaces will find and return QuestField search results in addition to the other content they index and return.

If no cross-domain communications capabilities (and no proxies) are available to allow asynchronous client-to-server-and-back communication from within a browser or from a mobile device, then some embodiments can open the client part in a new web page opened in a new window or in a frame or iframe in the page, wherein the new window or frame is loaded from the same (sub)domain that hosts the server part, or from a (sub)domain that has a proxy to the server object. Such an embodiment is referred to as a "full page QuestField".

FIG. **25**A, FIG. **25**B and FIG. **25**C show embodiments **370**, **372** of the client that can be run on a mobile device that allows XMLHTTP communications (AJAX) with the QuestObjects server embodiment. Full-page QuestFields are of particular benefit on devices with small screens (such as the iPhone). Although the web page shown in FIG. **24**B works on an iPhone, the user interface (notably the way in which the result list is dropped down) does not work very well because it is not adjusted to the small size of the client device, and results might therefore appear off-screen, too large, or too small. In accordance with an embodiment of the client, the QuestField of FIG. **24**A or FIG. **24**B can detect that it is being accessed from such a small mobile device. This detection can occur when the user first puts the cursor into the entry field (or first clicks on a placeholder that is displayed in the same position as the input field to represent the QuestField). As soon as this happens, the full-page QuestField is displayed on the mobile device, as shown in FIG. **25**A. The user can immediately start typing to activate the QuestField and to perform a query, as shown in FIG. **25**B.

In accordance with an embodiment, a QuestField is configured in the web page that contains it. When used in tandem with such a QuestField-enhanced third-party web page, the full-page QuestField will automatically configure itself to allow the user to access information just as if it were being accessed from the original page (e.g. the ecommerce page of FIG. **24**A). The full-page QuestField that opens when an iPhone user clicks on the field will automatically go to the same content channel and have the same other features as the QuestField on the "parent page", which the full-page QuestField may replace if it is opened in the same browser page (in the "_self" target). In a typical web browser, the full-page QuestField can receive its configuration from the "parent window" as arguments that appear after a question mark in the URL of the full-page QuestField. In some implementations, the full-page QuestField will use a reference to the parent page as it is defined by a frame's "window.parent" attribute or a window's "window.opener" attribute.

Although it fills the entire web page, a full-page QuestField can still resize and adjust itself when the user resizes it, or when the user rotates the page, as is possible on the iPhone. This is shown in FIG. **25**C, where the user has rotated the phone into "landscape mode" and the QuestField shows results, as well as an "information bubble" that shows the total number of results received from the server. Because the QuestField itself is no longer visible in order to show the user the maximum number of results, the "Q-symbol" that is normally displayed inside the input field (FIG. **13**A) is now displayed in the information bubble, and has become a button that the user can press to reveal the QuestField's input element and the keyboard again, to modify the current query or to start a new query. The "X" on the right of the information bubble allows the user to hide the information bubble entirely. In this example, the user can click at the top of the iPhone window to scroll back to the top of the page that has the input element.

A full-page QuestField embodiment can also be used to provide a scaled-back search interface for those browsers or devices that do not allow asynchronous communication (i.e. browsers or devices that do not support Flash, AJAX, or similar technologies to run). When the user of such a device or browser enters a QuestField embodiment that supports this, he or she is presented with a full page QuestField interface (either in the current page, a frame, or in a new window or popup) that provides a form with a simple static search field similar to "standard" search fields that do not offer feedback while typing as they are commonplace on the Internet. Like other static search fields, the user must then press a Submit or Search button to activate the QuestField search. Results are then displayed in a similar manner to the way results are displayed by typical search engines including Google and Yahoo. However, because it takes over the configuration of the QuestField on the parent page that it replaces, a full-page QuestField will use the same list layout that was configured in the parent page, and can also provide standard "Next" and "Previous" buttons that allow users to page through the results returned by the QuestObjects server.

Content Indexing

In accordance with various embodiments, the information used by the system is typically stored in files or databases. Users find their information through custom web applications, database applications, and search engines. Leveraging existing application infrastructures, QuestFields can access the existing "content engines" to allow users to find and retrieve information at high speed. Through Content Access Modules, QuestFields communicate with multiple databases and search engines, and can also read information from files and legacy systems. QuestFields manage the information retrieval process so that information appears faster than in traditional applications, without creating a large burden on the content sources, yet without copying the information before retrieval.

Some currently available databases or search engines are incapable of returning the right information, or are not powerful enough to return sufficiently fast answers to the QuestObjects server; and some content is stored in flat files which cannot be retrieved through a database or search engine. For these situations, QuestObjects server embodiments can include an indexing feature that reads information and indexes it for retrieval by QuestField users. There is no need to change anything in the existing database or files; regardless of how information is stored, with the QuestFields Indexer information can be made available to users through the present invention. The indexer can work in the background as new versions of data are detected so that users enjoy 24/7 uptime. Once indexed, information can be

found without accessing the content source or content engine, so that QuestFields can provide answers while users are typing. With the indexer and built-in retrieval engine, QuestField users can even find information from non-indexed sources.

