# United States Court of Appeals for the Federal Circuit

---

**MASTEROBJECTS, INC.,**
*Plaintiff-Appellant*

**v.**

**META PLATFORMS, INC.,**
*Defendant-Appellee*

---

2023-1097

---

Appeal from the United States District Court for the Northern District of California in No. 3:21-cv-05428-WHA, Judge William H. Alsup.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

February 15, 2024
Date

Jarrett B. Perlow
Clerk of Court