The QuestObjects Indexer is optional for fast content sources that have their own indexes, such as most SQL databases and LDAP directories, but is of more use with non-indexed content sources such as files. The QuestObjects Indexer can run as an integral part of the QuestObjects server, and will automatically index content that it receives from the so-called Generic File Plugin (the Content Access Module that is capable of reading flat files). The QuestObjects Indexer can also run as a stand-alone application, allowing the data to be indexed on a different machine without burdening the QuestObjects server. The QuestObjects Indexer can also work with so-called “crawler” software that tells the indexer which files to index. This is typically used to index information stored on websites, either on the Internet or in intranet environments. The crawler tells the QuestObjects Indexer which files to index. The QuestObjects Indexer can support multiple file types including plain text, HTML, Microsoft Word, Microsoft Excel, Microsoft PowerPoint, PDF, etc.

FIG. **26** shows how an embodiment **380** in which the QuestObjects Indexer fits into the QuestObjects server software architecture. As described previously with regard to FIG. **1**, the upper component of this drawing depicts the client tier of the embodiment; the bottom of the diagram depicts the various content sources. The QuestObjects Indexer accesses information through the QuestObjects server's Content Access Modules as previously described. The various other parts of the QuestObjects server, as they were described earlier, are depicted in the center of this image. The QuestObjects Indexer can be configured to index information from any CAM that is capable of returning full datasets. The content engine must be able to return all the information that a user wants to search for through a QuestField. Inherently, this is true for information stored in files, but also for information stored in database tables or in directories that can return specified content through a predefined query. For example, using SQL, the entire contents of a table can be read using the statement “SELECT * FROM TABLE”.

For faster performance, the QuestObjects server can store the indexes in memory when it starts up, and whenever the QuestObjects Indexer has finished indexing a new data set. However, the indexes can also be stored on disk, and can also be used from disk without reading them entirely into server memory. The QuestObjects Indexer can thus be used to index information from all the content sources depicted at the bottom of FIG. **26** (except the “Search Engine” content source, which usually applies its own indexing and retrieval algorithms). The same is true for most information that is accessible through web services, unless the web service allows all content to be returned to the QuestObjects server at once.

Indexed Retrieval

Once information has been indexed by the QuestObjects Indexer, it can be made available for retrieval by QuestFields through one or more content channels. In accordance with an embodiment, each indexed data set is configured as a “content query”, and thus a single content channel can query and combine results from multiple indexes, and combine those with results received from other content sources and corresponding content queries included in the content channel.

In accordance with an embodiment, the QuestObjects Indexer can apply additional algorithms to the text information it indexes in order to improve the recall of information by QuestField users. In some QuestField applications, information is found after the user types one or more characters. The content channel then performs one or more content queries (or retrieval from the indexes created by the QuestObjects Indexer) and returns any information records that contain words that “start with” the characters that the user typed. However, sometimes the characters that the users type to find information are not at the start of a word. Without the QuestObjects Indexer, the QuestObjects server leaves it to the attached content engine(s) to sort out how to best retrieve record based on user input. However, with the QuestObjects Indexer, the QuestObjects server can apply this search intelligence.

Embodiments of the present invention incorporate additional methods to allow users to find information using different search strings than just the start of a word. These embodiments allow this by adding various options that can be configure, including for example camelWords, splitNumbers, minimumSplit, separatorList, stripList, stripZeros, and queryType, as described below. A simplistic approach to increase the recall of information by users would be to do a “mid search” on all the data available to the server, wherein all records are returned that have text that contains the typed characters anywhere in a word. However, with large data sets, this would return way too many results, and would include results that the user did not intend to find. Also, with large data sets, performing a “mid” search is much more processor intensive than retrieving records by matching user input against one or more indexes.

When the “camelCase” attribute is set to true, this attribute causes the QuestObjects server to recognize parts of words that start with an uppercase character after a lowercase character (“Camel Case”). For example, the server will allow users to type “mac” in order to find “iMac” or to type “objects” to find “MasterObjects”. The indexer allows this by adding parts of words to the index that start with a capital letter and that are preceded by a lowercase character.

The “splitNumbers” attribute, when set to true, causes the QuestObjects server to recognize numbers and alphanumeric sequences that are part of a longer string, such as a product type. For example, users are able to type “**400**” in order to find a product containing the text “LG LW-T**400**A”. The “minimumSplit” attribute is used in conjunction with the “splitNumbers” attribute to determine the minimum number of digits or alphanumeric characters that will cause the QuestObjects server to add a word to its index when the string is split using the splitNumbers attribute. If splitting the string results in “words” that are less than minimumSplit, then those words are not included in the retrieval index. So if minimum Split is set to 2, “LG LW-T**400**A**4**GT” would not be retrieved by typing just “a”, but it would be retrieved by typing “gt”.

The “separatorList” is an optional attribute containing a non-separated list of characters that are recognized as word separators, that is, they index the words that follow them: If a dash (-) is included in this list, the QuestObjects server will allow users to type “T**40**” in order to find “LG LW-T**400**A”, even if a dash is included in the stripList attribute (described below). An example value for this attribute would be: “-/&_”.

The “stripList” is an optional attribute containing a non-separated list of characters that are automatically stripped from user queries, and from text in the word index. For example, after including a dash (-) and a slash (/) in the

comma-separated list, the QuestObjects server allows users to find "LG LW-T**400**" by typing "LWT", "LW-T", or "LW/T". An example value for this attribute would be: "-/.\\,".

The "stripZeros" attribute, when set to true, causes the QuestObjects server to create extra words in the index for numbers that have leading zeros. Users are able to find results containing a number without having to type the leading zeros, so a result containing "000123" can be found by typing "123".

The "queryType" attribute has three possible values: 2, 4, or 6. It determines the type of query that is executed against the index. The default value (2) provides a Prefix query. This means that all words are found that start with, or are equal to, the words in the actual query. This can cause a significant amount of temporary memory usage during a query when using a large (200+ MB) index. The second value (4) provides a Boolean query. Only words that are equal to the words in the query will be found. While the amount of temporary memory required is not problematic with this setting, it might not provide all the results that the user expects. The third possible value (6) provides a hybrid approach: The QuestObjects server will first perform a Boolean query. If the number of results is lower than the maximum set for the channel, a Prefix query is done for all words that are 3 characters or longer. If the maximum is still not reached a Prefix query is done for all words of 2 characters and longer, etc. until all words are used in a Prefix query. Using this third setting only makes sense in combination with setting the maxSearchClauses attribute in the Content Access Module configuration. If searches exceed the search clauses limit, a result is appended to the results list to inform the user. For example: "Results limited to exact matches for xx, yy, zz.". Users can then add characters to the words in their query. Because of the possible multiple searches, it takes longer to get a result. However the temporary memory requirement is controllable with the maxSearchClauses attribute and the results are what the user expects.

Syndication QuestFields

In accordance with an embodiment, the client part (referred to as the "QuestField") can be used to retrieve content from QuestObjects servers that are hosted on Internet domains which are different from the web page itself. This enables content owners and providers to offer "Syndication QuestFields" to customers and associates, wherein these customers and associates place a QuestField on their own web site(s) or portal(s) in order to allow their users and visitors to retrieve content from the content provider, as if the content were owned and hosted by the third-party.

For example, a newspaper publisher that wants to draw visitors to its site or content can allow associates to place a "News Search" QuestField on their websites, which will in turn, access a content channel configured on the QuestObjects server owned by the newspaper publisher. FIGS. **27**A-B show how an embodiment **382**, **386** of such a system works: a Content Owner or Publisher (who hosts and publishes its information from the hypothetic domain name "publisher. com") has a database of information that is made available through configured content channels in a QuestObjects server hosted on its domain. Third-party "Associates" can subscribe to the information and make it available to users of their own web pages by embedding a QuestField to their page(s), or by providing a button that opens up a full-page QuestField as described earlier.

As another example, an Internet hosting provider can offer a service that automatically indexes the content (including web pages, documents, as well as information published through web services) of customer websites, and then allow its customers to place QuestFields on the web pages on their own sites in order to allow visitors to search their site content. FIG. **27**B show how this works. The hosting company or service provider crawls, indexes, or imports third-party content and stores the resulting indexes so they can be accessed through a QuestObjects server owned by the hosting company or service provider. Each "content set" is made available through a content channel ("Search A" and "Search B" in FIG. **27**B). The third parties who own the websites and their content can subsequently place a QuestField on their web page(s) so that their users and visitors can find their content through a QuestField. This model works both for "Website Search" functionality as for other types of retrieval, wherein the third parties make the content available to the hosting company. For example, a product catalogue owner (or product seller) can upload the complete database of product records to hosting company or service provider who indexes the products and makes them available through a QuestObjects content channel. The owner of the catalogue can then place a QuestField on its web page(s) to allow visitors to quickly find their products in the QuestFields results list.

The QuestFields system provides significant business values. For example, a third party that wants to make its information searchable/findable does not need to install any software. The content owner only needs to add a bit of QuestField code to its web page(s) in order to make the content easily findable. The hosting company or service provider can charge for its "QuestObjects Service". It is also possible for the provider to generate revenue by inserting advertising in the search results or displaying advertising in the QuestField (hosted by its "customer"). By making their information searchable and findable on third-party websites, content publishers can draw more visitors to their content and increase the value of their brand name. Note that the results that appear in the QuestField (on the third party "associate" websites) can include links to the publisher web site and to specific (potentially valuable or paid) information made available to the publisher. A QuestField can display results that force a user to login to the publisher's website on a paid subscription basis.

As described previously, Syndicated QuestFields do not necessarily need to be part of the third-party web page(s) that are loaded in a web browser. A Syndicated QuestField can also be implemented as a "widget" or "gadget" that users run in a third-party runtime environment such as Adobe AIR, Apple Spotlight, or Microsoft Sidebar. A Syndicated QuestField embodiment can also be provided as a special pre-compiled application that is installed on the users' native operating system(s).

Some aspects of the present invention may be conveniently implemented using a conventional general purpose or a specialized digital computer, microprocessor, or electronic circuitry programmed according to the teachings of the present disclosure. Appropriate software coding can readily be prepared by skilled programmers and circuit designers based on the teachings of the present disclosure, as will be apparent to those skilled in the art.

In some embodiments, the present invention includes a computer program product which is a storage medium (media) having instructions stored thereon/in which can be used to program a computer to perform any of the processes of the present invention. The storage medium can include, but is not limited to, any type of disk including floppy disks, optical discs, DVD, CD-ROMs, microdrive, and magneto-

optical disks, ROMs, RAMs, EPROMs, EEPROMs, DRAMs, VRAMs, flash memory devices, magnetic or optical cards, nanosystems (including molecular memory ICs), or any type of media or device suitable for storing instructions and/or data.

The foregoing description of the present invention has been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention for various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and their equivalence.

What is claimed is:

**1**. A method, comprising:

detecting, on a client computer, entry of a content search query into a field on a web page by a user;

while the user is entering the content search query, automatically sending a string representing an incomplete search query to a server system comprising one or more computers;

receiving, by the server system, the string;

matching, by the server system, the string to entries in a cache of query strings and search results based on content queries received from multiple users, whereby cached search results contain a subset of data from one or more content sources;

retrieving, by the server system, search result data for the incomplete search query;

sending, by the server system to the client computer prior to completion of the search query at the client, a message containing information identifying the incomplete search query and at least a portion of the search result data that identifies the content in a content source;

asynchronously receiving, on the client computer, without loading another web page and while the user is entering the content search query into the field, the message, and

displaying at least a portion of the search result data on the client computer and enabling the user to retrieve additional content data corresponding to the search result.

**2**. The method of claim **1** whereby the web page is a screen on a cell phone or a personal organizer and whereby the search result data or content are received and displayed on the client computer while the user is entering the content search query into the field.

**3**. The method of claim **1** whereby the client displays the portion of the search result data after verifying that the message asynchronously received from the server system matches the then-current incomplete search query by testing a string or a message identifier received as part of the message from the server system.

**4**. The method of claim **1** whereby the search result data that identifies the content in a content source is a key, logical link, or Universal Resource Identifier, enabling the client computer to retrieve the additional content data corresponding to the search result.

**5**. The method of claim **1** whereby the search result data contains a language code, a creation date, a modification date, a pronunciation, a meaning, a possible use, a synonym, a reference, a scope note, a notation, a source, a UDC coding, a description, a reference, a link to an image, movie or other multi-media object, a product code, a category, a price, a currency, a stock symbol, a company name, a time stamp, or an instruction to a control system.

**6**. The method of claim **1**, further comprising sending, by the server system to the client computer, a message containing updated search result data in response to asynchronously receiving, from the client computer, a string representing an updated version of the search query.

**7**. The method of claim **1**, wherein the search result data is retrieved by the server system from the cache.

**8**. The method of claim **1**, wherein at least a portion of the search result data is retrieved by the server system from the one or more content sources.

**9**. The method of claim **8**, wherein retrieving search result data comprises:

sending one or more content inquiries to one or more respective content sources; and

receiving content data in response to the one or more content inquiries.

**10**. The method of claim **9**, wherein at least a portion of the content data is stored in the cache after receiving it from the one or more respective content sources.

**11**. The method of claim **1**, wherein a content source is a database, a search and retrieval system, a thesaurus, a reference work, an address book, a control system, a dictionary, an encyclopedia, a products database, a quotes library, a stock quote system, a news service, internet advertisements, a catalog, a complex function, a translation engine, a classification scheme, a lookup list, an autocomplete history, an algorithm, a directory, or a search engine.

**12**. The method of claim **1**, whereby the client computer stores at least a portion of the search result data received from the server system in a client-side cache, whereby upon detecting a modification of the content search query or entry of a new content search query, the client computer queries the client-side cache and if matching result data is found, displays at least a portion of the search result data without sending a message to the server system.

* * * * *